AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| ENRIQUE TARRIO | ) Case No. |
| also known as "Henry Tarrio" | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ENRIQUE TARRIO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(k) (Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. §§ 1512 (c)(2) and 2 (Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. §§ 231(a)(3) and 2 (Obstruction of Law Enforcement During Civil Disorder and Aiding and Abetting); 18 U.S.C. §§ 1361 and 2 (Destruction of Government Property and Aiding and Abetting); 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers).

Date: 03/07/2022

Zia M. Faruqui
2022.03.07
17:17:18 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/7/2022, and the person was arrested on *(date)* 3/8/2022
at *(city and state)* MIAMI, FL.

Date: 3/8/2022

*Arresting officer's signature*

SA KYLA WHEELER
*Printed name and title*