

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 4, 2022

***Via Email and Electronic File Transfer***

Lisa Costner                                   Carmen D. Hernandez
Ira Knight                                     7166 Mink Hollow Road
Federal Public Defender MDNC                   Highland, MD 20777
251 N. Main St. Suite 849
Winston-Salem NC 27101


J. Daniel Hull                                 Nicholas Smith
Hull McGuire PC                                7 East 20th Street
888 Seventeenth Street, NW                     Suite 4R
Suite 1200                                     New York, NY 10003
Washington, DC 20006

        Re:   *United States v. Ethan Nordean et al.*, Cr. No.:  21-cr-175 (TJK)

Dear Counsel:

        We write to memorialize another production related to the above-captioned case as part of the government's efforts to produce preliminary discovery on an ongoing basis, including discovery produced in other Capitol cases that may be relevant to your clients.  Today the government made available materials from:

        *United States v. Gilbert Fonticoba*, 21-cr-638 (TJK)
        File:   2022.02.28 Fonticoba Production.zip

        *United States v. Zachary Johnson, Dion Rajewski, Alan Fischer, III,*  22-cr-11 (RJL)
        Files:   2022.03.03 Johnson Rajewski Fischer Production.zip
                 2022.02.25 Johnson Rajewski Production.zip

        *United States v. Arthur Jackman*, 21-cr-378-TJK-1
        File:   2022.02.25 Jackman Production.zip

*United States v. Kevin Tuck* (21-cr-378-TJK-4)*, Nathaniel Tuck* (21-cr-378-TJK-5)
Files:   2022.01.28 Tucks X Disco.zip, 2022.01.31 Tucks X Disco.zip,
           2022.02.04 Tucks X Disco.zip, 2022.02.23 Tucks X Disco.zip

*United States v. Edward George*, 21-cr-378-TJK-3
File:   2022.02.28 George X Disco.zip

These materials and related discovery correspondence are available for download from USAfx.  For purposes of this cross-discovery, all of the materials are designated as at least Sensitive.  Any materials designated in the original production as Highly Sensitive are designated Highly Sensitive in this case as well.

Please let us know if you have been unable to access and download the materials for your use in this case.

We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:       /s/
          Luke M. Jones
          Erik M. Kenerson
          Jason B.A. McCullough
          Assistant United States Attorneys
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 252-7066
          Luke.jones@usdoj.gov

2