UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

        Defendant.

_____/

## NOTICE OF FILING ADDITIONAL SUPPORT FOR MOTION TO TRANSFER VENUE

Enrique Tarrio, by and through undersigned counsel, hereby respectfully requests that this Court take notice of additional support for his motion for transfer of venue. In particular, Mr. Tarrio asks that the Court take notice of the results of two additional surveys of potential jurors in the District of Columbia and of potential jurors in three other federal judicial districts, which was prepared at the request of counsel for Defendants Thomas Caldwell and Connie Meggs before the Honorable Amit P. Mehta in Case No. 21-cr-028, filed on April 15, 2022. See Exhibit A., and also a venue survey data that was prepared at the request of counsel in the case of Gabriel Garcia in Case No. 21-cr-00129 filed on February 1, 2022. See Exhibit B.

1

Respectfully submitted,

**BY: /s/ Sabino Jauregui, Esq.**
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

/s/ Nayib Hassan
Florida Bar No. 20949
Attorney for Defendant
LAW OFC.OF NAYIB HASSAN
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 3rd day of May, 2022 to the following:

Jason McCollough
Luke Jones
Erik Kenerson

**BY: /s/ Sabino Jauregui, Esq.**
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

2