UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**CASE NO: 21-CR-175-TJK**

v.

**ENRIQUE TARRIO,**

      **Defendant.**

_____/

### *NOTICE OF FILING TRANSCRIPT OF DETENTION HEARING (March 15, 2022)*

COMES NOW, Defendant, Enrique Tarrio, by and through undersigned counsel and states the following discovery in compliance with Fed. R. Crim P. (6)(A) and provides here to this Honorable Court for the purposes of Defense Motion to Revoke Pretrial Detention Order [D.E. 341] the Transcripts of the Detention Hearing conducted on March 12, 2022 by the Honorable Magistrate Judge Lauren Louis in the Southern District of Florida pertaining to Enrique Tarrio.

-

**Respectfully submitted,**

*/s/ Nayib Hassan*

_____
**Nayib Hassan, Esq., Fla Bar No. 20949
Attorney for Defendant
LAW OFFICES OF NAYIB HASSAN, P.A.
6175 NW 153 St., Suite 209
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522**

**CERTICICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 18th day of May, 2022 to the following:

Jason McCollough
Erik Kenerson
Nadia Moore
Conor Mulroe

**Respectfully submitted,**

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**