UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ENRIQUE TARRIO,<br><br>               Defendant. | Crim. Action No. 21-175-5 (TJK) |

**ORDER**

Upon consideration of the government's Unopposed Motion to Continue Deadline for Response to Motion, it is this ___ day of May, 2022, **ORDERED** that the motion is **GRANTED.** It is

**FURTHER ORDERED** that the government's response to defendant Tarrio's Motion to Change Venue, ECF No. 349, be filed no later than June 2, 2022.  It is **FURTHER ORDERED**

That any reply by defendant Tarrio be filed no later than June 9, 2022.

**SO ORDRED.**


_____                                   _____
Date                                                        Timothy J. Kelly
                                                                 United States District Judge