UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      Defendant.

_____/

## DEFENDANT TARRIO'S MOTION TO ADOPT NORDEAN'S RESPONSE TO MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Enrique Tarrio, by and through his counsel, and respectfully moves to adopt co-Defendant Ethan Nordean's (ECF No. 409) Response to Motion to Continue Trial (ECF No. 403).

    Respectfully submitted,

    ***BY: /s/ Sabino Jauregui, Esq.***
    Florida Bar No. 503134
    Jauregui Law, P.A.
    1014 West 49 Street
    Hialeah, Florida 33012
    Phone 305-822-2901
    FAX 305-822-2902

    */s/ Nayib Hassan*
    Florida Bar No. 20949
    Attorney for Defendant
    LAW OFC.OF NAYIB HASSAN
    6175 NW 153 St., Suite 221
    Miami Lakes, Florida 33014
    Tel. No.: 305.403.7323
    Fax No.: 305.403.1522

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 20th day of June, 2022 to the following:

Jason McCollough
Luke Jones
Erik Kenerson
Conor Mulroe
Nadia Moore

*BY: /s/ Sabino Jauregui, Esq.*
Florida Bar No. 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

2