UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      **Defendant.**

_____/

### *DEFENDANT'S MOTION FOR EXPEDITED REVIEW OF BRADY MOTION [D.E. 431]*

COMES NOW, Defendant, Enrique Tarrio, by and through undersigned counsel and requests that this Honorable Court enter an Order that the Court provide direction on an expedited basis on D.E 431 as it directly impacts the motion deadline on August 19, 2022:

1. Undersigned counsel and co-counsel have been making repeated request for the Brady information since June 2022 as stated in the motion.

2. The requested information has a direct impact on potential motions that will or may be filed on this case. Undersigned counsel wants to ensure that the Court's orders are complied as there is a motion deadline for August 19, 2022 with a pending trial date for December 12, 2022.

3. As such, Undersigned is requesting that this Honorable Court enter an Order requiring the Government to respond to the D.E 431 in an expedited fashion and set a hearing as promptly as possible to address this issue.

                     -THIS SPACE IS LEFT INTENTIONALLY BLANK-

        **Respectfully submitted,**

        */s/ Nayib Hassan*

        _____
        **Nayib Hassan, Esq., Fla Bar No. 20949**
        **Attorney for Defendant**
        **LAW OFFICES OF NAYIB HASSAN, P.A.**
        **6175 NW 153 St., Suite 209**
        **Miami Lakes, Florida 33014**
        **Tel. No.: 305.403.7323**
        **Fax No.: 305.403.1522**

## CERTICICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 10th day of August, 2022 to the following:

Jason McCollough
Erik Kenerson
Nadia Moore
Conor Mulroe

**Respectfully submitted,**

*/s/ Nayib Hassan*

**Nayib Hassan, Esq., Fla Bar No. 20949**
**Attorney for Defendant**
**LAW OFFICES OF NAYIB HASSAN, P.A.**
**6175 NW 153 St., Suite 209**
**Miami Lakes, Florida 33014**
**Tel. No.: 305.403.7323**
**Fax No.: 305.403.1522**