UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      Defendant.

_____/

### *ENRIQUE TARRIO'S EMERGENCY MOTION FOR FURLOUGH*

**COMES NOW** the Defendant, Enrique Tarrio, by and through his attorneys, and respectfully moves this Honorable Court to allow him a short furlough to attend the funeral of his grandmother Rosa Pardo Tarrio.

Rosa Pardo Tarrio raised Enrique Tarrio. Mr. Tarrio is devastated by the news of her passing and very much wishes to be present at her funeral and cremation ceremony.

The funeral would be on Friday September 9, 2022 from 3:00PM-11:00PM at La Paz Funeral Home, 3500 NW 7 Street, Miami, Florida 33125, and the cremation ceremony would be on Saturday September 10, 2022 from 9:00AM-1:00PM at the same location. After the funeral and cremation ceremony, Mr. Tarrio will return to FDC Miami. All expenses of the furlough will be paid by the Tarrio family.

Undersigned counsel conferred with the government regarding their position to the instant motion, and they will defer to this Honorable Court.

**WHEREFORE**, Tarrio respectfully moves this Honorable Court to allow a short furlough to attend the funeral and cremation ceremony of his grandmother.

Respectfully submitted,
*/s/ Nayib Hassan*
Florida Bar No. 20949
Attorney for Defendant
Law Office of Nayib Hassan, PA
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522

***/s/ Sabino Jauregui, Esq.***
Florida Bar Number 503134
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 8th day of September, 2022 to the following:

Jason McCollough
Erik Kenerson
Nadia Moore
Conor Mulroe

*/s/ Nayib Hassan*
Florida Bar No. 20949
Attorney for Defendant
Law Office of Nayib Hassan, PA
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522
