*Leave to file GRANTED*
*TIMOTHY J. KELLY* — DATE 1/27/23
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:21-CR-175-TJK |
| v.                        ) | |
|                            ) | |
| ETHAN NORDEAN, et al.     ) | |
| Defendants                ) | |

### WITNESS HENDRICK BLOCK'S MOTION TO QUASH SUBPOENA

**COMES NOW** Mr. Block, by Gregory B. English, his court-appointed attorney, and hereby asks this court to quash the subpoena which has been issued to him to appear as a defense witness in the subject trial. The basis for this motion is that Mr. Block will assert his Fifth Amendment rights if called as a witness in this proceeding unless he is granted testimonial immunity, so it would be pointless for him to travel across the country to appear at this proceeding. Mr. Block's physical limitations have been described in the defense motion for a Rule 15 video deposition and related pleadings. (Document 599 at <u>et seq</u>.).

Assuming, <u>arguendo</u>, the court will deny this request, we ask to be heard on the question of what means of transportation Mr. Block will be authorized to use

to come to this court. As previously stated, the court is aware of his physical limitations and the extreme difficulty of him being required to travel by air.

We ask this court to conduct a motion hearing by Zoom to address this matter. We further request that when Mr. Block describes his physical infirmities that portion of the proceeding be conducted under seal in order to preserve his privacy.

A draft order implementing this request is appended for the court to consider.

Respectfully submitted,

/signed by/
Gregory B. English, DC Bar #398564
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for the Defendant*

## Certificate of Service

I hereby certify that on the 18th day of January, 2023, I filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>AUSA Erik Kenerson
>Via ECF to Erik.Kenerson@usdoj.gov

>/signed by/
>Gregory B. English, DC Bar #398564
>The English Law Firm, PLLC
>601 King Street, Suite 406
>Alexandria, Virginia 22314
>(703) 739-1368/Fax (703) 836-6842
>gbeuva@gmail.com
>*Counsel for the Defendant*