UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

        Defendant.

_____/

## *MOTION TO ADOPT MOTIONS OF CODEFENDANTS*

**COMES NOW** the Defendant, Enrique Tarrio, hereby respectfully moves to join and adopt the legal arguments made and relief sought in the following motions filed by codefendants:

1. Nordean's Motion for Jury Instructions Consisten with the Fischer Decision, or Alternatively, to Dismiss Counts (ECF 742).

2. Rehl's Motion to Dismiss Obstruction Counts (ECF 743).

3. Rehl's Motion to Strike Out of Court Statements and Motion for Mistrial (ECF 745).

4. The issues raised and arguments made in the noted motions apply with equal force to Mr. Tarrio.

5. Proceeding in this fashion will promote the just determination of the case, simplify procedures and eliminate unjustifiable expense and delay in accordance with Rule 2, FED.R.CRIM. PROC.

1

WHEREFORE, for the reasons stated above, Mr. Tarrio respectfully moves to adopt and join the Motions filed by his codefendants.

## **CONCLUSION**

WHEREFORE, Mr. Tarrio respectfully moves this District Court grant the motion to adopt codefendants motions.

Respectfully submitted,

**BY: /s/ Sabino Jauregui, Esq.**
D.C. Bar No. 494765
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

/s/ Nayib Hassan
Florida Bar No. 20949
Attorney for Defendant
LAW  OFC.OF  NAYIB  HASSAN
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 10th day of April, 2023 to the following:

Jason McCollough
Conor Mulroe
Erik Kenerson
Nadia Moore

*BY: /s/ Sabino Jauregui, Esq.*
D.C. Bar No. 494765
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902