UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

PLAINTIFF

vs.  CASE NO. **21-CR-175 (TJK)**

**ETHAN NORDEAN et al**

DEFENDANT

## Attorney's Acknowledgments Concerning Trial Exhibits

Counsel for the plaintiff and the defendants acknowledge that they have jointly reviewed, and redacted (if necessary), the exhibits that were admitted into evidence with the courtroom deputy and have agreed that they are the exhibits which will be submitted to the jury for deliberations.

Counsel for Plaintiff: _[signatures]_    Date: April 26, 2023
                                              4/26/23
                                              4/26/23
                                              4/26/23

Counsel for Defendant: _[signatures]_ Biggs    Date: April 26, 2023
                        Nordean                      4/26/2023
                        Tarrio                       4/26/2023
                        Pezzola                      4/26/2023
                        Rehl                         4/26/23