CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

ETHAN NORDEAN et al

)
)
)
)
)
)

Civil/Criminal No.: ___21-CR-175 (TJK)___

## NOTE FROM JURY

Please provide the exhibit numbers for the
Donohoe water bottle throwing examples.

Date: __5/1/23__

Time: __3:19pm__

FOREPERSON