CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) |

ETHAN NORDEAN et al

Civil/Criminal No.: ___21-CR-175 (TJK)___

## NOTE FROM JURY

Your Honor,

We have come to a unanimous decision on Count 1 for defendant Pezzola.

After continued deliberations, we remain unable to reach a unanimous decision on the remaining counts:
- Count 2 (Pezzola)
- Count 7 (Nordean, Biggs, Rehl, Tarrio)
- Count 8 (all defendants)

After lengthy discussions, all jurors firmly agree that further deliberations will not lead to a unanimous decision on these counts.

Date: ___5/4/2023___

Time: ___1:57pm___

FOREPERSON