UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-175 (TJK) |
| | : | |
| **ETHAN NORDEAN, et al.,** | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' POST-TRIAL MOTIONS

Following a hearing on June 23, 2023, to resolve the issues presented by Attorney Norm Pattis's proposal to simultaneously represent codefendants Biggs and Rehl, the Court ordered the government and Attorney Pattis to submit a joint proposed posttrial motion schedule for defendants Biggs and Rehl and requested that the parties attempt to align the briefing schedule with defendants Tarrio, Nordean, and Pezzola. The parties filed a joint status report on June 26, 2023. On June 27, the Court approved the proposed schedule and ordered that defendants Biggs and Rehl shall file any posttrial motions by July 6, 2023; the government shall respond to all posttrial motions filed by the defendants by July 20, 2023; and defendants shall file any reply by August 4, 2023.

In accordance with the Court's schedule, defendants Biggs and Rehl filed their posttrial motion on July 5, 2023 (one day before the deadline set by the Court). Defendant Nordean had previously filed his motion on June 21, 2023 (ECF 822), and defendants Tarrio and Pezzola had filed their motions on June 22, 2023 (ECF 823 and 824). In total, the five defendants' motions total approximately 50 pages. By and large, the defendants' arguments addressed different points.

The government has prepared a single, consolidated opposition to the four motions filed by the defendants. The government respectfully requests a one-day extension to file its opposition

on Friday, July 21, 2023. The government further respectfully requests relief from the page limitation imposed by Local Criminal Rule 47(e), which limits any opposition to a motion to 45 pages.

This morning, counsel for the government emailed defense counsel to obtain their position on the government's request for relief. Counsel for defendants Tarrio, Biggs, Rehl, and Pezzola do not oppose the relief sought herein. Counsel for defendant Nordean has not yet responded.

Wherefore, the government requests that the Court grant this motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Jason McCullough*
      JASON B.A. MCCULLOUGH
      NY Bar No. 4544953
      ERIK M. KENERSON, OH Bar No. 82960
      NADIA E. MOORE, NY Bar No. 4826566
        On Detail to the District of Columbia
      Assistant United States Attorneys
      601 D Street, N.W.
      Washington, D.C. 20530
      (202) 252-7233 //
      Jason.McCullough2@usdoj.gov

By:   */s/ Conor Mulroe*
      CONOR MULROE, NY Bar No. 5289640
      Trial Attorney
      U.S. Department of Justice, Criminal Division
      1301 New York Ave. NW, Suite 700
      Washington, D.C. 20530
      (202) 330-1788
      Conor.Mulroe@usdoj.gov