UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-cr-175-5 (TJK) |
| | : | |
| ENRIQUE TARRIO, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF SENTENCING EXHIBITS

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully files the attached exhibits for the Court's consideration at sentencing.[1] The exhibits are cited in its individual sentencing memorandum, specifically 855-1, Enrique Tarrio Additional Sentencing Arguments.  In addition to the documents attached hereto, the government notifies the Court and counsel that it is submitting video exhibits and one large PDF to the Court via USAfx. The chart below summarizes the proffered exhibits.  The government does not have any objection to the public dissemination of any of the video exhibits summarized below.

| Exhibit Name | Format | Description |
|---|---|---|
| Tarrio Exhibit 1 | PDF | Tarrio Parler post: fireworks |
| Tarrio Exhibit 2 | PDF | Tarrio Parler post "Come get me" |
| Tarrio Exhibit 3 | PDF | Tarrio Parler post; "DAMN PROUD" |
| Tarrio Exhibit 4 | PDF | Tarrio Parler post: "pass me the lighter" |
| Tarrio Exhibit 5 | PDF | Transcript of Tarrio sentencing for test strips |
| Tarrio Exhibit 6 | PDF | Transcript of Tarrio sentencing for banner |
| Tarrio Exhibit 7 | Large PDF | Transcript of Tarrio House deposition |
| Tarrio Exhibit 8 | PDF | Tarrio chat with Proud Boys founder |
| Tarrio Exhibit 9 | PDF | Tarrio Parler post: orange hats |
| Tarrio Exhibit 10 | PDF | Proud Boys group photo |
| Tarrio Exhibit 11 | Video | Clip from "War Boys" show |
| Tarrio Exhibit 12 | Video | Tarrio pre-verdict jail interview |
| Tarrio Exhibit 13 | Audio | Tarrio "staying put" message |

---

[1] The government is not re-submitting herewith any of the exhibits that were previously admitted at trial. We will provide copies of any such exhibit to the Court and counsel upon request.

                Respectfully Submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:     */s/ Jason B.A. McCullough*
                JASON B.A. MCCULLOUGH
                   NY Bar No. 4544953
                ERIK M. KENERSON, OH Bar No. 82960
                NADIA E. MOORE, NY Bar No. 4826566
                   On Detail to the District of Columbia
                Assistant United States Attorneys
                601 D Street NW
                Washington, D.C. 20530

                */s/ Conor Mulroe*
                CONOR MULROE, NY Bar No. 5289640
                Trial Attorney
                U.S. Department of Justice, Criminal Division
                1301 New York Ave. NW, Suite 700
                Washington, D.C. 20530
                (202) 330-1788
                Conor.Mulroe@usdoj.gov