

**Jul. 5, 2020**

| Time | Name | Message |
|---|---|---|
| 12:45:32 AM | NobleLead | Just thought of this… <br><br> But we were whooping Antifa and BLM ass at the Washington monument while fireworks were going off. <br><br> Best Independence Day EVER! <br><br> With @830ec4490a7e4d27b4d693d05c1a4d96 @3b934be18bbe44a38121818d49a87a5e |