| Time | Name | Message |
|---|---|---|
| 11:58:21 PM (Dec. 17) | NobleLead | |
| 12:08:39 AM (Dec. 18) | NobleLead | As I said on @04692f584bb54c0b9f42af34865a1d6b [@WarboysTV]<br><br>The FBI is currently the investigating a supposed "hate crime" perpetrated by the ProudBoys. They're even offering a reward.<br><br>I'm here to tell you that there was no hate crime committed. The only hate there is in my heart is for communism and an authoritarian government. BLM is a Marxist movement. It isn't about the color of someone's skin.<br><br>Against the wishes of my attorney I am here today to admit that I am the person responsible for the burning of this sign. And I am not ashamed of what I did because I didn't do it out of hate…I did it out of love. Love for a country that has given my family SO MUCH. The burning of this banner wasn't about race religion or political ideology it was about a racist movement that has terrorized the citizens of this country. I will not standby and watch them burn another city.<br><br>So let me make this simple. I did it.<br><br>Come get me if you feel like what I did was wrong. We'll let the public decide.<br><br>Forever PROUD.<br><br>-Enrique |