

**Dec. 19, 2020**

| Time | Name | Message |
|---|---|---|
| 05:32:37 PM | | *[Screenshot of Insider (@thisisinsider) tweet: "Proud Boys chairman says he is 'damn proud' for burning the Black Lives Matter banner of a historic Black church after Trump march" — 2:58 PM · 12/19/20 · Business Insider Login]* |
| 05:33:24 PM | NobleLead | I'll say it again…and I'll say it loud for the people in the back… <br><br> I'M DAMN PROUD I DID IT! |