**Dec. 22, 2020**



| Time | Name | Message |
|---|---|---|
| 12:13:44 AM | NobleLead | FBI: "NOOOO you can't burn a BLM banner! thas a hate crime!"  Enrique Tarrio: [meme image: goofy character with "I'LL FUCKING DO IT AGAIN"] |
| 12:14:04 AM | NobleLead | Ayo…  Pass me the lighter. |