Tarrio Exhibit 7

House Select Committee deposition transcript

(Large PDF submitted via USAFx)