

Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x14D913B (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)



Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-DB89-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x14CCE40 (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)



Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x150924A (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)



Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x15204BE (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/Attachments/4E4759FC-8B38-4754-87A5-394EA60CE4D2/signal-2020-12-19-172058.jpeg :  (Size: 118377 bytes)

+[redacted] Gavin Mccines
Fucking retard
12/19/2020 6:04:14 PM(UTC-5)

Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x154D532 (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)

+[redacted] Gavin Mccines
Is he booted? The guy who wore the shirt? This story is catching wind.
12/21/2020 2:12:05 PM(UTC-5)

Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x157827D (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)

+[redacted] Gavin Mccines
I'd like to fucking strangle him
12/21/2020 2:12:34 PM(UTC-5)

Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x15780AB (Table: model_TSInteract oh, model_OWSUserProfile; Size: 23519232 bytes)

+[redacted] Gavin Mccines
Are there any more rallies planned? There shouldn't be.
12/22/2020 7:19:43 AM(UTC-5)

Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1 BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x14BE18C (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)

+[redacted] nrique (owner)
Negative. As of now we're lying low
12/22/2020 7:45:19 PM(UTC-5)

Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x13D62EF (Table: model_TSInteraction, model_OWSUserProfile; Size: 23519232 bytes)

+[redacted] Gavin Mccines
Thank God.
12/22/2020 7:48:27 PM(UTC-5)

Source Info:
Universal_iOS Generic.zip/root/private/var/mobile/Containers/Shared/AppGroup/FABCA04C-D889-47F1-BE4D-D65FFCE69D55/grdb/signal.sqlite/signal.sqlite.decrypted : 0x150FE65 (Table: model_TSInteract oh, model_OWSUserProfile; Size: 23519232 bytes)