

**Jan. 9, 2021**

| Time | Name | Message |
|---|---|---|
| 07:21:48 PM | | **Seth Abramson** @SethAbramson<br><br>BREAKING: Major media previously reported that Trump's insurrection was initiated by a gang of men in "blaze orange hats." CNN now confirms that these were the *Proud Boys*—the very white supremacist group Trump told to "stand by" at a presidential debate.<br><br>Decoding the extremist symbols and groups at the Capitol Hill insurrection<br>cnn.com<br><br>7:04 PM · 1/9/21 · Twitter for Android<br><br>797 Retweets  38 Quote Tweets  1,761 Likes |
| 07:28:54 PM | NobleLead | In an EXTREMELY dangerous tweet CNN claims ProudBoys had "Orange hats on during the storm on the Capitol.<br><br>This is not only false…it was written with absolutely no basis whatsoever. It was written knowing it would inflame its followers. In that very thread there is someone saying we should be shot.<br><br>The media just wants sensationalism…and then they ask why we are so aggressive towards them.<br><br>This is why… |