Tarrio Exhibit 12

Tarrio pre-verdict jail interview

(Multimedia file submitted via USAFx)