Tarrio Exhibit 13

Tarrio "staying put" message

(Multimedia file submitted via USAFx)