UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CASE NO: 21-CR-175-TJK

ENRIQUE TARRIO,

Defendant.

_____/

## DEFENDANT TARRIO'S MOTION TO JOIN DEFENDANT NORDEAN'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM

Defendant Tarrio, through his counsel, moves the Court to join the Response to the government's sentencing memorandum filed by Defendant Nordean. ECF. Nos. 864. All arguments contained in the response apply in equal measure to Tarrio.

WHEREFORE, for the reasons stated above, Tarrio joins Nordean's Respose to the government's sentencing memorandum.

Respectfully submitted,

*BY: /s/ Sabino Jauregui, Esq.*
D.C. Bar No. 494765
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902

1

Attorney for Defendant
LAW OFC.OF NAYIB HASSAN
6175 NW 153 St., Suite 221
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 23rd day of August, 2023 to the following:

Jason McCollough
Luke Jones

Erik Kenerson
Nadia Moore

*BY: /s/ Sabino Jauregui, Esq.*
D.C. Bar No. 494765
Jauregui Law, P.A.
1014 West 49 Street
Hialeah, Florida 33012
Phone 305-822-2901
FAX 305-822-2902