August 16th, 2023

Honorable U.S District Judge Timothy J. Kelly,

Your Honor,

It is my upmost pleasure to write a character recommendation letter on behalf of Henry Tarrio. My name is Julio Martinez, and I am the former mayor for the city of Hialeah in the southern region of Florida and was so during the years of 1990 through 1993. My other contribution to this country is having served in the Vietnam War.

I have known Mr. Tarrio for over six years, and we have attended many Republican led community based events. My opinion of Henry is that of a righteous and well spoken and mannered man. He shines through as a true and dedicated American patriot and upon his running for congress in years prior I fully endorsed his run and can attest to his authenticity as an honest citizen and family man. Henry has garnered a notable and worthy support from all those he reaches with his love and care.

On this occasion, upon your reading of this, I ask you to take into considerable thought to afford Mr. Tarrio leniency on his day of sentencing. Thank you for allowing me to recognize my friend as the man I know him to truly be....

With best regards,

Former Mayor of Hialeah, Julio Martinez

Contact Info: 786 -246 -9068

August 16th, 2023

Attention: Honorable Judge, Timothy J. Kelly

Firstly, I would like to introduce myself as Lavern Spicer. I am the executive director of Curley's House Food Bank in Miami-Dade County and have been with the nonprofit organization for over 20 years. I have known the defendant Henry Tarrio for quite a few years within the community.

I met Henry while attending local GOP events and garnered a well-rounded relationship with him in working towards the bettering of our community. He is a courageous, well-spoken gentlemen who holds his American and family values dear to him. He has always made sure to help those in our community strive for better. Our city, our county, would not be the same without him.

Thank you, Judge Kelly, for making the consideration of leniency for my friend Henry.

With many thanks,

Lavern Spicer

Phone: 786-262-2851          Email: Ladylavern@gmail.com

August 12th, 2023

Honorable U.S District Judge, Timothy Kelly

Judge Kelly,

Allow me to introduce myself, my name is Mireya Martin. I manage a medical office in the city of Miami. I have been a neighbor to Henry Tarrio and his family for well over 20 years. He has been nothing but a pleasure to have as a concerned and caring neighbor for everyone down the street.

Henry is trusting, reliable and responsible. We trusted him immensely with installing our family's security cameras around the property. He did a fantastic job and we have always felt taken care and safe in his hands as a neighbor and client. My family has seen Henry grow and become such a fine man in all areas of his life, we ask you Judge Kelly for leniency with Henry and thank you for reading my letter for his character.

With gratitude,

Mireya Martin

Phone: (305) 978-5802

Email: mmartin@healthandliferesearch.com

August 9th, 2023

Honorable Judge Timothy J. Kelly,

Hello, my name is Melissa Rodriguez and I have been a long-time neighbor of over 12 years to Henry Tarrio. I work as an interior designer in the city of Miami. I appreciate the time you are taking to view my letter for him.

As a neighbor to Henry and the family I have only good things to say about him as a neighbor and friend. He is always quite cheerful when I see him outside and is always ready to help. He has never been a nuisance in any way shape or form, and I would recommend him as a good neighbor to live by, to everyone. Henry has always been respectful and always takes care of his loved ones and his home.

I hope this letter finds you well as I ask for leniency in Henry's case.

With sincere thanks,

Melissa Rodriguez

Email: Melissa01@life.com   Phone: 305-431-8089

August 10th, 2023

Honorable Judge Timothy Kelly,

My name is Leonardo Maqueira and Henry Tarrio is my son-in-law. I write this letter as a father with a heavy heart knowing that both my daughter and he are going through a very taxing time in their relationship due to the current situation. I met Henry 8 years ago but he has become a son to me, he has shared time with our family, friends and has become an integral part of our nucleus. I have had the opportunity to witness his relationship with my daughter flourish throughout the years; their relationship is built on mutual respect, shared goals, and a genuine affection for one another. Unfortunately he has not been able to partake in many moments of their lives since his arrest and incarceration and I have only seen the unwavering loyalty of my daughter traveling to and from Washington D.C. to be present for him. Henry has been a welcome add-on to our family; he has a good heart and is very family oriented.

Despite the current circumstances and the challenges he is facing, I believe that Henry is ready to move past this page in his life and be able to put all of this behind him, I ask for your consideration on the day of sentencing so that he has a chance to settle down and have the family that he and I daughter have been working for.

Sincerely,

Leonardo Maqueira, P.S.M.

CONTACT: 786-448-7280

August 1st, 2023

Attention: U.S District Judge Timothy Kelly

Sir,

My name is Enrique Tarrio, and I am the father of the defendant Henry Tarrio. I have been a tow truck driver for many years now and service the county of Miami-Dade here in Florida. Early on, I taught my son about his heritage and Cuban roots, of how we came to this country to live a life of freedom. My son has carried that spirit within him all of his life as a true born and raised American patriot, God-fearing man, and loving family man. His grandfather and I miss him terribly.

Ever since I was young the morning tradition in our home has been to sit around the family table, and have our coffee among friends and family that have lived side by side for years and this is a tradition that is alive today and has been passed down to my son. The mornings now have an empty seat while we wait for him to come home.

My son demonstrates the standards and qualities of a man who is strong in nature, gracious, helpful, compassionate and tender-hearted. I come to you as a father asking you to grant my son leniency, we do not wish to have him miss out on anymore that life has to offer, and all that he has to offer those around him.

Respectfully,

Enrique Tarrio

CONTACT: 305-321-4724

To Honorable Judge Timothy Kelly,

Thank you for taking your time for reading this letter and I hope this letter is able to shine a positive light on Henry Tarrio. My name is Lazaro and I am Henry's brother. Henry is a proud American who strives every day to the live the American Dream as an entrepreneur who always puts his family first. Even in his lowest times, he pushes other to achieve their goals, he was one of the main people to support and push me to reach my goals and thanks to that extra push I am in the early stages of achieving those goals of finally going to back to school and get different certifications to become a better version of myself. When our cousin passed away when I was a teenager even though Henry was grieving as well he was there for me and acted as that role model for me. Any opportunity Henry had to expose to me different environments and experience different scenarios he would bring me along so I could better understand how to problem solve or think on my feet. I understand that Henry made a mistake but if given the opportunity he will become an even better version of himself. Again thank you for your time Honorable Judge.

CONTACT: 786-999-2092

August 13th, 2023

Attention: U.S District Judge, Timothy Kelly,

Let me start off by thanking you for taking the time to read through my letter of recommendation for my cousin and defendant, Henry Tarrio. My name is Adrian Pardo and I am the son of his aunt Gladys Pardo, on his mother's side. My work field is that of a computer programmer at a rather large corporation.

Henry has always been an upright character and intelligent man. I have known my cousin since my birth, and we have spent a lot of time together over the years. We have gone on many annual family trips like our family's yearly ski trip to Colorado, and our Disneyland Orlando trips. We have worked closely together throughout the years on building past work-related websites, he is always one to never miss a beat and catches onto the new work and information at hand rather quickly.

Through all of this, what hurts the most is that my cousin has not been able to spend any real valuable time with my daughter, who is now 3 years of age. It is heartbreaking to know he has already missed out on so much of my daughter's young life and I wish to see him be part of it soon. I come to you judge in our family's time of need to ask that you consider leniency in Henry's case.

Respectfully,

Adrian Pardo

Contact Info: (786) 427-3793

August 12th, 2023

U.S District Judge, Timothy J. Kelly,

Thank you Judge for taking the time to read my email. I would like to start off by introducing myself as Caridad Tarrio, Henry Tarrio's stepmother. I have known Henry since his birth and married his father in 1992. I am a medical biller and have worked in the field for many years.

Henry has been a wonderful stepson and has always gotten along so well with my daughters. He is a safe and caring man and has been a very sincere and gentle brother to his sisters. Throughout our shared time together he has been nothing but respectful to me as his stepmother. In his teen years while he lived with his father and I, we would take him to school and he was always excited and ready to learn new things daily. Amongst the everyday hustle and bustle of life we shared so many family trips with him that consisted of ATV riding and being out in nature where he felt truly calm and happy.

Honorable Judge, I ask for you to consider leniency in my step son's case as this world is a much better place with him involved.

Sincerely,

Caridad Tarrio

Phone: 786 - 222 - 9457                    Email: Carytchi 4 @ jmail com

August 5th, 2023

To The Honorable Judge Kelly,

First and foremost I would like to introduce who I am in relation to the defendant Henry Tarrio. My name is Sonia Ramos and I am Henry's step sister. My mother Cary married his father in 1992 and we have been the best of siblings since then. Life is not always easy but my brother has always found a way to add harmony into our family's lives. Whether there is an emergency or it is just simply another day, Henry tries his best to make sure we are comfortable as a family.

Henry has been such an incredible caretaker to our grandfather and provides for his everyday well being and makes sure our grandfather feels lively and healthy. Henry helps him to stay connected and carefree in this life and goes out of his way to make sure he feels loved with each passing day. He is the lifeline to our grandfather in every sense of the word. Through every struggle that we have faced as a family Henry has always been the one to keep us on the right path with a level head and sound mind. I am a sales associate in automotive and, I see so many different kinds of people everyday and this only strengthens my knowing that Henry is a well-rounded, intellectual, and loving human being.

Thank you Judge Kelly for allowing me to send this to you as my family asks for leniency.

Sincerely and gratefully,

Sonia Ramos

phone: 786-985-6645 email: Sonia.Cemos [email protected]

August 11th, 2023

Attention Honorable Judge Timothy Kelly,

I would like to start off by telling you a bit about who I am in reference to Enrique Tarrio. My name is Marilyn Banos Salcedo and I am his second cousin. My first cousin is his father who is also named Henry.

My second cousin grew up just a block away from me and lived with his grandparents most of his teenage years, helping to take care of them and tend to the house after school. Watching Henry blossom into the gifted man he has become has been a blessing. I would see him help the elderly at the church down the block every Sunday before and after services. During Christmas time the church would have a toy drive for needy children and Henry was always doing what he could to help out in any way he was able.

I have been given the great pleasure of watching him grow into a responsible man who takes pride in helping others and expects nothing in return. He takes such happiness in knowing he can help those in need and his community. I love my second cousin dearly and I ask you on behalf of me and his family that you provide him leniency. We wish to see him make great strides in his life and those around him.

Thank you Judge Kelly, I hope this letter of recommendation for Henry finds you well.

Sincerely,

Marilyn Banos Salcedo

my contact information:
2275 SW 143rd Ct.
Miami, FL 33175
(205) 200-7255

August 16th, 2023

Attention: Honorable Judge, Timothy Kelly,

Thank you, Judge Kelly, for taking the time to read my letter of character for my stepson and defendant Henry Tarrio. My name is Javier Duarte, and I became Henry's step father when I married his mother back in 2013. I am a local commercial truck driver for the southern area of Florida.

Henry has always been a good-hearted young man who is always giving more of himself to help others every day. We have gone ATV riding and done other family vacations together. My stepson is always around when you need help with anything. Henry is always sharing what he has and is the most unselfish man I have ever had the pleasure to know. He is a big part of our family and makes family reunions and get togethers lively and loving. Henry is very close to his mother and is always making sure she is taken care of and loved.

Please take into consideration my request to ask for leniency for Henry.

Cordially,

Javier Duarte

Contact Information:  786 - 304 -3650   JZDUARTE011@gmail.com

August 9th, 2023

Attention Honorable Judge Kelly,

I would like to formally introduce myself as the defendant, Henry Tarrio's Cousin, Melinda Perez-Tavarez. I have known Henry all my life and have nothing but the greatest respect and gratitude for cousin and his sincere love for our family and country. I have been a City of Miami Police Department employee for 16 years; I currently hold the title of Video Retrieval Specialist. With that being said, I take great pride in representing my community and upholding the law.

As a woman of law enforcement who has shared the same love for our family and country, I can truly attest to Henry's significant character that upholds our values and morals that represent everything this country was founded on.

As a family who depends on him for so much, we ask that you heavily consider granting leniency, he has led a good family life and we so much want to see him continue the path of doing remarkable things for not only his life. But his family as well.

I want to personally thank you for giving me the opportunity to express to you how much my cousin means to me and my family, we ask for your kindness in this matter.

Respectfully,

Melinda Perez-Tavarez
12023 SW 271st Terr
Homestead, FL 33032
Melperez18@yahoo.com
786-719-9325

August 10th, 2023

Honorable U.S District Judge Timothy Kelly,

My extended thank you to formally being given this occasion to demonstrate the man who my cousin in law Henry Tarrio is and strives to continue to be. I would like to take this opportunity to introduce myself as Staff Sergeant Shawn Sheffy, husband to Natalie Sheffy; Henry's cousin. I have known Henry for over 3 years now. Upon becoming apart of my wife's family, since the beginning Henry has always been gracious, kind and understanding.

A family man no less, I carry the upmost respect and pride in knowing him and that I am apart of his family. This is a man that will go out of his way to ensure those around him are treated fairly and with great care, as diligent as he is.

My core values as a Staff Sergeant for the U.S Army are reciprocated by Henry and I come before you today Judge, to ask that you give leniency and grace to Henry. To live a life demonstrating the great deeds he has done deserves nothing less. This is a man of statute and unwavering loyalty to his loved ones and those around him. I thank you again for giving me this fine opportunity to represent my cousin in law.

Cordially,

Staff Sergeant Shawn Sheffy

I may be reached at the following:

Phone,
75 9 - 26 9 - 8383

Email, Sheffy Shawn @gmail.com



**T R A N S P O R T**

08/15/2023

REF: Henry Tarrio

Dear Judge Timothy Kelly

Henry Tarrio worked for Sun Speed Transport installing GPS on our trucks , monitoring our GPS system and nightly security from 2015 to approximately 2019 when I decided to close the business.

He was trusted with the most delicate part of our business, security. We never had any issues with his work.

Please contact me for any additional questions you may have.

G. Pardo

Owner / SUN SPEED TRANSPORT

Cel: 305-490-0168

June 28, 2023

Lenny Martinez
7178 SW 47 ST
Miami, FL 33155
786-542-5617

To Honorable Judge Timothy Kelly:

I can confirm that I have known Henry Tarrio for almost three years. I met him when I moved to my office which is upstairs from his. At all times I have found Henry Tarrio to be courteous, reliable, honest, and a great neighbor. I have had the opportunity to meet some of his family members who are lovely people, and they really need him. I have seen how close he is to his family.

Honorable Judge Timothy Kelly, I humbly and respectfully ask for your consideration regarding Henry Tarrio's case.

Sincerely,

Lenny Martinez

August 2nd, 2023

- Honorable Timothy J. Kelly, U.S District Judge,

Sir, I introduce myself as Raunel Cabrera and a good friend of the defendant, Henry Tarrio. I am the warehouse manager at ICL in Miami where Henry worked with me for a few years. During that time Henry was a responsible co-worker and always made sure to account for every detail during each shift. He was conscious of the job at hand and was always ready for a new challenge. Henry was genuinely kind to all of the employee's at ICL and always lent a helping hand where needed.

As long as I have known Henry he has been nothing but a great friend, listening ear and, has given sound and responsible advice. When in doubt I call on Henry for support. He demonstrates all the qualities of not just a good American citizen and past co-worker, but friend and family man too.

Thank you Judge Kelly for reading my email and I ask that you grant leniency in Henry's case.

Kind Regards,

Raunel Cabrera

Contact Info: 786-291-6937

August 10th, 2023

Attention: U.S District Judge Timothy Kelly

My name is Christopher Aneiros, I am 38 years old, I'm married to Denybeth R. Aneiros. We have two daughters, Valentina 8yrs and Penelope 4yrs old. I met Henry in Middle School, since then we've been friends. Throughout the years, Henry has showed me what a true friend is. He has stood by my side through life's highs and lows. We have been able to share many important moments of our lives. One of them was being present when my first daughter was born. At that moment, I knew Henry was the right person to become Valentina's Godfather. Since then we officially became family.

Henry has played an important role in our lives. Unfortunately, he has been absent for the past two years. We have all felt it deeply but especially Valentina. Henry has missed important milestones such as birthdays, graduations, family gatherings, Christmas, New Year's, our annual ski/snow trips, and many other vacations/trips/adventures that we do as family. Not being able to share, create memories or be in each other's life has been a source of sorrow for all of us. I can only imagine, the toll it has taken on him to be separated from those he holds dear and closest to him.

While understanding the gravity of the situation and that there is a need for accountability, I urge the court to consider the impact of Henry's character beyond his mistakes.

Respectfully,

Christopher Aneiros.

CONTACT: 786-973-2525

8/22/2023

Dear Judge Timothy Kelly,

I have known Enrique Tarrio since 2017, and I know he is a hard worker with a big heart. Enrique has always been a great help whenever he can. I worked with Enrique during Hurricane Harvey when the city of houston was over whelmed and needed volunteers to assist with search and rescue. Through CSR I was doing much volunteer work on dispatch and Enrique volunteered to help as well. No matter the task Enrique was willing to help wether that was rescuing animals during Hurricane Harvey or going to do well checks on his boat to make sure people weren't in need of supply's or to make sure they were safe and okay. Enrique is also a good friend whom is the type of person that will always be there for you.

He's very honest, a good listener and always ready to lend a helping hand. During a disaster like Harvey you don't ask someone what their political opinion is before you attempt to go rescue them or offer any kind of help. You just do it because for him and many of us we just wanted to help in any capacity that we could. He is a trustworthy, kindhearted, and highly intelligent individual who has been nothing but kind since the day we met, even to those who disagreed with him. Please consider this letter I'm writing to you when sentencing him. He is an asset to his community, he is creative and passionate, and he has a very good heart. He deserves a fair sentencing. Thank you for taking the time to read this letter.

Sincerely,
Laura Ramos
Dallas, Texas
Lauralee.tx1@gmail.com

Maria M. Gonzales
1755 W. 72 Street
Hialeah, Fl. 33014

August 22, 2023

Honorable Judge Kelly,

Thank you for taking the time to read my email. I am writing to tell you about the Enrique Tarrio that I know and love.

My name is Maria M. Gonzales, I am a wife, mother, daughter, friend and my profession is in Real Estate, I have a real estate license and Florida notary for over 30 years, I am also a real estate paralegal handling real estate closings also for the last 30 years. My father was a Korean War veteran who taught me to love this Country and our rights. Enrique although much younger, reminds me of my father with how much he loves this Country.

When I initially wrote the prior Judge back in 2021, my husband, my young son, and myself were all going through Covid, the reason I am saying this is that as soon as Enrique found out, even with his issues he immediately offered to help with anything that we needed. This is the Enrique that I know. For as long as I have known him, he has been the first one to always lend a hand.

I have also seen how close he is with his family, he is crucial to his family, he sees his father and grandfather daily. They have animals, they feed them and care for them together - I believe this helps keeps his grandfather alive. Keeping him engaged and doing things around the house. Enrique is a family man, I love seeing their annual family vacation photos in the snow and playing with his nephew. Now being a father himself I have seen him be very concerned with his son and his wellbeing.

When a group of us wanted to do a fundraiser to help with his legal fees and he declined preferring to raise funds for his friends. This shows you how selfless he is. Always putting others needs before himself.

Enrique has a printing business and I remember being with him and no one left without what they wanted, he would give the tshirts to people and just say "pay me next time"...next time never came but that never stops him from being who he is.

I pray your honor that my words help you see a little bit of Enrique through my eyes and my experiences with him

Thank you again,

Maria M. Gonzales
(305) 244-4428

August 13th, 2023

Honorable U.S District Judge, Timothy J. Kelly,

Firstly, I would like to introduce myself, my name is Laura Hosmann and I am a family friend of Zuny Duarte, Henry Tarrio's mother. My career is within the counseling field amongst young women out in California.

I have a wonderful and loving friendship with the defendant's mother Zuny and have known the Tarrio family now for around 3 years. It is an honor to be in companionship with such a loving family. I consider them to be a part of my own. Henry has been an excellent source of guidance, friendship, and someone whom I can look up to for moral support. A man who loves his mother the way I have seen how he cares for Zuny, is truly a family man with great family values. He holds so much respect for his mother and appreciates her in every facet.

Thank you, Honorable Judge Kelly, for taking this time to read and consider my letter of recommendation for Henry. I ask that you grant leniency in Henry's case and see the kind and generous man that he is through and through

Sincerely,

Laura Hosmann

Phone: 562-787-4818                                      Email: laura90ah@gmail.com

August 15th, 2023

Honorable Judge, Timothy J. Kelly,

Thank you for allowing me the space to write to you for my friend Henry Tarrio. My name is Renee Luzzi and I am a Re/Max agent. I met Henry back in 2020 at an Evangelicals Church event in Miami.

At any community organized event and social gathering, Henry always made sure that the people participating were safe and felt comfortable. He always looked out for others. He is friendly, kind, funny and acted like a big brother to all of us at any event. I appreciate the man he is as he has done so much good so many places.

I thank you Judge Kelly for reading my letter and I ask you for consideration of leniency for Henry.

Sincerely,

Renee Luzzi

Phone: 561-212-7902                              Email: rluzzi@remax.net

Honorable Judge Kelly,

My name is Humberto Lastre and I'm here to talk about Henry Tarrio, a close and long-standing friend of mine, as he faces sentencing. Having known Henry for a significant portion of my life, I feel compelled to share my perspective on his character.

Henry and I have shared numerous experiences and challenges over the years, and I can confidently attest to his unwavering support and dedication to those around him. He is a person who believes in the power of second chances and is always ready to extend a helping hand. Henry's commitment to his friends is unparalleled. He has consistently shown his willingness to be there for others, regardless of the situation. Whenever I or any of our mutual friends needed assistance or guidance, Henry was the first to step forward. His reliability and compassion has been a cornerstone of our friendship.

While I understand the legal concerns that have led to this moment, I want to emphasize the positive aspects of Henry's character. He is a person who has learned from his mistakes and is actively working towards growth and improvement. I firmly believe that he has the potential to contribute positively to society and demonstrate his commitment to becoming a better person. Henry's dedication to his friends and family and his readiness to lend a hand speak to his values of loyalty and camaraderie. He recognizes the significance of interpersonal relationships and has always shown a genuine interest in the well-being of those around him.

I am hopeful that you will consider Henry's character beyond his mistakes and take into account his positive attributes. I believe in his ability to learn from the past and strive for a better future. With the right support and guidance, he has the potential to make meaningful contributions to our community. Thank you for taking the time to consider my perspective on Henry's character. I trust that you will make a decision that considers both his past actions and his potential.

Humberto Lastre
CONTACT: 205-910-1171