```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
   v.                                     1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Monday, April 24, 2023
6-DOMINIC J. PEZZOLA,             9:00 a.m.
                     Defendants.
- - - - - - - - - - - - - - - x
```

---

```
            TRANSCRIPT OF JURY TRIAL - DAY 70
                 *** MORNING SESSION ***
        HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
                UNITED STATES DISTRICT JUDGE
```

---

APPEARANCES:

For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Nadia Moore, Esq.
                          Conor Mulroe, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

                           Roger I. Roots, Esq.
                           ROGER ROOTS, ATTORNEY AT LAW
                           113 Lake Drive East
                           Livingston, MT 59047
                           (775) 764-9347

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111

Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

1                        **P R O C E E D I N G S**

2

3          THE DEPUTY CLERK:  This is Criminal Matter 21-175,

4    United States of America v. Defendant 1, Ethan Nordean;

5    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

6    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

7    Pezzola.

8              Present for the Government are Jason McCullough,

9    Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

10   Defendant 1 is Nicholas Smith; present for Defendant 2 are

11   John Hull and Norman Pattis; present for Defendant 3 is

12   Carmen Hernandez; present for Defendant 5 are Nayib Hassan

13   and Sabino Jauregui; present for Defendant 6 are Steven

14   Metcalf and Roger Roots.  Also present are Defendant 1,

15   Mr. Nordean; Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl;

16   Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.

17             THE COURT:  All right.  Good morning to everyone.

18             Can I have counsel at sidebar briefly.

19             (Bench conference:)

20             (Following proceedings under seal:)

21   ████████████████████████████████████████████████

22   ███████████████████████████████████████████████████

23   █████████████████████████████████████████████████████████

24   ██████████████████████████████████████████████████

25   ███████████████████████████████

19707





19709





19711



1    ████████████████████████████████████████

2    ████████████████████████████████████████

3            ██████████████████████████████

4            (Following proceedings in open court:)

5            THE COURT:  All right.  Ms. Harris, if you would

6    bring the jury in.

7            (Brief pause.)

8            And, actually, can I have -- while we're waiting,

9    can I have counsel at sidebar -- you know what?  We'll have

10   to wait for Ms. Harris.  I just realized.

11           (Brief pause.)

12           THE DEPUTY CLERK:  Jury panel.

13           (Jury returned to jury box.)

14           THE COURT:  All right.  Everyone may be seated.

15           All right.  Good morning, ladies and gentlemen.

16           I'm going to recognize now the Government for its

17   closing argument.

18           MR. MULROE:  Thank you, Your Honor.

19           Ms. Harris, may we have Government table on the

20   screens, please.

21           THE DEPUTY CLERK:  (Indicating.)

22           MR. MULROE:  "Whatever happens, make it a

23   spectacle."  That was the directive that Enrique Tarrio gave

24   to Joe Biggs just before Tarrio's arrest.  It came at the

25   tail end of two months in which Tarrio and Biggs, along with

1    Ethan Nordean, Zachary Rehl, Dominic Pezzola, and numerous

2    other Proud Boys, had been thirsting for violence and

3    organizing for action.  For these defendants, politics was

4    no longer something for the debating floor or the voting

5    booth.  For them, politics meant actual physical combat, a

6    battle between good and evil in the most literal sense.

7    That's what politics meant to them:  A contest of force.

8    And they liked it and they were good at it.  And so you saw

9    how in the weeks following the 2020 election, they preached

10    violence to their followers.

11            (Video played.)

12            MR. MULROE:  They mocked those who had been left

13    unconscious in the streets at their rallies; they made

14    videos like trophies of the people their men had hurt; and

15    then on the day they thought they were needed the most, they

16    turned their sights on the Capitol of the United States, on

17    the heart of our democracy.

18            You know what happened next.  You saw them march

19    across the Mall with a group of hundreds.  You heard their

20    men taunt the officers whose job it was to defend that

21    building.  You watched them storm across the barricades at

22    Peace Circle, overrunning an outnumbered line of officers.

23    You saw them destroy the fence, push up the stairs, smash

24    the window, and take the building.  And throughout that day,

25    over and over again, you heard their leader, Enrique Tarrio,

1    voice his full-throated agreement with what his men on the

2    ground were doing:  "Do what must be done.  Don't fucking

3    leave.  Proud of my boys and my country.  1776.  Make no

4    mistake, we did this.  Do it again."

5            Ladies and gentlemen, in the end, their success

6    was only temporary.  Ultimately, to their regret, the

7    building was cleared, the proceedings resumed, and our

8    Constitution survived the attack that these defendants

9    helped to unleash upon it.  That very same Constitution has

10   governed this trial, a trial that has surely demanded a lot

11   out of each of you, but that has been time and effort well

12   spent because this trial is not, as Dominic Pezzola has

13   called it, a corrupt and phony proceeding but is a

14   proceeding every bit as solemn and important as the one

15   these defendants sought to disrupt.

16           We have now, at long last, reached the part of the

17   trial where we look at all the evidence together and

18   consider how it fits with the law, as Judge Kelly has

19   instructed you, to make these defendants guilty of each of

20   the crimes charged.  We're going to do that in two parts:

21   The facts and the law.  First, the facts.  We're going to

22   look at all that's been proven about the way these

23   defendants came together as a group and acted together as a

24   group.  Then the law.  We will look at each of the charges

25   against them, what each one requires, and why the evidence

1    makes them guilty of every last one.

2              Now, overarching all of this is the idea of

3    conspiracy.  Judge Kelly has given you detailed instructions

4    on conspiracy law and we're going to talk some more about

5    those later.  But for now it's helpful to put just a few of

6    the basics on the table.  As we explained in opening

7    statements, a conspiracy is nothing more than an agreement

8    with an unlawful objective.  These defendants are charged

9    with multiple conspiracy offenses, but what you're going to

10   see is that they all boil down to the same basic questions

11   of what and how.  What, meaning what they were trying to

12   achieve; and how, meaning how they were going about pursuing

13   that goal.  These defendants' fundamental agreement was to

14   stop the certification of the election -- that's the

15   "what" -- and to do so by any means necessary, including by

16   force.  That's the "how."  And that basic agreement to what

17   and how makes them guilty of all of the conspiracy charges.

18             Now, three things to keep in mind.  First, a

19   conspiracy can be unspoken.  It doesn't have to be in

20   writing, hashed out around a table, or even in words.  It

21   can be unspoken; it can be implicit; it can be a mutual

22   understanding reached with a wink and a nod, or even just by

23   suddenly acting in concert together toward a common goal.

24   Unspoken or implicit conspiracies are still conspiracies.

25             Second, there is no specific time requirement for

1    when the conspiracy began.  Now, the indictment alleges a

2    time frame of December of 2020 through January of 2021, but

3    there's no magic date within that time frame that you need

4    to find that this agreement started.  So long as you find

5    that a defendant joined that agreement at any point within

6    that time frame, that is enough, even if it's not until the

7    day of January 6th, even if it's not until those barricades

8    at Peace Circle have already come down.

9            Third, a conspiracy does not require an agreement

10   as to all of the details.  That's why "plan" is really not

11   the right to word for what this case is about.  Jeremy

12   Bertino talked about the difference between a plan and an

13   objective.  Remember the bacon and eggs?  These defendants

14   are charged with an agreement with an objective.  And the

15   essential nature of that agreement was to stop the

16   certification of the election and to do so by any means

17   necessary, including by force.  That makes them guilty of

18   conspiracy.

19           We're going to talk more about conspiracy law

20   later.  For now, let's turn to the facts.  Now, this has

21   been a long trial.  And you've received the evidence in bits

22   and pieces with lots of interruptions.  So we're going to

23   spend a bit of time now putting it all together.  Not every

24   single little detail, but you're going to have your notes

25   back there.  You're going to have the exhibits back there.

1    And when we put exhibits on the screen during the closing,

2    we will provide the exhibit numbers so you can make a note

3    of any that you would like to refer back to.

4            We're going to pick things up in the fall of 2020.

5    You know that at that time, Enrique Tarrio, Ethan Nordean,

6    Joe Biggs, and Zachary Rehl were all high-ranking Proud Boys

7    leaders.  They and other members of their club were

8    hyper focused on the presidential election and on what they

9    viewed as the special role of the Proud Boys in a deadly

10   serious conflict in American society.  That is why they were

11   jubilant when Donald Trump spoke their name during the

12   presidential debate on September 29th.

13           (Video played.)

14           MR. MULROE:  When Donald Trump told the Proud Boys

15   to stand back and stand by, Joe Biggs said what some of them

16   were thinking.  He took it as an order from the president.

17   He posted to Parler "President Trump told the Proud Boys to

18   stand by because someone needs to deal with Antifa.  Well,

19   sir, we're ready.  Trump basically said to go fuck them up.

20   This makes me so happy."  And when Joe Biggs made that

21   Parler post, some of the elders -- the top-ranking Proud Boy

22   leaders -- they didn't like it.  They thought Joe Biggs and

23   his inflammatory rhetoric were making the club look really

24   bad.  So they asked the chairman at the very top of the

25   hierarchy, Enrique Tarrio, to do something about it, to

1   disavow Biggs, but Tarrio refused.  He came to Biggs's

2   defense.  He said "We say shit like that all the time.  He's

3   saying shit we've always said.  Timing was bad, yes."  What

4   you have here is Joe Biggs stating, and Enrique Tarrio

5   agreeing, that the Proud Boys are a fighting force lined up

6   behind Donald Trump and ready to commit violence on his

7   behalf.  And they weren't the only ones.  Others who would

8   go on to join this conspiracy felt the same way.  Zachary

9   Rehl posted to his Parler page #MAGA, #That'sMyPresident,

10  #ProudBoys, #FuckAntifa, and he followed that with the

11  promise that he was waiting for orders.  And the two

12  cooperating witnesses who came in here, Jeremy Bertino and

13  Matthew Greene, used the exact same phrase to describe what

14  they viewed as the role of the Proud Boys: foot soldiers of

15  the right preparing for all-out war.

16            They used the language of war because that's what

17  they thought was at stake.  These defendants viewed the

18  outcome of the election as a matter almost of life and death

19  for the country and especially for their club.  Joe Biggs

20  posted to Parler "This is a war on Americanism.  This is

21  only the beginning."  Enrique Tarrio said "If Biden steals

22  this election, Proud Boys will be political prisoners.  We

23  won't go quietly.  I promise."  Nicholas Quested told you

24  that Enrique Tarrio said a Biden presidency would mean him

25  being hauled off in chains.  Ethan Nordean in the elders

1    chat, Skull and Bones, agreed with another one of the elders

2    who said "We are months away from gulags.  It's now or

3    never.  We fight or get locked up."  "Perfectly said, my

4    brotha" was Nordean's response to that.  And Jeremy Bertino

5    summed up the collective view of the Proud Boys that he knew

6    this way:  "The country was over if we didn't stop this."

7            Now, all this is evidence of motive.  People

8    generally don't commit crimes for no reason, and the bigger

9    the crime, the bigger the reason you might expect to

10   motivate it.  Using force against the government is not

11   something that any group of people would undertake lightly.

12   When you understand what they thought was at stake, you can

13   understand what drove them to organize the way they did for

14   January 6th and to act the way they did on January 6th.

15   Desperate times call for extreme measures.  I'll let Ethan

16   Nordean explain that.

17            (Video played.)

18            MR. MULROE:  This willingness to embrace extreme

19   measures was on full display in their extreme violent

20   rhetoric.  Agent Kate Camiliere was up there on the witness

21   stand for hours walking you through the posts, the podcasts,

22   the images, the videos that all formed one consistent

23   refrain:  Violence is the answer.  That is what they

24   celebrated; that is what they advocated.  Here is a sample.

25   From Enrique Tarrio:  "Can of whoop-ass in en route to D.C."

1    Posting to Joe Biden:  "You need to remember the American

2    people are at war with you.  No Trump, no peace, no

3    quarter."  Posted to Parler, that photo of Dominic Pezzola

4    against a background of flames with the caption "Lords of

5    War."  Prior to a rally saying, "Tonight, we become

6    nightmares."  And you may remember that Bad Company

7    propaganda video that portrayed the Proud Boys as vigilante

8    warriors.

9              (Video played.)

10             MR. MULROE:  From Ethan Nordean, "Why don't we

11   just fash [ph] the fuck out so we don't have to worry about

12   these problems anymore?  Live free or die hard.  Politics

13   ain't working for nobody.  It's time to fucking rage."  On

14   his Parler page, "We are unstoppable, unrelenting, and now

15   unforgiving.  Good luck to all you traitors of this country

16   we so deeply love.  You're going to need it."  That podcast

17   clip we saw a moment ago assembling an army to replace

18   elected officials he disagreed with.

19             (Video played.)

20             MR. MULROE:  Another podcast with a very specific

21   and explicit call to use force against the Government.

22             (Video played.)

23             MR. MULROE:  And when another Parler user said he

24   would join Nordean's political party "so long as all

25   politicians we have currently are lynched on your

1    inauguration day and all bureaucrats are summarily shot on

2    sight," Ethan Nordean said "Deal."

3            From Joe Biggs, constant references to war:  "It's

4    time for fucking war if they steal this shit, steal the

5    election.  No bitch, this is war."  Predictions of civil

6    war.

7            (Video played.)

8            MR. MULROE:  And threats to law enforcement:  "Get

9    in our way and get walked over.  You will become the enemy

10   of the state.  You will be tried for treason.  You will have

11   no chance.  FAFO" -- fuck around and find out.  "We aren't

12   here to play games.  This is war.  The fight is real.  The

13   war is now."  And him expressing his belief that "every

14   lawmaker who breaks their own stupid fucking laws should be

15   dragged out of office and hung."

16           Zachary Rehl, likewise, called for the execution

17   of elected officials that he didn't like:  "Hopefully the

18   firing squads are for the traitors that are trying to steal

19   the election from the American people."  He told his mother

20   during the November rally "PB is in the streets of D.C.

21   right now absolutely beating the shit out of Antifa and BLM.

22   Sometimes I'm so proud that I'm president of such an awesome

23   organization."  Posting videos of violent conflict in the

24   street with the caption "POYMFB.  We will not lay down.  We

25   will stand up for America," bragging that "many of us are

1    military veterans and deploy the same tactics," and he

2    posted that "Release the Kraken" video, "Kraken" tying it to

3    the election, with scenes of brutal street violence and the

4    caption "Kill them.  Kill them."

5                 (Video played.)

6                 MR. MULROE:  Dominic Pezzola wasn't a big Parler

7    user, but you could see the same embrace of violence in his

8    writings in that, sort of, application essay that he drafted

9    up when he was first joining the Proud Boys.  He said, "I'm

10   willing to fight until my last breath to make sure my

11   children and their children don't inherit a communist

12   country."  He said, "I'm not a violent man, but when and if

13   the time comes, I'm willing to stand first on the line."

14   And as we'll see later, he got his chance.

15                 These calls for violence made up a consistent

16   drumbeat from the day of the election all the way through

17   January 6th.  And these calls for violence are important for

18   two reasons.  First, they are evidence of the defendants'

19   intent.  Now, when you go back to deliberate, you're going

20   to answer questions about what they intended and what they

21   agreed to, but, of course, you can't see into a person's

22   mind.  So in the law, just like in everyday life, you infer

23   a person's intentions from the things they do and the things

24   they say.  These are the things they said.  So when you're

25   back there deciding whether these defendants were really

1    willing to use force to pursue their objectives, you will

2    have all these examples, all these instances of them telling

3    you yes.

4         These calls for violence are also important for

5    the message that they sent to others.  Now, Enrique Tarrio,

6    Ethan Nordean, Joe Biggs, and Zachary Rehl were all

7    high-ranking Proud Boy leaders with a massive and loyal

8    following.  For these defendants, social media wasn't a

9    private diary.  It was a megaphone.  And they used it to

10   radicalize their followers, followers like Dominic Pezzola.

11   One of the defense witnesses, Travis Nugent, admitted on

12   cross-examination that those violent propaganda videos

13   helped to bring in new recruits.  And the guys they brought

14   in, these real men, they weren't looking to join hands and

15   sing "kumbaya."  They were looking to fight.  That was

16   certainly true of Dominic Pezzola.  It was the statements of

17   the leadership that sent the message:  You fall under us, be

18   ready to use force.

19        You saw specific examples of this in connection

20   with the November and December rallies right here in D.C.

21   Now, you understand the defendants are not charged with

22   anything that happened at these rallies, but the way they

23   talked about the rallies provides critical insight into

24   their intentions and their state of mind in the lead-up to

25   January 6th.  So for November, Tarrio's saying, "Because of

1    the Proud Boys, there are some terrorists eating ice cream

2    and drinking soup from a straw as I type this post."

3    Nordean:  "Proud Boys killed it in D.C. today.  Antifa and

4    BLM got tossed all over the place, but more needs to be

5    done.  We need to come together and run these scumbags out

6    of our cities, and anyone supporting them.  POYB."  From

7    Biggs in November:  "Proud Boys had one hell of a day.  In

8    self-defense, they whipped commie ass and were victorious."

9    And Zachary Rehl posting, kind of, a meme, making fun of

10   that lady who got knocked out.

11         The December rally, Enrique Tarrio:  "Silent big

12   dick ninjas are roaming the street.  #ProudBoysDC."  From

13   Nordean:  "We owned D.C."  From Biggs:  "We had Antifa scum

14   on the run all night crying like little bitches."  And from

15   Zachary Rehl, explaining to a friend:  "We were just in D.C.

16   protesting it" -- the election -- "this past weekend and

17   beating the shit out of Antifa."

18         They celebrated what they had achieved at these

19   rallies, but their only achievement was inflicting violence.

20   And when they talked about what had gone badly, it was only

21   that some of their people had gotten hurt.  And so Enrique

22   Tarrio set out to create a command structure, with him at

23   the top, that could take these rally boys, eager for

24   violence, and harness them for maximum effectiveness.  As he

25   told the elders, "Rally boys will always be a thing.  We

1    just need to be able to control and harness ourselves in

2    these large numbers."

3           That brings us to the Ministry of Self-Defense.

4    This special secretive faction of the Proud Boys came into

5    being at a critical time.  Remember that all of the

6    following happened within 24 hours.  December 19th at

7    1:42 a.m., Donald Trump posts a tweet calling for a big

8    protest in D.C. on January 6th.  "Be there, will be wild."

9    Just over two hours later, Tarrio and Biggs are talking

10   about the future of the club.  They're talking about how the

11   drinking stuff helps to mask and recruit and Biggs makes

12   that comment about what to do next:  "Let's get radical and

13   get real men."  The next day, the next afternoon, at

14   4:43 p.m., there was a 15-minute-long FaceTime conversation

15   between Tarrio, Biggs, and Nordean, and then just after

16   midnight that night Enrique Tarrio creates the MOSD Leaders

17   chat, Government Exhibit-501, and he tells his newly

18   hand-picked lieutenants "This is the thing, the new thing."

19          You got to know the men who made up the leadership

20   of MOSD.  You even met one of them, Jeremy Bertino.  They

21   all fit in perfectly.  We have already seen the type of

22   violent, extreme rhetoric from Tarrio, Nordean, Biggs, and

23   Rehl, and you saw much the same from the other leaders who

24   filled out the group.

25          So from John Stewart, when one of the members said

1    what would they do if one million patriots stormed and took

2    the Capitol building, he said "They would do nothing,

3    because they can do nothing."

4            Jeremy Bertino, saying of the elected officials

5    who would certify the election, "Drag them out by the

6    fucking hair if they steal it."

7            Charles Donohoe used the word "warlords" to

8    describe these guys who made up the leadership.

9            And Aaron Wolkind, who also happened to be the

10   vice president in Philly under Zachary Rehl, he said "Our

11   country is run by traitors.  They'd be executed if they did

12   what they did in non-Western countries."  About the police,

13   he said "Fuck these pigs.  It's time to use black bloc

14   tactics."  And as the 6th approached, he said of Washington,

15   D.C. "I want to see thousands of normies burn that city to

16   ash today," to which Stewart responded "I will settle for

17   seeing them smash some pigs to dust," and Bertino added

18   "Would be epic.  Fuck these commie traitors."

19           Once the leadership was in place, they went about

20   filling out the ranks of the group with their hand-picked

21   members.  You saw the criteria that they applied to pick the

22   membership:  Guys they trusted; guys who would follow

23   orders; military experience was a plus.  Joe Biggs had said,

24   "Let's get radical and get real men," and that is exactly

25   what they did.  And as these real men entered the chat

1    group, they quickly made clear who they were and what they

2    were there for.  The real men were ready to log into

3    Minecraft, using that term for crime and violence.  The real

4    men talked about how much bail money they were going to

5    need.

6                    (Audio played.)

7                    MR. MULROE:  The real men discussed

8    seek-and-destroy rallies.

9                    (Audio played.)

10                    MR. MULROE:  They expressed their desire for

11    violence.

12                    (Audio played.)

13                    MR. MULROE:  Again and again.

14                    (Audio played.)

15                    MR. MULROE:  The real men discussed storming

16    capitols.

17                    (Audio played.)

18                    MR. MULROE:  They talked about bodies, talked

19    about war and bodies hitting the floor and stacking bodies

20    in front of Capitol Hill.

21                    Now, the Ministry of Self-Defense had a rule about

22    staying on topic, and you saw there were times when the

23    leaders grew frustrated and made it known when they thought

24    people were going off topic.  So when their subordinates

25    discussed letting women into the Proud Boys, that was off

1    topic.  When they discussed keeping Nazis out of the Proud

2    Boys, that was off topic.  But this stuff on your screens

3    right now, none of this was off topic.  This was the topic.

4    So you want to call this a drinking club?  You want to call

5    this a men's fraternal organization?  Ladies and gentlemen,

6    let's call this what it is.  The Ministry of Self-Defense

7    was a violent gang that came together to use force against

8    its enemies.  It was all about using force.  It wasn't to

9    prevent violence; it was to channel it or, in Enrique

10   Tarrio's words, to harness these rally boys in real numbers.

11           And all of this goes to the "how" part of our

12   "what" and "how" analysis.  The Ministry of Self-Defense,

13   all about using force, shows that force was the best and the

14   only tool at their disposal.  That is how they were going to

15   pursue their goals.

16           As for the "what" part of the equation, you know

17   that the Ministry of Self-Defense always had a goal in mind

18   or, in their words, a strategic objective.

19           (Video played.)

20           MR. MULROE:  And you heard more references to that

21   as January 6th grew closer.

22           (Audio played.)

23           MR. MULROE:  So the real men who made up the

24   membership, they knew that there was going to be an

25   objective, even if not all of them knew what it was right

1    away.  During that video briefing, twice, guys in the group

2    asked Enrique Tarrio, "What is our goal for January 6th?

3    What are we marching toward?"  And twice, he refused to tell

4    them on that recorded meeting.  He said, "I'll fill you in

5    on the ground."  But sitting here today, you know that their

6    goal was to stop the certification of the election.  You

7    know because that is exactly what they did together and then

8    they celebrated as their mission accomplished.

9            But that much was also clear before the fact,

10   ahead of time, in the discussions and the statements of the

11   leadership.  When Zachary Rehl testified, he showed you how

12   invested he was in the certification process and how

13   knowledgeable he was about that process and about the

14   various legal challenges to the Biden victory.  While that

15   process was all underway, he posted to Parler, "People are

16   waiting until the courts play out.  We would rather let the

17   Constitution do its thing and not go ape shit if we don't

18   have to."  Then, when he testified, he freely admitted that

19   by January 6th, he believed that all the legal options had

20   failed.  That meant there was only one possibility

21   remaining:  Ape shit.  You saw it in the private chats of

22   the MOSD leaders in their references to the Capitol and what

23   was going on inside of it.

24           (Audio played.)

25           MR. MULROE:  And you remember Enrique Tarrio's

1    response to that message where you could hear the mock

2    surprise in his voice.

3              (Audio played.)

4         MR. MULROE:  You could also see it in the elders

5    chat.  When Enrique Tarrio was first trying to sell the

6    elders on his new chapter he was trying to create, he told

7    them what it was going to be for and then, at the end of

8    that conversation, he added that cryptic message:

9    "Whispers.  1776."  In other words, "Keep this quiet, but

10   our purpose is revolution."

11             Now, "1776," that is a phrase that you've heard a

12   lot during this trial.  You're going to hear it some more

13   before we're done.  So let's talk about 1776 for a moment.

14   1776, for these defendants, was a rallying cry, a call to

15   action, and a shorthand for what they were trying to achieve

16   on the 6th.  When we hear 1776 today, we might think of

17   three-cornered hats and Yankee Doodle, but don't sugarcoat

18   this.  In 1776, people fought, died, and killed to change

19   their system of government.  Joe Biggs understood that.

20             (Video played.)

21        MR. MULROE:  Joe Biggs was right.  Revolution

22   means violence, and it's not pretty.  But when these

23   defendants claimed to represent the spirit of 1776, they

24   were only partially correct.  The founders of this country

25   fought to create a nation where leaders are chosen by the

1    will of the people and where power is handed over

2    peacefully, according to a process of law.  They fought to

3    be free from a king who rules for life based on the strength

4    of his army.  Well, these defendants saw themselves as

5    Donald Trump's army, fighting to keep their preferred leader

6    in power no matter what the law or the courts had to say

7    about it.  So when they invoked 1776, understand the way

8    that they were twisting that reference.  What these

9    defendants wanted was a revolution.  You've got to give them

10   that much.  But it was not 1776.

11           Let's go back to the timeline.  Two days before

12   the mission kicked off, Enrique Tarrio was arrested.  This

13   didn't come as a shock.  He knew it was coming because his

14   connection at the Metropolitan Police Department, Lieutenant

15   Shane Lamond, had been feeding him information for months.

16   Tarrio knew he would be arrested, but he also knew that the

17   mission would be in good hands.  He would have his trusted

18   lieutenants in command on the ground and he knew he could

19   count on them to pursue the objective.  That's why one of

20   the last things he did before being taken into custody was

21   to have a roughly two-minute-long phone call with Joe Biggs,

22   at the end of which Tarrio sent that message, "Whatever

23   happens, make it a spectacle."  And Biggs replied, "Yup."

24           Now, after Tarrio was arrested, consider what is

25   and what is not important about what happened next.  What is

1    important is how -- the way they immediately scrambled to

2    cover their tracks and to try to prevent their

3    communications from falling into the hands of law

4    enforcement.

5              (Audio played.)

6              MR. MULROE:  This was a top-down effort directed

7    by the MOSD leaders to nuke chats and scrub chats, all of

8    which made perfectly clear that they believed they had

9    something to hide.  You don't panic like that unless you

10   know you're doing something wrong.  On the other hand, what

11   is not important is any adjustments to the plan that became

12   necessary on account of Tarrio's arrest.  Remember, this

13   case is about an objective, not a plan.  So when you see

14   messages with Nordean and Biggs in the Airbnb on the night

15   of the 5th figuring out things like exactly when and where

16   they're going to meet and whether or not they're still

17   breaking into small teams, those are all details of the type

18   that do not define a conspiracy.  This is the difference

19   between strategy and tactics, the big picture versus the

20   nuts and bolts.  When Enrique Tarrio was arrested, the

21   strategic objective of stopping the certification of the

22   election remained unchanged even if they were still figuring

23   out some of the tactical details of exactly how they would

24   make that happen.

25              On the morning of January 6th, they met at

1   10:00 a.m. at the Washington Monument.  Several things were

2   already clear at that point.  For one, it was clear they

3   were not headed to watch Donald Trump's speech.

4           (Audio played.)

5           MR. MULROE:  The Capitol was the focus from the

6   start.  And if they had been there to protect normies from

7   Antifa, they would have gone to the speech where all the

8   crowds were, but they did not make so much as a head fake in

9   that direction.  They were focused on the Capitol.

10          It was also clear to everyone present that things

11  were different from prior rallies, as violent as those all

12  had been.  Nicholas Quested, who had been at the

13  December 12th rally, testified that, on January 6th, it felt

14  much colder and more serious.  They had an objective and

15  they were focused on it.  You could hear the difference in

16  the chants that they were now using:  "Our house," "our

17  Capitol," and "1776."

18          (Video played.)

19          MR. MULROE:  Matthew Greene testified that,

20  compared to his prior experience, it felt like an --

21  increasingly antagonistic toward police.  He perceived a

22  rising anger as the group made its march across the Mall.

23  Now, that anger at the police, that didn't come out of

24  nowhere.  The leaders of this conspiracy had been stoking it

25  for months -- for weeks since the December 12th rally.

19734

1   After that December 12th rally where Jeremy Bertino was

2   stabbed and the events that led to Tarrio's arrest occurred,

3   you saw the posts they made to Parler.  That post by Joe

4   Biggs saying, "We the people will treat your thin blue line

5   like we do Antifa.  We will knock you to your senses and

6   bypass your unconstitutional asses.  Get in our way and get

7   walked over.  You will become the enemy of the state.  You

8   will be tried for treason.  You will have no chance.  FAFO.

9   We aren't here to play games.  This is war."  He also posted

10  to Parler a video of the speech that he gave on the streets

11  the night of the 12th.

12                  (Video played.)

13                  MR. MULROE:  "Thin blue line's getting thinner and

14  thinner."  You heard the same type of rhetoric around the

15  same time from Ethan Nordean.  He posted to his Parler page

16  "Police officers need to really think hard and long about

17  why they joined.  Our government puts more" -- property on

18  protecting -- "puts more priority on protecting federal

19  property than they do its own people.  It looks pathetic and

20  I'm disgusted with a lot of our communities'," quote,

21  "'protectors.'"  "Back the yellow" was the new tag line that

22  Nordean added to that.

23                  And his hostility toward police was on even more

24  powerful display in the leaders' private chats.

25  Exhibit 501-50 is a conversation from the MOSD leaders group

1    just days before January 6th.  It's worth re-reading that

2    entire conversation where the leaders talked about how their

3    disposition toward the police needs to be reevaluated.  And

4    just a few highlights.  You had Jeremy Bertino saying

5    "#FuckTheBlue"; John Stewart saying "Agree.  They chose

6    their fucking side.  So let's get this done."  Continuing,

7    "We could have ran them the fuck over in D.C.," ran the

8    police over.  And Enrique Tarrio admitting "I had a plan for

9    it, but someone talked me out of it."  Toward the end of

10   that conversation, Joe Biggs put it vividly.  He said "I'm

11   ready to just be the Zamboni and roll over motherfuckers."

12   He stated his intention.  Just days later, he acted on it.

13             This aggressive hostility toward government and

14   law enforcement was on full display as the Proud Boys group

15   made its march on January 6th.  Ethan Nordean voiced it

16   through a megaphone as they marched first past the Capitol.

17   He said "Real men are here."  He said "We represent the

18   spirit of 1776."  And he said they were going to remind

19   those who have forgotten what their oath means, that oath to

20   support and defend the Constitution that Inspector Loyd

21   recited for you on the very first day of testimony.  Later

22   on, he spoke at law enforcement "Your job is to protect and

23   serve the people, not property like the Capitol building or

24   bureaucrats like the people inside that building."  When you

25   go back and watch Government Exhibit-1000, listen for the

1    contempt in Ethan Nordean's voice when he says those words.

2         The "real men" who marched along with them, they

3    got the message loud and clear.  As the Proud Boys group

4    marched past a handful of officers who were suiting up in

5    riot gear, they taunted them.  "Traitors," they said.

6    "Treason.  Fucking scum.  Pick a side."  There's an idea

7    you're going to hear over and over again:  "Pick a side.

8    Don't make us go against you."  And, once again, making

9    reference to that oath of office that each of these public

10    servants had taken.  "Honor your oaths," the Proud Boys told

11    them.  "Honor your oaths."

12         These defendants and the men they marched with,

13    they made their intentions known.  They made it plain as day

14    why they were there.  It was not to see Donald Trump's

15    speech.  It was not to protect patriots.  It was certainly

16    not to demonstrate peacefully.  They were there to threaten

17    and, if necessary, use force to stop the certification of

18    the election, and that is exactly what they did.  First,

19    though, they marched around the building to the far side, to

20    the east side of the Capitol.  This gave them the chance to

21    scout its defenses.  And you heard from Nicholas Quested how

22    it stood out to him, as they walked across the east front,

23    that only a single police officer was stationed there

24    guarding the Peace Circle.  Not a coincidence the Peace

25    Circle is exactly where they would return just a short time

1    later.  In the meantime, the men were raring to go.  You

2    heard it slip out twice.  Everyone knew what was coming.

3                 (Video played.)

4                 MR. MULROE:  That last one was the Proud Boy

5    called Milkshake.  We're going to see him again in just a

6    bit.  First, though, the group went to the food trucks.

7    They got some lunch.  And at the food trucks they waited.

8    They waited from approximately 12:07 to approximately 12:45.

9    They waited until the certification proceeding was just

10   getting underway, and then they moved.

11                (Video played.)

12                MR. MULROE:  The Proud Boys' leaders, Nordean,

13   Biggs, and Rehl, they marched that group right back to Peace

14   Circle right around the time when the proceeding was just

15   getting started.  That is not a coincidence of timing, not a

16   coincidence of location.  Before the group got to Peace

17   Circle, the scene there was quiet and, well, peaceful.

18                (Video played.)

19                MR. MULROE:  But that all changed almost instantly

20   when the Proud Boys marching group walked up.

21                (Video played.)

22                MR. MULROE:  And almost as soon as they got there,

23   that man in the red hat, Ryan Samsel, came over and greeted

24   Biggs.

25                (Video played.)

1          MR. MULROE:  He greeted Biggs and then he made a

2     beeline for the barricades.  Clearly, Ryan Samsel recognized

3     Biggs as one of the leaders of this large group, and he knew

4     that they were focused on the same goal.  And when Ryan

5     Samsel went over those barriers, that army of Proud Boys

6     went right there with him.  Agent Miller, who walked you

7     through the video evidence from that day, pointed out just

8     how many guys from the Proud Boys marching group were right

9     there at the very front as this first wave of rioters

10    crashed through the barricades.  She pointed them out.  And

11    that included Ronald Loehrke, the Proud Boy that Ethan

12    Nordean had personally recruited by text message to be on

13    the front lines with him.  Ronald Loehrke, who, as he

14    scrambled over that fence line, flashed the Proud Boys hand

15    symbol.

16          The barriers were there to protect what was going

17    on inside the building, the certification proceeding.  And

18    that proceeding was already underway as the first wave of

19    rioters crashed over that barrier and sent the police

20    running for their lives.  Ethan Nordean, Joe Biggs, Zachary

21    Rehl, and Dominic Pezzola were all part of that first wave.

22          (Video played.)

23          MR. MULROE:  And you can get some perspective on

24    exactly how close to the front they were by seeing from

25    Zachary Rehl's viewpoint.  This video is the one that he

1    filmed.  It shows you what he saw and how he reacted.  "Fuck

2    them.  Storm the Capitol."  And when he took the witness

3    stand in his own defense, Zachary Rehl offered you --

4            MS. HERNANDEZ:  Objection, Your Honor.

5            (Bench conference:)

6            THE COURT:  Ms. Hernandez, your objection is to

7    the evidence that will go back.  And it will not be part of

8    the evidence.  This is a demonstrative the Government's

9    using as part of their closing.  They may proceed.

10           (Return from bench conference.)

11           MR. MULROE:  As I said, "Fuck them.  Storm the

12   Capitol."  Now, when Zachary Rehl took that witness stand in

13   his own defense, he offered you an explanation for what he

14   claims was going through his mind as this violent scene

15   unfolded.  This is what he testified:  "Like I said, at that

16   time, what was going through my head was, these people, they

17   must know where these stages are that I've been talking

18   about and, maybe, they're trying to get there a few minutes

19   early."

20           That is what he testified, and even as he was

21   saying those words, he felt the need to add -- to his own

22   attorney, mind you -- "And, like, look" --

23           MS. HERNANDEZ:  Objection, Your Honor.  Comment on

24   counsel is inappropriate.

25           THE COURT:  Overruled.

```
 1              MR. MULROE:  Zachary Rehl, as he was giving that
 2    testimony under oath, felt the need to add to his own
 3    attorney "Look, sorry, you're giving me this look like --
 4    but it's the honest God truth."  The honest God truth.  Put
 5    a pin in that, because we're going to come back to Zachary
 6    Rehl and the truth in just a little bit.  First, let's see
 7    one more video from Breach 1.  Now, how many times in this
 8    next one have they pointed out that Ethan Nordean's got his
 9    fist in the air and he's making a "ho" sound?
10              (Video played.)
11              MR. MULROE:  And yes, Ethan Nordean is signaling
12    to his guys there.  He is trying to control them.  But it's
13    not so he can turn them around and walk them away.  Ethan
14    Nordean is trying to keep his guys in formation so that they
15    can move --
16              MR. SMITH:  Objection.  Not in evidence.
17              THE COURT:  Overruled.
18              MR. SMITH:  The --
19              THE COURT:  It's --
20              MR. SMITH:  This is not in evidence.
21              THE COURT:  Sir, your objection is overruled.
22              MR. MULROE:  Stay focused, ladies and gentlemen.
23    You know what Ethan Nordean's doing there.  He is trying to
24    keep his guys together in formation so they can move forward
25    together as a group just as they have done all day long, and
```

1    you know that for certain based on what he does next.

2            (Video played.)

3            MR. MULROE:  He takes the guys that he's with and,

4    together, they move forward over those toppled barricades

5    and toward the building.  As they begin to move forward,

6    Nordean and Biggs don't even need to confer with one another

7    for a moment.  They already know, implicitly and unspoken,

8    that this is the thing to do, this is the way to proceed

9    toward their objective.  And one of the defense witnesses,

10   Travis Nugent, when he testified, he claimed he didn't know

11   much, but he knew enough to follow.  He admitted on

12   cross-examination that when he saw that crowd surging

13   forward and he didn't know what to do, he fell back on the

14   chain of command and he turned to his leader, Ethan Nordean,

15   and he asked him, "Are we really doing this?  Are we really

16   going in?"  And then he followed him toward the building.

17           Now, at that time, they were not yet at the very

18   front of the crowd, but they got themselves there.

19           (Video played.)

20           MR. MULROE:  You saw them make their way through

21   the crowd with hands on shoulders, Ethan Nordean in front,

22   and others, including Biggs, following behind them.  And

23   they made their way up to the very front of that black metal

24   fence.  And when Jeremy Bertino saw that Proud Boys were at

25   the very front of this riotous crowd, it didn't surprise him

1    one bit.  He testified to you that "We always led the way

2    and they were always behind us, the normies."  And you may

3    have noted, again, that Jeremy Bertino and Matthew Greene

4    used the exact same phrase to describe how they understood

5    the role of the Proud Boys, both in general and on

6    January 6th:  Tip of the spear.  Tip of the spear, that

7    phrase that Zachary Rehl claims that he had never heard

8    before.  "Tip of the spear" is the phrase that both Jeremy

9    Bertino, high-ranking leader from the Carolinas --

10            MS. HERNANDEZ:  Objection.  Misstates the

11    evidence.

12            THE COURT:  Overruled.

13            MR. MULROE:  "Tip of the spear" is the phrase that

14    Jeremy Bertino, high-ranking Proud Boy from the Carolinas,

15    and Matthew Greene, brand-new first degree from Upstate New

16    York -- that's a phrase that both of them used.  So they

17    made their way to that black metal fence in the front of the

18    crowd and they gathered along that fence.

19            (Video played.)

20            MR. MULROE:  Now, this was not some big

21    barbed-wire fence, but this was enough to slow down the

22    crowd, at least temporarily, while reinforcements from

23    Metropolitan Police Department were on the way.  That did

24    not last very long, however, because Ethan Nordean and Joe

25    Biggs, along with many other members of that crowd, ripped

1    that fence out of the ground, broke it to pieces.  You saw

2    the force that was necessary to do that.

3              Pardon me one moment.

4              (Brief pause.)

5              (Video played.)

6              MR. MULROE:  You can see the force necessary to

7    get that out of where it was bolted into the cement.  And

8    you saw that Nordean and Biggs each personally, in a

9    hands-on way, participated in the destruction of that black

10   metal fence.

11             (Video played.)

12             MR. MULROE:  Here they are both looking down at it

13   together.

14             (Video played.)

15             MR. MULROE:  Here's Biggs about to put his mask

16   up, knowing he's doing something wrong.

17             (Video played.)

18             MR. MULROE:  Here's Nordean positively ecstatic

19   about what they're engaged in.

20             (Video played.)

21             MR. MULROE:  Here are Nordean and Biggs each going

22   to work on one of those fence panels.

23             (Video played.)

24             MR. MULROE:  And there you go.  One panel already

25   down; another one on its way in the hands of Joe Biggs.

1      You saw it from another angle in slow motion.

2          (Video played.)

3          MR. MULROE:  Here's Ethan Nordean.  You're going

4   to see that fence panel moving loose in his underhand grip.

5          (Brief pause.)

6          And here's Joe Biggs working to get loose that

7   panel of his own.

8          You saw the video and you also heard the firsthand

9   account of Officer Shae Cooney.  She was right there on the

10  top of the steps and in a position to see what was going on.

11  Officer Cooney told you that she personally saw the fence

12  being ripped from the ground and getting thrown to the

13  ground by Nordean and Biggs.  And she made very clear that

14  Ethan Nordean, he wasn't getting taken for a ride on that

15  fence.  He wasn't getting jerked around like a big puppet on

16  a string.  Nordean was pulling at the fence back and forth

17  and ripping it out of the concrete.  Once that fence was

18  down, the crowd was able to surge forward onto the west

19  plaza.

20         (Video played.)

21         MR. MULROE:  Rioters took over that entire area,

22  that entire west plaza of the Capitol.  And, ladies and

23  gentlemen, there's no other way to put it:  Hell broke loose

24  out there on that plaza.

25         You heard the firsthand accounts of Inspector

1    Loyd, Officer Cooney, Officer Ode, and Officer Riggleman,

2    about how they were attacked with every makeshift weapon you

3    could imagine:  Water bottles, frozen water bottles,

4    flagpoles, baseball bats, construction tools, drills,

5    hammers, fire extinguishers, pepper spray, bear spray, roach

6    spray, and pieces of that black metal fence that had been

7    broken apart and turned into weapons.  You want to get a

8    little sense of it, watch Government Exhibit-226 and turn

9    the sound up.

10                   (Video played.)

11              MR. MULROE:  Watch that video and think about what

12    it was like there on the plaza.  And, by the way, it is not

13    until the end of this video that Joshua Black gets that

14    pepper ball to the cheek.  So none of this trying to blame

15    the police for the outrageous actions of that crowd.  Watch

16    Government Exhibit-226 and know that every single member of

17    that crowd had the power to decide that they didn't want any

18    part of what was going on around them.  Every single person

19    there was free to turn around and walk away.  Some of the

20    Proud Boys did.  Matthew Greene did.  Travis Nugent did.

21              But they stayed.  They stayed and they celebrated.

22    They grinned and laughed.  They took photos and videos.

23    Ethan Nordean walked the front lines of that crowd like a

24    general surveying his troops.  And some of them did more

25    than that.  Dominic Pezzola took part in a brutal attack on

1    Officer Ode in which he stole that shield.  We're going to

2    talk more about that later.  And Zachary Rehl.  Zachary Rehl

3    personally attacked an officer with a can of chemical spray.

4    He did that January 6th, ladies and gentlemen, and then last

5    week on that witness stand he lied to you about it.  He got

6    up there and took an oath and then, over the course of two

7    days, his attorney asked him over and over again, any way

8    you could think to phrase it:  "Did you ever attack anyone?

9    Did you ever assault officers?  Did you ever use force?  Did

10   you ever engage in violence?"  And repeatedly, he turned to

11   face you and he said, "No, no, no, no, no, no, never."  And

12   that was false.

13          On cross-examination, Mr. Kenerson showed him the

14   photo of how he was dressed and geared up at the base of the

15   media tower in the middle of the riot.  And then he showed

16   the video from that same time and place of Zachary Rehl

17   wearing that same hat, goggles, and mask, reaching his arm

18   out, spraying towards officers, and then scurrying away to

19   the back of the crowd.

20          (Video played.)

21          MR. MULROE:  But Zachary Rehl fought Mr. Kenerson

22   on it.  Mind you, he didn't say, "No, I never did that."  He

23   said, "I can't tell if that's me."  He said, "I can't tell

24   what that person's doing with his arm.  Do you have another

25   angle?"  So we obliged him, came in with another video that

1    erased any shadow of a doubt:  The person who did that

2    spray, wearing the same hat and the same goggles, the same

3    face gaiter, the same outfit in the same place at the same

4    time.  And that video also showed you the context for how

5    this happened.  It was in the middle of one of the countless

6    melees that broke out when members of that crowd attacked

7    law enforcement and engaged them in a badly lopsided battle.

8                    (Video played.)

9                    MR. MULROE:  And when we went frame by frame in

10   that video, we confirmed what was already obvious: that the

11   object in Zachary Rehl's hand, it wasn't some mysterious

12   recording device that had never been seen or heard from

13   before or since; it was a can of pepper spray.  You can see

14   him use it.  You can see the stream of chemical spraying

15   right out of that nozzle.  He did that.  He did that and

16   then he lied to you under oath about it.  And that lie,

17   along with all of other -- Zachary Rehl's other evasive,

18   aggressive, implausible, and inconsistent testimony, tells

19   you exactly how much weight to give anything he told you.

20   Zero.

21                    Now, while all this was going on, the Ministry of

22   Self-Defense leaders were in touch with one another.  The

23   guys who were on the ground were sending updates to those

24   who were not present.

25                    (Video played.)

19748

1    MR. MULROE:  And in return, the guys who were

2    watching from afar provided encouragement and tactical

3    advice, messages like this one from Bertino:  "Storming the

4    Capitol building right now.  Get there.  Form a spear."

5    Aaron Wolkind:  "Go find eggs and rotten tomatoes.

6    Throw feces at these jerk-offs.  Push inside.  Find some

7    eggs and rotten tomatoes.  Keep pushing.  Fuck those pigs.

8    Throw shit at them."

9    From John Stewart:  "Accelerate."  And John

10   Stewart providing updates on the law enforcement response so

11   the guys would be aware.

12   (Audio played.)

13   MR. MULROE:  What you see in these messages is

14   excitement, but not surprise.  They are all on the same page

15   because they all understand immediately, intuitively,

16   implicitly, that this is a way to perceive -- I'm sorry --

17   to pursue their strategic objective.  All of them know the

18   goal and all of them agree that this is a way of pursuing

19   it.  And that goes also for Enrique Tarrio.  You saw his

20   Parler posts throughout the riot that he made, even though

21   he wasn't there on the ground.  In one of them, he even

22   compared himself to the emperor from Star Wars sitting back

23   and watching the battle from afar.  He captioned that one

24   "Do what must be done."  And you saw that -- when he wanted

25   to get in touch with somebody on the ground, you saw who he

1    reached out to from his phone records, attempted calls in

2    the thick of the riot to Ethan Nordean and Joe Biggs,

3    eventually getting a call back from Biggs for a

4    42-second-long conversation.

5              (Video played.)

6              MR. MULROE:  Now, by about 1:35, the entire west

7    plaza was flooded with rioters.  The Proud Boys had been the

8    tip of the spear and helped to unleash this violent mob

9    against the seat of American government.  At that point,

10   they were mostly sitting back and enjoying the show, but

11   then something happened.  The crowd began losing its

12   momentum.  Reinforcements from Metropolitan Police had

13   arrived and they were beginning to succeed in forming and

14   holding a police line to stop the crowd from moving farther

15   forward toward the building.  The Proud Boys recognized

16   this.  Zachary Rehl sent a message "We're at a standstill"

17   at that time.  John Stewart, watching from afar, observed

18   "Normies stopped pushing."  And one of the MOSD members sent

19   a message to the group asking "Where are we regrouping?"

20             Now, if there's any doubt remaining about these

21   defendants' commitment to their mission, it was erased by

22   what they did next.  Agent Miller showed you in the video

23   how over the course of just a few minutes, Dominic Pezzola,

24   together with Charles Donohoe, made their way through the

25   crowd to the base of a set of stairs underneath the

1    scaffolding on the northwest side of the Capitol.  She

2    showed you how, just minutes after that, Joe Biggs and Ethan

3    Nordean snaked their way through that densely packed crowd

4    to go right to that same spot.  And you saw that photo of

5    them together there underneath the scaffolding.  Now, this

6    was not some random spot.  Inspector Loyd told you about

7    that gate in the scaffolding.  Those stairs lead right to

8    the first floor of the building where there are doors and

9    windows.  And Officer Cooney told you up those stairs is

10   where you can gain access to the building itself.  The base

11   of those stairs is where Pezzola, Donohoe, Nordean, Biggs,

12   and a bunch of other Proud Boys converged right at the

13   moment when the crowd seemed to be losing steam.  That's not

14   a coincidence of timing.  That's not a coincidence of

15   location.  And neither is it a coincidence what happened

16   next.

17            (Audio played.)

18            MR. MULROE:  You saw multiple angles of what the

19   Proud Boys did at those stairs.  You saw them force their

20   way up as a group, once again using the strength of their

21   numbers to overwhelm officers and keep moving forward toward

22   the building.  Tip of the spear.  And the very tip of that

23   spear was the Proud Boy named Milkshake, the guy we earlier

24   saw saying, "Let's take the effing Capitol" before the riot

25   had even begun.  Let's watch.

```
 1                  (Video played.)

 2              MR. MULROE:  Here's another view just a short time

 3     later of Joe Biggs and a bunch of Proud Boys and guys in his

 4     group pushing their way up that same stairs under that

 5     scaffolding.  Part of that group, by the way, was Gilbert

 6     Fonticoba, the Proud Boy who we later saw hanging out in a

 7     celebratory mood in the hotel room with Enrique Tarrio at

 8     the end of the night.  And there he is pointing himself out

 9     in the TV coverage right behind Biggs and Rehl.

10              This push up the stairs at Breach 3, it was a

11     Proud Boy effort through and through.  Watch this next video

12     and count how many times you see their hand sign getting

13     thrown up during Breach 3.

14                  (Video played.)

15              MR. MULROE:  "Proud of your fucking boy, taking

16     the Capitol," celebrating their success at this critical

17     turning point of the riot.  Now, those stairs went up under

18     the scaffolding, and you saw video of Dominic Pezzola under

19     that scaffolding using the same type of language that he had

20     learned from the leadership about how everyone needs to pick

21     a side and how law enforcement better decide which side

22     they're on.

23                  (Video played.)

24              MR. MULROE:  They broke through that police line,

25     too.  And from there, it was just a short walk to the window
```

1    and Breach 4.  Dominic Pezzola ran up to that window and,

2    using the riot shield that had he stolen from Officer Ode,

3    he smashed that window to pieces and penetrated the

4    building.  By the end of that day, the Capitol Building

5    would be breached in more places than you could count, but

6    Pezzola was the first.  Just like he had wanted to be when

7    he joined the Proud Boys, he was on the front lines, and

8    when the leaders saw that video of Pezzola smashing that

9    window, they loved it.  Jeremy Bertino sent it to Enrique

10   Tarrio, asking him "Recognize anyone?  LMFAO."  Tarrio

11   responded "Nopeeeeee," all those Es showing the sarcasm.

12   Bertino said "I'm so proud."  And Enrique Tarrio replied

13   "That looks like George Washington, Sam Adams, and

14   Franklin," and Dominic Pezzola as revolutionary hero.

15            At the moment Pezzola smashed that window, the

16   members of Congress were inside the chamber carrying out one

17   of their most sacred constitutional duties.  Now, people had

18   concerns about the election and the members of Congress were

19   bringing forward the views and concerns of their

20   constituents, debating the objections and resolving them so

21   that the country could move forward.  The day that is

22   appointed by law for this process, January 6th, it ought to

23   be the highest expression of our commitment to the rule of

24   law.  It should be a shining example for the rest of the

25   world.  And for more than 200 years, that is exactly what it

1    was.  But on January 6th of 2021, these defendants turned

2    that day into a horrifying spectacle, just as they had

3    agreed to.

4            You saw what that spectacle entailed.  You saw the

5    vice president of the United States fleeing for his life out

6    of the Senate chamber as the Secret Service evacuated him.

7            (Video played.)

8            MR. MULROE:  You saw members of the House of

9    Representatives cowering for fear up in the gallery of their

10   chamber.  You saw the furniture that they piled against the

11   doors, the doors that rioters were literally banging

12   against.  You saw them climbing up onto furniture to try to

13   calm down their colleagues as the members grabbed riot hoods

14   to try to make a safe escape.

15           (Video played.)

16           MR. MULROE:  You saw Officer Carrion on the east

17   side of the Columbus door being swallowed up by the crowd as

18   he and his fellow officer tried desperately to bar that door

19   closed with the pole of a flag.  And you heard those radio

20   calls, those panicked transmissions from officers, trying to

21   keep everyone safe as total chaos broke out in the building.

22           (Audio played.)

23           MR. MULROE:  That is what it looks like for the

24   process of government to be brought to a screeching halt.

25   Those radio calls are the sounds of a 200-year tradition of

1    peacefully transferring power being shattered.  Ladies and

2    gentlemen, this is a national disgrace.  And to them, this

3    was mission accomplished.  They had done it.  They had

4    stopped the certification of the election.  Everything these

5    defendants did in the building after that point was just

6    icing on the cake or, as Mr. McCullough called it during

7    opening statements, a victory lap.  They went into that

8    building like soldiers into a conquered city.  They lit some

9    smokes, they helped themselves to some snacks, they stole a

10   couple of flags, and in general they showed total contempt

11   for the seat of American democracy.

12            (Video played.)

13            MR. MULROE:  And you understand that just by being

14   in there, they were contributing to the emergency and making

15   it impossible for the certification to resume.  Enrique

16   Tarrio understood that.  That's why he said, "Don't fucking

17   leave."  Joe Biggs, for his part, even went back inside the

18   building a second time during the breach on the east side of

19   the Columbus door that Officer Carrion told you about.  Joe

20   Biggs came back in again, shoving his way through the crowd,

21   and shoving his way right past officers, including Officer

22   Salke, who was a colleague of Officer Carrion that you heard

23   about.

24            (Video played.)

25            MR. MULROE:  Know this, though.  Even if they had

19755

1    never set foot in that building; even if they had just

2    turned around and gone home like Matthew Greene, that would

3    not have erased everything they did up to that point.  That

4    would not erase their guilt, the agreement, and concerted

5    action that they were a part of.  The damage was already

6    done.  All together, what you saw at Breach 1 to Breach 2 to

7    Breach 3 to Breach 4 and beyond was concerted action toward

8    a shared goal.  These defendants and others joined together,

9    using the force of their combined numbers to stop Congress

10   from certifying the election, and that joining together is

11   an agreement, and what that means is that even if you did

12   not know about everything that came before, even if you

13   hadn't seen all the evidence of the prior rallies, the

14   reactions, the secret Telegram chats, the Parler posts, the

15   MOSD, even if you just picked things up at 12:30 in the

16   afternoon on January 6th, you would still have decisive

17   evidence of a conspiracy based on their concerted action

18   toward a shared goal.

19           Now, that type of unspoken or implicit conspiracy,

20   that's not unique to the law.  This is just everyday human

21   interaction.  Picture this.  You're driving down the street

22   in the winter and you see a car stuck in a snowbank with

23   some people outside pushing it from the back.  So you hop

24   out and you get there and you go start pushing with them.

25   Is there any doubt whatsoever that you and the others are

1    pursuing the same goal using the same means?  You've never

2    met these people before in your life.  There hasn't been a

3    word exchanged between you.  And yet, you have a mutual

4    understanding -- an agreement -- as to the "what" -- get

5    that car out of the snow -- and the "how," teamwork and

6    pushing.  It's just the same in the attack on the Capitol.

7    And that is why even somebody like Matthew Greene could be

8    guilty of conspiracy and part of that conspiracy.  You

9    remember Matthew Greene.  He was there at the riot with

10   Pezzola.  He accepted responsibility, took that witness

11   stand, and testified for you.  Think about how peripheral

12   Matthew Greene was.  He was new to the club, just a first

13   degree.  He wasn't an MOSD leader.  He was not even an MOSD

14   member.  He basically just showed up on January 6th and

15   tagged along and stormed the Capitol with them.  But that

16   did not stop Matthew Greene from knowing and understanding

17   and, as he admitted, agreeing both to the "what" and the

18   "how" of what they were collectively engaged in.  If Matthew

19   Greene is a member of this conspiracy, there is no doubt

20   whatsoever that each of the five of them is, as well.

21          So you had this overwhelming, implicit, unspoken,

22   collective action together, but on top of that you had

23   something very explicit.  From the top leader, the chairman,

24   Enrique Tarrio, the one responsible for bringing all of them

25   together in the first place, throughout January 6th you saw

1    explicit approval, explicit encouragement, explicit

2    direction, all of which makes up explicit agreement.  So

3    their agreement was clear.  It was clear from what they said

4    and what they did in the lead-up and on January 6th.  And it

5    was made all the more clear by how they reacted afterward.

6    What you saw in the days and weeks following the 6th from

7    these defendants and other members of the conspiracy was

8    celebration and disappointment: celebration of what they had

9    achieved together and disappointment that things had not

10   gone even further.

11          Start with celebration.  Now, at the beginning of

12   the case, Mr. Smith, the lawyer for Ethan Nordean, he

13   claimed that not a single defendant was proud today of what

14   happened on January 6th.  Well, maybe.  You've had the

15   entire trial to sit there and observe their demeanor.  And

16   you saw the witnesses that they chose to put on that stand,

17   witnesses like Eddie Block who still, to this day, boasts

18   that he was the last person to leave the Capitol grounds on

19   the 6th.  And George Mesa, or Rabbi Ash Barkizoba, who

20   called January 6th the glorious event where violence was

21   justified.  Mr. McCullough asked him, "That's how you felt?"

22   And he corrected him.  He said, "That's how I feel."

23   Remorseless to this day.  Those are the people that they've

24   presented to you to say there was nothing nefarious about

25   what they were doing together.

19758

```
 1              And, of course, two of the defense witnesses were
 2     defendants themselves.  Zachary Rehl and Dominic Pezzola
 3     each chose to take that witness stand in their own defense,
 4     and that was their opportunity to show some regret for the
 5     roles that they played in this shameful episode of American
 6     history, but you saw none of that.  Zachary Rehl's lawyer,
 7     Ms. Hernandez, tried to get it out of him.  She asked "You
 8     don't approve of it?"
 9              MS. HERNANDEZ:  I'm sorry.  Objection, Your Honor.
10              THE COURT:  All right.
11              MS. HERNANDEZ:  Comment on counsel is not
12     appropriate.
13              THE COURT:  The objection's sustained.
14              Move forward, Counsel.
15              MR. MULROE:  The questions and answers were "You
16     don't approve of it?  Did you think you did anything wrong
17     that day?"
18              He said "At the time, I didn't think I did
19     anything wrong."
20              She asked "As you sit here?"
21              He said "As I sit here, I still believe that,
22     although I do agree I shouldn't have went in the
23     building" --
24              (Technological interruption.)
25              (Jury returned to jury room.)
```

```
 1                    (Brief recess taken.)
 2                    THE DEPUTY CLERK:  We're back on the record in
 3     Criminal Matter 21-175, United States of America v. Ethan
 4     Nordean, et al.
 5                    THE COURT:  All right.
 6                    So the court reporter just grabbed me before I
 7     came on the bench and said there was -- the reason he was
 8     signaling me was not because he was -- needed a break
 9     because he was tired but because there was a technical
10     glitch in the -- in his transcribing that goes back, maybe,
11     about a minute or two from when Mr. Mulroe -- when I -- we
12     broke for the break.  So the question is whether Mr. Mulroe
13     should go back and just deliver the last minute or two.  And
14     I'll just -- I'll ask the defendants what their views are on
15     that.  I'm happy to have him just -- let me -- before I do
16     that, let me see if -- Mr. Mulroe raised his hand.  He may
17     have something to add.
18                    MR. MULROE:  Yes, Your Honor.  I was just going to
19     note that Mr. Miller showed me, kind of, where it left off
20     on his transcription.  I don't think it missed very much, if
21     anything.  Certainly nothing of substance.  So just for what
22     it's worth, the place where I was planning to pick up is
23     just where the transcript ended.  So it may be, kind of, a
24     moot point.
25                    THE COURT:  Okay.  If it's -- that
```

```
 1    representation --

 2                MR. PATTIS:  Without commenting on substance, can

 3    we hear it ourselves or see it ourselves?  We don't know

 4    where it was, what -- the last piece that was recorded.

 5                THE COURT:  Right.  Actually, I can -- I guess I

 6    can tell you -- well, no, I can't because my --

 7                Tim, tell us -- will you tell us what the last

 8    thing that was said was.

 9                (Reporter read back the requested portion.)

10                THE COURT:  It's Mr. -- so it's Mr. Rehl's

11    testimony.

12                MR. PATTIS:  Biggs takes no position, Judge.

13                THE COURT:  All right.  Any --

14                MR. ROOTS:  (Indicating.)

15                THE COURT:  Mr. Roots, do you --

16                MS. HERNANDEZ:  Mr. Rehl takes a position and

17    would object to having him repeat it.

18                THE COURT:  Okay.  I --

19                MR. ROOTS:  We have another point -- a different

20    point entirely.

21                THE COURT:  Okay.  All right.  So we'll just -- so

22    on this point, we'll just pick up without repeating --

23                MS. HERNANDEZ:  Right.

24                THE COURT:  -- and move forward.

25                Okay.  Mr. Roots?
```

1           MR. ROOTS:  Okay.  We would move for mistrial and

2     continuation of the mistrial motion we filed a couple months

3     ago regarding Matthew Greene's guilty plea.  So remember,

4     that guilty plea was let into evidence just to -- as --

5     going to his -- Matthew Greene's credibility and his -- I

6     believe the word -- role in the offense, the fact that he

7     was there.  So just now, this prosecutor admitted, while

8     it's a peripheral case -- Matthew Greene's guilty -- guilt

9     was peripheral, but if Matthew Greene is guilty, then these

10    guys must be guilty.  That's the very point we were making

11    in that mistrial motion.  Over our objection, the Matthew

12    Greene guilty plea was allowed just for -- to -- regarding

13    the credibility of Matthew Greene and his, quote, role.  And

14    now, they're actually using Matthew Greene's guilty plea

15    precisely in the improper way that we predicted they would

16    and they're saying, "Well, Matthew Greene's role was so

17    peripheral and it was so nothing and we" -- and, again, we

18    argued that, in fact, Matthew Greene pled guilty to a crime

19    he didn't commit, but yet they used his, quote, conspiracy

20    guilty plea -- the prosecutor just admitted that it's

21    completely peripheral.  It's the weakest conspiracy

22    imaginable, but if Matthew Greene's guilty -- which we know

23    he pled guilty under -- due to all the pressures we

24    discussed -- and if Matthew Greene was guilty, the

25    prosecutors just said, then these guys must be guilty.

1    Mistrial, Your Honor.  This is absolute inappropriate use of

2    Matthew Greene's guilty plea.  It is bootstrapping and

3    piggybacking on a guilty plea and it's absolute cause for

4    mistrial.

5             THE COURT:  I understand your argument.

6             Ms. Hernandez had her hand up first.

7             MS. HERNANDEZ:  Your Honor, I would join, and I

8    would say further that in the motion that the Government

9    filed in response to my co-conspirator statement motion,

10   they explicitly stated that Mr. Greene had not testified

11   that he had entered into a conspiracy with Mr. Rehl.  So

12   they made an affirmative statement that Greene's testimony

13   did not assert a conspiracy with Mr. Rehl.  So that adds

14   another layer to this motion that Mr. Roots is making and

15   which I would join.

16            THE COURT:  Mr. Pattis?

17            MR. PATTIS:  Briefly, I thought I heard the

18   Government say, "If Greene is a member of the conspiracy,

19   then these five are, as well," in a tone that suggested what

20   Mr. Roots argued.  So I would join the motion.

21            THE COURT:  Okay.  Let me -- I'm just going to

22   hear --

23            MR. HASSAN:  (Indicating.)

24            THE COURT:  Oh, all right.  Mr. Hassan?

25            MR. HASSAN:  Judge, the one thing I'll add,

19763

```
 1    Judge -- and I'll join with Mr. Roots, Judge -- is that when
 2    Mr. Mulroe is arguing and he's making his closing arguments,
 3    Judge, he states, "This Court," so it's literally implying
 4    Your Honor, Judge.  So he says, "This Court accepted this
 5    plea."
 6              MR. MULROE:  I --
 7              THE COURT:  No --
 8              MR. MULROE:  -- did not --
 9              THE COURT:  -- I don't --
10              MR. MULROE:  -- say that.
11              THE COURT:  I don't think he said that at all.
12              Mr. Mulroe, will you respond.
13              And then, look, I'm just going to reserve on it so
14    we can keep going.  We're not going to -- I'm not going
15    to --
16              MR. PATTIS:  (Indicating.)
17              THE COURT:  Mr. Pattis?
18              MR. PATTIS:  I'd -- then I'll make it a separate
19    application for a curative instruction.  That was improper
20    argument.
21              THE COURT:  Well, my point is I don't think we're
22    going to get -- we're going to hit the lunch break probably
23    before the Government is done with their closing.  And so if
24    there's going to be a curative instruction, I can give it
25    before we even move on to any defendant's closing.  So --
```

1    and it will give you all an opportunity, if you think it's

2    appropriate, to think about what I should say.

3                MS. HERNANDEZ:  Your -- sorry.  Your Honor, I

4    would just say I think that's exactly what Tarantino -- we

5    know -- we argued over Tarantino some -- or we discussed

6    U.S. v. Tarantino out of the Circuit some time ago, and I --

7    that's exactly what Tarantino prohibits or --

8                THE COURT:  All right.  I understand the argument.

9                Mr. Mulroe?

10                MR. MULROE:  Your Honor, I want to note, I do

11    expect to finish before lunch.  And so for that reason, I do

12    object to defendants voicing and arguing these objections

13    and chewing up time in the middle of our closing.  I'd be

14    happy to argue it some more later, submit something in

15    writing, but I do think that there was absolutely nothing

16    improper about the way we used Mr. Greene's testimony in the

17    first portion of the closing argument.  It was not at all

18    meant to suggest, and it did not suggest, that, you know,

19    the fact of his guilty plea and his conviction means that

20    these guys are guilty.  It was arguing that although he did

21    not have the same depth of involvement in the chats and in

22    the structure of the group as these defendants, he still

23    understood that they shared a collective goal and that they

24    were acting in concert toward that goal.  That's entirely

25    proper; that's a factual argument; and I think that the

 1   Court can, and should, just overrule this motion for a

 2   mistrial now and press on with the closings.

 3           THE COURT:  Well, I don't think it's going to

 4   be -- I don't think I'm going to be granting a mistrial

 5   because of it.  The question is, to me, whether there is any

 6   curative instruction needed.  I'm not saying there is.  But

 7   let's press ahead.  Mr. Mulroe, how much more do you have of

 8   your closing?

 9           MR. MULROE:  I expect less than an hour.  I don't

10   have a stopwatch, but it's -- we're well over halfway

11   through.

12           THE COURT:  All right.  Well, okay.  We'll see.

13   We're either going to be at lunch or close to lunch.  So I

14   can consider this over lunch.

15           Ms. Harris, if you'll bring the jury back in, the

16   Government will continue, and we'll take -- I'll take this

17   up over the lunch hour.

18           MS. HERNANDEZ:  Your Honor, I guess, as an

19   alternative remedy, we would move to strike that portion of

20   the closing.  I know you're not going to rule on it.  I'm

21   just --

22           THE COURT:  Okay.

23           (Brief pause.)

24           THE DEPUTY CLERK:  Jury panel.

25           (Jury returned to jury box.)

1          THE COURT:  All right.  Everyone may be seated.

2          Mr. Mulroe, you may continue.

3          MR. MULROE:  Thank you, Your Honor.

4          Ladies and gentlemen, we left off with that

5    classic non-apology from Zachary Rehl.  He's sorry for what

6    he did if and only if you all believe he did anything wrong,

7    because he clearly doesn't.

8          Similarly, Dominic Pezzola claimed right at the

9    start of his testimony that he was taking the stand today to

10   take responsibility for his actions on January 6th.  That's

11   what he said and then, over the course of two days, he did

12   everything but.  Dominic Pezzola admitted only those

13   physical acts of his that were caught crystal clear on video

14   and then he either denied or found some wild explanation for

15   everything else.  He blamed everyone but himself for his

16   actions.  Of course, he blamed Antifa, but also he blamed

17   the economy, COVID lockdowns, his Marine training, the

18   police, Ryan Samsel, Ray Epps and fantasies of him being a

19   government operative, that man in the W shirt, flash-bangs

20   that turned out not to be flash-bangs, the FBI, the man with

21   the two-by-four, and the guy in Upstate New York whose idea

22   it was for Dominic Pezzola to get rid of his cell phone and

23   any evidence that might have been on it.

24          Regardless, we are told by the defense that nobody

25   is proud today of what happened on January 6th.  Well, even

1    if there's any truth to that, that word "today" is doing an

2    awful lot of work, because back when it was fresh, before

3    they found themselves in this courtroom, they were more than

4    proud.  They were ecstatic and utterly unapologetic about

5    what they had achieved and how they had done it.  From

6    Enrique Tarrio posting a photo of the legislators hiding,

7    saying "When the Government fears the people, there is

8    liberty"; telling the elders, those same ones who he pitched

9    MOSD to by saying "1776" -- he told those elders after the

10   fact "Make no mistake.  We did this"; posting to Parler that

11   he was proud of his boys and his country, saying they should

12   do it again; posting that video -- glitchy video of him

13   standing at the Capitol filmed earlier with the caption

14   "Premonition" saying "Never apologize.  I'm not denouncing

15   shit"; that photo he took standing in front of the Capitol

16   with the flame up to it with the T-shirt #FreeTheProudBoys,

17   "By any means necessary"; reference to the Winter Palace,

18   his code and shorthand for the storming of the Capitol; and

19   in the very first message after the riot that he sent to his

20   subordinates -- those "real men" who made up the membership

21   of MOSD -- the very first message he sent to them was "Proud

22   of y'all."

23          Ethan Nordean, taking off to return home after

24   the 6th, said "I might get arrested when I land, but I

25   regret nothing."  After Donald Trump released an address

1   saying that there's no excuse for violence, Nordean said "No

2   excuse for violence?  Ever?  Nah, I'm good."  And you saw

3   those videos taken off his phone where he revealed his true

4   feelings and his thoughts about how important this event was

5   to him.

6              (Video played.)

7              MR. MULROE:  Joe Biggs, responding to Zachary Rehl

8   who wanted a celebratory beer, he said "We'll do it another

9   time.  This day lives in infamy for the ages."  A day in

10  infamy, that referenced, of course, the attacks on the

11  United States of Pearl Harbor that brought us into World

12  War II.  That is what Joe Biggs compared January 6th to, not

13  just in that message but also in the video that he and

14  others filmed on the Capitol grounds while the storming of

15  the Capitol was underway.

16             (Video played.)

17             MR. MULROE:  And you saw the podcast that he

18  recorded that was saved in his Google account with the file

19  name "Civil War" after the 6th where he celebrated what they

20  had done, this use of force and intimidation against the

21  government, and warned that more would be to come if they

22  didn't get what they wanted.

23             (Video played.)

24             MR. MULROE:  Zachary Rehl, his message to the MOSD

25  members who fell under him was, "I'm proud as fuck what we

1    accomplished today."  And after that, he said, "We've got to

2    start preparing for the Biden presidency."  He said to his

3    mother, "It seems like our raid of the Capitol set off a

4    chain reaction of events throughout the country.  I'm so

5    fucking proud."  Posted to Parler, "Today was indeed a

6    historical day for sure.  I will never forget this for as

7    long as I live.  Keep the fight up, America.  When

8    government fears its people, you have freedom; when people

9    fear government, you have tyranny."  When Zachary Rehl and

10    Enrique Tarrio talked about the government fearing people,

11    there's nothing figurative or metaphorical in the way they

12    say that.

13              That video that we saw earlier, his first-person

14    view of Breach 1 at Peace Circle, he posted that to his

15    Parler page, and he sent the link to his Proud Boy friends

16    and the other members of MOSD saying, "You guys might like

17    this.  It's how it all started.  LOL.  If -- please share,"

18    laughing emoji times six.  "This is my video.  Ha-ha-ha."

19    Nothing about, "Can you believe these people never found the

20    stages?"

21              And Dominic Pezzola.  You saw the photo of Dominic

22    Pezzola posing and celebrating with that riot shield that

23    he's stolen.  And, of course, you saw the video that he

24    filmed inside the building.

25              (Video played.)

1          MR. MULROE:  As time went by, though, their

2     celebration turned to disappointment because although they

3     had managed to disrupt the proceedings and send the

4     legislators and the vice president running for their lives,

5     the election ultimately was certified that night.  And so

6     the more time that went by, you saw the celebration

7     increasingly change to disappointment.  Not regret, because

8     that's not what they felt.  They had no regret for being

9     part of this attack on American democracy, no regret for all

10    the officers who were assaulted and hurt, no regret for any

11    of that, just disappointment that they had not ultimately

12    succeeded in their objective and that things hadn't gone far

13    enough.

14          From Enrique Tarrio saying, about the people there

15    on the 6th, "They should have sat in.  God didn't put me

16    there for a reason.  We would still be there."

17          From Ethan Nordean -- I believe this one was on

18    Inauguration Day -- saying, "Fucking disgusting.  I'm so

19    pissed right now.  Felt betrayed by Donald Trump."  Said,

20    "Fuck you, Trump.  You left us on the battlefield" -- is how

21    he described the Capitol grounds, the battlefield -- "bloody

22    and alone."  And when Donald Trump released that video

23    saying that we're a nation of laws and that there's no

24    excuse for violence, Ethan Nordean was disgusted and

25    recorded his own video mocking that.

1                    (Video played.)

2                    MR. MULROE:  Joe Biggs, when the election was

3      certified hours and hours after the riot, he posted to

4      Parler, "RIP America, 1776 to 2021."  And Zachary Rehl

5      saying about January 6th "We lost our country.  We should

6      have held the Capitol."  And one of his friends said "They

7      should have let them finish the counting and, when they

8      didn't accept the challenges, rush in and set fire to that

9      shit."  Zachary Rehl's next message was "Yup."

10                   These defendants, as time went by, felt

11     disappointed and felt betrayed.  They had taken a huge

12     gamble doing what they did.  If they had succeeded in their

13     strategic objective; if their preferred candidate had held

14     on to the presidency, they would have been heroes, but that

15     is not the outcome that resulted.  As Jeremy Bertino

16     explained, "There would have been no consequences if we had

17     been successful in the revolution."  But they were not

18     successful.  They came up short.  And so now, they are

19     facing the consequences.  Those consequences consist

20     specifically of the 10 charges against them in the

21     indictment.  Those include three conspiracy counts that are

22     based on an agreement to a specific "what" and "how," and

23     the charges also include seven substantive counts, what we

24     call substantive counts that are based on a particular

25     action that a person takes instead of on an agreement.

19772

 1          Now, as we said earlier, the conspiracy counts all
 2   boil down to the same "what" and "how" that we've been
 3   discussing all along.  The "what" was to stop the
 4   certification.  The "how" was by any means necessary,
 5   including force.  You're going to see that they all boil
 6   down to that, and as we go over the conspiracy counts, keep
 7   in mind those three points that were raised at the
 8   beginning:  Conspiracy can be unspoken; there's no specific
 9   time requirement; and it's not about the details.
10          Count 1 charges seditious conspiracy.  The "what"
11   here is one of either of two things.  This count requires
12   that the defendants agreed to oppose the authority of the
13   United States or to prevent, hinder, or delay the execution
14   of any law of the United States.  You can find either one of
15   those, or you could find both of them, but you only need one
16   to convict them of seditious conspiracy.  So let's see what
17   those mean, starting with oppose the authority of the United
18   States.  This prong of seditious conspiracy requires that
19   they set out to adversely affect the ability of the United
20   States Government to govern or to perform one of its proper
21   functions.  And that description fits this conspiracy to
22   a T.  What could be more fundamental to the ability of the
23   government to govern than the peaceful transfer of power
24   into the incoming presidential administration?  That would
25   indeed adversely affect the ability of the government to

1    govern if the chief executive could not be seated.

2          And note here this is "oppose the authority of the

3    United States," not "overthrow the Government of the United

4    States."  That's a phrase that you've heard tossed around a

5    couple of times, "overthrow the government."  That is not

6    what "seditious conspiracy" means.  For this first prong,

7    it's "oppose the authority."

8          The second prong is to prevent, hinder, or delay

9    the execution of any law of the United States.  And in this

10   case, you had not just any law but the supreme law of the

11   land, the United States Constitution which, in the Twelfth

12   Amendment, as Kevin McCumber told you, lays out requirements

13   for the certification of the Electoral College vote.  Kevin

14   McCumber, of course, is the Deputy House Clerk.  He

15   testified about the legal proceedings, the legal

16   requirements, about his own experience there that day.  He

17   walked you through some of the constitutional provisions as

18   well as federal statutes -- the Electoral Count Act -- that

19   were passed and enacted to provide further requirements of

20   the certification of the vote.  All of these were laws that

21   these defendants, through their actions and through their

22   agreement, would have prevented, hindered, or delayed.  And

23   as Judge Kelly's instructions tell you, they don't need to

24   know the names and identities of these laws.  They don't

25   have to be constitutional scholars.  But these are the laws

1    that they were obstructing, preventing, hindering, and

2    delaying through what they did.

3            So we've proven both of those potential "whats"

4    for seditious conspiracy.  The "how" here is by force.

5    Judge Kelly's instructions defined that term "force" for

6    you.  What you saw is that Ethan Nordean had it about right

7    when he defined "force" for the listeners of his podcast.

8            (Video played.)

9            MR. MULROE:  "Force is AKA violence."  And that

10    violence can be directed either against persons but also

11    against property.  Now, during the attack on the Capitol on

12    January 6th and as part of their efforts to oppose the

13    authority and hinder the laws, we saw use of force on

14    countless, countless occasions.  Ethan Nordean and Joe Biggs

15    used force when they helped to destroy that black metal

16    fence, force against property.  Zachary Rehl used force when

17    he sprayed the officers.  Dominic Pezzola, of course, used

18    force when he stole a riot shield from Officer Ode and then

19    used that same shield to break out the windows of the

20    Capitol.  But it wasn't just these defendants at the table.

21    It was also -- many members of the group that they brought

22    there to the Capitol also used force.  Agent Nikki Miller,

23    when she testified and showed you all the videos, she

24    pointed out lots of examples of members of the Proud Boys

25    marching group using force to try to achieve the goals of

1      the group.

2            So for example, you had William Pepe, who Pezzola

3      aligned himself with, using force to throw those barricades

4      out of the way.  You had Christopher Worrell, the same Proud

5      Boy who was calling the police traitors, accusing them of

6      treason, telling them to honor their oaths, he was spraying

7      officers out on the west front.  You saw Milkshake during

8      that push up the stairs, Milkshake and the others in his

9      group, forcibly overwhelming the police line to achieve

10     Breach 3.  And you saw the use of force in what they called

11     the tunnel, the Upper West Terrace door where AJ Fischer

12     from the marching group was part of that forceful, violent,

13     heave-ho, kind of, assault on the line of officers there.

14            (Video played.)

15            MR. MULROE:  All this use of force, it didn't come

16     out of nowhere.  These defendants and other Proud Boys

17     leaders had been telling their followers for months that

18     using force in pursuit of your objectives is good and right.

19     It's what real men did.  They claimed that we were in a war

20     where everyone had to choose a side.  And when the enemy is

21     Antifa, you use force against Antifa, but when the enemy

22     becomes the police, who they called coptifa; when the enemy

23     becomes the members of Congress, who they called traitors

24     who deserve the noose and the firing squad; when the enemy

25     becomes the government, you use force against the

1    government.  That was the agreement.  And that makes each of

2    the five of them guilty of seditious conspiracy.

3         Count 2, another conspiracy offense, charges

4    conspiracy to obstruct an official proceeding.  The "what"

5    here is to obstruct or impede an official proceeding.  Now,

6    the official proceeding in question was Congress's

7    certification of the Electoral College vote.  And, of

8    course, that proceeding was obstructed and impeded when

9    these defendants and others stormed the Capitol, forcing the

10   proceedings to halt, the legislators to shelter and

11   evacuate, and sent the entire day into disarray.

12        The "how" here is corruptly.  So here's a legal

13   term that Judge Kelly's instructions have defined for you.

14   This "corruptly" element requires that they used an unlawful

15   means or they had an improper purpose or both.  And, in

16   fact, we have proven both in this case.  The unlawful means,

17   including unlawful --

18        MR. SMITH:  Objection, Your Honor.  That's not the

19   instruction.

20        THE COURT:  All right.  Can I have counsel at

21   sidebar.

22        (Bench conference:)

23        MR. SMITH:  Your Honor, Mr. Mulroe --

24        THE COURT:  I understand what the objection is.

25        Mr. Mulroe, it actually isn't the instruction, if

19777

 1    you take a look at it.  The most recent one that we all

 2    looked at that Mr. McCullough said he was fine with -- I'm

 3    just going to look for it right now -- it says

 4    "independently unlawful means or act with an unlawful

 5    purpose or both."

 6            MR. SMITH:  "Improper purpose" was the subject of

 7    much litigation, as Your Honor knows, and argument before --

 8            THE COURT:  Go ahead.

 9            I understand.  I understand.

10            MR. MULROE:  I apologize.  That was an error that

11    I neglected to fix.  So I will change "improper" to

12    "unlawful."

13            THE COURT:  Right.  "Unlawful" and just use the

14    word "independently."

15            MR. MULROE:  "Independently."

16            THE COURT:  I think the only other thing, just,

17    again, "consciousness" -- "wrongdoing means" -- well, you

18    have the written versions of what we agreed to, as well.  So

19    make whatever changes you need to, Mr. Mulroe, but

20    "consciousness" -- "wrongdoing means the" -- "with an

21    understanding or awareness that what the person is doing is

22    wrong," and then the other addition we later added with

23    regard to "often," blah, blah, blah, blah, blah.  But in any

24    event, yes, there were some changes that you all -- I did

25    make, you all okayed, and we need to adhere to them.

1          MR. SMITH:  And, Your Honor, we ask to strike what

2     Mr. Mulroe just said about -- we ask for the Court to strike

3     the comment about improper purpose.

4          THE COURT:  Well, it's not --

5          MR. PATTIS:  Biggs joins, Judge.  It's --

6          THE COURT:  It's not -- all right.

7          MR. PATTIS:  Our jurors are permitted to take

8     notes.

9          THE COURT:  Argument is not evidence.

10          So Mr. Mulroe, just start over and define them as

11     the instructions say.

12          MR. MULROE:  Yes, Your Honor.

13          (Return from bench conference.)

14          MR. MULROE:  So returning, ladies and gentlemen,

15     to this "corruptly" element, what this means is that they

16     utilized an independently unlawful means or they had an

17     unlawful purpose or both.  So unlawful purpose, to be clear.

18     Unlawful.  And as always, the parties' argument is just

19     argument.  The instructions themselves, which you will get a

20     copy of, always control.  So that's always your

21     authoritative source.

22          Now, in this case, as I was saying, we did, in

23     fact, have both.  You had the unlawful means that they used

24     in the attack on the Capitol that led to the obstruction of

25     the proceeding.  Those included illegally going into the

restricted area, using force against people, using force
against property, destroying property, all of which were
independently unlawful means that they used in pursuit of
their strategic objective.

You also have an unlawful purpose.  Zachary Rehl
fully acknowledged that they knew the legal process was
heading towards a Biden presidency, and that lawful result
is one that they refused to accept.  And so they tried to
secure an unlawful advantage, an unlawful benefit that was
contrary to law both for Donald Trump, who they wanted to
hold on to the presidency even though he had lost the
election, and for themselves because they clearly believed
that their club was so much better off with Donald Trump in
the White House.  All of that was an unlawful advantage and,
as Judge Kelly has instructed you, that provides still
further confirmation that their agreement to obstruct this
proceeding was, in fact, a corrupt agreement that would have
involved corrupt obstruction, satisfies this "corruptly"
element.

Now, the "corrupt" element also requires
consciousness of wrongdoing; meaning, that they knew what
they were doing was wrong.  And you had plenty of this.  For
one, it's just common sense that storming the Capitol in the
way they did was the wrong thing to do.  And even the
defense witnesses who came and testified about that, they

1    admitted that even as they were doing it, they knew it was

2    wrong.  Of course, you also had specific instances of things

3    these defendants did and said that showed they knew it was

4    wrong.  For one thing, the way they scrambled to delete

5    their messages in advance of January 6th.

6                    (Audio played.)

7                    MR. MULROE:  Trying to get rid of evidence of

8    something that they knew was directed at an unlawful purpose

9    and unlawful means.  And then even on the Capitol grounds

10   itself during the riot, we saw that they knew they were

11   doing something wrong, so they thought they should mask up

12   even if it was probably too late to do much.

13                   (Video played.)

14                   MR. MULROE:  So that "corruptly" element is

15   satisfied across the board.  "Corruptly" element is

16   satisfied, making each of these defendants guilty of

17   Count 2, conspiracy to obstruct an official proceeding.

18                   We'll skip over 3 for now and go to Count 4, the

19   next conspiracy count, which charges conspiracy to prevent

20   an officer from discharging any duties.  Again, we'll go to

21   the "what" and the "how," the "what" here being prevent law

22   enforcement or members of Congress from discharging their

23   duties, again, or -- you have a second option -- induce them

24   to leave the place where their duties were to be performed.

25   The "how" here you're already familiar with:  The force

19781

1  element.  The "how" for Count 4 is by force, intimidation,
2  or threat.  So it's essentially the same "how."  And as for
3  the "what," preventing members of Congress and law
4  enforcement from discharging their duties was integral to
5  what these defendants were trying to achieve.  If they were
6  going to successfully stop the certification of the election
7  that day, they had to prevent police from discharging their
8  duty, keeping the building safe and secure, keeping people
9  out of the restricted area, and they likewise had to prevent
10  members of Congress from discharging their duty of
11  certifying the election, the very thing that these
12  defendants were trying to prevent.  This was a critical part
13  of their overall objective.  And so, once again, the same
14  "what" and "how" that defines their overall agreement makes
15  these defendants guilty of Count 4.
16          So those are the conspiracy offenses.  The
17  remaining counts in the indictment charge what we call
18  substantive offenses.  And as you consider the substantive
19  offenses, you will keep in mind all of the theories of
20  liability that Judge Kelly instructed you on yesterday.
21  These theories of liabilities are ways for a person to be
22  guilty of a crime.  Of course, if you do the crime yourself,
23  that makes you guilty, but the theories of liability
24  provides some alternate bases.  So those include willfully
25  causing an act to be done, aiding and abetting,

1    co-conspirator liability, attempt.

2        Now, given that this is a conspiracy case, I want

3    to focus you on co-conspirator liability.  Under this

4    principle of law, a defendant is guilty of offenses

5    committed by his co-conspirators.  He's guilty of anything

6    they do so long as the offense is committed during the

7    conspiracy, in furtherance of the conspiracy, and as a

8    reasonably foreseeable consequence of the conspiracy.  So

9    under this principle, when you enter a conspiracy with

10   somebody, you make yourself accountable for the things that

11   they do so long as these conditions are satisfied.

12        Let's see how that plays out with the first

13   substantive offense, Count 3, which charges obstruction of

14   an official proceeding.  So we've already gone over the

15   conspiracy version of this crime, the agreement to do the

16   crime, and this is just the crime itself, the obstruction of

17   that official proceeding.  Now, you saw in the evidence that

18   Ethan Nordean, Joe Biggs, Zachary Rehl, and Dominic Pezzola

19   were all there on the grounds during the attack on the

20   Capitol contributing through their own actions very directly

21   and personally to the obstruction of the official

22   proceeding.  So they're guilty doing this crime themselves.

23   But Enrique Tarrio was elsewhere.  He was in Baltimore

24   watching from afar like the emperor in Star Wars that he

25   compared himself to.  He said "Do what must be done."

1    However, Enrique Tarrio, as we have already proven, was in a

2    conspiracy with these people, and when they obstructed that

3    official proceeding, they were doing that during the

4    conspiracy, in furtherance of the conspiracy, and as a

5    reasonably foreseeable consequence of the conspiracy,

6    because this is exactly what the whole point of the

7    conspiracy was.  That means that Enrique Tarrio is guilty

8    just like the other four of the substantive offense,

9    Count 3.  And the same analysis will apply to the other

10   substantive offenses.  We'll go through those now.

11          Count 5 is interference with officers during a

12   civil disorder.  This one requires that the defendant

13   committed or attempted an act intending to obstruct, impede,

14   or interfere with law enforcement officers which officers

15   were engaged in their duties incident to a civil disorder.

16   And as for the acts that were intended to obstruct, impede,

17   or interfere with, there are just so many examples that you

18   could choose from among the members of these conspiracies,

19   but the most basic one of all was just being there in the

20   first place.  By overwhelming the law enforcement, by

21   unlawfully entering and staying and making a presence in

22   that restricted area and ultimately inside the building,

23   they were obstructing and impeding and interfering with

24   those officers who were trying their best to maintain and

25   restore order so that the proceeding could resume.

1          Now, that last element requires that there be a

2     civil disorder, and Judge Kelly gave you some definitions

3     for what a civil disorder requires.  It's got to involve

4     injury to an individual or damage to property or the

5     immediate danger of injury or damage to property.  And you

6     saw that there was just damage and danger galore throughout

7     the day on January 6th.  Clearly, that riot that occurred

8     was a civil disorder.

9          This count also requires that the civil disorder

10    obstructed, delayed, or adversely affected either of two

11    things.  It could either obstruct, delay, or adversely

12    affect commerce or a federally protected function.  You only

13    need one of those, but, once again, we've got both.  The

14    riot adversely affected commerce when it impacted Safeway's

15    business.  They had to close all the stores, and so they

16    lost a lot of business and their revenue suffered as a

17    result.  You learned that through the testimony of Ed

18    Tippett, the district manager.  You might have been

19    wondering why we called him to talk about Safeway.  Count 4

20    is why.

21          Alternatively, they also obstructed, delayed, or

22    adversely affected -- this riot did -- a federally protected

23    function which was the protection of Vice President Pence by

24    the Secret Service.  And Lanelle Hawa, way back early in the

25    trial, testified about that.  They had to evacuate him from

1    the building.  They had to respond to an emergency.  And so

2    it also impacted that federally protected function.  That

3    means that the defendants, whether they did it themselves or

4    whether they were co-conspirators of this thing that was

5    done during, in furtherance, and as a reasonably foreseeable

6    result, each of the five of them is guilty of the civil

7    disorder count.

8         Now, Counts 6 and 7 charge the same crime for

9    different pieces of property.  These counts charge

10   destruction of government property.  Count 6 is the fence;

11   Count 7 is the window.  And, of course, as always, for

12   these, like other substantive counts, you can find the

13   defendants guilty based on any of the theories of liability

14   that you have at your disposal, including co-conspirator

15   liability.  So again, they don't have to be the one who

16   actually breaks the fence or who actually smashes the window

17   to make them guilty of that offense so long as it happened

18   during, in furtherance, and as a reasonably foreseeable

19   consequence.  And, of course, destruction of property of

20   this kind was very much during, in furtherance, and a

21   reasonably foreseeable consequence of what they all, with

22   their co-conspirators, set out to do through their

23   collective action on January 6th.

24        The property destruction crimes also require that

25   the property was damaged to a value greater than $1,000,

1    more than $1,000 worth of damage.  So let's see how we got

2    there.  Start with the fence.  The videos and the testimony

3    has shown you that Ethan Nordean and Zachary Rehl -- I'm

4    sorry -- Ethan Nordean and Joe Biggs were part of a group

5    effort, with other rioters, to completely destroy that

6    fence, rip the whole thing out of the ground and break the

7    whole thing to pieces so that it was damaged beyond repair.

8    And based on the theories of liability, given that they were

9    working together to achieve this overall goal, you could

10   find them accountable for the entire value of that fence,

11   $32,000.  But let's look at just their own personal

12   contributions to that group effort.  As you saw on the

13   video, Nordean and Biggs each personally ripped out and

14   helped rip out one panel each of that fence.

15            (Video played.)

16            MR. MULROE:  So you've got one and two.  Now, what

17   are two panels worth?  Jason McIntyre from the Architect of

18   the Capitol walked you through the property and the

19   documents that show you how much that fence was worth.  He

20   showed you that the entire fence, when they bought it back

21   in -- I believe it was 2008 -- the whole thing cost $32,000,

22   and the whole thing was about 328 linear feet.  So we did

23   that math with Mr. McIntyre and saw that $32,000 total,

24   divided by the 328 feet of fence, comes out to just under

25   $100 per foot.  Now, Mr. McIntyre also told that you that

1    the vast majority of those panels were six feet long.  So if

2    Joe Biggs and Ethan Nordean each destroyed one six-foot-long

3    panel, those two panels together come out to $1,170.72.  So

4    you're over $1,000 even if you only look at those two

5    panels.  But on top of that, you had a third bonus panel

6    that you later saw Joe Biggs take into his hands and hand

7    over to other rioters --

8                    (Video played.)

9              MR. MULROE:  -- so that they could break it to

10    pieces and turn it into weapons to use against police.

11                    (Video played.)

12              MR. MULROE:  So that's the fence.  Over $1,000

13    and, based on co-conspirator liability, each of the five of

14    them is guilty.

15              Let's turn to the window.  Now, once again, we

16    were proving more than $1,000 worth of value for the damage

17    that Pezzola did and contributed to in that window.  Now,

18    look, Pezzola, for obvious reasons, wants you to only find

19    him accountable for one of those window panes, but there's

20    no question that he clearly did at least some damage to both

21    of them.  That second pane on the right, even if somebody

22    else started the job of breaking that panel, Pezzola helped

23    him with it.  He walked over and he gave that one a whack

24    with the shield just like he did his own personal window.

25    So under the principles of liability, aiding and abetting,

1    you're accountable for the crimes that you help with, and

2    that second window pane Pezzola undoubtedly helped with.  He

3    was part of a group effort to destroy both those panes.  So

4    he is accountable and liable for the value of both of those

5    panes of glass.

6            Now, what is that worth?  Once again, we turn to

7    Jason McIntyre from the Architect of the Capitol.  Showed

8    you the calculation of the value of that window.  One single

9    pane worth $774 times two equals a value for two panes of

10   $1,548.  Again, thanks to co-conspirator liability, guilty

11   across the board for the destruction of the window.  That

12   was done directly in furtherance of this conspiracy.

13           Next up, we have another pair of counts charging

14   the same crime, Counts 8 and 9 which charge assault on an

15   officer.  This one requires that a defendant assaulted,

16   resisted, opposed, impeded, intimidated, or interfered with

17   an officer, did so forcibly and with the intent to commit

18   another felony, and that other felony could be any of the

19   other charges, including the conspiracy charges that we

20   discussed.

21           So the first one of these assault counts, 8 --

22   Count 8, is the assault that Charles Donohoe, one of the

23   MOSD leaders who went by YutYut Cowabunga -- he committed

24   this assault when he threw a bottle -- a water bottle at law

25   enforcement.  You saw multiple angles of that.  You saw one

1     from overhead.

2                 (Video played.)

3                 MR. MULROE:  And you saw one from the ground

4     level.

5                 (Video played.)

6                 MR. MULROE:  And you can see in that video the

7     velocity of that full water bottle, a full water bottle

8     being thrown at full force by a grown man.  That is

9     certainly going to interfere with and impede those officers

10    to have projectiles flying at their faces while they're

11    desperately trying to fend off rioters at close range, and

12    it's enough to injure somebody.  A water bottle, you throw

13    it hard enough, strike you in the face, the throat, that's

14    enough to cause injury.  So it's clear that throwing that

15    water bottle was an assault.  And it's also clear that

16    co-conspirator liability makes all the five guilty of it

17    even if they aren't the ones who threw it.  Charles Donohoe

18    threw those bottles during the conspiracy, in furtherance of

19    the conspiracy, and as a reasonably foreseeable result of

20    the conspiracy because forcibly opposing law enforcement in

21    this way was integral to what they hoped to accomplish.  It

22    was a direct and natural result of all that hostility toward

23    the police that they had been nurturing.  So they're all

24    guilty of this assault on law enforcement.

25                The next assault count is for the assault on

1    Officer Mark Ode that Dominic Pezzola committed.  Officer

2    Ode came in here and testified about that assault.  He told

3    you from his first-person perspective about how he was

4    violently and forcefully grabbed, his shield was violently

5    and forcefully grabbed, and that pulled him down to the

6    ground.  A member of the crowd sprayed him with an unknown

7    chemical.  That substance he was sprayed with, it was

8    burning his eyes and made it very difficult to breathe.

9    Multiple people were on top of him.  He was incapable of

10   moving his limbs.  There was pressure on his neck.  An

11   individual was using his helmet to choke him.  And as he was

12   experiencing this assault, he thought that he would not make

13   it alive out of that pile.

14          Now, Officer Ode might not have seen or known who

15   attacked him.  You know from the video that it was Dominic

16   Pezzola who violently and forcefully grabbed that shield and

17   pulled Officer Ode down to the ground.  We can see in the

18   video the force that he used to do that.

19          (Video played.)

20          MR. MULROE:  So Pezzola is guilty red-handed of

21   this assault and the others are as well, because this attack

22   on Officer Ode was done during the conspiracy, in

23   furtherance of the conspiracy, and as a reasonably

24   foreseeable consequence of the conspiracy, and that all

25   becomes crystal clear when you see that what followed in the

1    midst of the chaos was Charles Donohoe reporting this back

2    to the MOSD leaders group with an exclamation point:  "Got a

3    riot shield!"  This was another tactical success in pursuit

4    of their strategic objective.

5             The final count of the indictment, Count 10, is

6    charged just against Pezzola, and this one charges the

7    robbery of the shield.  Robbery of federal property requires

8    that Pezzola took property from a person; that that property

9    belonged to the United States, as you know the riot shields

10   did; that it was against that person's will, which it

11   clearly was; that there was an intent to permanently

12   deprive.  And on this one, the relevant intent is at the

13   moment he commits the crime.  So the fact that he might have

14   later relinquished this shield when police demanded it back

15   when they were ushering him out the building, that really

16   doesn't matter, because what's relevant is his intent at the

17   time he took it.  And you know that when he dove into that

18   pile and grabbed onto that shield and ripped it away, he

19   wasn't thinking to himself, "I'm just going to borrow this

20   for a few minutes and give it back to this nice officer

21   later."  The way he described it, what he claimed on the

22   stand was that he was in the fog of war when he was engaging

23   with a police officer that, as recently as last week on that

24   stand, he described as the enemy.  He had no intention of

25   giving this shield back when he took it.  He had the intent

1    to permanently deprive the police and Officer Ode and the

2    government of that shield.

3        Finally, robbery requires that the property be

4    taken by force or violence, that same force element we've

5    seen over and over again.  Of course, you know that Pezzola

6    did use force to get that shield.  You saw videos from afar

7    and from near.  You saw these close-up high-definition

8    photos that show Dominic Pezzola closing in on his victim,

9    reaching out, grabbing that shield, taking hold of it,

10   putting the full force of his weight behind it, dragging

11   Officer Ode to the ground, and wrestling that shield away.

12   There's that guy with the W on his shirt, by the way.  He's

13   not the one who ripped away that shield.  Dominic Pezzola

14   was.  You know that from cold, hard documentary evidence.

15       And you heard firsthand from Officer Ode what it

16   was like to fall victim to that group attack.  You heard

17   what it was like for him to lose that shield -- and not just

18   that, because rioters stripped him of his other protective

19   gear, as well -- and dragged to the ground.  Eventually, he

20   did make it out of that pile, and he told you what he did

21   after that.  With a face full of wasp and hornet spray,

22   stripped of all his defenses against this vicious crowd, he

23   told you that he returned to the line and continued with his

24   duties.

25       That testimony by Officer Ode is a good place for

1    us to end.  Mark Ode was just one of the many men and women

2    who stepped up on January 6th and did the jobs that they had

3    sworn to do.  That includes the officers who defended and

4    cleared the building.  That also includes the members of

5    Congress who, then, went back to their desks, worked through

6    the night, and certified the election.  Every one of them

7    honored their oaths, and because they did our democracy

8    prevailed.

9            Back at the beginning of this case way back in

10   January, you all took an oath of your own.  Very soon now,

11   it's going to be time for you to carry out the duty that the

12   Constitution has entrusted to you.  When you go back there,

13   you're going to discuss; you're going to deliberate; and

14   ultimately, you all are going to agree unanimously and

15   beyond a reasonable doubt on the verdict that is compelled

16   by the evidence, the verdict that affirms the rule of law,

17   the verdict that justice demands.  That verdict is guilty

18   for every defendant on every count.

19            Thank you.

20            THE COURT:  All right.  Let me hear -- let me have

21   counsel at sidebar.

22            (Bench conference:)

23            THE COURT:  So here's what I plan to do.  I'm

24   going to give them an extra 15 minutes for lunch, dismiss

25   them for lunch right now, have counsel come back in one hour

1    at 1:15 just to address the issue that has been raised

2    regarding the curative instruction/mistrial.  I'll address

3    it, and then we should pick up with them promptly at 1:30.

4    All right?

5              MS. HERNANDEZ:  Your Honor --

6              THE COURT:  Yes?

7              MS. HERNANDEZ:  -- in Mr. Mulroe's argument

8    recently on the Donohoe conduct or the bottle-tossing and

9    how it's in furtherance of the conspiracy and -- it -- the

10   Government -- there's no such evidence introduced at trial

11   as to that and, in fact, the Government -- in the 302,

12   Mr. Donohoe explains how that was an impetuous act on his

13   own while he was -- while he had been separated from the

14   other defendants.  So --

15             THE COURT:  If there's no -- okay.  Ms. -- well,

16   complete your thought.

17             MS. HERNANDEZ:  So I would move to strike that,

18   and that's another ground for mistrial.

19             THE COURT:  All right.  I'm going to deny a

20   mistrial on that basis.  And you can point out -- if you

21   think there is no evidence to support that charge, that's

22   perfectly within your ability to do.

23             MS. HERNANDEZ:  Right.  I'm saying beyond that,

24   they have evidence --

25             THE COURT:  Right.

```
 1                    MS. HERNANDEZ:  -- in their possession that wasn't
 2         introduced by them --
 3                    THE COURT:  Understood.
 4                    MS. HERNANDEZ:  -- to the contrary.  Okay.
 5                    THE COURT:  Understood.
 6                    So that's what -- that's how we will proceed.
 7                    (Return from bench conference.)
 8                    THE COURT:  All right.  Ladies and gentlemen,
 9         we're going to take lunch a few minutes early.  I'll give
10         you an extra 15 minutes or so for lunch.  So we'll break for
11         the lunch hour.  We'll have you back in court at 1:30 to
12         continue hearing closing arguments.
13                    (Jury returned to jury room.)
14                    THE COURT:  All right.  I'll see counsel here at
15         1:15.
16                    THE DEPUTY CLERK:  All rise.  This Honorable Court
17         is adjourned until the return of Court at 1:15.
18                    (Luncheon recess taken at 12:14 p.m.)
19                           *  *  *  *  *  *  *  *  *  *  *
20                    CERTIFICATE OF OFFICIAL COURT REPORTER
21         I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify
22         that the above and foregoing constitutes a true and accurate
23         transcript of my stenographic notes and is a full, true and
24         complete transcript of the proceedings to the best of my
25         ability, dated this 24th day of April 2023.
```

19796

1                          /s/Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
2                          United States Courthouse
                           Room 6722
3                          333 Constitution Avenue, NW
                           Washington, DC 20001
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## #

**#FuckTheBlue** [1] - 19735:5

## $

**$1,000** [5] - 19785:25, 19786:1, 19787:4, 19787:12, 19787:16
**$1,170.72** [1] - 19787:3
**$1,548** [1] - 19788:10
**$100** [1] - 19786:25
**$32,000** [3] - 19786:11, 19786:21, 19786:23
**$774** [1] - 19788:9

## '

**'protectors** [1] - 19734:21

## /

**/s/Timothy** [1] - 19796:1

## 0

**06511** [1] - 19704:22

## 1

**1** [7] - 19706:4, 19706:10, 19706:14, 19740:7, 19755:6, 19769:14, 19772:10
**1-ETHAN** [1] - 19704:4
**10** [1] - 19771:20, 19791:5
**10003** [1] - 19704:18
**10016** [1] - 19705:13
**1014** [1] - 19705:9
**10:00** [1] - 19733:1
**113** [1] - 19705:15
**12:07** [1] - 19737:8
**12:14** [1] - 19795:18
**12:30** [1] - 19755:15
**12:45** [1] - 19737:8
**12th** [4] - 19733:13, 19733:25, 19734:1, 19734:11
**1420** [1] - 19704:24
**15** [2] - 19793:24, 19795:10
**15-minute-long** [1] - 19725:14
**153** [1] - 19705:5

**1776** [14] - 19714:3, 19730:9, 19730:11, 19730:13, 19730:14, 19730:16, 19730:18, 19730:23, 19731:7, 19731:10, 19733:17, 19735:18, 19767:9, 19771:4
**19th** [1] - 19725:6
**1:15** [3] - 19794:1, 19795:15, 19795:17
**1:21-cr-00175-TJK-1** [1] - 19704:2
**1:21-cr-00175-TJK-2** [1] - 19704:3
**1:21-cr-00175-TJK-3** [1] - 19704:3
**1:21-cr-00175-TJK-5** [1] - 19704:4
**1:21-cr-00175-TJK-6** [1] - 19704:4
**1:30** [2] - 19794:3, 19795:11
**1:35** [1] - 19749:6
**1:42** [1] - 19725:7
**1st** [1] - 19704:21

## 2

**2** [6] - 19706:5, 19706:10, 19706:15, 19755:6, 19776:3, 19732:17
**2-JOSEPH** [1] - 19704:5
**200** [1] - 19752:25
**200-year** [1] - 19753:25
**20001** [2] - 19705:19, 19796:3
**20005** [1] - 19704:25
**2008** [1] - 19786:21
**202** [3] - 19704:15, 19704:25, 19705:20
**2020** [3] - 19713:9, 19716:2, 19717:4
**2021** [3] - 19716:2, 19753:1, 19771:4
**2023** [2] - 19704:6, 19795:25
**203** [1] - 19704:22
**20530** [1] - 19704:15
**20777** [1] - 19705:3
**209** [1] - 19705:6
**20th** [1] - 19704:17
**21-175** [2] - 19706:3, 19759:3
**24** [2] - 19704:6, 19725:6
**240** [1] - 19705:3

**24th** [1] - 19795:25
**252-7233** [1] - 19704:15
**253-0514** [1] - 19705:13
**29th** [1] - 19717:12

## 3

**3** [10] - 19706:5, 19706:11, 19706:15, 19751:10, 19751:13, 19755:7, 19775:10, 19780:18, 19782:13, 19783:9
**3-ZACHARY** [1] - 19704:5
**302** [1] - 19794:11
**305** [2] - 19705:7, 19705:10
**328** [2] - 19786:22, 19786:24
**33012** [1] - 19705:9
**33014** [1] - 19705:6
**333** [2] - 19705:19, 19796:3
**354-3111** [1] - 19705:20
**383** [1] - 19704:21
**393-3017** [1] - 19704:22

## 4

**4** [6] - 19752:1, 19755:7, 19780:18, 19781:1, 19781:15, 19784:19
**403-7323** [1] - 19705:7
**42-second-long** [1] - 19749:4
**429-6520** [1] - 19704:25
**472-3391** [1] - 19705:3
**49** [1] - 19705:9
**4:43** [1] - 19725:14
**4r** [1] - 19704:18
**4th** [1] - 19704:14

## 5

**5** [4] - 19706:6, 19706:12, 19706:16, 19783:11
**5-ENRIQUE** [1] - 19704:6
**501-50** [1] - 19734:25
**555** [1] - 19704:14
**59047** [1] - 19705:16
**5th** [1] - 19732:15

## 6

**6** [5] - 19706:6, 19706:13, 19706:16, 19785:8, 19785:10
**6-DOMINIC** [1] - 19704:6
**6175** [1] - 19705:5
**646** [1] - 19705:13
**6722** [2] - 19705:18, 19796:2
**6th** [40] - 19705:12, 19716:7, 19719:14, 19722:17, 19723:25, 19725:8, 19726:14, 19728:21, 19729:2, 19729:19, 19730:16, 19732:25, 19733:13, 19735:1, 19735:15, 19742:6, 19746:4, 19752:22, 19753:1, 19755:16, 19756:14, 19756:25, 19757:4, 19757:6, 19757:14, 19757:19, 19757:20, 19766:10, 19766:25, 19767:24, 19768:12, 19768:19, 19770:15, 19771:5, 19774:12, 19780:5, 19784:7, 19785:23, 19793:2

## 7

**7** [3] - 19704:17, 19785:8, 19785:11
**70** [1] - 19704:8
**7166** [1] - 19705:2
**764-9347** [1] - 19705:16
**775** [1] - 19705:16

## 8

**8** [3] - 19788:14, 19788:21, 19788:22
**822-2901** [1] - 19705:10

## 9

**9** [1] - 19788:14
**902-3869** [1] - 19704:19
**917** [1] - 19704:19
**99** [1] - 19705:12
**9:00** [1] - 19704:6

## A

**a.m** [3] - 19704:6, 19725:7, 19733:1
**Aaron** [2] - 19726:9, 19748:5
**abetting** [2] - 19781:25, 19787:25
**ability** [5] - 19772:19, 19772:22, 19772:25, 19794:22, 19795:25
**able** [2] - 19725:1, 19744:18
**absolute** [2] - 19762:1, 19762:3
**absolutely** [2] - 19721:21, 19764:15
**Accelerate** [1] - 19748:9
**accept** [2] - 19771:8, 19779:8
**accepted** [2] - 19756:10, 19763:4
**access** [1] - 19750:10
**accomplish** [1] - 19789:21
**accomplished** [3] - 19729:8, 19754:3, 19769:1
**according** [1] - 19731:2
**account** [3] - 19732:12, 19744:9, 19768:18
**accountable** [5] - 19782:10, 19786:10, 19787:19, 19788:1, 19788:4
**accounts** [1] - 19744:25
**accurate** [1] - 19795:22
**accusing** [1] - 19775:5
**achieve** [6] - 19715:12, 19730:15, 19774:25, 19775:9, 19781:5, 19786:9
**achieved** [3] - 19724:18, 19757:9, 19767:5
**achievement** [1] - 19724:19
**acknowledged** [1] - 19779:6
**act** [5] - 19719:14, 19777:4, 19781:25, 19783:13, 19794:12
**Act** [1] - 19773:18
**acted** [2] - 19714:23,

19798

19735:12
**acting** [2] - 19715:23, 19764:24
**action** [8] - 19713:3, 19730:15, 19755:5, 19755:7, 19755:17, 19756:22, 19771:25, 19785:23
**actions** [5] - 19745:15, 19766:10, 19766:16, 19773:21, 19782:20
**acts** [2] - 19766:13, 19783:16
**actual** [1] - 19713:5
**Adams** [1] - 19752:13
**add** [4] - 19739:21, 19740:2, 19759:17, 19762:25
**added** [4] - 19726:17, 19730:8, 19734:22, 19777:22
**addition** [1] - 19777:22
**address** [3] - 19767:25, 19794:1, 19794:2
**adds** [1] - 19762:13
**adhere** [1] - 19777:25
**adjourned** [1] - 19795:17
**adjustments** [1] - 19732:11
**administration** [1] - 19772:24
**admitted** [8] - 19723:11, 19729:18, 19741:11, 19756:17, 19761:7, 19761:20, 19766:12, 19780:1
**admitting** [1] - 19735:8
**advance** [1] - 19780:5
**advantage** [2] - 19779:9, 19779:14
**adversely** [6] - 19772:19, 19772:25, 19784:10, 19784:11, 19784:14, 19784:22
**advice** [1] - 19748:3
**advocated** [1] - 19719:24
**afar** [5] - 19748:2, 19748:23, 19749:17, 19782:24, 19792:6
**affect** [3] - 19772:19, 19772:25, 19784:12
**affected** [3] - 19784:10, 19784:14, 19784:22

**affirms** [1] - 19793:16
**afternoon** [2] - 19725:13, 19755:16
**Agent** [2] - 19738:6, 19749:22
**agent** [2] - 19719:20, 19774:22
**ages** [1] - 19768:9
**aggressive** [2] - 19735:13, 19747:18
**ago** [3] - 19720:17, 19761:3, 19764:6
**agree** [3] - 19748:18, 19758:22, 19793:14
**Agree** [1] - 19735:5
**agreed** [5] - 19719:1, 19722:21, 19753:3, 19772:12, 19777:18
**agreeing** [1] - 19718:5, 19756:17
**agreement** [22] - 19714:1, 19715:7, 19715:13, 19715:16, 19716:4, 19716:5, 19716:9, 19716:14, 19716:15, 19755:4, 19755:11, 19756:4, 19757:2, 19757:3, 19771:22, 19771:25, 19773:22, 19776:1, 19779:16, 19779:17, 19781:14, 19782:15
**ahead** [3] - 19729:10, 19765:7, 19777:8
**aided** [1] - 19705:21
**aiding** [2] - 19781:25, 19787:25
**ain't** [1] - 19720:13
**air** [1] - 19740:9
**Airbnb** [1] - 19732:14
**AJ** [1] - 19775:11
**AKA** [1] - 19774:9
**al** [1] - 19759:4
**aligned** [1] - 19775:3
**alive** [1] - 19790:13
**all-out** [1] - 19718:15
**alleges** [1] - 19716:1
**allowed** [1] - 19761:12
**almost** [3] - 19718:18, 19737:19, 19737:22
**alone** [1] - 19770:22
**alternate** [1] - 19781:24
**alternative** [1] - 19765:19
**alternatively** [1] - 19784:21
**Amendment** [1] - 19773:12
**AMERICA** [1] -

19704:2
**America** [5] - 19706:4, 19721:25, 19759:3, 19769:7, 19771:4
**American** [7] - 19717:10, 19720:1, 19721:19, 19749:9, 19754:11, 19758:5, 19770:9
**Americanism** [1] - 19718:20
**analysis** [2] - 19728:12, 19783:9
**anger** [2] - 19733:22, 19733:23
**angle** [2] - 19744:1, 19746:25
**angles** [2] - 19750:18, 19788:25
**answer** [2] - 19719:23, 19722:20
**answers** [1] - 19758:15
**antagonistic** [1] - 19733:21
**Antifa** [10] - 19717:18, 19721:21, 19724:3, 19724:13, 19724:17, 19733:7, 19734:5, 19766:16, 19775:21
**apart** [1] - 19745:7
**ape** [2] - 19729:17, 19729:21
**apologize** [2] - 19767:14, 19777:10
**apology** [1] - 19766:5
**APPEARANCES** [2] - 19704:11, 19705:1
**application** [2] - 19722:8, 19763:19
**applied** [1] - 19726:21
**apply** [1] - 19783:9
**appointed** [1] - 19752:22
**approached** [1] - 19726:14
**appropriate** [2] - 19758:12, 19764:2
**approval** [1] - 19757:1
**approve** [2] - 19758:8, 19758:16
**April** [2] - 19704:6, 19795:25
**Architect** [2] - 19786:17, 19788:7
**area** [4] - 19744:21, 19779:1, 19781:9, 19783:22
**argue** [1] - 19764:14
**argued** [3] - 19761:18,

19762:20, 19764:5
**arguing** [3] - 19763:2, 19764:12, 19764:20
**argument** [11] - 19712:17, 19762:5, 19763:20, 19764:8, 19764:17, 19764:25, 19777:7, 19778:9, 19778:18, 19778:19, 19794:7
**arguments** [2] - 19763:2, 19795:12
**arm** [2] - 19746:17, 19746:24
**army** [4] - 19720:17, 19731:4, 19731:5, 19738:5
**arrest** [3] - 19712:24, 19732:12, 19734:2
**arrested** [5] - 19731:12, 19731:16, 19731:24, 19732:20, 19767:24
**arrived** [1] - 19749:13
**ash** [1] - 19726:16
**Ash** [1] - 19757:19
**ass** [2] - 19719:25, 19724:8
**assault** [3] - 19746:9, 19775:13, 19788:14, 19788:21, 19788:22, 19788:24, 19789:15, 19789:24, 19789:25, 19790:2, 19790:12, 19790:21
**assaulted** [2] - 19770:10, 19788:15
**assembling** [1] - 19720:17
**assert** [1] - 19762:13
**asses** [1] - 19734:6
**AT** [1] - 19705:15
**attack** [10] - 19714:8, 19745:25, 19746:8, 19756:6, 19770:9, 19774:11, 19778:24, 19782:19, 19790:21, 19792:16
**attacked** [4] - 19745:2, 19746:3, 19747:6, 19790:15
**attacks** [1] - 19768:10
**attempt** [1] - 19782:1
**attempted** [2] - 19749:1, 19783:13
**ATTORNEY** [1] - 19705:15
**attorney** [3] - 19739:22, 19740:3, 19746:7

**ATTORNEY'S** [1] - 19704:14
**audio** [14] - 19727:6, 19727:9, 19727:12, 19727:14, 19727:17, 19728:22, 19729:24, 19730:3, 19732:5, 19733:4, 19748:12, 19750:17, 19753:22, 19780:6
**authoritative** [1] - 19778:21
**authority** [5] - 19772:12, 19772:17, 19773:2, 19773:7, 19774:13
**Avenue** [3] - 19705:12, 19705:19, 19796:3
**aware** [1] - 19748:11
**awareness** [1] - 19777:21
**awesome** [1] - 19721:22
**awful** [1] - 19767:2

**B**

**B.A** [1] - 19704:12
**background** [1] - 19720:4
**bacon** [1] - 19716:13
**Bad** [1] - 19720:6
**bad** [2] - 19717:24, 19718:3
**badly** [2] - 19724:20, 19747:7
**bail** [1] - 19727:4
**ball** [1] - 19745:14
**Baltimore** [1] - 19782:23
**banging** [1] - 19753:11
**bangs** [2] - 19766:19, 19766:20
**bar** [1] - 19753:18
**barbed** [1] - 19742:21
**barbed-wire** [1] - 19742:21
**Barkizoba** [1] - 19757:19
**barricades** [6] - 19713:21, 19716:7, 19738:2, 19738:10, 19741:4, 19775:3
**barrier** [1] - 19738:19
**barriers** [1] - 19738:5, 19738:16
**base** [3] - 19746:14, 19749:25, 19750:10

19799

**baseball** [1] - 19745:4
**based** [8] - 19731:3,
19741:1, 19755:17,
19771:22, 19771:24,
19785:13, 19786:8,
19787:13
**bases** [1] - 19781:24
**basic** [3] - 19715:10,
19715:16, 19783:19
**basics** [1] - 19715:6
**basis** [1] - 19794:20
**bats** [1] - 19745:4
**battle** [3] - 19713:6,
19747:7, 19748:23
**battlefield** [2] -
19770:20, 19770:21
**bear** [1] - 19745:5
**beating** [2] -
19721:21, 19724:17
**became** [1] - 19732:11
**become** [3] - 19720:5,
19721:9, 19734:7
**becomes** [4] -
19775:22, 19775:23,
19775:25, 19790:25
**beeline** [1] - 19738:2
**beer** [1] - 19768:8
**BEFORE** [1] - 19704:9
**began** [2] - 19716:1,
19749:11
**begin** [1] - 19741:5
**beginning** [5] -
19718:21, 19749:13,
19757:11, 19772:8,
19793:9
**begun** [1] - 19750:25
**behalf** [1] - 19718:7
**behind** [5] - 19718:6,
19741:22, 19742:2,
19751:9, 19792:10
**belief** [1] - 19721:13
**belonged** [1] -
19791:9
**Bench** [4] - 19706:19,
19739:5, 19776:22,
19793:22
**bench** [4] - 19739:10,
19759:7, 19778:13,
19795:7
**benefit** [1] - 19779:9
**Bertino** [16] -
19716:12, 19718:12,
19719:4, 19725:20,
19726:4, 19726:17,
19734:1, 19735:4,
19741:24, 19742:3,
19742:9, 19742:14,
19748:3, 19752:9,
19752:12, 19771:15
**best** [3] - 19728:13,

19783:24, 19795:24
**betrayed** [2] -
19770:19, 19771:11
**better** [2] - 19751:21,
19779:13
**between** [5] - 19713:6,
19716:12, 19725:15,
19732:19, 19756:3
**beyond** [4] - 19755:7,
19786:7, 19793:15,
19794:23
**Biden** [6] - 19718:21,
19718:24, 19720:1,
19729:14, 19769:2,
19779:7
**big** [6] - 19722:6,
19724:11, 19725:7,
19732:19, 19742:20,
19744:15
**bigger** [2] - 19719:8,
19719:9
**BIGGS** [1] - 19704:5
**Biggs** [60] - 19706:5,
19706:15, 19712:24,
19712:25, 19717:6,
19717:15, 19717:20,
19717:22, 19718:1,
19718:4, 19718:19,
19721:3, 19723:6,
19724:7, 19724:13,
19725:9, 19725:11,
19725:15, 19725:22,
19726:23, 19730:19,
19730:21, 19731:21,
19731:23, 19732:14,
19734:4, 19735:10,
19737:13, 19737:24,
19738:1, 19738:3,
19738:20, 19741:6,
19741:22, 19742:25,
19743:8, 19743:15,
19743:21, 19743:25,
19744:6, 19744:13,
19749:2, 19749:3,
19750:2, 19750:11,
19751:3, 19751:9,
19754:17, 19754:20,
19760:12, 19768:7,
19768:12, 19771:2,
19774:14, 19778:5,
19782:18, 19786:4,
19786:13, 19787:2,
19787:6
**Biggs's** [1] - 19718:1
**bit** [5] - 19714:14,
19716:23, 19737:6,
19740:6, 19747:2
**bitch** [1] - 19721:5
**bitches** [1] - 19724:14
**bits** [1] - 19716:21

**black** [6] - 19726:13,
19741:23, 19742:17,
19743:9, 19745:6,
19774:15
**Black** [1] - 19745:13
**blah** [5] - 19777:23
**blame** [1] - 19745:14
**blamed** [3] -
19766:15, 19766:16
**BLM** [2] - 19721:21,
19724:4
**bloc** [1] - 19726:13
**Block** [1] - 19757:17
**bloody** [1] - 19770:21
**blue** [2] - 19734:4,
19734:13
**board** [2] - 19780:15,
19788:11
**boasts** [1] - 19757:17
**bodies** [3] - 19727:18,
19727:19
**boil** [3] - 19715:10,
19772:2, 19772:5
**bolted** [1] - 19743:7
**bolts** [1] - 19732:20
**Bones** [1] - 19719:1
**bonus** [1] - 19787:5
**booth** [1] - 19713:5
**bootstrapping** [1] -
19762:2
**borrow** [1] - 19791:19
**bottle** [7] - 19788:24,
19789:7, 19789:12,
19789:15, 19794:8
**bottle-tossing** [1] -
19794:8
**bottles** [3] - 19745:3,
19789:18
**bought** [1] - 19786:20
**box** [2] - 19712:13,
19765:25
**boy** [1] - 19751:15
**Boy** [10] - 19717:21,
19723:7, 19737:4,
19738:11, 19742:14,
19750:23, 19751:6,
19751:11, 19769:15,
19775:5
**boys** [5] - 19714:3,
19724:23, 19724:25,
19728:10, 19767:11
**Boys** [35] - 19713:2,
19717:6, 19717:9,
19717:14, 19717:17,
19718:5, 19718:14,
19718:22, 19719:5,
19720:7, 19722:9,
19724:1, 19724:3,
19724:7, 19725:4,
19727:25, 19728:2,

19735:14, 19736:3,
19736:10, 19737:20,
19738:5, 19738:8,
19738:14, 19741:24,
19742:5, 19745:20,
19749:7, 19749:15,
19750:12, 19750:19,
19751:3, 19752:7,
19774:24, 19775:16
**Boys'** [1] - 19737:12
**bragging** [1] -
19721:25
**brand** [1] - 19742:15
**brand-new** [1] -
19742:15
**breach** [1] - 19754:18
**Breach** [10] - 19740:7,
19751:10, 19751:13,
19752:1, 19755:6,
19755:7, 19769:14,
19775:10
**breached** [1] -
19752:5
**break** [7] - 19759:8,
19759:12, 19763:22,
19774:19, 19786:6,
19787:9, 19795:10
**breaking** [2] -
19732:17, 19787:22
**breaks** [2] - 19721:14,
19785:16
**breath** [1] - 19722:10
**breathe** [1] - 19790:8
**brief** [2] - 19744:5,
19759:1
**Brief** [4] - 19712:7,
19712:11, 19743:4,
19765:23
**briefing** [1] - 19729:1
**briefly** [2] - 19706:18,
19762:17
**bring** [3] - 19712:6,
19723:13, 19765:15
**bringing** [2] -
19752:19, 19756:24
**brings** [1] - 19725:3
**broke** [6] - 19743:1,
19744:23, 19747:6,
19751:24, 19753:21,
19759:12
**broken** [1] - 19745:7
**brotha** [1] - 19719:4
**brought** [4] -
19723:13, 19753:24,
19768:11, 19774:21
**brutal** [2] - 19722:3,
19745:25
**Building** [1] - 19752:4
**building** [28] -
19713:21, 19713:24,

19714:7, 19726:2,
19735:23, 19735:24,
19736:19, 19738:17,
19741:5, 19741:16,
19748:4, 19749:15,
19750:8, 19750:10,
19750:22, 19752:4,
19753:21, 19754:5,
19754:8, 19754:18,
19755:1, 19758:23,
19769:24, 19781:8,
19783:22, 19785:1,
19791:15, 19793:4
**bunch** [2] - 19750:12,
19751:3
**bureaucrats** [2] -
19721:1, 19735:24
**burn** [1] - 19726:15
**burning** [1] - 19790:8
**business** [2] -
19784:15, 19784:16
**bypass** [1] - 19734:6

---

**C**

---

**cake** [1] - 19754:6
**calculation** [1] -
19788:8
**calm** [1] - 19753:13
**Camiliere** [1] -
19719:20
**candidate** [1] -
19771:13
**Capitol** [39] -
19713:16, 19726:2,
19727:20, 19729:22,
19733:5, 19733:9,
19733:17, 19735:16,
19735:23, 19736:20,
19739:2, 19739:12,
19744:22, 19748:4,
19750:1, 19750:24,
19751:16, 19752:4,
19756:6, 19756:15,
19757:18, 19767:13,
19767:15, 19767:18,
19768:14, 19768:15,
19769:3, 19770:21,
19771:6, 19774:11,
19774:20, 19774:22,
19776:9, 19778:24,
19779:23, 19780:9,
19782:20, 19786:18,
19788:7
**capitols** [1] -
19727:16
**caption** [4] - 19720:4,
19721:24, 19722:4,
19767:13
**captioned** [1] -

19748:23
**car** [2] - 19755:22, 19756:5
**Carmen** [2] - 19705:2, 19706:12
**Carolinas** [2] - 19742:9, 19742:14
**Carrion** [3] - 19753:16, 19754:19, 19754:22
**carry** [1] - 19793:11
**carrying** [1] - 19752:16
**case** [9] - 19716:11, 19732:13, 19757:12, 19761:8, 19773:10, 19776:16, 19778:22, 19782:2, 19793:9
**caught** [1] - 19766:13
**causing** [1] - 19781:25
**CCR** [3] - 19705:17, 19795:21, 19796:1
**celebrated** [5] - 19719:24, 19724:18, 19729:8, 19745:21, 19768:19
**celebrating** [2] - 19751:16, 19769:22
**celebration** [5] - 19757:8, 19757:11, 19770:2, 19770:6
**celebratory** [2] - 19751:7, 19768:8
**cell** [1] - 19766:22
**cement** [1] - 19743:7
**certain** [1] - 19741:1
**certainly** [4] - 19723:16, 19736:15, 19759:21, 19789:9
**CERTIFICATE** [1] - 19795:20
**certification** [15] - 19715:14, 19716:16, 19729:6, 19729:12, 19732:21, 19736:17, 19737:9, 19738:17, 19754:4, 19754:15, 19772:4, 19773:13, 19773:20, 19776:7, 19781:6
**certified** [3] - 19770:5, 19771:3, 19793:6
**certify** [2] - 19726:5, 19795:21
**certifying** [2] - 19755:10, 19781:11
**chain** [2] - 19741:14, 19769:4
**chains** [1] - 19718:25

**chairman** [2] - 19717:24, 19756:23
**challenges** [2] - 19729:14, 19771:8
**chamber** [3] - 19752:16, 19753:6, 19753:10
**chance** [4] - 19721:11, 19722:14, 19734:8, 19736:20
**change** [3] - 19730:18, 19770:7, 19777:11
**changed** [1] - 19737:19
**changes** [2] - 19777:19, 19777:24
**channel** [1] - 19728:9
**chants** [1] - 19733:16
**chaos** [2] - 19753:21, 19791:1
**chapter** [1] - 19730:6
**charge** [5] - 19781:17, 19785:8, 19785:9, 19788:14, 19794:21
**charged** [5] - 19714:20, 19715:8, 19716:14, 19723:21, 19791:6
**charges** [11] - 19714:24, 19715:17, 19771:20, 19771:23, 19772:10, 19776:3, 19780:19, 19782:13, 19788:19, 19791:6
**charging** [1] - 19788:13
**Charles** [5] - 19726:7, 19749:24, 19788:22, 19789:17, 19791:1
**chat** [4] - 19719:1, 19725:17, 19726:25, 19730:5
**chats** [6] - 19729:21, 19732:7, 19734:24, 19755:14, 19764:21
**cheek** [1] - 19745:14
**chemical** [3] - 19746:3, 19747:14, 19790:7
**chewing** [1] - 19764:13
**chief** [1] - 19773:1
**children** [2] - 19722:11
**choke** [1] - 19790:11
**choose** [2] - 19775:20, 19783:18
**chose** [2] - 19735:5, 19757:16, 19758:3

**chosen** [1] - 19730:25
**Christopher** [1] - 19775:4
**Circle** [7] - 19713:22, 19716:8, 19736:24, 19736:25, 19737:14, 19737:17, 19769:14
**Circuit** [1] - 19764:6
**cities** [1] - 19724:6
**city** [2] - 19726:15, 19754:8
**civil** [8] - 19721:5, 19783:12, 19783:15, 19784:2, 19784:3, 19784:8, 19784:9, 19785:6
**Civil** [1] - 19768:19
**claimed** [6] - 19730:23, 19741:10, 19757:13, 19766:8, 19775:19, 19791:21
**claims** [2] - 19739:14, 19742:7
**classic** [1] - 19766:5
**clear** [16] - 19727:1, 19729:9, 19732:8, 19733:2, 19733:10, 19736:3, 19744:13, 19757:3, 19757:5, 19766:13, 19778:17, 19789:14, 19789:15, 19790:25
**cleared** [2] - 19714:7, 19793:4
**clearly** [6] - 19738:2, 19766:7, 19779:12, 19784:7, 19787:20, 19791:11
**Clerk** [1] - 19773:14
**CLERK** [6] - 19706:3, 19712:12, 19712:21, 19759:2, 19765:24, 19795:16
**climbing** [1] - 19753:12
**clip** [1] - 19720:17
**close** [5] - 19738:24, 19765:13, 19784:15, 19789:11, 19792:7
**close-up** [1] - 19792:7
**closed** [1] - 19753:19
**closer** [1] - 19728:21
**closing** [12] - 19712:17, 19717:1, 19739:9, 19763:2, 19763:23, 19763:25, 19764:13, 19764:17, 19765:8, 19765:20, 19792:8, 19795:12
**closings** [1] - 19765:2

**club** [7] - 19717:7, 19717:23, 19718:19, 19725:10, 19728:4, 19756:12, 19779:13
**co** [10] - 19762:9, 19782:1, 19782:3, 19782:5, 19785:4, 19785:14, 19785:22, 19787:13, 19788:10, 19789:16
**co-conspirator** [7] - 19762:9, 19782:1, 19782:3, 19785:14, 19787:13, 19788:10, 19789:16
**co-conspirators** [3] - 19782:5, 19785:4, 19785:22
**code** [1] - 19767:18
**coincidence** [6] - 19736:24, 19737:15, 19737:16, 19750:14, 19750:15
**cold** [1] - 19792:14
**colder** [1] - 19733:14
**colleague** [1] - 19754:22
**colleagues** [1] - 19753:13
**collective** [4] - 19719:5, 19756:22, 19764:23, 19785:23
**collectively** [1] - 19756:18
**College** [2] - 19773:13, 19776:7
**COLUMBIA** [1] - 19704:1
**Columbus** [2] - 19753:17, 19754:19
**combat** [1] - 19713:5
**combined** [1] - 19755:9
**coming** [2] - 19731:13, 19737:2
**command** [3] - 19724:22, 19731:18, 19741:14
**comment** [4] - 19725:12, 19739:23, 19758:11, 19778:3
**commenting** [1] - 19760:2
**commerce** [2] - 19784:12, 19784:14
**commie** [2] - 19724:8, 19726:18
**commit** [4] - 19718:6, 19719:8, 19761:19, 19788:17

**commitment** [2] - 19749:21, 19752:23
**commits** [1] - 19791:13
**committed** [5] - 19782:5, 19782:6, 19783:13, 19788:23, 19790:1
**common** [2] - 19715:23, 19779:23
**communications** [1] - 19732:3
**communist** [1] - 19722:11
**communities'** [1] - 19734:20
**Company** [1] - 19720:6
**compared** [4] - 19733:20, 19748:22, 19768:12, 19782:25
**compelled** [1] - 19793:15
**complete** [2] - 19794:16, 19795:24
**completely** [2] - 19761:21, 19786:5
**computer** [1] - 19705:21
**computer-aided** [1] - 19705:21
**concerns** [2] - 19752:18, 19752:19
**concert** [2] - 19715:23, 19764:24
**concerted** [3] - 19755:4, 19755:7, 19755:17
**concrete** [1] - 19744:17
**conditions** [1] - 19782:11
**conduct** [1] - 19794:8
**confer** [1] - 19741:6
**conference** [7] - 19706:19, 19739:5, 19739:10, 19776:22, 19778:13, 19793:22, 19795:7
**confirmation** [1] - 19779:16
**confirmed** [1] - 19747:10
**conflict** [2] - 19717:10, 19721:23
**Congress** [8] - 19752:16, 19752:18, 19755:9, 19775:23, 19780:22, 19781:3, 19781:10, 19793:5

**Congress's** [1] - 19776:6
**connection** [2] - 19723:19, 19731:14
**Conor** [2] - 19704:13, 19706:9
**conquered** [1] - 19754:8
**consciousness** [3] - 19777:17, 19777:20, 19779:21
**consequence** [5] - 19782:8, 19783:5, 19785:19, 19785:21, 19790:24
**consequences** [3] - 19771:16, 19771:19
**consider** [4] - 19714:18, 19731:24, 19765:14, 19781:18
**consist** [1] - 19771:19
**consistent** [2] - 19719:22, 19722:15
**conspiracies** [3] - 19715:24, 19783:18
**conspiracy** [61] - 19715:3, 19715:4, 19715:7, 19715:9, 19715:17, 19715:19, 19716:1, 19716:9, 19716:18, 19716:19, 19718:8, 19732:18, 19733:24, 19755:17, 19755:19, 19756:8, 19756:19, 19757:7, 19761:19, 19761:21, 19762:11, 19762:13, 19762:18, 19771:21, 19772:1, 19772:6, 19772:8, 19772:10, 19772:16, 19772:18, 19772:21, 19773:6, 19774:4, 19776:2, 19776:3, 19776:4, 19780:17, 19780:19, 19781:16, 19782:2, 19782:7, 19782:8, 19782:9, 19782:15, 19783:2, 19783:4, 19783:5, 19783:7, 19788:12, 19788:19, 19789:18, 19789:19, 19789:20, 19790:22, 19790:23, 19790:24, 19794:9
**conspirator** [7] - 19762:9, 19782:1, 19782:3, 19785:14, 19787:13, 19788:10, 19789:16

**conspirators** [3] - 19782:5, 19785:4, 19785:22
**constant** [1] - 19721:3
**constituents** [1] - 19752:20
**constitutes** [1] - 19795:22
**Constitution** [8] - 19705:19, 19714:8, 19714:9, 19729:17, 19735:20, 19773:11, 19793:12, 19796:3
**constitutional** [3] - 19752:17, 19773:17, 19773:25
**construction** [1] - 19745:4
**contempt** [2] - 19736:1, 19754:10
**contest** [1] - 19713:7
**context** [1] - 19747:4
**continuation** [1] - 19761:2
**continue** [3] - 19765:16, 19766:2, 19795:12
**continued** [1] - 19792:23
**CONTINUED** [1] - 19705:1
**continuing** [1] - 19735:6
**contrary** [2] - 19779:10, 19795:4
**contributed** [1] - 19787:17
**contributing** [2] - 19754:14, 19782:20
**contributions** [1] - 19752:20
**control** [3] - 19725:1, 19740:12, 19778:20
**converged** [1] - 19750:12
**conversation** [6] - 19725:14, 19730:8, 19734:25, 19735:2, 19735:10, 19749:4
**convict** [1] - 19772:16
**conviction** [1] - 19764:19
**Cooney** [4] - 19744:9, 19744:11, 19745:1, 19750:9
**cooperating** [1] - 19718:12
**coptifa** [1] - 19775:22
**copy** [1] - 19778:20
**cornered** [1] -

19730:17
**correct** [1] - 19730:24
**corrected** [1] - 19757:22
**corrupt** [4] - 19714:13, 19779:17, 19779:18, 19779:20
**corruptly** [6] - 19776:12, 19776:14, 19778:15, 19779:18, 19780:14, 19780:15
**cost** [1] - 19786:21
**Counsel** [1] - 19758:14
**counsel** [8] - 19706:18, 19712:9, 19739:24, 19758:11, 19776:20, 19793:21, 19793:25, 19795:14
**Count** [15] - 19772:10, 19773:18, 19776:3, 19780:17, 19780:18, 19781:1, 19781:15, 19782:13, 19783:9, 19783:11, 19784:19, 19785:10, 19785:11, 19788:22, 19791:5
**count** [10] - 19731:19, 19751:12, 19752:5, 19772:11, 19780:19, 19784:9, 19785:7, 19789:25, 19791:5, 19793:18
**counting** [1] - 19771:7
**countless** [3] - 19747:5, 19774:14
**countries** [1] - 19726:12
**country** [11] - 19714:3, 19718:19, 19719:6, 19720:15, 19722:12, 19726:11, 19730:24, 19752:21, 19767:11, 19769:4, 19771:5
**Counts** [2] - 19785:8, 19788:14
**counts** [10] - 19771:21, 19771:23, 19771:24, 19772:1, 19772:6, 19781:17, 19785:9, 19785:12, 19788:13, 19788:21
**couple** [3] - 19754:10, 19761:2, 19773:5
**course** [16] - 19722:21, 19746:6, 19749:23, 19758:1, 19766:11, 19766:16, 19768:10, 19769:23,

19773:14, 19774:17, 19776:8, 19780:2, 19781:22, 19785:11, 19785:19, 19792:5
**Court** [7] - 19705:17, 19705:18, 19763:3, 19763:4, 19795:16, 19795:17, 19796:1
**court** [5] - 19712:4, 19759:6, 19765:1, 19778:2, 19795:11
**COURT** [54] - 19704:1, 19706:17, 19712:5, 19712:14, 19739:6, 19739:25, 19740:17, 19740:19, 19740:21, 19742:12, 19758:10, 19758:13, 19759:5, 19759:25, 19760:5, 19760:10, 19760:13, 19760:15, 19760:18, 19760:21, 19760:24, 19762:5, 19762:16, 19762:21, 19762:24, 19763:7, 19763:9, 19763:11, 19763:17, 19763:21, 19764:8, 19765:3, 19765:12, 19765:22, 19766:1, 19776:20, 19776:24, 19777:8, 19777:13, 19777:16, 19778:4, 19778:6, 19778:9, 19793:20, 19793:23, 19794:6, 19794:15, 19794:19, 19794:25, 19795:3, 19795:5, 19795:8, 19795:14, 19795:20
**Courthouse** [2] - 19705:18, 19796:2
**courtroom** [1] - 19767:3
**courts** [2] - 19729:16, 19731:6
**cover** [1] - 19732:2
**coverage** [1] - 19751:9
**COVID** [1] - 19766:17
**Cowabunga** [1] - 19788:23
**cowering** [1] - 19753:9
**CR** [1] - 19704:2
**crashed** [2] - 19738:10, 19738:19
**cream** [1] - 19724:1
**create** [3] - 19724:22, 19730:6, 19730:25
**creates** [1] - 19725:16

**credibility** [2] - 19761:5, 19761:13
**crime** [12] - 19719:9, 19727:3, 19761:18, 19781:22, 19782:15, 19782:16, 19782:22, 19785:8, 19788:14, 19791:13
**crimes** [4] - 19714:20, 19719:8, 19785:24, 19788:1
**Criminal** [2] - 19706:3, 19759:3
**criteria** [1] - 19726:21
**critical** [4] - 19723:23, 19725:5, 19751:16, 19781:12
**cross** [3] - 19723:12, 19741:12, 19746:13
**cross-examination** [3] - 19723:12, 19741:12, 19746:13
**crowd** [22] - 19741:12, 19741:18, 19741:21, 19741:25, 19742:18, 19742:22, 19742:25, 19744:18, 19745:15, 19745:17, 19745:23, 19746:19, 19747:6, 19749:11, 19749:14, 19749:25, 19750:3, 19750:13, 19753:17, 19754:20, 19790:6, 19792:22
**crowds** [1] - 19733:8
**CRR** [3] - 19705:17, 19795:21, 19796:1
**cry** [1] - 19730:14
**crying** [1] - 19724:14
**cryptic** [1] - 19730:8
**crystal** [2] - 19766:13, 19790:25
**CT** [1] - 19704:22
**curative** [4] - 19763:19, 19763:24, 19765:6, 19794:2
**custody** [1] - 19731:20

## D

**D.C** [10] - 19704:5, 19719:25, 19721:20, 19723:20, 19724:3, 19724:13, 19724:15, 19725:8, 19726:15, 19735:7
**damage** [7] - 19755:5, 19784:4, 19784:5, 19784:6, 19786:1,

19787:16, 19787:20
**damaged** [2] -
19785:25, 19786:7
**danger** [2] - 19784:5,
19784:6
**date** [1] - 19716:3
**dated** [1] - 19795:25
**DAVID** [1] - 19704:17
**DAY** [1] - 19704:8
**days** [6] - 19731:11,
19735:1, 19735:12,
19746:7, 19757:6,
19766:11
**DC** [4] - 19704:15,
19704:25, 19705:19,
19996:3
**deadly** [1] - 19717:9
**Deal** [1] - 19721:2
**deal** [1] - 19717:18
**death** [1] - 19718:18
**debate** [1] - 19717:12
**debating** [2] -
19713:4, 19752:20
**December** [7] -
19716:2, 19723:20,
19724:11, 19725:6,
19733:13, 19733:25,
19734:1
**decide** [2] - 19745:17,
19751:21
**deciding** [1] -
19722:25
**decisive** [1] -
19755:16
**deeply** [1] - 19720:16
**defend** [2] - 19713:20,
19735:20
**Defendant** [15] -
19706:4, 19706:5,
19706:6, 19706:10,
19706:11, 19706:12,
19706:13, 19706:14,
19706:15, 19706:16
**defendant** [6] -
19716:5, 19757:13,
19782:4, 19783:12,
19788:15, 19793:18
**defendant's** [1] -
19763:25
**defendants** [38] -
19713:3, 19714:8,
19714:15, 19714:19,
19714:23, 19715:8,
19716:13, 19718:17,
19722:25, 19723:8,
19723:21, 19730:14,
19730:23, 19731:4,
19731:9, 19736:12,
19753:1, 19754:5,
19755:8, 19757:7,

19758:2, 19759:14,
19764:12, 19764:22,
19771:10, 19772:12,
19773:21, 19774:20,
19775:16, 19776:9,
19780:3, 19780:16,
19781:5, 19781:12,
19781:15, 19785:3,
19785:13, 19794:14
**Defendants** [3] -
19704:7, 19704:16,
19705:2
**defendants'** [3] -
19715:13, 19722:18,
19749:21
**defended** [1] -
19793:3
**defense** [10] -
19718:2, 19723:11,
19724:8, 19739:3,
19739:13, 19741:9,
19758:1, 19758:3,
19766:24, 19779:25
**Defense** [6] - 19725:3,
19727:21, 19728:6,
19728:12, 19728:17,
19747:22
**defenses** [2] -
19736:21, 19792:22
**define** [2] - 19732:18,
19778:10
**defined** [3] - 19774:5,
19774:7, 19776:13
**defines** [1] - 19781:14
**definition** [1] -
19792:7
**definitions** [1] -
19784:2
**degree** [2] - 19742:15,
19756:13
**delay** [3] - 19772:13,
19773:8, 19784:11
**delayed** [3] -
19773:22, 19784:10,
19784:21
**delaying** [1] - 19774:2
**delete** [1] - 19780:4
**deliberate** [2] -
19722:19, 19793:13
**deliver** [1] - 19759:13
**demanded** [2] -
19714:10, 19791:14
**demands** [1] -
19793:17
**demeanor** [1] -
19757:15
**democracy** [4] -
19713:17, 19734:11,
19770:9, 19793:7
**demonstrate** [1] -

19736:16
**demonstrative** [1] -
19739:8
**denied** [1] - 19766:14
**denouncing** [1] -
19767:14
**densely** [1] - 19750:3
**deny** [1] - 19794:19
**Department** [2] -
19731:14, 19742:23
**deploy** [1] - 19722:1
**deprive** [2] -
19791:12, 19792:1
**depth** [1] - 19764:21
**Deputy** [1] - 19773:14
**DEPUTY** [6] - 19706:3,
19712:12, 19712:21,
19759:2, 19765:24,
19795:16
**describe** [3] -
19718:13, 19726:8,
19742:4
**described** [3] -
19770:21, 19791:21,
19791:24
**description** [1] -
19772:21
**deserve** [1] - 19775:24
**desire** [1] - 19727:10
**desks** [1] - 19793:5
**desperate** [1] -
19719:15
**desperately** [2] -
19753:18, 19789:11
**destroy** [5] -
19713:23, 19727:8,
19774:15, 19786:5,
19788:3
**destroyed** [1] -
19787:2
**destroying** [1] -
19779:2
**destruction** [5] -
19743:9, 19785:10,
19785:19, 19785:24,
19788:11
**detail** [1] - 19716:24
**detailed** [1] - 19715:3
**details** [4] - 19716:10,
19732:17, 19732:23,
19772:9
**device** [1] - 19747:12
**diary** [1] - 19723:9
**dick** [1] - 19724:12
**die** [1] - 19720:12
**died** [1] - 19730:18
**difference** [3] -
19716:12, 19732:18,
19733:15
**different** [3] -

19733:11, 19760:19,
19785:9
**difficult** [1] - 19790:8
**direct** [1] - 19789:22
**directed** [3] - 19732:6,
19774:10, 19780:8
**direction** [2] -
19733:9, 19757:2
**directive** [1] -
19712:23
**directly** [2] -
19782:20, 19788:12
**disagreed** [1] -
19720:18
**disappointed** [1] -
19771:11
**disappointment** [5] -
19757:8, 19757:9,
19770:2, 19770:7,
19770:11
**disarray** [1] -
19776:11
**disavow** [1] - 19718:1
**discharging** [5] -
19780:20, 19780:22,
19781:4, 19781:7,
19781:10
**discuss** [1] - 19793:13
**discussed** [7] -
19727:7, 19727:15,
19727:25, 19728:1,
19761:24, 19764:5,
19788:20
**discussing** [1] -
19772:3
**discussions** [1] -
19729:10
**disgrace** [1] - 19754:2
**disgusted** [2] -
19734:20, 19770:24
**disgusting** [1] -
19770:18
**dismiss** [1] - 19793:24
**disorder** [7] -
19783:12, 19783:15,
19784:2, 19784:3,
19784:8, 19784:9,
19785:7
**display** [3] - 19719:19,
19734:24, 19735:14
**disposal** [2] -
19728:14, 19785:14
**disposition** [1] -
19735:3
**disrupt** [2] - 19714:15,
19770:3
**district** [1] - 19784:18
**DISTRICT** [3] -
19704:1, 19704:1,
19704:10

**divided** [1] - 19786:24
**documentary** [1] -
19792:14
**documents** [1] -
19786:19
**Dominic** [25] -
19706:6, 19713:1,
19714:12, 19720:3,
19722:6, 19723:10,
19723:16, 19738:21,
19745:25, 19749:23,
19751:18, 19752:1,
19752:14, 19758:2,
19766:8, 19766:12,
19766:22, 19769:21,
19774:17, 19782:18,
19790:1, 19790:15,
19792:8, 19792:13
**Donald** [12] -
19717:11, 19717:14,
19718:6, 19725:7,
19731:5, 19733:3,
19736:14, 19767:25,
19770:19, 19770:22,
19779:10, 19779:13
**done** [16] - 19714:2,
19724:5, 19730:13,
19735:6, 19740:25,
19748:24, 19754:3,
19755:6, 19763:23,
19767:5, 19768:20,
19781:25, 19782:25,
19785:5, 19788:12,
19790:22
**Donohoe** [8] -
19726:7, 19749:24,
19750:11, 19788:22,
19789:17, 19791:1,
19794:8, 19794:12
**Doodle** [1] - 19730:17
**door** [4] - 19753:17,
19753:18, 19754:19,
19775:11
**doors** [3] - 19750:8,
19753:11
**doubt** [5] - 19747:1,
19749:20, 19755:25,
19756:19, 19793:15
**dove** [1] - 19791:17
**down** [14] - 19715:10,
19716:8, 19721:24,
19732:6, 19742:21,
19743:12, 19743:25,
19744:18, 19753:13,
19755:21, 19772:2,
19772:6, 19790:5,
19790:17
**drafted** [1] - 19722:8
**Drag** [1] - 19726:5
**dragged** [2] -

19721:15, 19792:19
**dragging** [1] - 19792:10
**dressed** [1] - 19746:14
**drills** [1] - 19745:4
**drinking** [3] - 19724:2, 19725:11, 19728:4
**Drive** [1] - 19705:15
**driving** [1] - 19755:21
**drove** [1] - 19719:13
**drumbeat** [1] - 19722:16
**due** [1] - 19761:23
**during** [20] - 19717:1, 19717:11, 19721:20, 19729:1, 19730:12, 19751:13, 19754:6, 19754:18, 19774:11, 19775:7, 19780:10, 19782:6, 19782:19, 19783:3, 19783:11, 19785:5, 19785:18, 19785:20, 19789:18, 19790:22
**dust** [1] - 19726:17
**duties** [7] - 19752:17, 19780:20, 19780:23, 19780:24, 19781:4, 19783:15, 19792:24
**duty** [3] - 19781:8, 19781:10, 19793:11

**E**

**eager** [1] - 19724:23
**early** [3] - 19739:19, 19784:24, 19795:9
**east** [4] - 19736:20, 19736:22, 19753:16, 19754:18
**East** [2] - 19704:17, 19705:15
**eating** [1] - 19724:1
**economy** [1] - 19766:17
**ecstatic** [2] - 19743:18, 19767:4
**Ed** [1] - 19784:17
**Eddie** [1] - 19757:17
**effectiveness** [1] - 19724:24
**effing** [1] - 19750:24
**effort** [6] - 19714:11, 19732:6, 19751:11, 19786:5, 19786:12, 19788:3
**efforts** [1] - 19774:12
**eggs** [3] - 19716:13, 19748:5, 19748:7

**either** [7] - 19765:13, 19766:14, 19772:11, 19772:14, 19774:10, 19784:10, 19784:11
**elders** [8] - 19717:21, 19718:25, 19719:1, 19724:25, 19730:4, 19730:6, 19767:8, 19767:9
**elected** [3] - 19720:18, 19721:17, 19726:4
**election** [24] - 19713:9, 19715:14, 19716:16, 19717:8, 19718:18, 19718:22, 19721:5, 19721:19, 19722:3, 19722:16, 19724:16, 19726:5, 19729:6, 19732:22, 19736:18, 19752:18, 19754:4, 19755:10, 19770:5, 19771:2, 19779:12, 19781:6, 19781:11, 19793:6
**Electoral** [3] - 19773:13, 19773:18, 19776:7
**element** [9] - 19776:14, 19778:15, 19779:19, 19779:20, 19780:14, 19780:15, 19781:1, 19784:1, 19792:4
**elsewhere** [1] - 19782:23
**embrace** [2] - 19719:18, 19722:7
**emergency** [2] - 19754:14, 19785:1
**emoji** [1] - 19769:18
**emperor** [2] - 19748:22, 19782:24
**en** [1] - 19719:25
**enacted** [1] - 19773:19
**encouragement** [2] - 19748:2, 19757:1
**end** [9] - 19712:25, 19714:5, 19730:7, 19731:22, 19735:9, 19745:13, 19751:8, 19752:4, 19793:1
**ended** [1] - 19759:23
**enemies** [1] - 19728:8
**enemy** [7] - 19721:9, 19734:7, 19775:20, 19775:21, 19775:22, 19775:24, 19791:24
**enforcement** [14] - 19721:8, 19732:4, 19735:14, 19735:22,

19747:7, 19748:10, 19751:21, 19780:22, 19781:4, 19783:14, 19783:20, 19788:25, 19789:20, 19789:24
**engage** [1] - 19746:10
**engaged** [4] - 19743:19, 19747:7, 19756:18, 19783:15
**engaging** [1] - 19791:22
**enjoying** [1] - 19749:10
**Enrique** [32] - 19706:6, 19712:23, 19713:25, 19717:5, 19717:25, 19718:4, 19718:21, 19718:24, 19719:25, 19723:5, 19724:11, 19724:21, 19725:16, 19728:9, 19729:2, 19729:25, 19730:5, 19731:12, 19732:20, 19735:8, 19748:19, 19751:7, 19752:9, 19752:12, 19754:15, 19756:24, 19767:6, 19769:10, 19770:14, 19782:23, 19783:1, 19783:7
**entailed** [1] - 19753:4
**enter** [1] - 19782:9
**entered** [2] - 19726:25, 19762:11
**entering** [1] - 19783:21
**entire** [8] - 19735:2, 19744:21, 19744:22, 19749:6, 19757:15, 19776:11, 19786:10, 19786:20
**entirely** [2] - 19760:20, 19764:24
**entrusted** [1] - 19793:12
**epic** [1] - 19726:18
**episode** [1] - 19758:5
**Epps** [1] - 19766:18
**equals** [1] - 19788:9
**equation** [1] - 19728:16
**erase** [1] - 19755:4
**erased** [3] - 19747:1, 19749:21, 19755:3
**Erik** [2] - 19704:12, 19706:9
**error** [1] - 19777:10
**Es** [1] - 19752:11
**escape** [1] - 19753:14
**especially** [1] -

19718:19
**Esq** [12] - 19704:12, 19704:12, 19704:13, 19704:13, 19704:16, 19704:20, 19704:23, 19705:2, 19705:4, 19705:8, 19705:11, 19705:14
**essay** [1] - 19722:8
**essential** [1] - 19716:15
**essentially** [1] - 19781:2
**et** [1] - 19759:4
**Ethan** [36] - 19706:4, 19713:1, 19717:5, 19718:25, 19719:15, 19720:10, 19721:2, 19723:6, 19734:15, 19735:15, 19736:1, 19738:11, 19738:20, 19740:8, 19740:11, 19740:13, 19740:23, 19741:14, 19741:21, 19742:24, 19744:3, 19744:14, 19745:23, 19749:2, 19750:2, 19757:12, 19759:3, 19767:23, 19770:17, 19770:24, 19774:6, 19774:14, 19782:18, 19786:3, 19786:4, 19787:2
**evacuate** [2] - 19776:11, 19784:25
**evacuated** [1] - 19753:6
**evasive** [1] - 19747:17
**event** [3] - 19757:20, 19768:4, 19777:24
**events** [2] - 19734:2, 19769:4
**eventually** [2] - 19749:3, 19792:19
**everyday** [1] - 19722:22, 19755:20
**evidence** [23] - 19714:17, 19714:25, 19716:21, 19719:7, 19722:18, 19738:7, 19739:7, 19739:8, 19740:16, 19740:20, 19742:11, 19755:13, 19755:17, 19761:4, 19766:23, 19778:9, 19780:7, 19782:17, 19792:14, 19793:16, 19794:10, 19794:21, 19794:24
**evil** [1] - 19713:6

**exact** [2] - 19718:13, 19742:4
**exactly** [12] - 19726:24, 19729:7, 19732:15, 19732:23, 19736:18, 19736:25, 19738:24, 19747:19, 19752:25, 19764:4, 19764:7, 19783:6
**examination** [3] - 19723:12, 19741:12, 19746:13
**example** [2] - 19752:24, 19775:2
**examples** [4] - 19723:2, 19723:19, 19774:24, 19783:17
**exchanged** [1] - 19756:3
**excitement** [1] - 19748:14
**exclamation** [1] - 19791:2
**excuse** [3] - 19768:1, 19768:2, 19770:24
**executed** [1] - 19726:11
**execution** [3] - 19721:16, 19772:13, 19773:9
**executive** [1] - 19773:1
**exhibit** [2] - 19717:2, 19734:25
**Exhibit-1000** [1] - 19735:25
**Exhibit-226** [2] - 19745:8, 19745:16
**Exhibit-501** [1] - 19725:17
**exhibits** [2] - 19716:25, 19717:1
**expect** [3] - 19719:9, 19764:11, 19765:9
**experience** [3] - 19726:23, 19733:20, 19773:16
**experiencing** [1] - 19790:12
**explain** [1] - 19719:16
**explained** [2] - 19715:6, 19771:16
**explaining** [1] - 19724:15
**explains** [1] - 19794:12
**explanation** [2] - 19739:13, 19766:14
**explicit** [6] - 19720:21, 19756:23, 19757:1,

19757:2
**explicitly** [1] -
  19762:10
**expressed** [1] -
  19727:10
**expressing** [1] -
  19721:13
**expression** [1] -
  19752:23
**extinguishers** [1] -
  19745:5
**extra** [2] - 19793:24,
  19795:10
**extreme** [4] -
  19719:15, 19719:18,
  19719:19, 19725:22
**eyes** [1] - 19790:8

**F**

**face** [4] - 19746:11,
  19747:3, 19789:13,
  19792:21
**faces** [1] - 19789:10
**FaceTime** [1] -
  19725:14
**facing** [1] - 19771:19
**fact** [10] - 19729:9,
  19761:6, 19761:18,
  19764:19, 19767:10,
  19776:16, 19778:23,
  19779:17, 19791:13,
  19794:11
**faction** [1] - 19725:4
**facts** [3] - 19714:21,
  19716:20
**factual** [1] - 19764:25
**FAFO** [2] - 19721:11,
  19734:8
**failed** [1] - 19729:20
**fake** [1] - 19733:8
**fall** [3] - 19717:4,
  19723:17, 19792:16
**falling** [1] - 19732:3
**false** [1] - 19746:12
**familiar** [1] - 19780:25
**fantasies** [1] -
  19766:18
**far** [2] - 19736:19,
  19770:12
**fash** [1] - 19720:11
**FBI** [1] - 19766:20
**fear** [2] - 19753:9,
  19769:9
**fearing** [1] - 19769:10
**fears** [2] - 19767:7,
  19769:8
**feces** [1] - 19748:6
**federal** [3] - 19734:18,
  19773:18, 19791:7

**federally** [3] -
  19784:12, 19784:22,
  19785:2
**feeding** [1] - 19731:15
**feelings** [1] - 19768:4
**feet** [3] - 19786:22,
  19786:24, 19787:1
**fell** [2] - 19741:13,
  19768:25
**fellow** [1] - 19753:18
**felony** [2] - 19788:18
**felt** [10] - 19718:8,
  19733:13, 19733:20,
  19739:21, 19740:2,
  19757:21, 19770:8,
  19770:19, 19771:10,
  19771:11
**fence** [26] - 19713:23,
  19738:14, 19741:24,
  19742:17, 19742:18,
  19742:21, 19743:1,
  19743:10, 19743:22,
  19744:4, 19744:11,
  19744:15, 19744:16,
  19744:17, 19745:6,
  19774:16, 19785:10,
  19785:16, 19786:2,
  19786:6, 19786:10,
  19786:14, 19786:19,
  19786:20, 19786:24,
  19787:12
**fend** [1] - 19789:11
**few** [6] - 19715:5,
  19735:4, 19739:18,
  19749:23, 19791:20,
  19795:9
**fight** [5] - 19719:3,
  19721:12, 19722:10,
  19723:15, 19769:7
**fighting** [2] - 19718:5,
  19731:5
**figurative** [1] -
  19766:11
**figuring** [2] -
  19732:15, 19732:22
**file** [1] - 19768:18
**filed** [2] - 19761:2,
  19762:9
**fill** [1] - 19729:4
**filled** [1] - 19725:24
**filling** [1] - 19726:20
**filmed** [4] - 19739:1,
  19767:13, 19768:14,
  19769:24
**final** [1] - 19791:5
**finally** [1] - 19792:3
**fine** [1] - 19777:2
**finish** [2] - 19764:11,
  19771:7
**fire** [2] - 19745:5,

19771:8
**firing** [2] - 19721:18,
  19775:24
**first** [29] - 19714:21,
  19715:18, 19722:9,
  19722:13, 19722:18,
  19730:5, 19735:16,
  19735:21, 19736:18,
  19737:6, 19738:9,
  19738:18, 19738:21,
  19740:6, 19742:15,
  19750:8, 19752:6,
  19756:12, 19756:25,
  19762:6, 19764:17,
  19767:19, 19767:21,
  19769:13, 19773:6,
  19782:12, 19783:20,
  19788:21, 19790:3
**first-person** [2] -
  19769:13, 19790:3
**firsthand** [3] -
  19744:8, 19744:25,
  19792:15
**Fischer** [1] - 19775:11
**fist** [1] - 19740:9
**fit** [1] - 19725:21
**fits** [2] - 19714:18,
  19772:21
**five** [6] - 19756:20,
  19762:19, 19776:2,
  19785:6, 19787:13,
  19789:16
**fix** [1] - 19777:11
**FL** [2] - 19705:6,
  19705:9
**flag** [1] - 19753:19
**flagpoles** [1] -
  19745:4
**flags** [1] - 19754:10
**flame** [1] - 19767:16
**flames** [1] - 19720:4
**flash** [2] - 19766:19,
  19766:20
**flash-bangs** [2] -
  19766:19, 19766:20
**flashed** [1] - 19738:14
**fleeing** [1] - 19753:5
**flooded** [1] - 19749:7
**floor** [3] - 19713:4,
  19727:19, 19750:8
**Floor** [2] - 19704:21,
  19705:12
**flying** [1] - 19789:10
**focus** [2] - 19733:5,
  19782:3
**focused** [5] - 19717:8,
  19733:9, 19733:15,
  19738:4, 19740:22
**fog** [1] - 19791:22
**follow** [2] - 19726:22,

19741:11
**followed** [3] -
  19718:10, 19741:16,
  19790:25
**followers** [4] -
  19713:10, 19723:10,
  19775:17
**Following** [2] -
  19706:20, 19712:4
**following** [5] -
  19713:9, 19723:8,
  19725:6, 19741:22,
  19757:6
**Fonticoba** [1] -
  19751:6
**food** [2] - 19737:6,
  19737:7
**foot** [4] - 19718:14,
  19755:1, 19786:25,
  19787:2
**FOR** [1] - 19704:1
**force** [47] - 19713:7,
  19715:16, 19716:17,
  19718:5, 19719:10,
  19720:21, 19723:1,
  19723:18, 19728:7,
  19728:8, 19728:13,
  19736:17, 19743:2,
  19743:6, 19746:9,
  19750:19, 19755:9,
  19768:20, 19772:5,
  19774:4, 19774:5,
  19774:7, 19774:9,
  19774:13, 19774:15,
  19774:16, 19774:18,
  19774:22, 19774:25,
  19775:3, 19775:10,
  19775:15, 19775:18,
  19775:21, 19775:25,
  19779:1, 19780:25,
  19781:1, 19789:8,
  19790:18, 19792:4,
  19792:6, 19792:10
**forceful** [1] - 19775:12
**forcefully** [3] -
  19790:4, 19790:5,
  19790:16
**forcibly** [3] - 19775:9,
  19788:17, 19789:20
**forcing** [1] - 19776:9
**foregoing** [1] -
  19795:22
**foreseeable** [7] -
  19782:8, 19783:5,
  19785:5, 19785:18,
  19785:21, 19789:19,
  19790:24
**forget** [1] - 19769:6
**forgotten** [1] -
  19735:19

**form** [1] - 19748:4
**formation** [2] -
  19740:14, 19740:24
**formed** [1] - 19719:22
**forming** [1] - 19749:13
**forth** [1] - 19744:16
**forward** [11] -
  19740:24, 19741:4,
  19741:5, 19741:13,
  19744:18, 19749:15,
  19750:21, 19752:19,
  19752:21, 19758:14,
  19760:24
**fought** [4] - 19730:18,
  19730:25, 19731:2,
  19746:21
**founders** [1] -
  19730:24
**four** [2] - 19766:21,
  19783:8
**frame** [5] - 19716:2,
  19716:3, 19716:6,
  19747:9
**Franklin** [1] -
  19752:14
**fraternal** [1] - 19728:5
**free** [3] - 19720:12,
  19731:3, 19745:19
**freedom** [1] - 19769:8
**freely** [1] - 19729:18
**FreeTheProudBoys**
  [1] - 19767:16
**fresh** [1] - 19767:2
**friend** [1] - 19724:15
**friends** [2] - 19769:15,
  19771:6
**front** [14] - 19727:20,
  19736:22, 19738:9,
  19738:13, 19738:24,
  19741:18, 19741:21,
  19741:23, 19741:25,
  19742:17, 19745:23,
  19752:7, 19767:15,
  19775:7
**frozen** [1] - 19745:3
**frustrated** [1] -
  19727:23
**Fuck** [3] - 19726:13,
  19739:11, 19770:20
**fuck** [8] - 19717:19,
  19720:11, 19721:11,
  19726:18, 19735:7,
  19739:1, 19748:7,
  19768:25
**FuckAntifa** [1] -
  19718:10
**fucking** [10] - 19714:2,
  19720:13, 19721:4,
  19721:14, 19726:6,
  19735:6, 19736:6,

19751:15, 19754:16, 19769:5

**Fucking** [1] - 19770:18

**full** [9] - 19714:1, 19719:19, 19735:14, 19789:7, 19789:8, 19792:10, 19792:21, 19795:23

**full-throated** [1] - 19714:1

**fully** [1] - 19779:6

**fun** [1] - 19724:9

**function** [3] - 19784:12, 19784:23, 19785:2

**functions** [1] - 19772:21

**fundamental** [2] - 19715:13, 19772:22

**furniture** [2] - 19753:10, 19753:12

**furtherance** [9] - 19782:7, 19783:4, 19785:5, 19785:18, 19785:20, 19788:12, 19789:18, 19790:23, 19794:9

**future** [1] - 19725:10

---

**G**

**gain** [1] - 19750:10

**gaiter** [1] - 19747:3

**gallery** [1] - 19753:9

**galore** [1] - 19784:6

**gamble** [1] - 19771:12

**games** [2] - 19721:12, 19734:9

**gang** [1] - 19728:7

**gate** [1] - 19750:7

**gathered** [1] - 19742:18

**gear** [2] - 19736:5, 19792:19

**geared** [1] - 19746:14

**general** [3] - 19742:5, 19745:24, 19754:10

**generally** [1] - 19719:8

**gentlemen** [10] - 19712:15, 19714:5, 19728:5, 19740:22, 19744:23, 19746:4, 19754:2, 19766:4, 19778:14, 19795:8

**George** [2] - 19752:13, 19757:19

**Gilbert** [1] - 19751:5

**given** [3] - 19715:3,

19782:2, 19786:8

**glass** [1] - 19788:5

**glitch** [1] - 19759:10

**glitchy** [1] - 19767:12

**glorious** [1] - 19757:20

**goal** [13] - 19715:13, 19715:23, 19728:17, 19729:2, 19729:6, 19738:4, 19748:18, 19755:8, 19755:18, 19756:1, 19764:23, 19764:24, 19786:9

**goals** [2] - 19728:15, 19774:25

**God** [3] - 19740:4, 19770:15

**goggles** [2] - 19746:17, 19747:2

**Google** [1] - 19768:18

**govern** [3] - 19772:20, 19772:23, 19773:1

**governed** [1] - 19714:10

**Government** [6] - 19725:17, 19735:25, 19745:8, 19745:16, 19772:20, 19773:3

**government** [29] - 19706:8, 19712:16, 19712:19, 19719:10, 19720:21, 19730:19, 19734:17, 19735:13, 19749:9, 19753:24, 19762:8, 19762:18, 19763:23, 19765:16, 19766:19, 19767:7, 19768:21, 19769:8, 19769:9, 19769:10, 19772:23, 19772:25, 19773:5, 19775:25, 19776:1, 19785:10, 19792:2, 19794:10, 19794:11

**government's** [1] - 19739:8

**grabbed** [6] - 19753:13, 19759:6, 19790:4, 19790:5, 19790:16, 19791:18

**grabbing** [1] - 19792:9

**granting** [1] - 19765:4

**greater** [1] - 19785:25

**Greene** [18] - 19718:13, 19733:19, 19742:3, 19742:15, 19745:20, 19755:2, 19756:7, 19756:9, 19756:12, 19756:16, 19756:19, 19761:9,

19761:12, 19761:13, 19761:18, 19761:24, 19762:10, 19762:18

**Greene's** [9] - 19761:3, 19761:5, 19761:8, 19761:14, 19761:16, 19761:22, 19762:2, 19762:12, 19764:16

**greeted** [2] - 19737:23, 19738:1

**grew** [2] - 19727:23, 19728:21

**grinned** [1] - 19745:22

**grip** [1] - 19744:4

**ground** [16] - 19714:2, 19729:5, 19731:18, 19743:1, 19744:12, 19744:13, 19747:23, 19748:21, 19748:25, 19786:6, 19789:3, 19790:6, 19790:17, 19792:11, 19792:19, 19794:18

**grounds** [5] - 19757:18, 19768:14, 19770:21, 19780:9, 19782:19

**group** [34] - 19713:19, 19714:23, 19714:24, 19719:11, 19725:24, 19726:20, 19727:1, 19729:1, 19733:22, 19734:25, 19735:14, 19736:3, 19737:6, 19737:13, 19737:16, 19737:20, 19738:3, 19738:8, 19740:25, 19749:19, 19750:20, 19751:4, 19751:5, 19764:22, 19774:21, 19774:25, 19775:1, 19775:9, 19775:12, 19786:4, 19786:12, 19788:3, 19791:2, 19792:16

**grown** [1] - 19789:8

**guarding** [1] - 19736:24

**guess** [2] - 19760:5, 19765:18

**guilt** [2] - 19755:4, 19761:8

**guilty** [40] - 19714:19, 19715:1, 19715:17, 19716:17, 19756:8, 19761:3, 19761:4, 19761:8, 19761:9, 19761:10, 19761:12, 19761:14, 19761:18,

19761:20, 19761:22, 19761:23, 19761:24, 19761:25, 19762:2, 19762:3, 19764:19, 19764:20, 19776:2, 19780:16, 19781:15, 19781:22, 19781:23, 19782:4, 19782:5, 19782:22, 19783:7, 19785:6, 19785:13, 19785:17, 19787:14, 19788:10, 19789:16, 19789:24, 19790:20, 19793:17

**gulags** [1] - 19719:2

**guy** [3] - 19750:23, 19766:21, 19792:12

**guys** [18] - 19723:13, 19726:8, 19726:22, 19729:1, 19738:8, 19740:12, 19740:14, 19740:24, 19741:3, 19747:23, 19748:1, 19748:11, 19751:3, 19761:10, 19761:25, 19764:20, 19769:16

---

**H**

**ha-ha-ha** [1] - 19769:18

**hair** [1] - 19726:6

**halfway** [1] - 19765:10

**halt** [2] - 19753:24, 19776:10

**hammers** [1] - 19745:5

**hand** [9] - 19725:18, 19726:20, 19732:10, 19738:14, 19747:11, 19751:12, 19759:16, 19762:6, 19787:6

**hand-picked** [2] - 19725:18, 19726:20

**handed** [2] - 19731:1, 19790:20

**handful** [1] - 19736:4

**hands** [7] - 19723:14, 19731:17, 19732:3, 19741:21, 19743:9, 19743:25, 19787:6

**hands-on** [1] - 19743:9

**hanging** [1] - 19751:6

**happy** [3] - 19717:20, 19759:15, 19764:14

**Harbor** [1] - 19768:11

**hard** [4] - 19720:12, 19734:16, 19789:13, 19792:14

**harness** [3] - 19724:24, 19725:1, 19728:10

**Harris** [4] - 19712:5, 19712:10, 19712:19, 19765:15

**hashed** [1] - 19715:20

**Hassan** [3] - 19705:4, 19706:12, 19762:24

**HASSAN** [3] - 19705:5, 19762:23, 19762:25

**hat** [3] - 19737:23, 19746:17, 19747:2

**hats** [1] - 19730:17

**hauled** [1] - 19718:25

**Haven** [1] - 19704:22

**Hawa** [1] - 19784:24

**head** [2] - 19733:8, 19739:16

**headed** [1] - 19733:3

**heading** [1] - 19779:7

**hear** [8] - 19730:1, 19730:12, 19730:16, 19733:15, 19736:7, 19760:3, 19762:22, 19793:20

**heard** [17] - 19713:19, 19713:25, 19728:20, 19730:11, 19734:14, 19736:21, 19737:2, 19742:7, 19744:8, 19744:25, 19747:12, 19753:19, 19754:22, 19762:17, 19773:4, 19792:15, 19792:16

**hearing** [1] - 19795:12

**heart** [1] - 19713:17

**heave** [1] - 19775:13

**heave-ho** [1] - 19775:13

**held** [2] - 19771:6, 19771:13

**HELD** [1] - 19704:9

**hell** [2] - 19724:7, 19744:23

**helmet** [1] - 19790:11

**help** [1] - 19788:1

**helped** [8] - 19714:9, 19723:13, 19749:8, 19754:9, 19774:15, 19786:14, 19787:22, 19788:2

**helpful** [1] - 19715:5

**helps** [1] - 19725:11

**hereby** [1] - 19795:21

**HERNANDEZ** [16] - 19739:4, 19739:23, 19742:10, 19758:9, 19758:11, 19760:16,

19760:23, 19762:7, 19764:3, 19765:18, 19794:5, 19794:7, 19794:17, 19794:23, 19795:1, 19795:4
**Hernandez** [5] - 19705:2, 19706:12, 19739:6, 19758:7, 19762:6
**hero** [1] - 19752:14
**heroes** [1] - 19771:14
**Hialeah** [1] - 19705:9
**hide** [1] - 19732:9
**hiding** [1] - 19767:6
**hierarchy** [1] - 19717:25
**high** [5] - 19717:6, 19723:7, 19742:9, 19742:14, 19792:7
**high-definition** [1] - 19792:7
**high-ranking** [4] - 19717:6, 19723:7, 19742:9, 19742:14
**highest** [1] - 19752:23
**Highland** [1] - 19705:3
**highlights** [1] - 19735:4
**Hill** [1] - 19727:20
**himself** [6] - 19748:22, 19751:8, 19766:15, 19775:3, 19782:25, 19791:19
**hinder** [3] - 19772:13, 19773:8, 19774:13
**hindered** [1] - 19773:22
**hindering** [1] - 19774:1
**historical** [1] - 19769:6
**history** [1] - 19758:6
**hit** [1] - 19763:22
**hitting** [1] - 19727:19
**ho** [2] - 19740:9, 19775:13
**hold** [2] - 19779:11, 19792:9
**holding** [1] - 19749:14
**Hollow** [1] - 19705:2
**home** [2] - 19755:2, 19767:23
**honest** [2] - 19740:4
**Honor** [18] - 19712:18, 19739:4, 19739:23, 19758:9, 19759:18, 19762:1, 19762:7, 19763:4, 19764:3, 19764:10, 19765:18, 19766:3, 19776:18,

19776:23, 19777:7, 19778:1, 19778:12, 19794:5
**honor** [3] - 19736:10, 19736:11, 19775:6
**HONORABLE** [1] - 19704:9
**Honorable** [1] - 19795:16
**honored** [1] - 19793:7
**hoods** [1] - 19755:23
**hop** [1] - 19755:23
**hoped** [1] - 19789:21
**hopefully** [1] - 19721:17
**hornet** [1] - 19792:21
**horrifying** [1] - 19753:2
**hostility** [3] - 19734:23, 19735:13, 19789:22
**hotel** [1] - 19751:7
**hour** [4] - 19765:9, 19765:17, 19793:25, 19795:11
**hours** [5] - 19719:21, 19725:6, 19725:9, 19771:3
**house** [1] - 19733:16
**House** [3] - 19753:8, 19773:14, 19779:14
**huge** [1] - 19771:11
**Hull** [2] - 19704:23, 19706:11
**HULL** [1] - 19704:24
**human** [1] - 19755:20
**hundreds** [1] - 19713:19
**hung** [1] - 19721:15
**hurt** [3] - 19713:14, 19724:21, 19770:10
**hyper** [1] - 19717:8

**I**

**ice** [1] - 19724:1
**icing** [1] - 19754:6
**idea** [3] - 19715:2, 19736:6, 19766:21
**identities** [1] - 19773:24
**II** [2] - 19705:11, 19768:12
**illegally** [1] - 19778:25
**images** [1] - 19719:22
**imaginable** [1] - 19761:22
**imagine** [1] - 19745:3
**immediate** [1] - 19784:5

**immediately** [2] - 19732:1, 19748:15
**impacted** [2] - 19784:14, 19785:2
**impede** [4] - 19776:5, 19783:13, 19783:16, 19789:9
**impeded** [2] - 19776:8, 19788:16
**impeding** [1] - 19783:23
**impetuous** [1] - 19794:12
**implausible** [1] - 19747:18
**implicit** [4] - 19715:21, 19715:24, 19755:19, 19756:21
**implicitly** [2] - 19741:7, 19748:16
**implying** [1] - 19763:3
**important** [7] - 19714:14, 19722:17, 19723:4, 19731:25, 19732:1, 19732:11, 19768:4
**impossible** [1] - 19754:15
**improper** [7] - 19761:15, 19763:19, 19764:16, 19776:15, 19777:6, 19777:11, 19778:3
**IN** [1] - 19704:1
**inappropriate** [2] - 19739:24, 19762:1
**inauguration** [1] - 19721:1
**Inauguration** [1] - 19770:18
**incapable** [1] - 19790:9
**incident** [1] - 19783:15
**include** [3] - 19771:21, 19771:23, 19781:24
**included** [2] - 19738:11, 19778:25
**includes** [2] - 19793:3, 19793:4
**including** [8] - 19715:15, 19716:17, 19741:22, 19754:21, 19772:5, 19776:17, 19785:14, 19788:19
**incoming** [1] - 19772:24
**inconsistent** [1] - 19747:18

**increasingly** [2] - 19733:21, 19770:7
**indeed** [2] - 19769:5, 19772:25
**independently** [5] - 19777:4, 19777:14, 19777:15, 19778:16, 19779:3
**indicating** [4] - 19712:21, 19760:14, 19762:23, 19763:16
**indictment** [4] - 19716:1, 19771:21, 19781:17, 19791:5
**individual** [2] - 19784:4, 19790:11
**induce** [1] - 19780:23
**infamy** [2] - 19768:9, 19768:10
**infer** [1] - 19722:22
**inflammatory** [1] - 19717:23
**inflicting** [1] - 19724:19
**information** [1] - 19731:15
**inherit** [1] - 19722:11
**injure** [1] - 19789:12
**injury** [3] - 19784:4, 19784:5, 19789:14
**inside** [8] - 19729:23, 19735:24, 19738:17, 19748:6, 19752:16, 19754:17, 19769:24, 19783:22
**insight** [1] - 19723:23
**Inspector** [3] - 19735:20, 19744:25, 19750:6
**instances** [2] - 19723:2, 19780:2
**instantly** [1] - 19737:19
**instead** [1] - 19771:25
**instructed** [3] - 19714:19, 19779:15, 19781:20
**instruction** [5] - 19763:19, 19763:24, 19765:6, 19776:19, 19776:25
**instruction/mistrial** [1] - 19794:2
**instructions** [6] - 19715:3, 19773:23, 19774:5, 19776:13, 19778:11, 19778:19
**integral** [2] - 19781:4, 19789:21
**intended** [2] -

19722:20, 19783:16
**intending** [1] - 19783:13
**intent** [6] - 19722:19, 19788:17, 19791:11, 19791:12, 19791:16, 19791:25
**intention** [2] - 19735:12, 19791:24
**intentions** [3] - 19722:23, 19723:24, 19736:13
**interaction** [1] - 19755:21
**interfere** [3] - 19783:14, 19783:17, 19789:9
**interfered** [1] - 19788:16
**interference** [1] - 19783:11
**interfering** [1] - 19783:23
**interruption** [1] - 19758:24
**interruptions** [1] - 19716:22
**intimidated** [1] - 19788:16
**intimidation** [2] - 19768:20, 19781:1
**introduced** [2] - 19794:10, 19795:2
**intuitively** [1] - 19748:15
**invested** [1] - 19729:12
**invoked** [1] - 19731:7
**involve** [1] - 19784:3
**involved** [1] - 19779:18
**involvement** [1] - 19764:21
**issue** [1] - 19794:1
**itself** [3] - 19750:10, 19780:10, 19782:16
**IV** [1] - 19704:23

**J**

**January** [34] - 19716:2, 19716:7, 19719:14, 19722:17, 19723:25, 19725:8, 19728:21, 19729:2, 19729:19, 19732:25, 19733:13, 19735:1, 19735:15, 19742:6, 19746:4, 19752:22, 19753:1, 19755:16,

19756:14, 19756:25, 19757:4, 19757:14, 19757:20, 19766:10, 19766:25, 19768:12, 19771:5, 19774:12, 19780:5, 19784:7, 19785:23, 19793:2, 19793:10
**Jason** [4] - 19704:12, 19706:8, 19786:17, 19788:7
**Jauregui** [2] - 19705:8, 19706:13
**JAUREGUI** [1] - 19705:8
**Jeremy** [13] - 19716:11, 19718:12, 19719:4, 19725:20, 19726:4, 19734:1, 19735:4, 19741:24, 19742:3, 19742:8, 19742:14, 19752:9, 19771:15
**jerk** [1] - 19748:6
**jerk-offs** [1] - 19748:6
**jerked** [1] - 19744:15
**job** [3] - 19713:20, 19735:22, 19787:22
**jobs** [1] - 19793:2
**Joe** [33] - 19712:24, 19717:6, 19717:15, 19717:20, 19717:22, 19718:4, 19718:19, 19720:1, 19721:3, 19723:6, 19726:23, 19730:19, 19730:21, 19731:21, 19734:3, 19735:10, 19738:20, 19742:24, 19743:25, 19744:6, 19749:2, 19750:2, 19751:3, 19754:17, 19754:19, 19768:7, 19768:12, 19771:2, 19774:14, 19782:18, 19786:4, 19787:2, 19787:6
**John** [7] - 19704:23, 19706:11, 19725:25, 19735:5, 19748:9, 19749:17
**join** [7] - 19718:8, 19720:24, 19723:14, 19762:7, 19762:15, 19762:20, 19763:1
**joined** [4] - 19716:5, 19734:17, 19752:7, 19755:8
**joining** [2] - 19722:9, 19755:10
**joins** [1] - 19778:5

**Joseph** [1] - 19706:5
**Joshua** [1] - 19745:13
**jubilant** [1] - 19717:11
**Judge** [14] - 19714:18, 19715:3, 19760:12, 19763:1, 19763:3, 19763:4, 19773:23, 19774:5, 19776:13, 19778:5, 19779:15, 19781:20, 19784:2
**judge** [1] - 19762:25
**JUDGE** [1] - 19704:10
**jurors** [1] - 19778:7
**jury** [8] - 19712:6, 19712:12, 19712:13, 19758:25, 19765:15, 19765:24, 19765:25, 19795:13
**JURY** [1] - 19704:8
**Jury** [4] - 19712:13, 19758:25, 19765:25, 19795:13
**justice** [1] - 19793:17
**justified** [1] - 19757:21

**K**

**Kate** [1] - 19719:20
**keep** [11] - 19715:18, 19731:5, 19740:10, 19740:24, 19748:7, 19750:21, 19753:21, 19763:14, 19769:7, 19772:6, 19781:19
**Keep** [1] - 19730:9
**keeping** [3] - 19728:1, 19781:8
**KELLY** [1] - 19704:9
**Kelly** [5] - 19714:18, 19715:3, 19779:15, 19781:20, 19784:2
**Kelly's** [2] - 19773:23, 19774:5, 19776:13
**Kenerson** [4] - 19704:12, 19706:9, 19746:13, 19746:21
**Kevin** [2] - 19773:12, 19773:13
**kicked** [1] - 19731:12
**Kill** [1] - 19722:4
**kill** [1] - 19722:4
**killed** [2] - 19724:3, 19730:18
**kind** [5] - 19724:9, 19759:19, 19759:23, 19775:13, 19785:20
**king** [1] - 19731:3
**knock** [1] - 19734:5
**knocked** [1] -

19724:10
**knowing** [2] - 19743:16, 19756:16
**knowledgeable** [1] - 19729:13
**known** [3] - 19727:23, 19736:13, 19790:14
**knows** [1] - 19777:7
**Kraken** [2] - 19722:2
**kumbaya** [1] - 19723:15

**L**

**ladies** [10] - 19712:15, 19714:5, 19728:5, 19740:22, 19744:22, 19746:4, 19754:1, 19766:4, 19778:14, 19795:8
**lady** [1] - 19724:10
**Lake** [1] - 19705:15
**Lakes** [1] - 19705:6
**Lamond** [1] - 19731:15
**land** [2] - 19767:24, 19773:11
**Lanelle** [1] - 19784:24
**language** [2] - 19718:16, 19751:19
**lap** [1] - 19754:7
**large** [2] - 19725:2, 19738:3
**last** [13] - 19714:16, 19715:1, 19722:10, 19731:20, 19737:4, 19742:24, 19746:4, 19757:18, 19759:13, 19760:4, 19760:7, 19784:1, 19791:23
**late** [1] - 19780:12
**laughed** [1] - 19745:22
**laughing** [1] - 19769:18
**LAW** [3] - 19705:5, 19705:8, 19705:15
**law** [32] - 19714:18, 19714:21, 19714:24, 19715:4, 19716:19, 19721:8, 19722:22, 19731:2, 19731:6, 19732:3, 19735:14, 19735:22, 19747:7, 19748:10, 19751:21, 19752:22, 19752:24, 19755:20, 19772:14, 19773:9, 19779:10, 19780:21, 19781:3, 19782:4,

19783:14, 19783:20, 19788:24, 19789:20, 19789:24, 19793:16
**lawful** [1] - 19779:7
**lawmaker** [1] - 19721:14
**laws** [6] - 19721:14, 19770:23, 19773:20, 19773:24, 19773:25, 19774:13
**lawyer** [2] - 19757:12, 19758:6
**lay** [1] - 19721:24
**layer** [1] - 19762:14
**lays** [1] - 19773:12
**lead** [3] - 19723:24, 19750:7, 19757:4
**lead-up** [2] - 19723:24, 19757:4
**leader** [6] - 19713:25, 19731:5, 19741:14, 19742:9, 19756:13, 19756:23
**leaders** [18] - 19717:7, 19717:22, 19723:7, 19725:23, 19727:23, 19729:22, 19730:25, 19732:7, 19733:24, 19734:25, 19735:2, 19737:12, 19738:3, 19747:22, 19752:8, 19775:17, 19788:23, 19791:2
**Leaders** [1] - 19725:16
**leaders'** [1] - 19734:24
**leadership** [6] - 19723:17, 19725:19, 19726:8, 19726:19, 19729:11, 19751:20
**learned** [2] - 19751:20, 19784:17
**least** [2] - 19742:22, 19787:20
**leave** [4] - 19714:3, 19754:17, 19757:18, 19780:24
**led** [3] - 19734:2, 19742:1, 19778:24
**left** [4] - 19713:12, 19759:19, 19766:4, 19770:20
**legal** [6] - 19729:14, 19729:19, 19773:15, 19776:12, 19779:6
**legislators** [3] - 19767:6, 19770:4, 19776:10
**less** [1] - 19765:9
**letting** [1] - 19727:25

**level** [1] - 19789:4
**liabilities** [1] - 19781:21
**liability** [11] - 19781:20, 19781:23, 19782:1, 19782:3, 19785:13, 19785:15, 19786:8, 19787:13, 19787:25, 19788:10, 19789:16
**liable** [1] - 19788:4
**liberty** [1] - 19767:8
**lie** [1] - 19747:16
**lied** [2] - 19746:5, 19747:16
**Lieutenant** [1] - 19731:14
**lieutenants** [2] - 19725:18, 19731:18
**life** [5] - 19718:18, 19722:22, 19731:3, 19753:5, 19756:2
**lightly** [1] - 19719:11
**likewise** [2] - 19721:16, 19781:9
**limbs** [1] - 19790:10
**line** [10] - 19713:22, 19722:13, 19734:4, 19734:21, 19738:14, 19749:14, 19751:24, 19775:9, 19775:13, 19792:23
**line's** [1] - 19734:13
**linear** [1] - 19786:22
**lined** [1] - 19718:5
**lines** [3] - 19738:13, 19745:23, 19752:7
**link** [1] - 19769:15
**listen** [1] - 19735:25
**listeners** [1] - 19774:7
**lit** [1] - 19754:8
**literal** [1] - 19713:6
**literally** [2] - 19753:11, 19763:3
**litigation** [1] - 19777:7
**live** [2] - 19720:12, 19769:7
**lives** [3] - 19738:20, 19768:9, 19770:4
**Livingston** [1] - 19705:16
**LLC** [1] - 19704:20
**LMFAO** [1] - 19752:10
**location** [2] - 19737:16, 19750:15
**lockdowns** [1] - 19766:17
**locked** [1] - 19719:3
**Loehrke** [2] - 19738:11, 19738:13

**log** [1] - 19727:2
**LOL** [1] - 19769:17
**Look** [1] - 19740:3
**look** [12] - 19714:17, 19714:22, 19714:24, 19717:23, 19739:22, 19740:3, 19763:13, 19777:1, 19777:3, 19786:11, 19787:4, 19787:18
**looked** [1] - 19777:2
**looking** [3] - 19723:14, 19723:15, 19743:12
**looks** [3] - 19734:19, 19752:13, 19753:23
**loose** [3] - 19744:4, 19744:6, 19744:23
**lopsided** [1] - 19747:7
**Lords** [1] - 19720:4
**lose** [1] - 19792:17
**losing** [2] - 19749:11, 19750:13
**lost** [3] - 19771:5, 19779:11, 19784:16
**loud** [1] - 19736:3
**love** [1] - 19720:16
**loved** [1] - 19752:9
**loyal** [1] - 19723:7
**Loyd** [3] - 19735:20, 19745:1, 19750:6
**luck** [1] - 19720:15
**lunch** [12] - 19737:7, 19763:22, 19764:11, 19765:13, 19765:14, 19765:17, 19793:24, 19793:25, 19795:9, 19795:10, 19795:11
**Luncheon** [1] - 19795:18
**lynched** [1] - 19720:25

**M**

**machine** [1] - 19705:21
**MAGA** [1] - 19718:9
**magic** [1] - 19716:3
**maintain** [1] - 19783:24
**majority** [1] - 19787:1
**makeshift** [1] - 19745:2
**mall** [2] - 19713:19, 19733:22
**man** [5] - 19722:12, 19737:23, 19766:19, 19766:20, 19789:8
**managed** [1] - 19770:3

**manager** [1] - 19784:18
**march** [3] - 19713:18, 19733:22, 19735:15
**marched** [6] - 19735:16, 19736:2, 19736:4, 19736:12, 19736:19, 19737:13
**marching** [5] - 19729:3, 19737:20, 19738:8, 19774:25, 19775:12
**Marine** [1] - 19766:17
**Mark** [2] - 19790:1, 19793:1
**mask** [4] - 19725:11, 19743:15, 19746:17, 19780:11
**massive** [1] - 19723:7
**math** [1] - 19786:23
**matter** [3] - 19718:18, 19731:6, 19791:16
**Matter** [2] - 19706:3, 19759:3
**Matthew** [23] - 19718:13, 19733:19, 19742:3, 19742:15, 19745:20, 19755:2, 19756:7, 19756:9, 19756:12, 19756:16, 19756:18, 19761:3, 19761:5, 19761:8, 19761:9, 19761:11, 19761:13, 19761:14, 19761:16, 19761:18, 19761:22, 19761:24, 19762:2
**maximum** [1] - 19724:24
**McCullough** [5] - 19704:12, 19706:8, 19754:6, 19757:21, 19777:2
**McCumber** [2] - 19773:12, 19773:14
**MCGUIRE** [1] - 19704:24
**McIntyre** [4] - 19786:17, 19786:23, 19786:25, 19788:7
**MD** [1] - 19705:3
**mean** [2] - 19718:24, 19772:17
**meaning** [3] - 19715:11, 19715:12, 19779:21
**means** [22] - 19715:15, 19716:16, 19730:22, 19735:19, 19755:11, 19756:1,

19764:19, 19767:17, 19772:4, 19773:6, 19776:15, 19776:16, 19777:4, 19777:17, 19777:20, 19778:15, 19778:16, 19778:23, 19779:3, 19780:9, 19783:7, 19785:3
**meant** [4] - 19713:5, 19713:7, 19729:20, 19764:18
**meantime** [1] - 19737:1
**measures** [2] - 19719:15, 19719:19
**media** [2] - 19723:8, 19746:15
**meet** [1] - 19732:16
**meeting** [1] - 19729:4
**megaphone** [2] - 19723:9, 19735:16
**melees** [1] - 19747:6
**member** [5] - 19745:16, 19756:14, 19756:19, 19762:18, 19790:6
**members** [21] - 19717:7, 19725:25, 19726:21, 19742:25, 19747:6, 19749:18, 19752:16, 19752:18, 19753:8, 19753:13, 19757:7, 19768:25, 19769:16, 19774:21, 19774:24, 19775:23, 19780:22, 19781:3, 19781:10, 19783:18, 19793:4
**membership** [3] - 19726:22, 19728:24, 19767:20
**meme** [1] - 19724:9
**men** [20] - 19713:14, 19713:20, 19714:1, 19723:14, 19725:13, 19725:19, 19726:24, 19726:25, 19727:2, 19727:4, 19727:7, 19727:15, 19728:23, 19735:17, 19736:2, 19736:12, 19737:1, 19767:20, 19775:19, 19793:1
**men's** [1] - 19728:5
**Mesa** [1] - 19757:19
**message** [14] - 19723:5, 19723:17, 19730:1, 19730:8, 19731:22, 19736:3, 19738:12, 19749:16,

19749:19, 19767:19, 19767:21, 19768:13, 19768:24, 19771:9
**messages** [4] - 19732:14, 19748:3, 19748:13, 19780:5
**met** [3] - 19725:20, 19732:25, 19756:2
**metal** [5] - 19741:23, 19742:17, 19743:10, 19745:6, 19774:15
**metaphorical** [1] - 19769:11
**Metcalf** [2] - 19705:11, 19706:14
**METCALF** [2] - 19705:11
**Metropolitan** [3] - 19731:14, 19742:23, 19749:12
**Miami** [1] - 19705:6
**middle** [3] - 19746:15, 19747:5, 19764:13
**midnight** [1] - 19725:16
**midst** [1] - 19791:1
**might** [8] - 19719:9, 19730:16, 19766:23, 19767:24, 19769:16, 19784:18, 19790:14, 19791:13
**military** [2] - 19722:1, 19726:23
**Milkshake** [4] - 19737:5, 19750:23, 19775:7, 19775:8
**MILLER** [1] - 19795:21
**Miller** [6] - 19705:17, 19738:6, 19749:22, 19759:19, 19774:22, 19796:1
**million** [1] - 19726:1
**mind** [9] - 19715:18, 19722:22, 19723:24, 19728:17, 19739:14, 19739:22, 19746:22, 19772:7, 19781:19
**Minecraft** [1] - 19727:3
**Ministry** [6] - 19725:3, 19727:21, 19728:6, 19728:12, 19728:17, 19747:21
**Mink** [1] - 19705:2
**minute** [3] - 19731:21, 19759:11, 19759:13
**minutes** [7] - 19739:18, 19749:23, 19750:2, 19791:20, 19793:24, 19795:9,

19795:10
**missed** [1] - 19759:20
**mission** [5] - 19729:8, 19731:12, 19731:17, 19749:21, 19754:3
**misstates** [1] - 19742:10
**mistake** [2] - 19714:4, 19767:10
**mistrial** [9] - 19761:1, 19761:2, 19761:11, 19762:1, 19762:4, 19765:2, 19765:4, 19794:18, 19794:20
**mob** [1] - 19749:8
**mock** [1] - 19730:1
**mocked** [1] - 19713:12
**mocking** [1] - 19770:25
**moment** [7] - 19720:17, 19730:13, 19741:7, 19743:3, 19750:13, 19752:15, 19791:13
**momentum** [1] - 19749:12
**Monday** [1] - 19704:6
**money** [1] - 19727:4
**months** [6] - 19712:25, 19719:2, 19731:15, 19733:25, 19761:2, 19775:17
**Monument** [1] - 19733:1
**mood** [1] - 19751:7
**Moore** [2] - 19704:13, 19706:9
**moot** [1] - 19759:24
**morning** [3] - 19706:17, 19712:15, 19732:25
**MORNING** [1] - 19704:9
**MOSD** [15] - 19725:16, 19725:20, 19729:22, 19732:7, 19734:25, 19749:18, 19755:15, 19756:13, 19767:9, 19767:21, 19768:24, 19769:16, 19788:23, 19791:2
**most** [5] - 19713:6, 19713:15, 19752:17, 19777:1, 19783:19
**mostly** [1] - 19749:10
**mother** [2] - 19721:19, 19769:3
**motherfuckers** [1] - 19735:11
**motion** [8] - 19744:1,

19761:2, 19761:11, 19762:8, 19762:9, 19762:14, 19762:20, 19765:1
**motivate** [1] - 19719:10
**motive** [1] - 19719:7
**move** [11] - 19740:15, 19740:24, 19741:4, 19741:5, 19752:21, 19758:14, 19760:24, 19761:1, 19763:25, 19765:19, 19794:17
**moved** [1] - 19737:10
**moving** [4] - 19744:4, 19749:14, 19750:21, 19790:10
**MR** [107] - 19712:18, 19712:22, 19713:12, 19717:14, 19719:18, 19720:10, 19720:20, 19720:23, 19721:8, 19722:6, 19727:7, 19727:10, 19727:13, 19727:15, 19727:18, 19728:20, 19728:23, 19729:25, 19730:4, 19730:21, 19732:6, 19733:5, 19733:19, 19734:13, 19737:4, 19737:12, 19737:19, 19737:22, 19738:1, 19738:23, 19739:11, 19740:1, 19740:11, 19740:16, 19740:18, 19740:20, 19740:22, 19741:3, 19741:20, 19742:13, 19742:20, 19743:6, 19743:12, 19743:15, 19743:18, 19743:21, 19743:24, 19744:3, 19744:21, 19745:11, 19746:21, 19747:9, 19748:1, 19748:13, 19749:6, 19750:18, 19751:2, 19751:15, 19751:24, 19753:8, 19753:16, 19753:23, 19754:13, 19754:25, 19758:15, 19759:18, 19760:2, 19760:12, 19760:14, 19760:19, 19761:1, 19762:17, 19762:23, 19762:25, 19763:6, 19763:8, 19763:10, 19763:16, 19763:18, 19764:10, 19765:9, 19766:3, 19768:7, 19768:17, 19768:24,

19770:1, 19771:2, 19774:9, 19775:15, 19776:18, 19776:23, 19777:6, 19777:10, 19777:15, 19778:1, 19778:5, 19778:7, 19778:12, 19778:14, 19780:7, 19780:14, 19786:16, 19787:9, 19787:12, 19789:3, 19789:6, 19790:20
**MS** [16] - 19739:4, 19739:23, 19742:10, 19758:9, 19758:11, 19760:16, 19760:23, 19762:7, 19764:3, 19765:18, 19794:5, 19794:7, 19794:17, 19794:23, 19795:1, 19795:4
**MT** [1] - 19705:16
**Mulroe** [15] - 19704:13, 19706:9, 19759:11, 19759:12, 19759:16, 19763:2, 19763:12, 19764:9, 19765:7, 19766:2, 19776:23, 19776:25, 19777:19, 19778:2, 19778:10
**MULROE** [88] - 19712:18, 19712:22, 19713:12, 19717:14, 19719:18, 19720:10, 19720:20, 19720:23, 19721:8, 19722:6, 19727:7, 19727:10, 19727:13, 19727:15, 19727:18, 19728:20, 19728:23, 19729:25, 19730:4, 19730:21, 19732:6, 19733:5, 19733:19, 19734:13, 19737:4, 19737:12, 19737:19, 19737:22, 19738:1, 19738:23, 19739:11, 19740:1, 19740:11, 19740:22, 19741:3, 19741:20, 19742:13, 19742:20, 19743:6, 19743:12, 19743:15, 19743:18, 19743:21, 19743:24, 19744:3, 19744:21, 19745:11, 19746:21, 19747:9, 19748:1, 19748:13, 19749:6, 19750:18, 19751:2, 19751:15, 19751:24, 19753:8, 19753:16, 19753:23, 19754:13,

19754:25, 19758:15, 19759:18, 19763:6, 19763:8, 19763:10, 19764:10, 19765:9, 19766:3, 19768:7, 19768:17, 19768:24, 19770:1, 19771:2, 19774:9, 19775:15, 19777:10, 19777:15, 19778:12, 19778:14, 19780:7, 19786:16, 19787:9, 19787:12, 19789:3, 19789:6, 19790:20
**Mulroe's** [1] - 19794:7
**multiple** [4] - 19715:9, 19750:18, 19788:25, 19790:9
**must** [6] - 19714:2, 19739:17, 19748:24, 19761:10, 19761:25, 19782:25
**mutual** [2] - 19715:21, 19756:3
**mysterious** [1] - 19747:11

---

## N

**Nadia** [2] - 19704:13, 19706:9
**Nah** [1] - 19768:2
**name** [2] - 19717:11, 19768:19
**named** [1] - 19750:23
**names** [1] - 19773:24
**nation** [2] - 19730:25, 19770:23
**national** [1] - 19754:2
**natural** [1] - 19789:22
**nature** [1] - 19716:15
**Nayib** [2] - 19705:4, 19706:12
**NAYIB** [1] - 19705:5
**Nazis** [1] - 19728:1
**near** [1] - 19792:7
**necessary** [8] - 19715:15, 19716:17, 19732:12, 19736:17, 19743:2, 19743:6, 19767:17, 19772:4
**neck** [1] - 19790:10
**need** [15] - 19716:3, 19720:1, 19720:16, 19724:5, 19725:1, 19727:5, 19734:16, 19739:21, 19740:2, 19741:6, 19772:15, 19773:23, 19777:19, 19777:25, 19784:13

**needed** [3] - 19713:15, 19759:8, 19765:6
**needs** [4] - 19717:18, 19724:4, 19735:3, 19751:20
**nefarious** [1] - 19757:24
**neglected** [1] - 19777:11
**Never** [1] - 19767:14
**never** [9] - 19719:3, 19742:7, 19746:11, 19746:22, 19747:12, 19755:1, 19756:1, 19769:6, 19769:19
**New** [5] - 19704:18, 19704:22, 19705:13, 19742:15, 19766:21
**new** [6] - 19723:13, 19725:18, 19730:6, 19734:21, 19742:15, 19756:12
**newly** [1] - 19725:17
**next** [14] - 19713:18, 19725:12, 19725:13, 19731:25, 19740:8, 19741:1, 19749:22, 19750:16, 19751:11, 19771:9, 19780:19, 19788:13, 19789:25
**nice** [1] - 19791:20
**Nicholas** [5] - 19704:16, 19706:10, 19718:23, 19733:12, 19736:21
**night** [7] - 19724:14, 19725:16, 19732:14, 19734:11, 19751:8, 19770:5, 19793:6
**nightmares** [1] - 19720:6
**Nikki** [1] - 19774:22
**ninjas** [1] - 19724:12
**NJ** [3] - 19705:17, 19795:21, 19796:1
**NJ-CCR** [3] - 19705:17, 19795:21, 19796:1
**nobody** [2] - 19720:13, 19766:24
**non** [2] - 19726:12, 19766:5
**non-apology** [1] - 19766:5
**non-Western** [1] - 19726:12
**none** [3] - 19728:3, 19745:14, 19758:6
**noose** [1] - 19775:24

**Nopeeeeee** [1] - 19752:11
**Nordean** [50] - 19706:4, 19706:15, 19713:1, 19717:5, 19718:25, 19719:16, 19720:10, 19721:2, 19723:6, 19724:3, 19724:13, 19725:15, 19725:22, 19732:14, 19734:15, 19734:22, 19735:15, 19737:12, 19738:12, 19738:20, 19740:11, 19740:14, 19741:6, 19741:14, 19741:21, 19742:24, 19743:8, 19743:18, 19743:21, 19744:3, 19744:13, 19744:14, 19744:16, 19745:23, 19749:2, 19750:3, 19750:11, 19757:12, 19759:4, 19767:23, 19768:1, 19770:17, 19770:24, 19774:6, 19774:14, 19782:18, 19786:3, 19786:4, 19786:13, 19787:2
**NORDEAN** [1] - 19704:4
**Nordean's** [5] - 19719:4, 19720:24, 19736:1, 19740:8, 19740:23
**Norman** [2] - 19704:20, 19706:11
**Normies** [1] - 19749:18
**normies** [3] - 19726:15, 19733:6, 19742:2
**northwest** [1] - 19750:1
**Nos** [1] - 19704:2
**note** [4] - 19717:2, 19759:19, 19764:10, 19773:2
**noted** [1] - 19742:3
**notes** [3] - 19716:24, 19778:8, 19795:23
**nothing** [10] - 19715:7, 19726:2, 19726:3, 19757:24, 19759:21, 19761:17, 19764:15, 19767:25, 19769:11, 19769:19
**November** [4] - 19721:20, 19723:20, 19723:25, 19724:7
**nowhere** [2] -

19733:24, 19775:16
**nozzle** [1] - 19747:15
**Nugent** [3] - 19723:11,
19741:10, 19745:20
**nuke** [1] - 19732:7
**numbers** [5] -
19717:2, 19725:2,
19728:10, 19750:21,
19755:9
**numerous** [1] -
19713:1
**nurturing** [1] -
19789:23
**nuts** [1] - 19732:20
**NW** [5] - 19704:14,
19704:24, 19705:5,
19705:19, 19796:3
**NY** [2] - 19704:18,
19705:13

## O

**oath** [7] - 19735:19,
19736:9, 19740:2,
19746:6, 19747:16,
19793:10
**oaths** [4] - 19736:10,
19736:11, 19775:6,
19793:7
**object** [3] - 19747:11,
19760:17, 19764:12
**objection** [10] -
19739:4, 19739:6,
19739:23, 19740:16,
19740:21, 19742:10,
19758:9, 19761:11,
19776:18, 19776:24
**objection's** [1] -
19758:13
**objections** [2] -
19752:20, 19764:12
**objective** [16] -
19715:8, 19716:13,
19716:14, 19728:18,
19728:25, 19731:19,
19732:13, 19732:21,
19733:14, 19741:9,
19748:17, 19770:12,
19771:13, 19779:4,
19781:13, 19791:4
**objectives** [2] -
19723:1, 19775:18
**obliged** [1] - 19746:25
**observe** [1] -
19757:15
**observed** [1] -
19749:17
**obstruct** [7] - 19776:4,
19776:5, 19779:16,
19780:17, 19783:13,

19783:16, 19784:11
**obstructed** [4] -
19776:8, 19783:2,
19784:10, 19784:21
**obstructing** [2] -
19774:1, 19783:23
**obstruction** [5] -
19778:24, 19779:18,
19782:13, 19782:16,
19782:21
**obvious** [2] -
19747:10, 19787:18
**occasions** [1] -
19774:14
**occurred** [2] -
19734:2, 19784:7
**Ode** [14] - 19745:1,
19746:1, 19752:2,
19774:18, 19790:1,
19790:2, 19790:14,
19790:17, 19790:22,
19792:1, 19792:11,
19792:15, 19792:25,
19793:1
**OF** [5] - 19704:1,
19704:2, 19704:8,
19705:5, 19795:20
**offense** [6] - 19761:6,
19776:3, 19782:6,
19782:13, 19783:8,
19785:17
**offenses** [6] -
19715:9, 19781:16,
19781:18, 19781:19,
19782:4, 19783:10
**offered** [2] - 19739:3,
19739:13
**office** [2] - 19721:15,
19736:9
**OFFICE** [1] - 19704:14
**officer** [8] - 19736:23,
19746:3, 19753:18,
19780:20, 19788:15,
19788:17, 19791:20,
19791:23
**Officer** [22] - 19744:9,
19744:11, 19745:1,
19746:1, 19750:9,
19752:2, 19753:16,
19754:19, 19754:21,
19754:22, 19774:18,
19790:1, 19790:14,
19790:17, 19790:22,
19792:1, 19792:11,
19792:15, 19792:25
**officers** [19] -
19713:20, 19713:22,
19734:16, 19736:4,
19746:9, 19746:18,
19750:21, 19753:20,

19754:21, 19770:10,
19774:17, 19775:7,
19775:13, 19783:11,
19783:14, 19783:24,
19789:9, 19793:3
**OFFICES** [1] -
19705:5
**Official** [2] - 19705:18,
19796:1
**official** [8] - 19776:4,
19776:5, 19776:6,
19780:17, 19782:14,
19782:17, 19782:21,
19783:3
**OFFICIAL** [1] -
19795:20
**officials** [3] -
19720:18, 19721:17,
19726:4
**offs** [1] - 19748:6
**often** [1] - 19777:23
**okayed** [1] - 19777:25
**once** [8] - 19726:19,
19736:8, 19744:17,
19750:20, 19781:13,
19784:13, 19787:15,
19788:6
**one** [65] - 19714:14,
19714:25, 19715:1,
19719:1, 19719:22,
19723:11, 19724:7,
19725:20, 19725:25,
19726:1, 19729:20,
19731:19, 19733:2,
19737:4, 19738:3,
19738:25, 19740:7,
19740:8, 19741:6,
19741:9, 19742:1,
19743:3, 19743:22,
19743:24, 19743:25,
19747:5, 19747:22,
19748:3, 19748:21,
19748:23, 19749:18,
19752:16, 19756:24,
19762:25, 19770:17,
19771:6, 19772:11,
19772:14, 19772:15,
19772:20, 19777:1,
19779:8, 19779:23,
19780:4, 19783:12,
19783:19, 19784:13,
19785:15, 19786:14,
19786:16, 19787:2,
19787:19, 19787:23,
19788:8, 19788:15,
19788:21, 19788:22,
19788:25, 19789:3,
19791:6, 19791:12,
19792:13, 19793:1,
19793:6, 19793:25

**ones** [3] - 19718:7,
19767:8, 19789:17
**open** [1] - 19712:4
**opening** [2] - 19715:6,
19754:7
**operative** [1] -
19766:19
**opportunity** [2] -
19758:4, 19764:1
**oppose** [5] -
19772:12, 19772:17,
19773:2, 19773:7,
19774:12
**opposed** [1] -
19788:16
**opposing** [1] -
19789:20
**option** [1] - 19780:23
**options** [1] - 19729:19
**Orange** [1] - 19704:21
**order** [2] - 19717:16,
19783:25
**orders** [2] - 19718:11,
19726:23
**organization** [2] -
19721:23, 19728:5
**organize** [1] -
19719:13
**organizing** [1] -
19713:3
**ought** [1] - 19752:22
**ourselves** [3] -
19725:1, 19760:3
**outcome** [2] -
19718:18, 19771:15
**outfit** [1] - 19747:3
**outnumbered** [1] -
19713:22
**outrageous** [1] -
19745:15
**outside** [1] - 19755:23
**overall** [3] - 19781:13,
19781:14, 19786:9
**overarching** [1] -
19715:2
**overhead** [1] -
19789:1
**overrule** [1] - 19765:1
**overruled** [4] -
19739:25, 19740:17,
19740:21, 19742:12
**overrunning** [1] -
19713:22
**overthrow** [2] -
19773:3, 19773:5
**overwhelm** [1] -
19750:21
**overwhelming** [3] -
19756:21, 19775:9,
19783:20

**own** [15] - 19721:14,
19734:19, 19739:3,
19739:13, 19739:21,
19740:2, 19744:7,
19758:3, 19770:25,
19773:16, 19782:20,
19786:11, 19787:24,
19793:10, 19794:13
**owned** [1] - 19724:13

## P

**P.A** [2] - 19705:5,
19705:8
**P.C** [1] - 19705:11
**p.m** [2] - 19725:14,
19795:18
**packed** [1] - 19750:3
**page** [5] - 19718:9,
19720:14, 19734:15,
19748:14, 19769:15
**pair** [1] - 19788:13
**Palace** [1] - 19767:17
**pane** [3] - 19787:21,
19788:2, 19788:9
**panel** [9] - 19712:12,
19743:24, 19744:4,
19744:7, 19765:24,
19786:14, 19787:3,
19787:5, 19787:22
**panels** [5] - 19743:22,
19786:17, 19787:1,
19787:3, 19787:5
**panes** [4] - 19787:19,
19788:3, 19788:5,
19788:9
**panic** [1] - 19732:9
**panicked** [1] -
19753:20
**pardon** [1] - 19743:3
**Park** [1] - 19705:12
**Parler** [18] - 19717:17,
19717:21, 19718:9,
19718:20, 19720:3,
19720:14, 19720:23,
19722:6, 19729:15,
19734:3, 19734:10,
19734:15, 19748:20,
19755:14, 19767:10,
19769:5, 19769:15,
19771:4
**part** [18] - 19714:16,
19728:11, 19728:16,
19738:21, 19739:7,
19739:9, 19745:18,
19745:25, 19751:5,
19754:17, 19755:5,
19756:8, 19770:9,
19774:12, 19775:12,
19781:12, 19786:4,

19788:3
**partially** [1] -
19730:24
**participated** [1] -
19743:9
**particular** [1] -
19771:24
**parties'** [1] - 19778:18
**parts** [1] - 19714:20
**party** [1] - 19720:24
**passed** [1] - 19773:19
**past** [4] - 19724:16,
19735:16, 19736:4,
19754:21
**pathetic** [1] -
19734:19
**patriots** [2] - 19726:1,
19736:15
**Pattis** [4] - 19704:20,
19706:11, 19762:16,
19763:17
**PATTIS** [8] -
19704:20, 19760:2,
19760:12, 19762:17,
19763:16, 19763:18,
19778:5, 19778:7
**pause** [5] - 19712:7,
19712:11, 19743:4,
19744:5, 19765:23
**PB** [1] - 19721:20
**PC** [1] - 19704:24
**Peace** [7] - 19713:22,
19716:8, 19736:24,
19737:13, 19737:16,
19769:14
**peace** [1] - 19720:2
**peaceful** [2] -
19737:17, 19772:23
**peacefully** [3] -
19731:2, 19736:16,
19754:1
**Pearl** [1] - 19768:11
**Pence** [1] - 19784:23
**penetrated** [1] -
19752:3
**People** [1] - 19729:15
**people** [28] -
19713:14, 19719:7,
19719:11, 19720:2,
19721:19, 19724:21,
19727:24, 19730:18,
19731:1, 19734:4,
19734:19, 19735:23,
19735:24, 19739:16,
19752:17, 19755:23,
19756:2, 19757:23,
19767:7, 19769:8,
19769:10, 19769:19,
19770:14, 19779:1,
19781:8, 19783:2,

19790:9
**Pepe** [1] - 19775:2
**pepper** [3] - 19745:5,
19745:14, 19747:13
**per** [1] - 19786:25
**perceive** [1] -
19748:16
**perceived** [1] -
19733:21
**perfectly** [4] -
19719:3, 19725:21,
19732:8, 19794:22
**perform** [1] - 19772:20
**performed** [1] -
19780:24
**peripheral** [5] -
19756:11, 19761:8,
19761:9, 19761:17,
19761:21
**permanently** [2] -
19791:11, 19792:1
**permitted** [1] -
19778:7
**person** [9] - 19745:18,
19747:1, 19757:18,
19769:13, 19771:25,
19777:21, 19781:21,
19790:3, 19791:8
**person's** [4] -
19722:21, 19722:23,
19746:24, 19791:10
**personal** [2] -
19786:11, 19787:24
**personally** [6] -
19738:12, 19743:8,
19744:11, 19746:3,
19782:21, 19786:13
**persons** [1] -
19774:10
**perspective** [2] -
19738:23, 19790:3
**Pezzola** [40] -
19706:7, 19706:16,
19713:1, 19714:12,
19720:3, 19722:6,
19723:10, 19723:16,
19738:21, 19745:25,
19749:23, 19750:11,
19751:18, 19752:1,
19752:6, 19752:8,
19752:14, 19752:15,
19756:10, 19758:2,
19766:8, 19766:12,
19766:22, 19769:21,
19769:22, 19774:17,
19775:2, 19782:18,
19787:17, 19787:18,
19787:22, 19788:2,
19790:1, 19790:16,
19790:20, 19791:6,

19791:8, 19792:5,
19792:8, 19792:13
**PEZZOLA** [1] -
19704:6
**ph** [1] - 19720:11
**Philly** [1] - 19726:10
**phone** [4] - 19731:21,
19749:1, 19766:22,
19768:3
**phony** [1] - 19714:13
**photo** [6] - 19720:3,
19746:14, 19750:4,
19767:6, 19767:15,
19769:21
**photos** [2] - 19745:22,
19792:8
**phrase** [9] - 19718:13,
19730:11, 19742:4,
19742:7, 19742:8,
19742:13, 19742:16,
19746:8, 19773:4
**physical** [2] - 19713:5,
19766:13
**pick** [8] - 19717:4,
19726:21, 19736:6,
19736:7, 19751:20,
19759:22, 19760:22,
19794:3
**picked** [3] - 19725:18,
19726:20, 19755:15
**picture** [2] - 19732:19,
19755:21
**piece** [1] - 19760:4
**pieces** [7] - 19716:22,
19743:1, 19745:6,
19752:3, 19785:9,
19786:7, 19787:10
**piggybacking** [1] -
19762:3
**pigs** [3] - 19726:13,
19726:17, 19748:7
**pile** [3] - 19790:13,
19791:18, 19792:20
**piled** [1] - 19753:10
**pin** [1] - 19740:5
**pissed** [1] - 19770:19
**pitched** [1] - 19767:8
**place** [9] - 19724:4,
19726:19, 19746:16,
19747:3, 19756:25,
19759:22, 19780:24,
19783:20, 19792:25
**places** [1] - 19752:5
**plain** [1] - 19736:13
**plan** [6] - 19716:10,
19716:12, 19732:11,
19732:13, 19735:8,
19793:23
**planning** [1] -
19759:22

**play** [3] - 19721:12,
19729:16, 19734:9
**played** [71] -
19713:11, 19717:13,
19719:17, 19720:9,
19720:19, 19720:22,
19721:7, 19722:5,
19727:6, 19727:9,
19727:12, 19727:14,
19727:17, 19728:19,
19728:22, 19729:24,
19730:3, 19730:20,
19732:5, 19733:4,
19733:18, 19734:12,
19737:3, 19737:11,
19737:18, 19737:21,
19737:25, 19738:22,
19740:10, 19741:2,
19741:19, 19742:19,
19743:5, 19743:11,
19743:14, 19743:17,
19743:20, 19743:23,
19744:2, 19744:20,
19745:10, 19746:20,
19747:8, 19747:25,
19748:12, 19749:5,
19750:17, 19751:1,
19751:14, 19751:23,
19753:7, 19753:15,
19753:22, 19754:12,
19754:24, 19758:5,
19768:6, 19768:16,
19768:23, 19769:25,
19771:1, 19774:8,
19775:14, 19780:6,
19780:13, 19786:15,
19787:8, 19787:11,
19789:2, 19789:5,
19790:19
**plays** [1] - 19782:12
**plaza** [5] - 19744:19,
19744:22, 19744:24,
19745:12, 19749:7
**plea** [9] - 19761:3,
19761:4, 19761:12,
19761:14, 19761:20,
19762:2, 19762:3,
19763:5, 19764:19
**pled** [2] - 19761:18,
19761:23
**plenty** [1] - 19779:22
**PLLC** [1] - 19704:17
**plus** [1] - 19726:23
**podcast** [4] -
19720:16, 19720:20,
19768:17, 19774:7
**podcasts** [1] -
19719:21
**point** [15] - 19716:5,
19733:2, 19749:9,

19751:17, 19754:5,
19755:3, 19759:24,
19760:19, 19760:20,
19760:22, 19761:10,
19763:21, 19783:6,
19791:2, 19794:20
**pointed** [4] - 19738:7,
19738:10, 19740:8,
19774:24
**pointing** [1] - 19751:8
**points** [1] - 19772:7
**pole** [1] - 19753:19
**police** [21] - 19726:12,
19733:21, 19733:23,
19734:23, 19735:3,
19735:8, 19736:23,
19738:19, 19745:15,
19749:14, 19751:24,
19766:18, 19775:5,
19775:9, 19775:22,
19781:7, 19787:10,
19789:23, 19791:14,
19791:23, 19792:1
**Police** [4] - 19731:14,
19734:16, 19742:23,
19749:12
**political** [2] -
19718:22, 19720:24
**politicians** [1] -
19720:25
**politics** [4] - 19713:3,
19713:5, 19713:7,
19720:12
**portion** [3] - 19760:9,
19764:17, 19765:19
**portrayed** [1] -
19720:7
**posing** [1] - 19769:22
**position** [3] -
19744:10, 19760:12,
19760:16
**positively** [1] -
19743:18
**possession** [1] -
19795:1
**possibility** [1] -
19729:20
**post** [3] - 19717:21,
19724:2, 19734:3
**posted** [11] -
19717:17, 19718:9,
19718:20, 19720:3,
19722:2, 19729:15,
19734:9, 19734:15,
19769:5, 19769:14,
19771:3
**posting** [6] - 19720:1,
19721:23, 19724:9,
19767:6, 19767:10,
19767:12

posts [5] - 19719:21, 19725:7, 19734:3, 19748:20, 19755:14
potential [1] - 19774:3
power [5] - 19731:1, 19731:6, 19745:17, 19754:1, 19772:23
powerful [1] - 19734:24
POYB [1] - 19724:6
POYMFB [1] - 19721:24
preached [1] - 19713:9
precisely [1] - 19761:15
predicted [1] - 19761:15
predictions [1] - 19721:5
preferred [2] - 19731:5, 19771:13
Premonition [1] - 19767:14
preparing [2] - 19718:15, 19769:2
presence [1] - 19783:21
present [9] - 19706:8, 19706:9, 19706:10, 19706:11, 19706:12, 19706:13, 19706:14, 19733:10, 19747:24
presented [1] - 19757:24
presidency [5] - 19718:24, 19769:2, 19771:14, 19779:7, 19779:11
president [5] - 19717:16, 19721:22, 19726:10, 19753:5, 19770:4
President [2] - 19717:17, 19784:23
presidential [3] - 19717:8, 19717:12, 19772:24
press [2] - 19765:2, 19765:7
pressure [1] - 19790:10
pressures [1] - 19761:23
pretty [1] - 19730:22
prevailed [1] - 19793:8
prevent [9] - 19728:9, 19732:2, 19772:13, 19773:8, 19780:19,

posts [5] - 19780:21, 19781:7, 19781:9, 19781:12
prevented [1] - 19773:22
preventing [2] - 19774:1, 19781:3
principle [2] - 19782:4, 19782:9
principles [1] - 19787:25
priority [1] - 19734:18
prisoners [1] - 19718:22
private [1] - 19723:9, 19729:21, 19734:24
problems [1] - 19720:12
proceed [3] - 19739:9, 19741:8, 19795:6
proceeding [18] - 19714:13, 19714:14, 19737:9, 19737:14, 19738:17, 19738:18, 19776:4, 19776:5, 19776:6, 19776:8, 19778:25, 19779:17, 19780:17, 19782:14, 19782:17, 19782:22, 19783:3, 19783:25
proceedings [7] - 19706:20, 19712:4, 19714:7, 19770:3, 19773:15, 19776:10, 19795:24
Proceedings [1] - 19705:21
process [7] - 19729:12, 19729:13, 19729:15, 19731:2, 19752:22, 19753:24, 19779:6
produced [1] - 19705:21
prohibits [1] - 19764:7
projectiles [1] - 19789:10
promise [2] - 19718:11, 19718:23
promptly [1] - 19794:3
prong [3] - 19772:18, 19773:6, 19773:8
propaganda [2] - 19720:7, 19723:12
proper [2] - 19764:25, 19772:20
property [19] - 19734:17, 19734:19, 19735:23, 19774:11, 19774:16, 19779:2, 19784:4, 19784:5,

posts [5] - 19785:9, 19785:10, 19785:19, 19785:24, 19785:25, 19786:18, 19791:7, 19791:8, 19792:3
prosecutor [2] - 19761:7, 19761:20
prosecutors [1] - 19761:25
protect [4] - 19733:6, 19735:22, 19736:15, 19738:16
protected [3] - 19784:12, 19784:22, 19785:2
protecting [2] - 19734:18
protection [1] - 19784:23
protective [1] - 19792:18
protest [1] - 19725:8
protesting [1] - 19724:16
Proud [47] - 19713:2, 19717:6, 19717:9, 19717:14, 19717:17, 19717:21, 19718:5, 19718:14, 19718:22, 19719:5, 19720:7, 19722:9, 19723:7, 19724:1, 19724:3, 19724:7, 19725:4, 19727:25, 19728:1, 19735:14, 19736:3, 19736:10, 19737:4, 19737:12, 19737:20, 19738:5, 19738:8, 19738:11, 19738:14, 19741:24, 19742:5, 19742:14, 19745:20, 19749:7, 19749:15, 19750:12, 19750:19, 19750:23, 19751:3, 19751:6, 19751:11, 19752:7, 19767:21, 19769:15, 19774:24, 19775:4, 19775:16
proud [10] - 19714:3, 19721:22, 19751:15, 19752:12, 19757:13, 19766:25, 19767:4, 19767:11, 19768:25, 19769:5
ProudBoys [1] - 19718:10
ProudBoysDC [1] - 19724:12
proven [2] - 19714:22, 19774:3, 19776:16,

posts [5] - 19783:1
provide [2] - 19717:2, 19773:19
provided [1] - 19748:2
provides [3] - 19723:23, 19779:15, 19781:24
providing [1] - 19748:10
proving [1] - 19787:16
provisions [1] - 19773:17
public [1] - 19736:9
pulled [2] - 19790:5, 19790:17
pulling [1] - 19744:16
puppet [1] - 19744:15
purpose [9] - 19730:10, 19776:15, 19777:5, 19777:6, 19778:3, 19778:17, 19779:5, 19780:8
pursue [4] - 19723:1, 19728:15, 19731:19, 19748:17
pursuing [3] - 19715:12, 19748:18, 19756:1
pursuit [3] - 19775:18, 19779:3, 19791:3
push [4] - 19713:23, 19748:6, 19751:10, 19775:8
pushing [6] - 19748:7, 19749:18, 19751:4, 19755:23, 19755:24, 19756:6
put [8] - 19715:5, 19717:1, 19735:10, 19740:4, 19743:15, 19744:23, 19757:16, 19770:15
puts [2] - 19734:17, 19734:18
putting [2] - 19716:23, 19792:10

Q

quarter [1] - 19720:3
Quested [3] - 19718:23, 19733:12, 19736:21
questions [3] - 19715:10, 19722:20, 19758:15
quickly [1] - 19727:1
quiet [2] - 19730:9, 19737:17
quietly [1] - 19718:23

quote [3] - 19734:20, 19761:13, 19761:19

R

Rabbi [1] - 19757:19
radical [2] - 19725:12, 19726:24
radicalize [1] - 19723:10
radio [2] - 19753:19, 19753:25
rage [1] - 19720:13
raid [1] - 19769:3
raised [3] - 19759:16, 19772:7, 19794:1
rallies [8] - 19713:13, 19723:20, 19723:22, 19723:23, 19724:19, 19727:8, 19733:11, 19755:13
rally [8] - 19720:5, 19721:20, 19724:11, 19724:23, 19728:10, 19733:13, 19733:25, 19734:1
Rally [1] - 19724:25
rallying [1] - 19730:14
ran [3] - 19735:7, 19752:1
random [1] - 19750:6
range [1] - 19789:11
ranking [5] - 19717:6, 19717:21, 19723:7, 19742:9, 19742:14
ranks [1] - 19726:20
raring [1] - 19737:1
rather [1] - 19729:16
Ray [1] - 19766:18
re [1] - 19735:1
re-reading [1] - 19735:1
reached [2] - 19714:16, 19715:22, 19749:1
reaching [2] - 19746:17, 19792:9
reacted [2] - 19739:1, 19757:5
reaction [1] - 19769:4
reactions [1] - 19755:14
read [1] - 19760:9
reading [1] - 19735:1
ready [5] - 19717:19, 19718:6, 19723:18, 19727:2, 19735:11
real [14] - 19721:12, 19723:14, 19725:13, 19726:24, 19726:25,

19727:2, 19727:3, 19727:7, 19727:15, 19728:10, 19728:23, 19736:2, 19767:20, 19775:19
**Real** [1] - 19735:17
**realized** [1] - 19712:10
**really** [7] - 19716:10, 19717:23, 19722:25, 19734:16, 19741:15, 19791:15
**reason** [5] - 19719:8, 19719:9, 19729:7, 19764:11, 19770:16
**reasonable** [1] - 19793:15
**reasonably** [7] - 19782:8, 19783:5, 19785:5, 19785:18, 19785:21, 19789:19, 19790:23
**reasons** [2] - 19722:18, 19787:18
**received** [1] - 19716:21
**recent** [1] - 19777:1
**recently** [2] - 19791:23, 19794:8
**recess** [2] - 19759:1, 19795:18
**recited** [1] - 19735:21
**recognize** [1] - 19712:16
**Recognize** [1] - 19752:10
**recognized** [2] - 19738:2, 19749:15
**record** [1] - 19759:2
**recorded** [5] - 19705:21, 19729:4, 19760:4, 19768:18, 19770:25
**recording** [1] - 19747:12
**records** [1] - 19749:1
**recruit** [1] - 19725:11
**recruited** [1] - 19738:12
**recruits** [1] - 19723:13
**red** [2] - 19737:23, 19790:20
**red-handed** [1] - 19790:20
**reevaluated** [1] - 19735:3
**refer** [1] - 19717:3
**reference** [3] - 19731:8, 19736:9, 19767:17
**referenced** [1] -

19768:10
**references** [3] - 19721:3, 19728:20, 19729:22
**refrain** [1] - 19719:23
**refused** [3] - 19718:1, 19729:3, 19779:8
**regard** [1] - 19777:23
**regarding** [3] - 19761:3, 19761:12, 19794:2
**regardless** [1] - 19766:24
**regret** [7] - 19714:6, 19758:4, 19767:25, 19770:7, 19770:8, 19770:9, 19770:10
**regrouping** [1] - 19749:19
**Rehl** [38] - 19706:5, 19706:15, 19713:1, 19717:6, 19718:9, 19721:16, 19723:6, 19724:9, 19724:15, 19725:23, 19726:10, 19729:11, 19737:13, 19738:21, 19739:3, 19739:12, 19740:1, 19740:6, 19742:7, 19746:2, 19746:16, 19746:21, 19749:16, 19751:9, 19758:2, 19760:16, 19762:11, 19762:13, 19766:5, 19768:7, 19768:24, 19769:9, 19771:4, 19774:16, 19779:5, 19782:18, 19786:3
**REHL** [1] - 19704:5
**Rehl's** [6] - 19738:25, 19747:11, 19747:17, 19758:6, 19760:10, 19771:9
**reinforcements** [2] - 19742:22, 19749:12
**Release** [1] - 19722:2
**released** [2] - 19767:25, 19770:22
**relevant** [2] - 19791:12, 19791:16
**relinquished** [1] - 19791:14
**remained** [1] - 19732:22
**remaining** [3] - 19729:21, 19749:20, 19781:17
**remedy** [1] - 19765:19
**remember** [8] - 19716:13, 19720:1,

19720:6, 19725:5, 19729:25, 19732:12, 19756:9, 19761:3
**remind** [1] - 19735:18
**remorseless** [1] - 19757:23
**repair** [1] - 19786:7
**repeat** [1] - 19760:17
**repeatedly** [1] - 19746:10
**repeating** [1] - 19760:22
**replace** [1] - 19720:17
**replied** [2] - 19731:23, 19752:12
**REPORTER** [1] - 19795:20
**Reporter** [3] - 19705:17, 19705:18, 19796:1
**reporter** [2] - 19759:6, 19760:9
**reporting** [1] - 19791:1
**represent** [2] - 19730:23, 19735:17
**representation** [1] - 19760:1
**Representatives** [1] - 19753:9
**requested** [1] - 19760:9
**require** [2] - 19716:9, 19785:24
**requirement** [2] - 19715:25, 19772:9
**requirements** [3] - 19773:12, 19773:16, 19773:19
**requires** [12] - 19714:25, 19772:11, 19772:18, 19776:14, 19779:20, 19783:12, 19784:1, 19784:3, 19784:9, 19788:15, 19791:7, 19792:3
**reserve** [1] - 19763:13
**resisted** [1] - 19788:16
**resolving** [1] - 19752:20
**respond** [2] - 19763:12, 19785:1
**responded** [2] - 19726:16, 19752:11
**responding** [1] - 19768:7
**response** [4] - 19719:4, 19730:1, 19748:10, 19762:9

**responsibility** [2] - 19756:10, 19766:10
**responsible** [1] - 19756:24
**rest** [1] - 19752:24
**restore** [1] - 19783:25
**restricted** [3] - 19779:1, 19781:9, 19783:22
**result** [5] - 19779:7, 19784:17, 19785:6, 19789:19, 19789:22
**resulted** [1] - 19771:15
**resume** [2] - 19754:15, 19783:25
**resumed** [1] - 19714:7
**return** [4] - 19736:25, 19748:1, 19767:23, 19795:17
**Return** [3] - 19739:10, 19778:13, 19795:7
**returned** [5] - 19712:13, 19758:25, 19765:25, 19792:23, 19795:13
**returning** [1] - 19778:14
**revealed** [1] - 19768:3
**revenue** [1] - 19784:16
**revolution** [4] - 19730:10, 19730:21, 19731:9, 19771:17
**revolutionary** [1] - 19752:14
**rhetoric** [4] - 19717:23, 19719:20, 19725:22, 19734:14
**rid** [2] - 19766:22, 19780:7
**ride** [1] - 19744:14
**Riggleman** [1] - 19745:1
**riot** [19] - 19736:5, 19746:15, 19748:20, 19749:2, 19750:24, 19751:17, 19752:2, 19753:13, 19756:9, 19767:19, 19769:22, 19771:3, 19774:18, 19780:10, 19784:7, 19784:14, 19784:22, 19791:3, 19791:9
**rioters** [9] - 19738:9, 19738:19, 19744:21, 19749:7, 19753:11, 19786:5, 19787:7, 19789:11, 19792:18
**riotous** [1] - 19741:25

**rip** [2] - 19786:6, 19786:14
**RIP** [1] - 19771:4
**ripped** [5] - 19742:25, 19744:12, 19786:13, 19791:18, 19792:13
**ripping** [1] - 19744:17
**rise** [1] - 19795:16
**rising** [1] - 19733:22
**roach** [1] - 19745:5
**Road** [1] - 19705:2
**roaming** [1] - 19724:12
**robbery** [3] - 19791:7, 19792:3
**Roger** [2] - 19705:14, 19706:14
**ROGER** [1] - 19705:15
**role** [6] - 19717:9, 19718:14, 19742:5, 19761:6, 19761:13, 19761:16
**roles** [1] - 19758:5
**roll** [1] - 19735:11
**Ronald** [2] - 19738:11, 19738:13
**Room** [2] - 19705:18, 19796:2
**room** [3] - 19751:7, 19758:25, 19795:13
**Roots** [7] - 19705:14, 19706:14, 19760:15, 19760:25, 19762:14, 19762:20, 19763:1
**ROOTS** [4] - 19705:15, 19760:14, 19760:19, 19761:1
**rotten** [2] - 19748:5, 19748:7
**roughly** [1] - 19731:21
**route** [1] - 19719:25
**RPR** [3] - 19705:17, 19795:21, 19796:1
**rule** [4] - 19727:21, 19752:23, 19765:20, 19793:16
**rules** [1] - 19731:3
**run** [3] - 19724:5, 19724:14, 19726:11
**running** [2] - 19738:20, 19770:4
**rush** [1] - 19771:8
**Ryan** [4] - 19737:23, 19738:2, 19738:4, 19766:18

## S

**Sabino** [2] - 19705:8, 19706:13

**sacred** [1] - 19752:17
**safe** [3] - 19753:14, 19753:21, 19781:8
**Safeway** [1] - 19784:19
**Safeway's** [1] - 19784:14
**Salke** [1] - 19754:22
**Sam** [1] - 19752:13
**sample** [1] - 19719:24
**Samsel** [4] - 19737:23, 19738:2, 19738:5, 19766:18
**sarcasm** [1] - 19752:11
**sat** [1] - 19770:15
**satisfied** [3] - 19780:15, 19780:16, 19782:11
**satisfies** [1] - 19779:18
**saved** [1] - 19768:18
**saw** [62] - 19713:8, 19713:18, 19713:23, 19720:17, 19723:19, 19725:23, 19726:21, 19727:22, 19729:21, 19731:4, 19734:3, 19739:1, 19741:12, 19741:20, 19741:24, 19743:1, 19743:8, 19744:1, 19744:8, 19744:11, 19748:19, 19748:24, 19748:25, 19750:4, 19750:18, 19750:19, 19750:24, 19751:6, 19751:18, 19752:8, 19753:4, 19753:8, 19753:10, 19753:12, 19753:16, 19755:6, 19756:25, 19757:6, 19757:16, 19758:6, 19768:2, 19768:17, 19769:13, 19769:21, 19769:23, 19770:6, 19774:6, 19774:13, 19775:7, 19775:10, 19780:10, 19782:17, 19784:6, 19786:12, 19786:23, 19787:6, 19788:25, 19789:3, 19792:6, 19792:7
**scaffolding** [6] - 19750:1, 19750:5, 19750:7, 19751:5, 19751:18, 19751:19
**scene** [2] - 19737:17, 19739:14
**scenes** [1] - 19722:3

**scholars** [1] - 19773:25
**scout** [1] - 19736:21
**scrambled** [3] - 19732:1, 19738:14, 19780:4
**screeching** [1] - 19753:24
**screen** [1] - 19717:1
**screens** [2] - 19712:20, 19728:2
**scrub** [1] - 19732:7
**scum** [2] - 19724:13, 19736:6
**scumbags** [1] - 19724:5
**scurrying** [1] - 19746:18
**seal** [1] - 19706:20
**seat** [2] - 19749:9, 19754:11
**seated** [3] - 19712:14, 19766:1, 19773:1
**second** [6] - 19715:25, 19754:18, 19773:8, 19780:23, 19787:21, 19788:2
**secret** [1] - 19755:14
**Secret** [2] - 19753:6, 19784:24
**secretive** [1] - 19725:4
**secure** [2] - 19779:9, 19781:8
**seditious** [6] - 19772:10, 19772:16, 19772:18, 19773:6, 19774:4, 19776:2
**see** [29] - 19715:10, 19722:7, 19722:14, 19722:21, 19726:15, 19730:4, 19732:13, 19736:14, 19737:5, 19740:6, 19743:6, 19744:4, 19744:10, 19747:13, 19747:14, 19748:13, 19751:12, 19755:22, 19759:16, 19760:3, 19765:12, 19772:5, 19772:16, 19782:12, 19786:1, 19789:6, 19790:17, 19790:25, 19795:14
**seeing** [2] - 19726:17, 19738:24
**seek** [1] - 19727:8
**seek-and-destroy** [1] - 19727:8
**Self** [6] - 19725:3, 19727:21, 19728:6, 19728:12, 19728:17,

19747:22
**self** [1] - 19724:8
**Self-Defense** [6] - 19725:3, 19727:21, 19728:6, 19728:12, 19728:17, 19747:22
**self-defense** [1] - 19724:8
**sell** [1] - 19730:5
**Senate** [1] - 19753:6
**send** [1] - 19770:3
**sending** [1] - 19747:23
**sense** [3] - 19713:6, 19745:8, 19779:23
**senses** [1] - 19734:5
**sent** [11] - 19723:5, 19723:17, 19731:22, 19738:19, 19749:16, 19749:18, 19752:9, 19767:19, 19767:21, 19769:15, 19776:11
**separate** [1] - 19763:18
**separated** [1] - 19794:13
**September** [1] - 19717:12
**serious** [2] - 19717:10, 19733:14
**servants** [1] - 19736:10
**serve** [1] - 19735:23
**Service** [2] - 19753:6, 19784:24
**SESSION** [1] - 19704:9
**set** [7] - 19724:22, 19749:25, 19755:1, 19769:3, 19771:8, 19772:19, 19785:22
**settle** [1] - 19726:16
**seven** [1] - 19771:23
**several** [1] - 19733:1
**shadow** [1] - 19747:1
**Shae** [1] - 19744:9
**shameful** [1] - 19758:5
**Shane** [1] - 19731:15
**share** [1] - 19769:17
**shared** [3] - 19755:8, 19755:18, 19764:23
**shattered** [1] - 19754:1
**shelter** [1] - 19776:10
**shield** [19] - 19746:14, 19752:2, 19769:22, 19774:18, 19774:19, 19787:24, 19790:4, 19790:16, 19791:3,

19791:7, 19791:14, 19791:18, 19791:25, 19792:2, 19792:6, 19792:9, 19792:11, 19792:13, 19792:17
**shields** [1] - 19791:9
**shining** [1] - 19752:24
**shirt** [3] - 19766:19, 19767:16, 19792:12
**shit** [10] - 19718:2, 19718:3, 19721:4, 19721:21, 19724:17, 19729:17, 19729:21, 19748:8, 19767:15, 19771:9
**shock** [1] - 19731:13
**short** [4] - 19736:25, 19751:2, 19751:25, 19771:18
**shorthand** [3] - 19705:21, 19730:15, 19767:18
**shot** [1] - 19721:1
**shoulders** [1] - 19741:21
**shoving** [2] - 19754:20, 19754:21
**show** [4] - 19749:10, 19758:4, 19786:19, 19792:8
**showed** [13] - 19729:11, 19746:13, 19746:15, 19747:4, 19749:22, 19750:2, 19754:10, 19756:14, 19759:19, 19774:23, 19780:3, 19786:20, 19788:7
**showing** [1] - 19752:11
**shown** [1] - 19786:3
**shows** [2] - 19728:13, 19739:1
**side** [11] - 19735:6, 19736:6, 19736:7, 19736:19, 19736:20, 19750:1, 19751:21, 19753:17, 19754:18, 19775:20
**sidebar** [4] - 19706:18, 19712:9, 19776:21, 19793:21
**sight** [1] - 19721:2
**sights** [1] - 19713:16
**sign** [1] - 19751:12
**signaling** [2] - 19740:11, 19759:8
**silent** [1] - 19724:11
**similarly** [1] - 19766:8
**sing** [1] - 19723:15

**single** [6] - 19716:24, 19736:23, 19745:16, 19745:18, 19757:13, 19788:8
**sit** [3] - 19757:15, 19758:20, 19758:21
**sitting** [3] - 19729:5, 19748:22, 19749:10
**six** [3] - 19769:18, 19787:1, 19787:2
**six-foot-long** [1] - 19787:2
**skip** [1] - 19780:18
**Skull** [1] - 19719:1
**slip** [1] - 19737:2
**slow** [2] - 19742:21, 19744:1
**small** [1] - 19732:17
**smash** [2] - 19713:23, 19726:17
**smashed** [2] - 19752:3, 19752:15
**smashes** [1] - 19785:16
**smashing** [1] - 19752:8
**Smith** [3] - 19704:16, 19706:10, 19757:12
**SMITH** [9] - 19704:17, 19704:20, 19740:16, 19740:18, 19740:20, 19776:18, 19776:23, 19777:6, 19778:1
**smokes** [1] - 19754:9
**snacks** [1] - 19754:9
**snaked** [1] - 19750:3
**snow** [1] - 19756:5
**snowbank** [1] - 19755:22
**social** [1] - 19723:8
**society** [1] - 19717:10
**soldiers** [2] - 19718:14, 19754:8
**solemn** [1] - 19714:14
**someone** [2] - 19717:18, 19735:9
**sometimes** [1] - 19721:22
**soon** [2] - 19737:22, 19793:10
**sorry** [6] - 19740:3, 19748:16, 19758:9, 19764:3, 19766:5, 19786:4
**sort** [1] - 19722:8
**sought** [1] - 19714:15
**sound** [2] - 19740:9, 19745:9
**sounds** [1] - 19753:25
**soup** [1] - 19724:2

**source** [1] - 19778:21
**spear** [8] - 19742:6, 19742:8, 19742:13, 19748:4, 19749:8, 19750:22, 19750:23
**special** [2] - 19717:9, 19725:4
**specific** [6] - 19715:25, 19720:20, 19723:19, 19771:22, 19772:8, 19780:2
**specifically** [1] - 19771:20
**spectacle** [4] - 19712:23, 19731:23, 19753:2, 19753:4
**speech** [4] - 19733:3, 19733:7, 19734:10, 19736:15
**spend** [1] - 19716:23
**spent** [1] - 19714:12
**spirit** [2] - 19730:23, 19735:18
**spot** [2] - 19750:4, 19750:6
**spray** [7] - 19745:5, 19745:6, 19746:3, 19747:2, 19747:13, 19792:21
**sprayed** [3] - 19774:17, 19790:6, 19790:7
**spraying** [3] - 19746:18, 19747:14, 19775:6
**squad** [1] - 19775:24
**squads** [1] - 19721:18
**stabbed** [1] - 19734:2
**stacking** [1] - 19727:19
**stages** [2] - 19739:17, 19769:20
**stairs** [10] - 19713:23, 19749:25, 19750:7, 19750:9, 19750:11, 19750:19, 19751:4, 19751:10, 19751:17, 19775:8
**stake** [2] - 19718:17, 19719:12
**stand** [15] - 19717:15, 19717:18, 19719:21, 19721:25, 19722:13, 19739:3, 19739:12, 19746:5, 19756:11, 19757:16, 19758:3, 19766:9, 19791:22, 19791:24
**standing** [2] - 19767:13, 19767:15

**standstill** [1] - 19749:16
**Star** [2] - 19748:22, 19782:24
**start** [7] - 19733:6, 19755:24, 19757:11, 19766:9, 19769:2, 19778:10, 19786:2
**started** [4] - 19716:4, 19737:15, 19769:17, 19787:22
**starting** [1] - 19772:17
**state** [3] - 19721:10, 19723:24, 19734:7
**statement** [2] - 19762:9, 19762:12
**statements** [4] - 19715:7, 19723:16, 19729:10, 19754:7
**STATES** [3] - 19704:1, 19704:2, 19704:10
**states** [1] - 19763:3
**States** [16] - 19712:10, 19706:4, 19713:16, 19753:5, 19759:3, 19768:11, 19772:13, 19772:14, 19772:18, 19772:20, 19773:3, 19773:4, 19773:9, 19773:11, 19791:9, 19796:2
**stating** [1] - 19718:4
**stationed** [1] - 19736:23
**statutes** [1] - 19773:18
**stay** [1] - 19740:22
**stayed** [2] - 19745:21
**staying** [2] - 19727:22, 19783:21
**steal** [4] - 19721:4, 19721:18, 19726:6
**steals** [1] - 19718:21
**steam** [1] - 19750:13
**stenographic** [1] - 19795:23
**stepped** [1] - 19793:2
**steps** [1] - 19744:10
**Steven** [2] - 19705:11, 19706:13
**Stewart** [6] - 19725:25, 19726:16, 19735:5, 19748:9, 19748:10, 19749:17
**still** [9] - 19715:24, 19732:16, 19732:22, 19755:16, 19757:17, 19758:21, 19764:22, 19770:16, 19779:15
**stoking** [1] - 19733:24

**stole** [3] - 19746:1, 19754:9, 19774:18
**stolen** [2] - 19752:2, 19769:23
**stood** [1] - 19736:22
**stop** [10] - 19715:14, 19716:15, 19719:6, 19729:6, 19736:17, 19749:14, 19755:9, 19756:16, 19772:3, 19781:6
**stopped** [2] - 19749:18, 19754:4
**stopping** [1] - 19732:21
**stopwatch** [1] - 19765:10
**stores** [1] - 19784:15
**storm** [3] - 19713:21, 19739:2, 19739:11
**stormed** [3] - 19726:1, 19756:15, 19776:9
**storming** [5] - 19727:15, 19748:3, 19767:18, 19768:14, 19779:23
**strategic** [6] - 19728:18, 19732:21, 19748:17, 19771:13, 19779:4, 19791:4
**strategy** [1] - 19732:19
**straw** [1] - 19724:2
**stream** [1] - 19747:14
**street** [4] - 19721:24, 19722:3, 19724:12, 19755:21
**Street** [6] - 19704:14, 19704:17, 19704:21, 19704:24, 19705:5, 19705:9
**streets** [3] - 19713:13, 19721:20, 19734:10
**strength** [2] - 19731:3, 19750:20
**strike** [5] - 19765:19, 19778:1, 19778:2, 19789:13, 19794:17
**string** [1] - 19744:16
**stripped** [2] - 19792:18, 19792:22
**structure** [2] - 19724:22, 19764:22
**stuck** [1] - 19755:22
**stuff** [2] - 19725:11, 19728:2
**stupid** [1] - 19721:14
**subject** [1] - 19777:6
**submit** [1] - 19764:14
**subordinates** [2] -

19727:24, 19767:20
**substance** [3] - 19759:21, 19760:2, 19790:7
**substantive** [8] - 19771:23, 19771:24, 19781:18, 19782:13, 19783:8, 19783:10, 19785:12
**succeed** [1] - 19749:13
**succeeded** [2] - 19770:12, 19771:12
**success** [3] - 19714:5, 19751:16, 19791:3
**successful** [2] - 19771:17, 19771:18
**successfully** [1] - 19781:6
**suddenly** [1] - 19715:23
**suffered** [1] - 19784:16
**sugarcoat** [1] - 19730:17
**suggest** [2] - 19764:18
**suggested** [1] - 19762:19
**Suite** [2] - 19704:18, 19705:6
**suiting** [1] - 19736:4
**summarily** [1] - 19721:1
**summed** [1] - 19719:5
**support** [2] - 19735:20, 19794:21
**supporting** [1] - 19724:6
**supreme** [1] - 19773:10
**surely** [1] - 19714:10
**surge** [1] - 19744:18
**surging** [1] - 19741:12
**surprise** [3] - 19730:2, 19741:25, 19748:14
**surveying** [1] - 19745:24
**survived** [1] - 19714:8
**sustained** [1] - 19758:13
**swallowed** [1] - 19753:17
**sworn** [1] - 19793:3
**symbol** [1] - 19738:15
**system** [1] - 19730:19

---

**T**

---

**T-shirt** [1] - 19767:16

**table** [4] - 19712:19, 19715:6, 19715:20, 19774:20
**tactical** [3] - 19732:23, 19748:2, 19791:3
**tactics** [3] - 19722:1, 19726:14, 19732:19
**tag** [1] - 19734:21
**tagged** [1] - 19756:15
**tail** [1] - 19712:25
**Tarantino** [4] - 19764:4, 19764:5, 19764:6, 19764:7
**Tarrio** [40] - 19706:6, 19706:16, 19712:23, 19712:25, 19713:25, 19717:5, 19717:25, 19718:1, 19718:4, 19718:21, 19718:24, 19719:25, 19723:5, 19724:11, 19724:22, 19725:9, 19725:15, 19725:16, 19725:22, 19729:2, 19730:5, 19731:12, 19731:16, 19731:22, 19731:24, 19732:20, 19735:8, 19748:19, 19751:7, 19752:10, 19752:12, 19754:16, 19756:24, 19767:6, 19769:10, 19770:14, 19782:23, 19783:1, 19783:7
**TARRIO** [1] - 19704:6
**Tarrio's** [6] - 19712:24, 19723:25, 19728:10, 19729:25, 19732:12, 19734:2
**taunt** [1] - 19713:20
**taunted** [1] - 19736:5
**teams** [1] - 19732:17
**teamwork** [1] - 19756:5
**technical** [1] - 19759:9
**Technological** [1] - 19758:24
**Telegram** [1] - 19755:14
**temporarily** [1] - 19742:22
**temporary** [1] - 19714:6
**term** [3] - 19727:3, 19774:5, 19776:13
**Terrace** [1] - 19775:11
**terrorists** [1] - 19724:1
**testified** [15] - 19729:11, 19729:18,

19816

19733:13, 19733:19, 19739:15, 19739:20, 19741:10, 19742:1, 19756:11, 19762:10, 19773:15, 19774:23, 19779:25, 19784:25, 19790:2

**testimony** [10] - 19735:21, 19740:2, 19747:18, 19760:11, 19762:12, 19764:16, 19766:9, 19784:17, 19786:2, 19792:25

**text** [1] - 19738:12

**That'sMyPresident** [1] - 19718:9

**THE** [61] - 19704:1, 19704:1, 19704:9, 19706:3, 19706:17, 19712:5, 19712:12, 19712:14, 19712:21, 19739:6, 19739:25, 19740:17, 19740:19, 19740:21, 19742:12, 19758:10, 19758:13, 19759:2, 19759:5, 19759:25, 19760:5, 19760:10, 19760:13, 19760:15, 19760:18, 19760:21, 19760:24, 19762:5, 19762:16, 19762:21, 19762:24, 19763:7, 19763:9, 19763:11, 19763:17, 19763:21, 19764:8, 19765:3, 19765:12, 19765:22, 19765:24, 19766:1, 19776:20, 19776:24, 19777:8, 19777:13, 19777:16, 19778:4, 19778:6, 19778:9, 19793:20, 19793:23, 19794:6, 19794:15, 19794:19, 19794:25, 19795:3, 19795:5, 19795:8, 19795:14, 19795:16

**themselves** [9] - 19731:4, 19741:18, 19754:9, 19758:2, 19767:3, 19778:19, 19779:12, 19782:22, 19785:3

**theories** [5] - 19781:19, 19781:21, 19781:23, 19785:13, 19786:8

**they've** [1] - 19757:23

**thick** [1] - 19749:2

**thin** [2] - 19734:4,

19734:13

**thinking** [2] - 19717:16, 19791:19

**thinner** [2] - 19734:13, 19734:14

**third** [2] - 19716:9, 19787:5

**thirsting** [1] - 19713:2

**thoughts** [1] - 19768:4

**thousands** [1] - 19726:15

**threat** [1] - 19781:2

**threaten** [1] - 19736:16

**threats** [1] - 19721:8

**three** [4] - 19715:18, 19730:17, 19771:21, 19772:7

**three-cornered** [1] - 19730:17

**threw** [3] - 19788:24, 19789:17, 19789:18

**throat** [1] - 19789:13

**throated** [1] - 19714:1

**throughout** [5] - 19713:24, 19748:20, 19756:25, 19769:4, 19784:6

**throw** [4] - 19748:6, 19748:8, 19775:3, 19789:12

**throwing** [1] - 19789:14

**thrown** [3] - 19744:12, 19751:13, 19789:8

**Tim** [1] - 19760:7

**timeline** [1] - 19731:11

**timing** [3] - 19718:3, 19737:15, 19750:14

**Timothy** [1] - 19705:17

**TIMOTHY** [2] - 19704:9, 19795:21

**tip** [7] - 19742:6, 19742:8, 19742:13, 19749:8, 19750:22

**Tippett** [1] - 19784:18

**tired** [1] - 19759:9

**today** [9] - 19724:3, 19726:16, 19729:5, 19730:16, 19757:13, 19766:9, 19766:25, 19767:1, 19769:1

**Today** [1] - 19769:5

**together** [23] - 19714:17, 19714:23, 19715:23, 19716:23, 19724:5, 19728:7, 19729:7, 19740:24,

19740:25, 19741:4, 19743:13, 19749:24, 19750:5, 19750:6, 19755:8, 19755:10, 19756:22, 19756:25, 19757:9, 19757:25, 19786:9, 19787:3

**tomatoes** [2] - 19748:5, 19748:7

**tone** [1] - 19762:19

**Tonight** [1] - 19720:5

**took** [14] - 19717:16, 19726:1, 19739:2, 19739:12, 19744:21, 19745:22, 19745:25, 19746:6, 19756:10, 19767:15, 19791:8, 19791:17, 19791:25, 19793:10

**tool** [1] - 19728:14

**tools** [1] - 19745:4

**top** [9] - 19717:21, 19717:24, 19724:23, 19732:6, 19744:10, 19756:22, 19756:23, 19787:5, 19790:9

**top-down** [1] - 19732:6

**top-ranking** [1] - 19717:21

**topic** [6] - 19727:22, 19727:24, 19728:1, 19728:2, 19728:3

**toppled** [1] - 19741:4

**tossed** [2] - 19724:4, 19773:4

**tossing** [1] - 19794:8

**total** [3] - 19753:21, 19754:10, 19786:23

**touch** [2] - 19747:22, 19748:25

**toward** [16] - 19715:23, 19729:3, 19733:21, 19734:23, 19735:3, 19735:9, 19735:13, 19741:5, 19741:9, 19741:16, 19749:15, 19750:21, 19755:7, 19755:18, 19764:24, 19789:22

**towards** [2] - 19746:18, 19779:7

**tower** [1] - 19746:15

**tracks** [1] - 19732:2

**tradition** [1] - 19753:25

**training** [1] - 19766:17

**traitors** [6] - 19720:15, 19721:18, 19726:11, 19726:18, 19775:5,

19775:23

**Traitors** [1] - 19736:5

**transcribing** [1] - 19759:10

**TRANSCRIPT** [1] - 19704:8

**transcript** [4] - 19705:21, 19759:23, 19795:23, 19795:24

**transcription** [2] - 19705:21, 19759:20

**transfer** [1] - 19772:23

**transferring** [1] - 19754:1

**transmissions** [1] - 19753:20

**Travis** [3] - 19723:11, 19741:10, 19745:20

**treason** [4] - 19721:10, 19734:8, 19736:6, 19775:6

**treat** [1] - 19734:4

**trial** [9] - 19714:10, 19714:12, 19714:17, 19716:21, 19730:12, 19757:15, 19784:25, 19794:10

**TRIAL** [1] - 19704:8

**tried** [5] - 19721:10, 19734:8, 19753:18, 19758:7, 19779:8

**troops** [1] - 19745:24

**trophies** [1] - 19713:14

**trucks** [2] - 19737:6, 19737:7

**true** [4] - 19723:16, 19768:3, 19795:22, 19795:23

**Trump** [13] - 19717:11, 19717:14, 19717:17, 19717:19, 19718:6, 19720:2, 19725:7, 19767:25, 19770:19, 19770:20, 19770:22, 19779:10, 19779:13

**Trump's** [3] - 19731:5, 19733:3, 19736:14

**trusted** [2] - 19726:22, 19731:17

**truth** [4] - 19740:4, 19740:6, 19767:1

**try** [4] - 19732:2, 19753:12, 19753:14, 19774:25

**trying** [16] - 19715:11, 19721:18, 19730:5, 19730:6, 19730:15, 19739:18, 19740:12,

19740:14, 19740:23, 19745:14, 19753:20, 19780:7, 19781:5, 19781:12, 19783:24, 19789:11

**tunnel** [1] - 19775:11

**turn** [7] - 19716:20, 19740:13, 19745:8, 19745:19, 19787:10, 19787:15, 19788:6

**turned** [8] - 19713:16, 19741:14, 19745:7, 19746:10, 19753:1, 19755:2, 19766:20, 19770:2

**turning** [1] - 19751:17

**TV** [1] - 19751:9

**tweet** [1] - 19725:7

**Twelfth** [1] - 19773:11

**twice** [3] - 19729:1, 19729:3, 19737:2

**twisting** [1] - 19731:8

**two** [21] - 19712:25, 19714:20, 19718:11, 19722:18, 19725:9, 19731:11, 19731:21, 19746:6, 19758:1, 19759:11, 19759:13, 19766:11, 19766:21, 19772:11, 19784:10, 19786:16, 19786:17, 19787:3, 19787:4, 19788:9

**two-by-four** [1] - 19766:21

**two-minute-long** [1] - 19731:21

**tying** [1] - 19722:2

**type** [6] - 19724:2, 19725:21, 19732:17, 19734:14, 19751:19, 19755:19

**tyranny** [1] - 19769:9

## U

**U.S** [3] - 19704:14, 19705:18, 19764:6

**ultimately** [5] - 19714:6, 19770:5, 19770:11, 19783:22, 19793:14

**unanimously** [1] - 19793:14

**unapologetic** [1] - 19767:4

**unchanged** [1] - 19732:22

**unconscious** [1] - 19713:13

19817

**unconstitutional** [1] - 19734:6
**under** [14] - 19706:20, 19723:17, 19726:10, 19740:2, 19747:16, 19751:4, 19751:17, 19751:18, 19761:23, 19768:25, 19782:3, 19782:9, 19786:24, 19787:25
**underhand** [1] - 19744:4
**underneath** [2] - 19749:25, 19750:5
**understood** [6] - 19730:19, 19742:4, 19754:16, 19764:23, 19795:3, 19795:5
**undertake** [1] - 19719:11
**underway** [4] - 19729:15, 19737:10, 19738:18, 19768:15
**undoubtedly** [1] - 19788:2
**unfolded** [1] - 19739:15
**unforgiving** [1] - 19720:15
**unique** [1] - 19755:20
**UNITED** [3] - 19704:1, 19704:2, 19704:10
**United** [16] - 19704:12, 19706:4, 19713:16, 19753:5, 19759:3, 19768:11, 19772:13, 19772:14, 19772:17, 19772:19, 19773:3, 19773:9, 19773:11, 19791:9, 19796:2
**unknown** [1] - 19790:6
**unlawful** [20] - 19715:8, 19776:14, 19776:16, 19776:17, 19777:4, 19777:12, 19777:13, 19778:16, 19778:17, 19778:18, 19778:23, 19779:3, 19779:5, 19779:9, 19779:14, 19780:8, 19780:9
**unlawfully** [1] - 19783:21
**unleash** [2] - 19714:9, 19749:8
**unless** [1] - 19732:9
**unrelenting** [1] - 19720:14

**unspoken** [7] - 19715:19, 19715:21, 19715:24, 19741:7, 19755:19, 19756:21, 19772:8
**unstoppable** [1] - 19720:14
**up** [51] - 19713:23, 19717:4, 19717:19, 19718:5, 19719:3, 19719:5, 19719:20, 19721:25, 19722:9, 19722:15, 19723:24, 19725:19, 19726:8, 19728:23, 19736:4, 19737:20, 19741:23, 19743:16, 19745:9, 19746:6, 19746:14, 19750:9, 19750:20, 19751:4, 19751:10, 19751:13, 19751:17, 19752:1, 19753:9, 19753:12, 19753:17, 19755:3, 19755:15, 19756:14, 19757:2, 19757:4, 19759:22, 19760:22, 19762:6, 19764:13, 19765:17, 19767:16, 19767:20, 19769:7, 19771:18, 19775:8, 19780:11, 19788:13, 19792:7, 19793:2, 19794:3
**updates** [2] - 19747:23, 19748:10
**Upper** [1] - 19775:11
**Upstate** [2] - 19742:15, 19766:21
**user** [2] - 19720:23, 19722:7
**ushering** [1] - 19791:15
**utilized** [1] - 19778:16
**utterly** [1] - 19767:4

## V

**value** [6] - 19785:25, 19786:10, 19787:16, 19788:4, 19788:8, 19788:9
**various** [1] - 19729:14
**vast** [1] - 19787:1
**velocity** [1] - 19789:7
**verdict** [4] - 19793:15, 19793:16, 19793:17
**version** [1] - 19782:15
**versions** [1] - 19777:18
**versus** [1] - 19732:19

**veterans** [1] - 19722:1
**vice** [3] - 19726:10, 19753:5, 19770:4
**Vice** [1] - 19784:23
**vicious** [1] - 19792:22
**victim** [2] - 19792:8, 19792:16
**victorious** [1] - 19724:8
**victory** [2] - 19729:14, 19745:7
**Video** [55] - 19713:11, 19717:13, 19719:17, 19720:9, 19720:19, 19720:22, 19721:7, 19722:5, 19728:19, 19730:20, 19733:18, 19734:12, 19737:3, 19737:11, 19737:18, 19737:21, 19737:25, 19738:22, 19740:10, 19741:2, 19741:19, 19742:19, 19743:11, 19743:14, 19743:17, 19743:20, 19743:23, 19744:2, 19744:20, 19745:10, 19746:20, 19747:8, 19747:25, 19749:5, 19751:1, 19751:14, 19751:23, 19753:7, 19753:15, 19754:12, 19754:24, 19768:6, 19768:16, 19768:23, 19769:25, 19771:1, 19774:8, 19775:14, 19780:13, 19786:15, 19787:8, 19787:11, 19789:2, 19789:5, 19790:19
**video** [32] - 19720:7, 19722:2, 19729:1, 19734:10, 19738:7, 19738:25, 19740:7, 19743:5, 19744:8, 19745:11, 19745:13, 19746:16, 19746:25, 19747:4, 19747:10, 19749:22, 19751:11, 19751:18, 19752:8, 19766:13, 19767:12, 19768:13, 19769:13, 19769:18, 19769:23, 19770:22, 19770:25, 19786:13, 19789:6, 19790:15, 19790:18
**videos** [9] - 19713:14, 19719:22, 19721:23, 19723:12, 19745:22, 19768:3, 19774:23, 19786:2, 19792:6

**view** [3] - 19719:5, 19751:2, 19769:14
**viewed** [3] - 19717:7, 19718:14, 19718:17
**viewpoint** [1] - 19738:25
**views** [2] - 19752:19, 19759:14
**vigilante** [1] - 19720:7
**violence** [23] - 19713:2, 19713:10, 19718:6, 19719:23, 19722:3, 19722:7, 19722:15, 19722:17, 19723:4, 19724:19, 19724:24, 19727:3, 19727:11, 19728:9, 19730:22, 19746:10, 19757:20, 19768:1, 19768:2, 19770:24, 19774:9, 19774:10, 19792:4
**violent** [10] - 19719:19, 19721:23, 19722:12, 19723:12, 19725:22, 19728:7, 19733:11, 19739:14, 19749:8, 19775:12
**violently** [3] - 19790:4, 19790:16
**vividly** [1] - 19735:10
**voice** [3] - 19714:1, 19730:2, 19736:1
**voiced** [1] - 19735:15
**voicing** [1] - 19764:12
**vote** [3] - 19773:13, 19773:20, 19776:7
**voting** [1] - 19713:4

## W

**wait** [1] - 19712:10
**waited** [3] - 19737:7, 19737:8, 19737:9
**waiting** [3] - 19712:8, 19718:11, 19729:16
**walk** [3] - 19740:13, 19745:19, 19751:25
**walked** [9] - 19721:9, 19734:7, 19736:22, 19737:20, 19738:6, 19745:23, 19773:17, 19786:18, 19787:23
**walking** [1] - 19719:21
**wants** [1] - 19787:18
**war** [14] - 19718:15, 19718:16, 19718:20, 19720:2, 19721:3, 19721:4, 19721:5, 19721:6, 19721:12,

19721:13, 19727:19, 19734:9, 19775:19, 19791:22
**War** [3] - 19720:5, 19768:12, 19768:19
**warlords** [1] - 19726:7
**warned** [1] - 19768:21
**warriors** [1] - 19720:8
**Wars** [2] - 19748:22, 19782:24
**Washington** [8] - 19704:5, 19704:15, 19704:25, 19705:19, 19726:14, 19733:1, 19752:13, 19796:3
**wasp** [1] - 19792:21
**watch** [7] - 19733:3, 19735:25, 19745:8, 19745:11, 19745:15, 19750:25, 19751:11
**watched** [1] - 19713:21
**watching** [4] - 19748:2, 19748:23, 19749:17, 19782:24
**Water** [1] - 19745:3
**water** [6] - 19745:3, 19788:24, 19789:7, 19789:12, 19789:15
**wave** [3] - 19738:9, 19738:18, 19738:21
**ways** [1] - 19781:21
**weakest** [1] - 19761:21
**weapon** [1] - 19745:2
**weapons** [2] - 19745:7, 19787:10
**wearing** [2] - 19746:17, 19747:2
**week** [2] - 19746:5, 19791:23
**weekend** [1] - 19724:16
**weeks** [3] - 19713:9, 19733:25, 19757:6
**weight** [2] - 19747:19, 19792:10
**west** [4] - 19744:18, 19744:22, 19749:6, 19775:7
**West** [2] - 19705:9, 19775:11
**Western** [1] - 19726:12
**whack** [1] - 19787:23
**whatsoever** [2] - 19755:25, 19756:20
**whipped** [1] - 19724:8
**whispers** [1] - 19730:9

**White** [1] - 19779:14
**whole** [5] - 19783:6, 19786:6, 19786:7, 19786:21, 19786:22
**whoop** [1] - 19719:25
**whoop-ass** [1] - 19719:25
**wild** [2] - 19725:8, 19766:14
**willfully** [1] - 19781:24
**William** [1] - 19775:2
**willing** [3] - 19722:10, 19722:13, 19723:1
**willingness** [1] - 19719:18
**window** [15] - 19713:24, 19751:25, 19752:1, 19752:3, 19752:9, 19752:15, 19785:11, 19785:16, 19787:15, 19787:17, 19787:19, 19787:24, 19788:2, 19788:8, 19788:11
**windows** [2] - 19750:9, 19774:19
**wink** [1] - 19715:22
**Winter** [1] - 19767:17
**winter** [1] - 19755:22
**wire** [1] - 19742:21
**witness** [6] - 19719:20, 19739:2, 19739:12, 19746:5, 19756:10, 19758:3
**witnesses** [7] - 19718:12, 19723:11, 19741:9, 19757:16, 19757:17, 19758:1, 19779:25
**Wolkind** [2] - 19726:9, 19748:5
**women** [2] - 19727:25, 19793:1
**wondering** [1] - 19784:19
**word** [6] - 19716:11, 19726:7, 19756:3, 19761:6, 19767:1, 19777:14
**words** [6] - 19715:20, 19728:10, 19728:18, 19730:9, 19736:1, 19739:21
**World** [1] - 19768:11
**world** [1] - 19752:25
**Worrell** [1] - 19775:4
**worry** [1] - 19720:11
**worth** [8] - 19735:1, 19759:22, 19786:1, 19786:17, 19786:19,

19787:16, 19788:6, 19788:9
**wrestling** [1] - 19792:11
**writing** [2] - 19715:20, 19764:15
**writings** [1] - 19722:8
**written** [1] - 19777:18
**wrongdoing** [3] - 19777:17, 19777:20, 19779:21

**Y**

**y'all** [1] - 19767:22
**Yankee** [1] - 19730:17
**years** [1] - 19752:25
**yellow** [1] - 19734:21
**yesterday** [1] - 19781:20
**York** [4] - 19704:18, 19705:13, 19742:16, 19766:21
**yourself** [2] - 19781:22, 19782:10
**Yup** [2] - 19731:23, 19771:9
**YutYut** [1] - 19788:23

**Z**

**Zachary** [36] - 19706:5, 19713:1, 19717:6, 19718:8, 19721:16, 19723:6, 19724:9, 19724:15, 19726:10, 19729:11, 19738:20, 19738:25, 19739:3, 19739:12, 19740:1, 19740:5, 19742:7, 19746:2, 19746:16, 19746:21, 19747:11, 19747:17, 19749:16, 19758:2, 19758:6, 19766:5, 19768:7, 19768:24, 19769:9, 19771:4, 19771:9, 19774:16, 19779:5, 19782:18, 19786:3
**Zamboni** [1] - 19735:11
**zero** [1] - 19747:20