```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Thursday, May 4, 2023
6-DOMINIC J. PEZZOLA,             9:00 a.m.
                     Defendants.
- - - - - - - - - - - - - - - - x
```

---

```
            TRANSCRIPT OF JURY TRIAL - DAY 78
       HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
               UNITED STATES DISTRICT JUDGE
```

---

**APPEARANCES:**

```
For the United States:   Jason B.A. McCullough, Esq.
                         Erik M. Kenerson, Esq.
                         Nadia Moore, Esq.
                         Conor Mulroe, Esq.
                         U.S. ATTORNEY'S OFFICE
                         555 4th Street, NW
                         Washington, DC 20530
                         (202) 252-7233


For the Defendants:      Nicholas D. Smith, Esq.
                         DAVID B. SMITH, PLLC
                         7 East 20th Street
                         Suite 4r
                         New York, NY 10003
                         (917) 902-3869

                         Norman A. Pattis, Esq.
                         PATTIS & SMITH, LLC
                         383 Orange Street
                         1st Floor
                         New Haven, CT 06511
                         (203) 393-3017

                         John D. Hull, IV, Esq.
                         HULL MCGUIRE PC
                         1420 N Street, NW
                         Washington, DC 20005
                         (202) 429-6520
```

```
APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111


Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.
```

1           **P R O C E E D I N G S**

2           THE DEPUTY CLERK:  This is Criminal Matter 21-175,

3    United States of America v. Defendant 1, Ethan Nordean;

4    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

5    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6    Pezzola.

7           Present for the Government are Jason McCullough,

8    Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9    Defendant 1 is Nicholas Smith; present for Defendant 2 are

10   John Hull and Norman Pattis; present for Defendant 3 is

11   Carmen Hernandez; present for Defendant 5 are Nayib Hassan

12   and Sabino Jauregui; present for Defendant 6 is Steven

13   Metcalf.  Also present are Defendant 1, Mr. Nordean;

14   Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl; Defendant 5,

15   Mr. Tarrio; and Defendant 6, Mr. Pezzola.

16          THE COURT:  All right.  Good morning to everyone.

17          Obviously, we've received the note that you all

18   have indicating they've reached a partial unanimous verdict.

19   Before we bring them in and I'll take that verdict, I want

20   to discuss the more mundane point of what we tell them

21   afterward.  Perhaps it's not mundane, but I know it's not

22   what most of you are interested in.  It seems to me we

23   have -- like we had the last time, in a way -- we have some

24   indication that at this time, they're not unanimous on some

25   things, but they haven't explicitly said that, but

1    obviously, by implication, they are not.  So it seems to me

2    I can either simply say, "You may resume your

3    deliberations," or I can give some version of the initial

4    instruction that we talked about last time which just says,

5    "You've been, you know -- you've -- this has been a

6    relatively long trial."  In summary, "You may continue to

7    deliberate.  That's not unusual that you would not have

8    reached a unanimous verdict at this point."

9        So let me just first hear from the Government and

10   then from any defendant who wants to be heard on this point

11   about whether I should just simply have them resume

12   deliberating and without further comment or give them the --

13   some version of this initial instruction when they indicate

14   they cannot agree.

15       MR. KENERSON:  Thank you, Your Honor.

16       The Government's position is that they have not

17   yet said that they cannot reach a verdict on the other

18   counts.  So we don't need to give the, kind of, pre-Thomas

19   instruction the Court is indicating.  If that's the way the

20   Court is inclined, I don't think we would object.  We don't

21   think it's necessary at this point.

22       THE COURT:  Mr. Smith?

23       MR. SMITH:  Thank you, Your Honor.

24       I think there's an additional question that might

25   factor into the Court's consideration here which is jury

1    polling.  So if the Court is inclined to take, you know --

2    take the verdicts that they have now, how does the Court

3    intend to handle polling in terms of, you know, before or

4    after they go back?

5            THE COURT:  I think we would poll them now on

6    their verdict that they render now and I would just simply

7    say -- if there's a request to poll them, I'll simply ask

8    each of them, "Is the partial verdict that you've -- that

9    your foreperson has announced -- does that represent your

10   unanimous verdict?"  And I -- so I'll poll them, I think --

11   unless a party thinks I shouldn't do that, I think I poll

12   them now on their verdict that they have now and then we

13   send them back for, you know -- they resume, and then the

14   question is what I tell them.

15           MR. SMITH:  So I think in that case, Your Honor,

16   we would prefer the former approach which, I think, is the

17   one the Government suggested which is that a Thomas or

18   pre-Thomas instruction isn't necessary.

19           THE COURT:  All right.  That -- I think that's a

20   very reasonable --

21           MS. HERNANDEZ:  (Indicating.)

22           THE COURT:  I saw Mr. Pattis had his hand up

23   first.

24           MR. PATTIS:  Yeah, you know, Judge, I'm going to

25   take a -- I'm sorry.  I cut off Mr. Smith.  I'm going to

1    take a heterodoxical view in this and say that if it is the

2    position that this form does not report a unanimous verdict

3    and a failure to reach a verdict on the others, they should

4    be sent back with further directions to resume deliberations

5    on Count 1, 2, 7, and 8.  And the reason I say that is I'm

6    not a fan of partial verdicts in general, but that's all

7    right.  We've reached an agreement that you would take one.

8    But they've not yet indicated that they can't agree on 1, 2,

9    7, and 8 as to the specified defendants.  Because one never

10   knows what goes on in a jury room and there may or may not

11   be horse-trading, until they've reached the conclusion and

12   to your satisfaction, sir, that they cannot reach a verdict,

13   I don't think we should accept any verdict.

14           THE COURT:  All right.  But that's -- I understand

15   that position.  Noting that objection for the record, do you

16   have a -- is it -- what is your position on what I tell

17   them?

18           MR. PATTIS:  The polling issue -- polling mid

19   deliberations seems troubling and potentially invasive of

20   their province, because we don't know what's going on and

21   don't know their minds, and I would say that polling --

22   it -- my -- and I've never had polling midstream in a

23   partial verdict.  And so my concern might be that people get

24   locked into positions that might affect their deliberations

25   behind closed doors.  We don't know how they reach the

1    decisions they made.  It's probably a product of compromise

2    in various dimensions.  And so I would view polling mid

3    discharge of the jury as potentially invasive.

4              THE COURT:  Okay.  Neither of those -- so we'll

5    circle back to the polling issue in a moment.  But as to

6    what I tell them, is it your position about the point

7    Mr. Smith made -- is it your position I should give them

8    some version of the initial instruction indicating that

9    they -- that -- to the jury that indicates it cannot agree

10   or simply say, "You may resume your deliberations"?  I'm,

11   sort of, inclined to be minimalist on this, as the

12   Government said, and just say, "You may resume your

13   deliberations on the remaining counts and defendants," and

14   leave it at that.

15             MR. PATTIS:  Yeah, I would agree with that, Judge.

16             THE COURT:  Okay.  Ms. Hernandez?

17             MS. HERNANDEZ:  So the issue that Mr. -- number --

18             THE COURT REPORTER:  (Indicating.)

19             THE COURT:  Hold on.  The court reporter can't

20   hear you, Ms. Hernandez.

21             MS. HERNANDEZ:  Right.  So number one, if you take

22   a verdict, the defendant is entitled to a polling of the

23   jury.  The point that Mr. Pattis raises about polling a jury

24   in the middle of jury deliberations, I've never encountered,

25   and it does seem very intrusive.  So I guess that means I

1    come down opposing taking a partial verdict, because I don't

2    know how you --

3              THE COURT:  But --

4              MS. HERNANDEZ:  -- how you give the defendant his

5    right to polling a jury after a verdict, take a poll, and

6    send them back to deliberate.  I think that's very

7    intrusive.

8              THE COURT:  All right.  Well, that -- to be clear,

9    that ship has sailed.  We've already instructed them

10   literally on paper and as part of their instructions they

11   received that all the parties --

12             MS. HERNANDEZ:  Well --

13             THE COURT:  -- and no party objected to it --

14   that --

15             MS. HERNANDEZ:  That --

16             THE COURT:  -- they could return a --

17             MS. HERNANDEZ:  That --

18             THE COURT:  -- a partial --

19             MS. HERNANDEZ:  Okay.  So --

20             THE COURT:  -- partial verdict, and that -- and

21   the fact that one -- a defendant wants to request polling is

22   not going to affect --

23             MS. HERNANDEZ:  The --

24             THE COURT:  -- that ability.

25             MR. METCALF:  Your Honor --

```
1              MS. HERNANDEZ:  So that's --
2              MR. METCALF:  -- I did object to --
3              MS. HERNANDEZ:  -- not accurate --
4              MR. METCALF:  -- the partial verdict --
5              MS. HERNANDEZ:  I'm sorry.  I'm still talking.
6         That's not accurate.  Mr. Metcalf vehemently
7    opposed the partial verdict.  The only thing the Court told
8    them was, "If you reach a partial verdict, send me a note."
9    You didn't say, "I will take the partial verdict."  And I
10   believe that we're still entitled to object to taking the
11   partial verdict.  Again, I think you cannot give us both the
12   partial verdict -- the polling, which they're entitled to,
13   and send them back.  I don't see how -- I think it's
14   intrusive.  And so I think if you can't give us both, then
15   the only thing you can give us is no taking of the partial
16   verdict.  In any --
17             THE COURT:  Okay.
18             MS. HERNANDEZ:  -- event, Mr. Metcalf objected.  I
19   think we all join as the rule and --
20             THE COURT:  Well --
21             MS. HERNANDEZ:  -- that's where we are.
22             THE COURT:  Well, he -- to be clear, the original
23   instructions we gave them actually do say "At any time
24   during your deliberations, you may return your verdict of
25   guilty or not guilty with respect to any defendant on any
```

```
 1    count."  So regardless of --
 2              MS. HERNANDEZ:  But the instructions --
 3              THE COURT:  Ms. --
 4              MS. HERNANDEZ:  I thought the --
 5              THE COURT:  Ms. Hernandez --
 6              MS. HERNANDEZ:  -- instructions --
 7              THE COURT:  -- for the millionth time during this
 8    case, if you'll let me speak things will work much better.
 9              So regardless of the objection Mr. Metcalf may
10    have made later on -- I don't recall him making any
11    objection to -- any defendant making objection -- any
12    objection to that part of the written instructions that we
13    gave them.  And so I think it would be a little strange now
14    to say, "Oh, I said you could do this.  Now, all of a
15    sudden, you can't."
16              MS. HERNANDEZ:  Well --
17              THE COURT:  So again --
18              MS. HERNANDEZ:  May I speak, Your Honor?
19              THE COURT:  No.  No, you may not.
20              And so I'm going to take the partial verdict.  The
21    question, then, is whether -- and I think now we have --
22    we'll see.  I don't hear anyone saying I should give any
23    other instruction to them other than, "You may continue your
24    deliberations."  And I'll -- I'm going to poll them.  Look,
25    the reality is they are returning a verdict.  If the
```

```
1    defendants -- the concerns about horse-trading and the rest,

2    the reality is they can't -- once they've returned the

3    verdict, it is their verdict.  And you are right.  You are

4    entitled to -- for me to poll them, if they would -- if you

5    would like, and I will poll them, but that's not a reason,

6    in my view, not to take the partial verdict.

7         MS. HERNANDEZ:  So the note the Court sent about

8    partial verdict -- which is the more specific controls over

9    the general -- was "if you reach a partial verdict, send us

10   a note."  That was the -- that was what you -- and you -- it

11   was a hybrid of the pre-Thomas instruction.  Mr. Metcalf

12   objected vehement- -- strongly and the Court told him to sit

13   down.  So I think -- I still lodge an objection to taking a

14   partial verdict.

15        THE COURT:  All right.

16        MR. PATTIS:  (Indicating.)

17        THE COURT:  Mr. Pattis?

18        MR. PATTIS:  Would the Court consider a brief

19   recess?  I realize we're prolonging the inevitable, but I'd

20   like to speak to my co-counsel, fellow counsel, and speak to

21   the Government.  I think there might be a way out, but it

22   would require the Government's consent -- a way to avoid

23   this conundrum, and I'd -- but I'd like to speak to the

24   Government.

25        THE COURT:  What -- why don't I give you -- let me
```

```
1    put it this way.  Does the end result of what you are asking
2    for mean I wouldn't take a partial verdict?
3                MR. PATTIS:  No.  It would -- it might potentially
4    shorten the proceedings.
5                THE COURT:  All right.  Why don't I just give
6    you -- I mean, I -- why don't I just remain on the bench and
7    give you the opportunity to have a quick discussion with
8    counsel right now.
9                (Brief pause.)
10               MR. PATTIS:  We can't agree, Judge.
11               THE COURT:  All right.  Well, hope always springs
12   eternal.
13               MR. PATTIS:  Yes.
14               THE COURT:  All right.  Ms. Harris, if you -- so
15   should I just assume there is a request I will poll them?
16   Is that request being made by one or more defendants?
17               MR. JAUREGUI:  Yes.
18               MR. PATTIS:  Mr. Biggs will oppose polling until
19   there is a final verdict.  So he would oppose interim
20   polling and then sending them back.
21               THE COURT:  All right.  Does any defendant want me
22   to take an interim poll -- or not an interim poll, but -- a
23   poll of the partial verdict?
24               MS. HERNANDEZ:  If the Court takes a verdict, then
25   I want polling.  I object to taking a partial verdict.
```

```
 1          THE COURT:  All right.  Any other defendant want
 2    to put a position on the record on the issue of polling?
 3          MR. SMITH:  Yes, Your Honor.  We -- Mr. Nordean
 4    agrees with Ms. Hernandez that if the Court takes the
 5    partial verdict, then we would ask for polling.  Yep.  Thank
 6    you.
 7          THE COURT:  All right.
 8          MR. METCALF:  Mr. Pezzola takes the position that
 9    we do not want polling until there is a full unanimous
10    verdict, joining Mr. Biggs.
11          MR. HASSAN:  Judge, Nayib Hassan on behalf of
12    Mr. Tarrio.
13          Judge, in light of the positions of the parties --
14    and it appears there's a breakdown, Judge -- I would agree
15    with Mr. Smith and with Ms. Hernandez that a partial -- that
16    if the Court accepts a partial verdict, Judge, that you --
17    we would poll the jury.
18          THE COURT:  All right.  Ms. Hernandez, if you --
19    Ms. Harris, if you would bring the jury in, I will take the
20    partial verdict and poll them on their verdict.
21          MS. HERNANDEZ:  Your Honor, for purposes of
22    polling, I would request that the jury be asked as to each
23    defendant as to each count.
24          THE COURT:  Well, I'm simply going to ask them
25    whether the verdict that has been -- that I have -- that
```

1    they have read is the verdict of -- for each of them -- is

2    the -- is each individual juror's verdict.

3              MS. HERNANDEZ:  So I'm requesting a -- as to each

4    count as to each defendant.

5              THE COURT:  What's the Government's view on

6    whether that's required?

7              MR. KENERSON:  The Government's view is that

8    that's not required; that the verdict must be the judgment

9    of each individual juror.  The Court's question captures

10   that.

11             MS. HERNANDEZ:  Your Honor, may I ask, is the

12   Court going to take the verdict form from the jury?  Is that

13   how they're going to return the verdict?

14             THE COURT:  Well, yes, and then we will post

15   whatever we get and then they'll get the original back to

16   continue to deliberate on -- as to those matters they have

17   not reached a verdict on.

18             (Brief pause.)

19             MR. MCCULLOUGH:  Your Honor, just very quickly,

20   Jason McCullough for the United States.

21             Just want to make sure that to the extent that you

22   take the verdict form, that you first confirm that there are

23   no other notes on the verdict form as to the counts where

24   they have not reached agreement.  I don't think that would

25   be the case, but just to ensure that we are not intruding

 1    into any additional notes on the form beyond checkmarks in

 2    those areas where they have reached a unanimous verdict.

 3             THE COURT:  And if there is something along those

 4    lines, I suppose I would just send them back with an

 5    instruction to, you know, only indicate on the form where

 6    they have reached a unanimous verdict.

 7             MR. MCCULLOUGH:  Thank you.

 8             (Brief pause.)

 9             THE DEPUTY CLERK:  Jury panel.

10             (Jury returned to jury box at 10:57 a.m.)

11             THE COURT:  All right.  Everyone may be seated.

12             All right.  Ladies and gentlemen, who on the jury

13    speaks as its foreperson?

14             THE FOREPERSON:  (Indicating.)

15             THE COURT:  All right.  Sir, has the jury

16    unanimously agreed upon a partial verdict?

17             THE FOREPERSON:  We have, Your Honor.

18             THE COURT:  All right.  If you will please hand

19    the verdict form to the courtroom deputy to inspect.

20             (Brief pause.)

21             All right.  Very well.

22             Ms. Harris, will you -- let me just actually make

23    sure of one more thing and then we'll have you return this

24    to the foreperson.

25             (Brief pause.)

1          All right.  Sir, as to Count 1, seditious

2    conspiracy, the first question is whether -- do you find

3    that the Government has proved beyond a reasonable doubt the

4    existence of the conspiracy charged in Count 1?  What does

5    the jury say, no or yes?

6          THE FOREPERSON:  Yes.

7          THE COURT:  As to port -- partial -- Part B, the

8    second question is, did the conspiracy charged in Count 1

9    include one or both of the following goals?  Goal 1, to

10   oppose by force the authority of the Government of the

11   United States.  How does the jury find, no or yes?

12         THE FOREPERSON:  Yes.

13         THE COURT:  As to Goal 2, to use force to prevent,

14   hinder, or delay the execution of any law of the United

15   States, how does the jury find, no or yes?

16         THE FOREPERSON:  Yes.

17         THE COURT:  Okay.  And so I'll ask you the verdict

18   as to the defendants you've indicated you've reached a

19   verdict on.  How does the jury find as to Defendant Ethan

20   Nordean, guilty or not guilty?

21         THE FOREPERSON:  Guilty.

22         THE COURT:  How does the jury find as to Defendant

23   Joseph Biggs, guilty or not guilty?

24         THE FOREPERSON:  Guilty.

25         THE COURT:  And how do you find as to Defendant

1    Zachary Rehl, guilty or not guilty?

2                THE FOREPERSON:  Guilty.

3                THE COURT:  And how do you find as to Defendant

4    Enrique Tarrio, guilty or not guilty?

5                THE FOREPERSON:  Guilty.

6                THE COURT:  Count 2, conspiracy to obstruct an

7    official proceeding.  The first question is, do you find

8    that the Government has proved beyond a reasonable doubt the

9    existence of the conspiracy charged in Count 2?  How does

10   the jury find, no or yes?

11               THE FOREPERSON:  Yes.

12               THE COURT:  Okay.  And as to each defendant, how

13   do you find as to Defendant Ethan Nordean, guilty or not

14   guilty?

15               THE FOREPERSON:  Guilty.

16               THE COURT:  How do you find as to Defendant Joseph

17   Biggs, guilty or not guilty?

18               THE FOREPERSON:  Guilty.

19               THE COURT:  How do you find as to Defendant

20   Zachary Rehl, guilty or not guilty?

21               THE FOREPERSON:  Guilty.

22               THE COURT:  And how do you find as to Defendant

23   Enrique Tarrio, guilty or not guilty?

24               THE FOREPERSON:  Guilty.

25               THE COURT:  Count 3, obstruction of an official

1    proceeding, how do you find as to Defendant Ethan Nordean,

2    guilty or not guilty?

3                THE FOREPERSON:  Guilty.

4                THE COURT:  How do you find as to Defendant Joseph

5    Biggs, guilty or not guilty?

6                THE FOREPERSON:  Guilty.

7                THE COURT:  How do you find as to Defendant

8    Zachary Rehl, guilty or not guilty?

9                THE FOREPERSON:  Guilty.

10                THE COURT:  How do you find as to Defendant

11    Enrique Tarrio, guilty or not guilty?

12                THE FOREPERSON:  Guilty.

13                THE COURT:  And how do you find as to Defendant

14    Dominic Pezzola, guilty or not guilty?

15                THE FOREPERSON:  Guilty.

16                THE COURT:  Count 4 is conspiracy to prevent

17    members of Congress or federal officers from discharging

18    their duties.  The first question, Question A, is, do you

19    find that the Government has proved beyond a reasonable

20    doubt the existence of the conspiracy charged in Count 4, no

21    or yes?

22                THE FOREPERSON:  Yes.

23                THE COURT:  Okay.  And did the conspiracy charged

24    in Count 4 include one or both of the following goals?  Goal

25    1, to prevent a member of Congress or federal officer from

1    discharging a duty as a member of Congress or a federal

2    officer.  How does the jury find, no or yes?

3              THE FOREPERSON:  Yes.

4              THE COURT:  Goal 2, to induce a member of Congress

5    or a federal officer to leave the place where the member of

6    Congress or federal officer's duties are required to be

7    performed.  How does the jury find, no or yes?

8              THE FOREPERSON:  Yes.

9              THE COURT:  And so your verdict on Count 4 as to

10   Ethan Nordean, does the jury find Defendant Ethan Nordean

11   guilty or not guilty?

12             THE FOREPERSON:  Guilty.

13             THE COURT:  As to Defendant Joseph Biggs, does the

14   jury find guilty or not guilty?

15             THE FOREPERSON:  Guilty.

16             THE COURT:  As to Defendant Zachary Rehl, how does

17   the jury find, guilty or not guilty?

18             THE FOREPERSON:  Guilty.

19             THE COURT:  As to Defendant Enrique Tarrio, how

20   does the jury find, guilty or not guilty?

21             THE FOREPERSON:  Guilty.

22             THE COURT:  And as to Defendant Dominic Pezzola,

23   how does the jury find, guilty or not guilty?

24             THE FOREPERSON:  Guilty.

25             THE COURT:  Count 5 is obstructing officers during

```
 1    a civil disorder.  How does the jury find as to Defendant
 2    Ethan Nordean, guilty or not guilty?
 3              THE FOREPERSON:  Guilty.
 4              THE COURT:  How does the jury find as to Defendant
 5    Joseph Biggs, guilty or not guilty?
 6              THE FOREPERSON:  Guilty.
 7              THE COURT:  How does the jury find as to Defendant
 8    Zachary Rehl, guilty or not guilty?
 9              THE FOREPERSON:  Guilty.
10              THE COURT:  How does the jury find as to Defendant
11    Enrique Tarrio, guilty or not guilty?
12              THE FOREPERSON:  Guilty.
13              THE COURT:  And how does the jury find as to
14    Defendant Dominic Pezzola, guilty or not guilty?
15              THE FOREPERSON:  Guilty.
16              THE COURT:  As to Count 7, destruction of
17    government property of value over $1,000, how does the jury
18    find as to Defendant Dominic Pezzola, guilty or not guilty?
19              THE FOREPERSON:  Guilty.
20              THE COURT:  As to Count 9, assaulting, resisting,
21    or impeding certain officers, how does the jury find as to
22    Defendant Ethan Nordean, guilty or not guilty?
23              THE FOREPERSON:  Not guilty.
24              THE COURT:  How does the jury find as to Defendant
25    Joseph Biggs, guilty or not guilty?
```

1           THE FOREPERSON:  Not guilty.

2           THE COURT:  How does the jury find as to Defendant

3  Zachary Rehl, guilty or not guilty?

4           THE FOREPERSON:  Not guilty.

5           THE COURT:  How does the jury find as to Defendant

6  Enrique Tarrio, guilty or not guilty?

7           THE FOREPERSON:  Not guilty.

8           THE COURT:  And how does the jury find as to

9  Defendant Dominic Pezzola, guilty or not guilty?

10          THE FOREPERSON:  Guilty.

11          THE COURT:  And as to Count 10, robbery of

12  personal property of the United States -- as to Count 10,

13  how does the defendant -- how does the jury find Defendant

14  Dominic Pezzola, guilty or not guilty?

15          THE FOREPERSON:  Guilty.

16          THE COURT:  All right.  Very well.  Now, I'm going

17  to ask each juror.

18          MR. MCCULLOUGH:  (Indicating.)

19          MR. KENERSON:  Your Honor --

20          THE COURT:  Can I have the juror in Seat No. 1 --

21          MR. KENERSON:  -- may we go to the phones briefly?

22          THE COURT:  Yes.

23          (Bench conference:)

24          MR. KENERSON:  Can everyone hear me?

25          I think it's -- at least based on the note that

```
 1    they sent, I -- obviously, the Court's seen the verdict form

 2    and we haven't.  It's possible they submitted -- the Court

 3    skipped Count 6.  The note, at least, indicated that they

 4    had reached a verdict on Count 6, but I didn't hear the

 5    Court take one on that.

 6              MR. PATTIS:  That's -- Biggs joins on that.

 7              (Brief pause.)

 8              THE COURT:  Ah, you are correct.  I made a -- you

 9    are correct.  I'll take that, as well.

10              (Return from bench conference.)

11              THE COURT:  All right.  Backtracking -- before we

12    proceed any further -- to Count 6, destruction of government

13    property of value over $1,000, how does the jury find as to

14    Defendant Ethan Nordean?

15              THE FOREPERSON:  Guilty.

16              THE COURT:  How does the jury find as to Defendant

17    Joseph Biggs?

18              THE FOREPERSON:  Guilty.

19              THE COURT:  How does the jury find as to Defendant

20    Zachary Rehl?

21              THE FOREPERSON:  Guilty.

22              THE COURT:  How does the jury find as to Defendant

23    Enrique Tarrio?

24              THE FOREPERSON:  Guilty.

25              THE COURT:  How does the jury find as to Defendant
```

1    Dominic Pezzola?

2              THE FOREPERSON:  Guilty.

3              THE COURT:  All right.  Now, I'm going to ask the

4    juror in -- if you can pass the microphone to the juror in

5    Seat No. 1.

6              All right.  Ma'am, do you agree with the partial

7    verdict that was announced by your foreperson?

8              JUROR NO. 1177:  I do.

9              THE COURT:  All right.  If you pass the microphone

10   to the juror sitting in Seat No. 2.

11             Ma'am, do you agree with the partial verdict that

12   was announced by your foreperson?

13             JUROR NO. 1324:  I do.

14             THE COURT:  All right.  The juror in Seat No. 3,

15   do you agree with the partial verdict that was announced by

16   your foreperson?

17             JUROR NO. 1190:  I do.

18             THE COURT:  Okay.  Juror No. 4 -- in Seat No. 4,

19   do you agree with the partial verdict that was announced by

20   your foreperson?

21             JUROR NO. 1430:  I do.

22             THE COURT:  Juror in Seat No. 5, do you agree with

23   the partial verdict that was announced by your foreperson?

24             JUROR NO. 0935:  I do.

25             THE COURT:  Juror in Seat No. 6, do you agree with

1    the partial verdict that was announced by your foreperson?

2          JUROR NO. 0769:  I do.

3          THE COURT:  Juror in Seat No. 7, do you agree with

4    the partial verdict that was announced by your foreperson?

5          JUROR NO. 1133:  I do.

6          THE COURT:  All right.  If you'd pass the

7    microphone to the juror sitting in Seat No. 8.

8          Sir, do you agree with the partial verdict that

9    was announced by your foreperson?

10         JUROR NO. 0732:  I do.

11         THE COURT:  Juror in Seat No. 9, do you agree with

12   the partial verdict that was announced by your foreperson?

13         JUROR NO. 1268:  I do.

14         THE COURT:  Juror in Seat No. 10, do you agree

15   with the partial verdict that was announced by your

16   foreperson?

17         JUROR NO. 1390:  I do.

18         THE COURT:  Okay.  And if -- sir, if you'd pass to

19   the juror sitting in Seat No. 16.

20         Sir, do you agree with the partial verdict that

21   was announced by your foreperson?

22         JUROR NO. 0339:  I do.

23         THE COURT:  All right.  And if you'd pass it back

24   to the foreperson.

25         And, Mr. Foreperson, do you, in your capacity as

1    an individual juror, also agree with the verdict that you

2    announced?

3            THE FOREPERSON:  I do.

4            THE COURT:  All right.  Very well.

5            What we will do, then, is Ms. Harris is going to

6    take the verdict form, make a copy of it, and return it to

7    you, and then we'll ask you to continue your deliberations

8    on the remaining counts and defendants for which you have

9    not returned your partial verdict.

10           Let me speak to counsel at sidebar just for one

11   moment.

12           (Bench conference:)

13           THE COURT:  All right.  Anything further from the

14   Government?

15           MR. KENERSON:  No, Your Honor.

16           THE COURT:  All right.  Anything further from any

17   defendant?

18           MR. PATTIS:  Judge, I couldn't tell.  Biggs --

19   Pattis for Biggs.  Did the Court observe any hesitancy in

20   Juror 10?  I couldn't tell from her voice and I wasn't

21   looking up.

22           THE COURT:  I was looking at them all and I did

23   not.

24           MR. PATTIS:  Well, I'll have to trust that, then.

25   Thank you, sir.  I just thought I heard a quavering in the

1    voice and had hope.  All right.

2               THE COURT:  All right.  I will send them back,

3    then.

4               MS. HERNANDEZ:  So Your Honor, I --

5               THE COURT:  Yes?

6               MS. HERNANDEZ:  I, again, request that each juror

7    be polled as to each count.

8               THE COURT:  I understand.  I'm overruling that

9    objection.  I think the polling I've done is lawful and

10   legally sufficient.

11               (Return from bench conference.)

12               THE COURT:  All right.  Ladies and gentlemen,

13   we'll excuse you to continue your deliberations on the

14   remaining counts and defendants.  Thank you.

15               (Jury returned to jury room at 11:12 a.m.)

16               THE COURT:  All right.  You all may be seated.

17               So as I said, Ms. Harris will post the verdict

18   form that has -- the partial verdict form that's been --

19   that we've received and she'll provide the original back to

20   the jury for their continued deliberations.  Until 5:00

21   o'clock or sooner, we'll be adjourned.

22               THE DEPUTY CLERK:  All rise.  This Honorable Court

23   stands in recess.

24               (Recess taken at 11:13 a.m. and proceedings

25   resumed at 2:54 p.m. as follows:)

1          THE DEPUTY CLERK:  We are back on the record in

2    Criminal Matter 21-175, United States of America v. Ethan

3    Nordean, et al.

4          THE COURT:  All right.  Good afternoon.

5          Let's see if we can tick off the things we need to

6    here.

7          First, I saw, Ms. Hernandez, you filed a motion

8    that's been docketed at No. 793 on the docket for a mistrial

9    on Count 1.  The jury instructions specifically tell the

10   jury they can return a verdict on any count with regard to

11   any defendant at any time, and so I don't think there's any

12   basis for your motion, and so I will deny it for all the

13   reasons I've already put on the record.  That's number one.

14         Number two, obviously, you all have seen the note.

15   And so, again, I think the question is what -- I will,

16   obviously, bring them in and take the additional partial

17   verdict they have.  The question is what the parties think I

18   should do after that and in light of how long they've been

19   deliberating and the last part of the note that says "After

20   lengthy discussions, all jurors firmly agree that further

21   deliberations will not lead to a unanimous decision" on the

22   counts that they list.

23         So let me hear from the Government first; then

24   I'll hear from any defendant.

25         MR. KENERSON:  Your Honor, we're -- we noted the

1    same things the Court's noted, of course, about what the

2    jurors said in their notes about where they are in

3    deliberations.  I guess we're happy to go first and put our

4    position on the record.  It might -- I would suggest, if the

5    Court is willing, it might be worth asking if the defendants

6    have any motions based on those counts and we would, then,

7    respond in kind.

8            THE COURT:  All right.  Very well.

9            Do defendants have any motions based on those

10   comments and the entire record?

11           (Brief pause.)

12           MR. PATTIS:  After consultation with Mr. Biggs,

13   Judge, he regards the verdict as recorded thus far as a

14   manifest miscarriage of justice and will not make a motion.

15   He'll see the process through and place his hopes in the

16   appellate courts.

17           THE COURT:  All right.  Any other defendant want

18   to make a motion for what -- how you think I should ask the

19   jury to proceed once we take the partial verdict that they

20   have indicated they have?  The additional partial verdict.

21           MS. HERNANDEZ:  Your Honor, it's clear to me from

22   the note that the jury is telling the Court that they --

23   that nothing more can be gained by continuing to deliberate.

24   And I -- other than that, I guess I join Mr. Pattis's

25   motion.

1          THE COURT:  Well, Mr. Pattis did not make a

2    motion.  So if you're going to make a motion for a mistrial

3    on those motions, you will have to do it.

4          MS. HERNANDEZ:  All right.  So -- okay.  So I join

5    the statement made by Mr. Pattis.

6          THE COURT:  All right.

7          MR. METCALF:  Your Honor, in regards to Counts 7

8    and 8 -- or Counts 2 and 8 applying to Mr. Pezzola, we would

9    move -- and in light of the last part of the jury's note, it

10   doesn't make sense to have them have to go back in the room

11   and waste more time until 5:00 o'clock where we let them go.

12   It's been made apparent that they're not going to come

13   anywhere closer to a decision.  So we'd move for those

14   counts to be dismissed.

15         THE COURT:  You would move for them to be

16   dismissed or move for a mistrial?

17         MR. METCALF:  Or -- yes, for those counts to be

18   hung, then, alternatively.

19         THE COURT:  All right.  So I understand

20   Mr. Pezzola, then, to be moving on -- as -- on a mis- -- for

21   a mistrial as to Count 2 and for all defendants -- and for

22   Count 8 as it applies to him; is that correct?

23         MR. METCALF:  Yes, Your Honor.

24         THE COURT:  All right.  Any other defendant want

25   to move in that regard or simply tell me what your position

1    is with regard to what I tell the jury once we take the

2    partial verdict?

3            (Brief pause.)

4            No motions, no -- and no -- no motions and no

5    position articulated.  Okay.

6            MS. HERNANDEZ:  The position I took, Your Honor,

7    is that I don't think anything further will -- any more time

8    or any more deliberation -- as I read the -- that's the

9    position I took.  As I read the note, is they're telling the

10   Court in no uncertain terms that nothing more -- they will

11   not reach any more unanimity no matter how much longer they

12   get -- in the words of one of the jurors -- how much longer

13   they get held, you know, in the jury room.

14           THE COURT:  Right.  So the question is -- I

15   understand that.  So are you moving for me to declare them

16   hung and a mistrial as to your client?

17           (Brief pause.)

18           I --

19           MS. HERNANDEZ:  I'm not making another motion.

20           THE COURT:  All right.  What's the Government's

21   position on all of that?

22           MR. KENERSON:  So I -- so the Government's

23   position is, with respect to Mr. Metcalf's motion, we do not

24   oppose.  It sounds like the other defendants do not want to

25   state that they're making a motion, but they are saying that

1    further -- at least the defendants who have said anything

2    are saying that further deliberations will not be fruitful.

3    We would note that they've been deliberating now on -- some

4    were half-days, but seven different calendar days.  Their

5    notes that they have sent the Court, their demeanor when

6    they have been here in court shows that they have been

7    deliberating carefully for that time with attention to

8    detail, and given that combined with what is in the current

9    note that was just sent, we do agree with Mr. Pezzola's

10    counsel and the implied position, it seems, of other counsel

11    that have spoke up that as to the counts remaining --

12    Count 2 as to Mr. Pezzola; Count 7 as to Mr. Nordean, Biggs,

13    Rehl, and Tarrio; and Count 8 as to all defendants -- a

14    mistrial's appropriate.

15          THE COURT:  All right.

16          MR. PATTIS:  Judge, may I be heard briefly on the

17    question of implicit?  We are impliedly not -- the reason

18    we're taking the position we are is to preserve an issue and

19    to avoid a finding of intrinsic -- of a waiver on an

20    intrinsic failure of the trial process, and when the

21    Court -- if the Court declares a manifest necessity for a

22    mistrial, we don't want to waive any potential double

23    jeopardy claims on a retrial.  So there is no implicit

24    acknowledgement or request here.

25          THE COURT:  I absolutely understand why you're

 1    taking the position you are.

 2          Is the Government -- does the Government have any

 3    opposition on the record as you have articulated it, then,

 4    to me declaring the jury hung and a mistrial on that basis

 5    for the remaining counts that the jury, at this point, has

 6    said they cannot reach a verdict on?

 7          MR. KENERSON:  Correct, Your Honor.  We have no

 8    opposition to that, and to the extent that no defendant has

 9    moved on a particular count, we would move affirmatively.

10          MR. PATTIS:  And we object, Judge.

11          MS. HERNANDEZ:  I'm sorry.  What was the last

12    thing you said, Mr. Kenerson?  I didn't hear what --

13          THE COURT:  "We" -- he said, "We would move

14    affirmatively."

15          MR. PATTIS:  And Biggs objects.

16          THE COURT:  Okay.  All right.  I'm inclined, at

17    this point, to -- on the whole record -- I mean, it's a

18    little unusual, given that we haven't given them any

19    anti-deadlock instruction, but on the other hand they've

20    been deliberating for basically a week now, even if the

21    hours might not add up to a full week, number one.  Number

22    two, we know they've been very active.  They've sent all

23    these -- all the notes that we've been here addressing.  And

24    then third, you know, the part -- the jury note says "After

25    lengthy discussions, all jurors firmly agree that further

1    deliberations will not lead to a unanimous decision on these

2    counts."  So given all of that and the position -- the

3    positions of all the parties, I will declare as to those

4    remaining -- the counts other than -- I guess it's Count 1

5    as to Defendant Pezzola that they're going to come back and

6    deliver.  I won't have them deliberate any further.  I will

7    declare them hung and a mistrial on that basis on the

8    remaining counts.

9           So what I plan to do, then, is bring the jury in,

10    take their additional -- take their verdict.  I assume --

11           Let me ask Mr. Metcalf.  Would -- do you

12    request -- since it's your client, do you request that I

13    poll them?

14           MR. METCALF:  Yes, Your Honor.

15           THE COURT:  Okay.  So I will go ahead and do that.

16    I'll excuse and thank the jury.  I'll let them know -- I'll

17    excuse and thank them, and then we can talk about future

18    dates in terms of both sentencing and in terms of a date

19    when -- I would -- I'll just suggest that all the parties

20    confer about a schedule for post-trial motions and, maybe,

21    within a week, let me know your proposals on what those

22    schedules would look like.

23           MR. METCALF:  Your Honor, I just have one more --

24    other application just in regards to how there was a lot of

25    uncertainty with Mr. Pezzola and various different counts.

1    It was Count 1 until now, but Counts 2 and 8.  So there was

2    three different counts that the jury was -- could not come

3    to a unanimous decision on, and I would request and make an

4    application to be able to speak to the jurors on that basis.

5              THE COURT:  Well, the question of whether --

6              MS. HERNANDEZ:  I would join, given the --

7              THE COURT:  The jury, once their service is done,

8    they are free -- I mean, they're free to talk to people

9    about their service if they so choose or not if they so

10   choose.  So --

11             MS. HERNANDEZ:  We're not allowed to talk to them

12   unless the Court authorizes us.  I believe the local rules

13   don't allow defense counsel to talk to them unless the Court

14   authorizes.

15             THE COURT:  I'll consider -- I'm not going to -- I

16   don't want to burn time on that right now, but I'll consider

17   your requests --

18             MR. METCALF:  Thank you --

19             THE COURT:  -- for sure.

20             MR. METCALF:  -- Your Honor.

21             THE COURT:  Okay.  All right.  And just so the

22   parties are aware, consistent with the practice in this

23   court, before the jury is released, I am going to thank them

24   for their service before they leave.  They've spent a lot of

25   time on a very important public service.

1        All right.  So Ms. Harris, if you'll bring the

2    jury in, we'll take the remaining verdict they have and

3    excuse the jury.

4        (Brief pause.)

5        MR. HULL:  Your Honor, Dan Hull for Biggs.

6        If it wasn't clear from earlier discussion, we

7    also would like to have the opportunity, if we can under the

8    rules here and your practices, to --

9        THE COURT:  I'll --

10       MR. HULL:  -- talk to the jury.

11       THE COURT:  I understand your request and you --

12       MR. HULL:  Debrief the jurors.

13       THE COURT:  I'm not -- let me put it this way.

14   I'm going to take your request under advisement.

15       (Brief pause.)

16       MR. KENERSON:  And, Your Honor, while we're

17   waiting for the jury to come in, the local rule that

18   Ms. Hernandez referenced, just so everyone is on the same

19   page of its requirements, is Local Criminal Rule 24.2, and

20   subsection (b), as in "boy," deals with after trial.

21       THE COURT:  All right.

22       (Brief pause.)

23       MR. HULL:  And not to beat a dead horse, Your

24   Honor, but my sense is that we would have to do that after

25   they were discharged but while they were still in the room,

```
 1    like today.  Even if we weren't all in the mood to do it
 2    at -- this would be the time, I think.
 3              THE COURT:  I think you'll -- you would have the
 4    ability to -- I don't think the rule necessarily
 5    contemplates that, and if -- so --
 6              MR. HULL:  Whatever it is, sir.
 7              THE COURT:  All right.
 8              MS. HERNANDEZ:  So was I right on my reading of
 9    the rule, Mr. Kenerson?
10              THE COURT:  Ms. Hernandez, you can -- if you'll
11    address me and -- instead of your fellow counsel.  Thank
12    you.
13              (Brief pause.)
14              Well, looking at the rule -- actually, here's what
15    I'm going to do.  When Ms. Harris comes in, I'm going to
16    send them back for a moment.
17              THE DEPUTY CLERK:  Jury panel.
18              (Jury returned to jury box at 3:09 p.m.)
19              THE COURT:  All right.  You all may be seated.
20              Ms. Harris, we -- in the space of time before --
21    when you received -- when you retrieved the jury, an issue
22    has come up that we have to discuss before we speak with
23    them further.  So if you could bring them back to the
24    deliberations room.
25              I'm sorry about that.  I'm sorry about that to all
```

1     of you.  We'll be with you in one moment.

2               (Jury returned to jury room at 3:10 p.m.)

3               THE COURT:  All right.  I just brought up the

4     local rule as Mr. Kenerson raised it, and I just -- I guess

5     I want -- it doesn't necessarily say that.  It says "may

6     grant permission to speak upon such conditions as it deems

7     appropriate, including, but not limited to, requirement the

8     juror be examined only in the presence of the court."  It

9     does say "upon receiving such a request, the court shall

10    inform the jury that no juror's required to speak to anyone

11    but that a juror may do so if the juror wishes."  So I think

12    it -- at a minimum, I -- because I have received such a

13    request -- "but before the jury" -- "an attorney may request

14    leave of court after their discharge" -- "after receiving

15    such a request, the court shall inform the jury" -- so I

16    will inform them of that point, given that the local rule

17    suggests that -- it seems to say, to me, that I should --

18    that -- i.e., tell them that they are -- "no juror's

19    required to speak to anyone but that a juror may do so if

20    the juror wishes."  What's the position -- it -- as I said,

21    I don't think the rule suggests one way or the other that

22    that happen -- has to happen right now.  And so my -- given

23    I haven't come across this, my -- what I plan to do is just

24    take your request under advisement, and if I give you

25    permission, then you'll be able to do that.

1      Is -- what's the Government's view of how we

2  should proceed?

3      MR. KENERSON:  I think that that's the

4  Government's view.  The Court should give the admonition and

5  then take this up under advisement as the Court said, and if

6  the Court does grant the request, then we'll cross the

7  bridge when it comes to it, but I don't think the Court --

8  there's any need or nor should the Court hold the jury for

9  this.

10      THE COURT:  Okay.  Any defendant want to put

11  anything on the record here?

12      MS. HERNANDEZ:  I would -- I think I -- my

13  experience has been that we -- if the jurors are -- after

14  the Court tells them what you're going to tell them that

15  they don't have to, that some may be willing to stay around

16  and talk to us, because the alternative would be that we

17  would be reaching out to them, I guess, in their homes, and

18  I'm not sure -- I've never done that.  That seems to me a

19  little more intrusive, calling them:  "Hi.  Remember me?"

20  So I think the less intrusive manner would be tell them they

21  don't need to, but some counsel would be interested in

22  talking to them, and if it's okay -- if they could stay

23  around either the courtroom or the jury room, we could go

24  back and talk to them.

25      THE COURT:  All right.  I'm --

```
1          MR. METCALF:  I join that.  It's now or never.
2   It -- essentially.  If you -- if we don't do it now and rip
3   the Band-Aid off, then they're going to be told the opposite
4   of what we're asking them.  They can't talk to anybody, and
5   then it's -- your decision is going to be reserved to a
6   point in time where it's going to make it virtually
7   impossible for us to speak to them and meaningless.  So I
8   ask that we do it now.
9          THE COURT:  I'm not -- that's not what they're
10  going to be told, to be very clear.  It says "upon receiving
11  such a request" -- and this -- the -- I'm going to follow
12  the language of the rule.  I'm going to inform them that
13  it's up to them about whether to talk to a party -- not a
14  party, but -- anybody about their jury service at this
15  point, and then I'll take your request under advisement and
16  deal with it at a later time.
17         MR. HASSAN:  (Indicating.)
18         THE COURT:  Yes, sir?
19         MR. HASSAN:  Judge, there's one matter that I
20  would ask the Court to take up.  If we go to the phones
21  really quick, Judge?  Just a quick matter, Judge.
22         (Bench conference:)
23         MR. HASSAN:  Can the Court hear me?  No.
24         THE COURT:  Yes.  Yes.
25         MR. HASSAN:  We can't hear you.
```

```
 1                    THE COURT:  I can't --

 2                    MR. HASSAN:  We can't hear you.  That's the

 3       problem.

 4                    THE COURT:  You cannot hear me?  Can you not hear

 5       me?  Huh.  You --

 6                    MR. HASSAN:  Judge, I've communicated with the

 7       Government regarding this issue.  There's apparently an

 8       issue with the individual defendants in this case possibly

 9       having a separation order.  It's my understanding the

10       Department of Justice did not put the separation order in

11       place.  If there is a separation order in place by the

12       marshals; by another unit, I would ask the separation order

13       to be lifted at this point in time, Judge, and I don't know

14       where it's coming from, but I'm just putting -- placing it

15       on notice with the Court.

16                    THE COURT:  A separation --

17                    MR. HULL:  Biggs joins.

18                    THE COURT:  All right.  Can the Government respond

19       to that.

20                    MR. KENERSON:  Well, I think our first response is

21       we should do this after we take care of the jury, but that's

22       neither here nor there.  What we've told them is we -- that

23       request did not come from us.  To the extent it came from

24       anyone else and to the extent it's an actual thing, we can't

25       take a position on what anyone else may have put in a
```

1    separation order.

2            THE COURT:  All right.  Let's address it right

3    after we take care of the jury.

4            MR. HASSAN:  I understand --

5            MR. HULL:  And, Your Honor, the defendants are

6    under the impression that it was your order or something

7    implied from one of your orders.

8            THE COURT:  No, I can't order -- as you all know

9    well from a lot of different twists and turns of this case,

10   I can't order -- I don't believe I have the authority to

11   order how the Bureau of Prisons treats the defendants.  So I

12   don't believe -- it's not anything I ordered.

13           MR. HASSAN:  Judge, I spoke with the marshals

14   earlier on today.  They're looking into it and -- themselves

15   as well, Judge.  So I just wanted to put it on notice.

16           THE COURT:  Okay.

17           MR. HASSAN:  We know the Court wanted to expedite

18   everything with removal of the jurors and thanking them for

19   their service in the back.  So that's why I put it on

20   notice --

21           THE COURT:  You --

22           MR. HASSAN:  -- as of right now, Judge.

23           THE COURT:  All right.  Look, you tell me --

24   Mr. Hassan, as we go forward, if there's something I need to

25   address here, you all know where to find me.

1    MR. HASSAN:  Absolutely, Judge.  Our cause for

2    concern is that these individuals, at this point in time,

3    once they're released from their facility right now, they're

4    going to be housed, and if there's a separation order, then

5    they may go to different facilities, and that's our cause

6    for concern at this point in time, Judge.

7         THE COURT:  All right.  Well, obviously, that's

8    not going to play itself all the way out until sentencing,

9    but I hear what you're saying.  We'll take it up afterward.

10        MR. HASSAN:  Thank you, Judge.

11        (Return from bench conference.)

12        THE COURT:  All right.  Ms. Harris, sorry about

13   that.  With that caveat, if you'll bring the jury in.

14        (Brief pause.)

15        THE DEPUTY CLERK:  Jury panel.

16        (Jury returned to jury box at 3:19 p.m.)

17        THE COURT:  All right.  Everyone may be seated.

18        Welcome back, ladies and gentlemen.

19        So once again, sir, it's -- just for the record,

20   it is juror in Seat No. 14 who is -- who speaks for you as

21   your foreperson; is that correct?

22        THE FOREPERSON:  Yes.

23        THE COURT:  All right.  Oh, let's get --

24        THE DEPUTY CLERK:  (Indicating.)

25        THE COURT:  Yes.  Thank you, Ms. Harris.  If you

1    would get the juror the microphone.

2                Is that correct, sir?

3                THE FOREPERSON:  Yes.

4                THE COURT:  All right.  And for the record -- and

5    you are Juror 1456; correct?

6                THE FOREPERSON:  That's correct.

7                THE COURT:  All right.  Very well.

8                (Brief pause.)

9                All right.  Ms. Harris, will you return the

10   verdict sheet -- the verdict form to the foreman.

11               (Brief pause.)

12               All right.  Sir, how does the jury find as to

13   Count -- let me just make sure I get it correctly -- as to

14   Count 1 and Defendant Dominic Pezzola, how does the jury

15   find, not guilty -- guilty or not guilty?

16               THE FOREPERSON:  Not guilty.

17               THE COURT:  All right.  Very well.

18               And if you would pass the microphone to the juror

19   seated in Seat No. 1.

20               All right.  And, ma'am, first of all, you are in

21   Seat No. 1.  And you are Juror 1177; correct?

22               JUROR NO. 1177:  Yes.

23               THE COURT:  All right.  And do you agree with the

24   partial verdict that was just announced by your foreperson?

25               JUROR NO. 1177:  Yes, I do.

```
1              THE COURT:  All right.  If you would pass the
2      microphone to the juror in Seat No. 2.
3              First of all, ma'am, you are Juror 1324, for the
4      record; correct?
5              JUROR NO. 1324:  Yes.
6              THE COURT:  And do you agree with the partial
7      verdict that was announced by your foreperson?
8              JUROR NO. 1324:  Yes, I do.
9              THE COURT:  All right.  If you'd pass the
10     microphone.
11             You are Juror No. 3 -- in Seat No. 3.  Juror No.
12     1190; correct?
13             JUROR NO. 1190:  Yes.
14             THE COURT:  And do you agree with the partial
15     verdict that was just announced by your foreperson?
16             JUROR NO. 1190:  Yes, I do.
17             THE COURT:  All right.  If you'd pass the
18     microphone.
19             Sir, in Seat No. 4, you are Juror 1430; correct?
20             JUROR NO. 1430:  Yes.
21             THE COURT:  And do you agree with the partial
22     verdict that was announced by your foreperson?
23             JUROR NO. 1430:  Yes.
24             THE COURT:  All right.  And, ma'am, you are in
25     Seat No. 5.  And you are Juror No. 0935; correct?
```

1      JUROR NO. 0935:  Yes.

2      THE COURT:  Do you agree with the partial verdict

3  that was just announced by your foreperson?

4      JUROR NO. 0935:  Yes.

5      THE COURT:  And if you'd pass the microphone.

6  Thank you.

7      You are juror in Seat No. 6.  You are Juror No.

8  0769; correct?

9      JUROR NO. 0769:  Yes.

10      THE COURT:  And, ma'am, do you agree with the

11  partial verdict that was announced by your foreperson?

12      JUROR NO. 0769:  Yes.

13      THE COURT:  All right.  And, again -- and, sir,

14  you are in Seat No. 7.  You are Juror No. 1133; correct?

15      JUROR NO. 1133:  Yes.

16      THE COURT:  And do you agree with the partial

17  verdict that was just announced by your foreperson?

18      JUROR NO. 1133:  Yes.

19      THE COURT:  All right.  If you could pass the

20  microphone down to the juror in Seat No. 8.

21      Sir, you are in Seat No. 8.  You are Juror No.

22  0732; correct?

23      JUROR NO. 0732:  Correct.

24      THE COURT:  And do you agree with the partial

25  verdict that was just announced by your foreperson?

1        JUROR NO. 0732:  Yes.

2        THE COURT:  All right.  If you'd pass the

3   microphone.

4        Sir, you are in Seat No. 9.  You are Juror No.

5   1268; correct?

6        JUROR NO. 1268:  Yes.

7        THE COURT:  And do you agree with the partial

8   verdict that was just announced by your foreperson?

9        JUROR NO. 1268:  Yes.

10       THE COURT:  All right.  And, ma'am, you are in

11  Seat No. 10.  And you are Juror No. 1390; correct?

12       JUROR NO. 1390:  That is correct.

13       THE COURT:  And do you agree with the partial

14  verdict that was just announced by your foreperson?

15       JUROR NO. 1390:  Yes, I do.

16       THE COURT:  All right.  And if you'd pass the

17  microphone down to -- perfect -- to the gentleman in Seat

18  No. 16.

19       Sir, you are Juror No. 0339; correct?

20       JUROR NO. 0339:  Yes, that's correct.

21       THE COURT:  All right.  And do you agree with the

22  partial verdict that was just announced by your foreperson?

23       JUROR NO. 0339:  Yes, I do.

24       THE COURT:  All right.  And if you'd pass the

25  microphone back to your foreperson.

1          Sir, and, finally, you are in Seat 14.  You are

2     Juror No. 1456; correct, sir?

3          THE FOREPERSON:  That's correct.

4          THE COURT:  All right.  And do you agree with the

5     partial verdict that you just announced?

6          THE FOREPERSON:  Yes, I do.

7          THE COURT:  All right.  Thank you very much.

8          Ladies and gentlemen, we are going to -- given

9     what you have indicated in your note that after lengthy

10    deliberations, you all firmly agree that further

11    deliberations will not lead to unanimous decision on these

12    other counts, we're going to relieve you of any further

13    obligation to deliberate.

14          I must say -- I want to say that -- express my

15    thanks to you for your service in this case.  You've been

16    extremely diligent; you've been patient; and, as you all

17    know, the trial has gone on longer than we or you expected,

18    but your conscientious service has allowed -- allows courts

19    like this to work fairly and efficiently with parties that

20    require -- that have all sorts of disputes, criminal and

21    civil, that require resolution, and our system couldn't

22    function without you.  You've provided a very important

23    public service, and I want to thank you for that service.

24          The issue of whether you speak with anyone about

25    your jury service is now entirely up to you.  You may do so,

1    if you choose, or you may decline to do so.  Like, I think,

2    all the judges in this courthouse, I make it my practice to

3    meet with and thank the jurors after their service is

4    complete.  I'll be able to do that in a few minutes, but,

5    again, meeting with me is something you can choose to do or

6    not choose to do.  The choice for that will be yours.  So

7    thank you very much for your service, and I'll dismiss you

8    from further service.  Thank you very much.

9           (Jury returned to jury room at 3:26 p.m.)

10           THE COURT:  All right.  So everyone may be seated.

11           I think the two -- at least the two things, I

12    think, we should nail down is how long -- what I suggest is

13    that the parties confer -- given the multitude of

14    obligations that are going to be pulling all of you in

15    different directions, including perhaps the need to take

16    some time and not be working, is to have you all confer and

17    propose -- perhaps jointly, but even if you cannot agree at

18    the same time -- a schedule for post-trial motions.

19    Question -- my question to you is, how long do you think it

20    makes sense to give you to confer and propose that kind of

21    schedule?

22           Let me hear from Mr. Kenerson first or whoever

23    from the Government would like to be heard.

24           MR. KENERSON:  Your Honor, I think the Court

25    suggested one week earlier.  That is -- we think we can at

1     least confer on dates and suggest dates within a week.

2          THE COURT:  Okay.  That was -- my hope was going

3     to be a week.

4          Is that acceptable to the defense?

5          MR. SMITH:  Yes, Your Honor.  We'd like the

6     earliest possible post-trial motions schedule and, for

7     Mr. Nordean's part, sentencing, as well.  So --

8          THE COURT:  All right.

9          MR. SMITH:  Okay.

10         THE COURT:  Very well.  So we'll -- I'll look for

11    that, then.  If the parties will file that one week from

12    today.  If it's a joint schedule or a schedule that some

13    portion of you agree to, wonderful; if it has to be separate

14    schedules, then I'll take them from all of you, I'll digest

15    them, and I'll enter a schedule for that.

16         MR. KENERSON:  And I take it that the Court wants

17    us to propose dates for post-trial briefing, but also a

18    sentencing date and sentencing memo dates and all of that

19    or --

20         THE COURT:  No, I think we should set those -- I'd

21    like to set those now.

22         MR. KENERSON:  Okay.

23         THE COURT:  I was thinking the -- the briefing, I

24    think, is more flexible and, again, I think it -- I want you

25    to be able to -- I want all of the lawyers to be able to,

1    sort of, look at their schedules and try to figure out

2    something that balances the need to do it quickly, but also

3    respects, sort of, the other things you're going to have

4    to -- other work you might have, other -- and the rest of

5    your lives, frankly.  So we'll do it that way.

6              As far as the sentencing goes, Ms. Harris, what

7    would be the typical date that would -- that we would --

8    where we would set a sentencing at this point?  I guess

9    the -- toward the end of July?

10             THE DEPUTY CLERK:  It would actually be --

11             MR. SMITH:  Your Honor, we would request far

12   sooner.  We would request within a couple -- a month or --

13             THE COURT:  Yeah --

14             MR. SMITH:  Yeah.

15             THE COURT:  -- not a chance.  The folks have to

16   prepare a presentence report.  So we do it as soon as we can

17   after that report would be scheduled.  So we're going to do

18   it -- we're going to follow the normal process.

19             MS. HERNANDEZ:  Ninety --

20             THE COURT:  Ms. Harris -- I'm sorry.  Ms. Harris,

21   what would the -- what would that date be?

22             THE DEPUTY CLERK:  One moment, Your Honor.

23             THE COURT:  All right.

24             (Brief pause.)

25             THE DEPUTY CLERK:  Takes us to Monday, July 24th.

1          THE COURT:  Okay.  So Ms. Harris is -- to the

2     extent you couldn't hear her, she said the first possible

3     date would be July 24th.  Here's what I suggest, and --

4     here's what I suggest.  We set a date the week of the 24th.

5     There are going to be common issues here about how the

6     guidelines apply or don't apply.  It doesn't make sense for

7     me to hear you each seriatim about these things, because in

8     many cases it will be the same decision I will have to make,

9     and I think it makes sense to hear from all defense counsel

10     about the -- I mean, some of them are going to be

11     fact-specific that may not be common, but in some cases

12     there -- it will be common, and it doesn't really make sense

13     to make -- for me to make these decisions without hearing

14     from all of you.

15          So what I suggest is we set a date the week of the

16     24th -- the week of July 24th, if counsel are available that

17     week -- again, it's the first possible week we can do

18     this -- where we can -- and I'll -- let me put it this way.

19     I will try to set -- once I receive at least the preliminary

20     presentence reports; let the parties know, "Here's what I

21     think are the common issues that we should address at a

22     hearing for the -- for these common issues."  Again, if --

23     it doesn't make sense for me to make a decision -- just by

24     virtue of which defendant happens to be sentenced first,

25     only hear from their lawyer.  I think I should hear from all

1    of you about whether a particular provision applies or

2    doesn't apply and then make that decision accordingly.  So I

3    say we set -- what I'd like to do is set a date the week of

4    the 24th for us to -- if counsel are all available.  I know

5    it's the middle of the summer.  I got it, and that's what

6    you're already going to tell me, but okay.

7                MR. HASSAN:  No.

8                THE COURT:  All right.  Very well.  We'll set a

9    date that we -- for, sort of, common issues -- not going to

10   sentence anyone on that date -- and then the next week we

11   come back, I'll set -- I'm not going to set any more than

12   two -- I mean, I don't set more than -- generally, more than

13   two defendants to sentence in a day anyway.  We'll set two

14   of you one day, two of you another day, the -- and the fifth

15   a third day, and I'll already have at least -- I'll have

16   your argument and I'll have been able to decide about the

17   way the guidelines may work in a common way beforehand.

18               MR. HASSAN:  (Indicating.)

19               THE COURT:  Mr. Hassan?

20               MR. HASSAN:  Judge, I simply want to advise the

21   Court that starting July 17th -- I'm scheduled for a

22   two-week trial starting July 17th.  So that puts us into the

23   July 24th week.  So that's my one caveat that I have in

24   there, Judge.  I don't know if the Court wants to put it at

25   the tail end of the 24th or if we're going to use it

1    throughout the whole 24th, but that's my one issue with that

2    and what -- with that week.

3              THE COURT:  Okay.  Well, you have another -- I

4    mean, I know -- look, there's going to be -- you all want

5    this -- you all have schedules and -- work schedules and

6    other commitments, and on -- by the same token, we want to

7    do this in an expeditious way.  Let me just throw out a date

8    that's toward the end of that week which is the 27th.  So

9    July -- Thursday, July 27th.  Is that -- are counsel

10   available that day for a common -- for a day when we could

11   discuss, sort of, common legal issues that will be common to

12   all of your sentences?

13             First of all, is the -- is that available to the

14   Government?

15             MR. KENERSON:  So the Government's request --

16   well, we'll make ourselves available on whatever date the

17   Court sets.  That's full stop for the Government.  If -- the

18   Government's request is if we can go into August, all

19   counsel might be more likely to be available.

20             One thing I would also ask what the Court is

21   considering is a sentencing memo schedule, because if the

22   Court is -- if the Court's anticipating simultaneous filings

23   versus building in times for one side to reply to the

24   others, that also might affect how long we have after the

25   presentence report is done.

1          THE COURT:  It's a fair -- I mean, actually, as

2     I'm thinking about this, if we have to build in -- it makes

3     sense -- you all may think it may make sense to file

4     something ahead of this common -- we'll call it, you know --

5     this common date.  That's probably the most productive way

6     to proceed.  And if we don't build in time for that once the

7     final presentence report is done, then it's not going to

8     work.  Let me -- let's do this.  In -- my sense, then, is --

9     so let me just say, that's how I envision, I think, we need

10    to proceed.  We have to let the presentence report process

11    play out.  That process will not play out until

12    approximately -- Ms. -- given what Ms. Harris has told us,

13    July 24th.  I do think it makes sense to build in your

14    filings -- build in a schedule for your filings, number one;

15    to build in a date when we can -- build in a date when I can

16    hear you on common issues; and then build in a date

17    following that relatively quick, you know -- quickly when I

18    would take two defendants maximum per day to sentence.  So

19    that -- those are my parameters.  My other parameters are I

20    am not available the week of August 7th and the week of

21    August 14th, just for your all schedule.  So I -- those are

22    the parameters that, I think, make sense and, maybe, it does

23    make sense for you all to just confer about this and let me

24    know how you want to proceed.

25          MS. HERNANDEZ:  (Indicating.)

1          MR. PATTIS:  (Indicating.)

2          THE COURT:  Mr. Pattis, I -- Ms. Hernandez had her

3     hand up first.

4          MS. HERNANDEZ:  Your Honor, on the common day that

5     you want to have us -- could you schedule that on a Friday?

6     I believe I'm going to be in trial in July in front of Judge

7     Mehta.

8          THE COURT:  Okay.  Well, as I said, I think the

9     way to go forward is to have you all confer on this with the

10    parameters I've just laid out and the dates that I know I'm

11    not around and, kind of, how I envision it and propose

12    something in a week.  I just think that makes sense.

13         MR. KENERSON:  And one clarification question, if

14    the Court will hear from me, is the PSR would be due to the

15    Court -- the final PSR -- on the 24th or would it be

16    sometime the week before the 24th --

17         THE COURT:  It's usually --

18         MR. KENERSON:  -- just --

19         THE COURT:  Right.  So I -- to be clear,

20    Ms. Harris has given us a date by which usually the PSR

21    would have been done a week or two ahead of time.  So I

22    don't have the exact date of when it would be.  It -- and it

23    may be -- so I don't have the exact date of when it would

24    be.  The 24th is just a marker by which -- that's a date by

25    which, typically, I could schedule a sentencing because we'd

 1    know we would have it.

 2              Is that right, Ms. Harris?

 3              THE DEPUTY CLERK:  That's correct.  The PSR should

 4    be available by July 13th and then --

 5              THE COURT:  By July 13th.

 6              THE DEPUTY CLERK:  -- an additional 10 days ties

 7    in for the sentencing memoranda.

 8              THE COURT:  All right.  So there you go.  There

 9    you have the anticipated -- how quickly thing- -- we will

10    have the paperwork we need to proceed.

11              Mr. Pattis, you had wanted to be heard.

12              MR. PATTIS:  I have had occasions where we've been

13    given deadlines to make our objections to facts and to

14    propose -- that the PSR author may or may not find.  Will we

15    have that prior to our joint session?  Will there be a

16    deadline for submitting objections?

17              THE COURT:  That will happen before.

18              MR. PATTIS:  Okay.

19              THE COURT:  In other words, my -- what we just

20    laid out would be for the final PSR.

21              MR. PATTIS:  Got it.

22              THE COURT:  So you'll go through that process

23    first.

24              Okay.  So I think -- is a -- I think for both the

25    post-trial motions schedule and for a proposal from the

 1    parties -- hopefully joint; if not joint, I'll take separate

 2    proposals -- for a, kind of, scheduling -- for the -- for

 3    sentencing and how we proceed there, I'll just look to the

 4    parties to file something in a week.  I'll receive it all.

 5    As I said, I'm -- look, I've got other things on my

 6    calendar, obviously, both before and after those two weeks

 7    when I'm unavailable, but mostly they're things I can move

 8    around, given how many parties are at issue here.  Again,

 9    I'd only ask that you schedule two defendants on one day,

10    two on another day -- or propose two defendants on one day,

11    two on another day, and the fifth on a third day so I am

12    not -- so I have enough time to consider each individual

13    defendant's situations.

14            Anything -- well, do you want to discuss --

15    anything --

16            MR. HASSAN:  Yes, Judge.

17            THE COURT:  You want to discuss what we were

18    discussing at the phones before?

19            MR. HASSAN:  Yes, Judge.

20            THE COURT:  Okay.

21            THE DEPUTY CLERK:  Judge Kelly --

22            THE COURT:  Yes?

23            THE DEPUTY CLERK:  -- before we go there, just to

24    confirm for the record, a joint proposed scheduling order is

25    due --

```
 1              THE COURT:  One week from today.  So --

 2              THE DEPUTY CLERK:  So May 11th.

 3              THE COURT:  Thank you.  Yes, May 11th.

 4              THE DEPUTY CLERK:  Okay.  Thank you.

 5              THE COURT:  May 11th.  Thank you.

 6              (Bench conference:)

 7              MR. HASSAN:  Judge, I was just advised by the

 8     marshals that the -- Supervisory Deputy United States

 9     Marshal Leotis [ph] Brown sent an email saying that there is

10     a stay-away order that was approved by Mrs. Ballantine and

11     assigned [sic] by Mr. Kenerson, Judge, and the separation

12     will remain in place until the U.S. Attorney's Office

13     submits an update, Judge.  So that's the issue that's going

14     on, and that's why they have a separation order in place.  I

15     spoke with Ms. Ballantine, and they have no opposition to

16     removing the stay-away order -- removing the separation

17     order at this point in time.  So I would ask that to be

18     lifted and an order to be addressed -- just to be sent to

19     the U.S. Marshal's Office.

20              THE COURT:  But I don't think -- Mr. Hassan, if

21     it -- if this was initiated from the Government in some way,

22     I don't think I have any -- in other words, I never ordered

23     it.  So I don't know what I -- if they're telling you

24     they're going to -- is everything all right?

25              MR. HASSAN:  I just heard a commotion going on
```

1   outside.  So --

2           THE COURT:  Okay.  If they're telling you,

3   Mr. Hassan, that it's going to be lifted and they initiated

4   it in some way, then I assume it would be lifted, and if you

5   want -- if that doesn't happen and you're unsatisfied and

6   you think I can give you some relief, I'm happy to do it,

7   but I never ordered it.

8           MR. HASSAN:  Judge, the whole thing is if the

9   Government would be willing to put on the record now that

10  they're willing -- that they're going to be lifting it --

11          THE COURT:  All right.  Let's --

12          MR. HASSAN:  -- that pretty much may address it

13  with the marshals and everything gets cured at this point

14  right now.

15          THE COURT:  Let me let them put that on the

16  record.

17          MR. KENERSON:  So Mr. Hassan accurately

18  represented, I think, the conversation between himself and

19  Ms. Ballantine.  As I said earlier, that was not my memory

20  that that was our request; however, we will go back and look

21  at what our request was and we will -- if, for some reason,

22  we do not believe we can lift it, we'll get in touch with

23  Mr. Hassan; he can make whatever things he needs, but we

24  will follow up.

25          THE COURT:  All right.  And, look, if -- again, if

1    there's something -- if, at some -- if there ends up being a

2    dispute that you all think I need to address related to

3    this, you know where to find me, Mr. Hassan.

4         MR. HASSAN:  Yes, Judge.  Absolutely.

5         THE COURT:  All right.  Very well.

6         (Return from bench conference.)

7         THE COURT:  All right.  So I will look for those

8    various proposed schedules from the parties in one week on

9    the 11th.

10         Is there anything further for me today from the

11   Government?

12         MR. KENERSON:  No, Your Honor.

13         THE COURT:  All right.  From any defendant?

14         All right.  Very well.  The parties are dismissed.

15         THE DEPUTY CLERK:  All rise.  This Honorable Court

16   is adjourned.

17         (Proceedings concluded at 3:42 p.m.)

18              * * * * * * * * * * * *

19         **CERTIFICATE OF OFFICIAL COURT REPORTER**

20   **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

21   **that the above and foregoing constitutes a true and accurate**

22   **transcript of my stenographic notes and is a full, true and**

23   **complete transcript of the proceedings to the best of my**

24   **ability, dated this 5th day of May 2023.**

25                         **/s/Timothy R. Miller, RPR, CRR, NJ-CCR**
                          **Official Court Reporter**

20575

United States Courthouse
Room 6722
333 Constitution Avenue, NW
Washington, DC 20001

**$**

**$1,000** [2] - 20534:17, 20536:13

**/**

**/s/Timothy** [1] - 20574:25

**0**

**0339** [4] - 20538:22, 20560:19, 20560:20, 20560:23
**06511** [1] - 20515:21
**0732** [4] - 20538:10, 20559:22, 20559:23, 20560:1
**0769** [4] - 20538:2, 20559:8, 20559:9, 20559:12
**0935** [4] - 20537:24, 20558:25, 20559:1, 20559:4

**1**

**1** [18] - 20517:3, 20517:9, 20517:13, 20520:5, 20520:8, 20530:1, 20530:4, 20530:8, 20530:9, 20532:25, 20535:20, 20537:5, 20541:9, 20547:4, 20548:1, 20557:14, 20557:19, 20557:21
**1-ETHAN** [1] - 20515:4
**10** [6] - 20535:11, 20535:12, 20538:14, 20539:20, 20560:11, 20570:6
**10003** [1] - 20515:18
**10016** [1] - 20516:13
**1014** [1] - 20516:9
**10:57** [1] - 20529:10
**1133** [4] - 20538:5, 20559:14, 20559:15, 20559:18
**1177** [4] - 20537:8, 20557:21, 20557:22, 20557:25
**1190** [4] - 20537:17, 20558:12, 20558:13, 20558:16
**11:12** [1] - 20540:15
**11:13** [1] - 20540:24
**11th** [4] - 20572:2, 20572:3, 20572:5,

**20574:9**
**1268** [4] - 20538:13, 20560:5, 20560:6, 20560:9
**1324** [4] - 20537:13, 20558:3, 20558:5, 20558:8
**1390** [4] - 20538:17, 20560:11, 20560:12, 20560:15
**13th** [2] - 20570:4, 20570:5
**14** [2] - 20556:20, 20561:1
**1420** [1] - 20515:24
**1430** [4] - 20537:21, 20558:19, 20558:20, 20558:23
**1456** [2] - 20557:5, 20561:2
**14th** [1] - 20568:21
**153** [1] - 20516:5
**16** [2] - 20538:19, 20560:18
**17th** [2] - 20566:21, 20566:22
**1:21-cr-00175-TJK-1** [1] - 20515:2
**1:21-cr-00175-TJK-2** [1] - 20515:3
**1:21-cr-00175-TJK-3** [1] - 20515:3
**1:21-cr-00175-TJK-5** [1] - 20515:4
**1:21-cr-00175-TJK-6** [1] - 20515:4
**1st** [1] - 20515:21

**2**

**2** [15] - 20517:4, 20517:9, 20517:14, 20520:5, 20520:8, 20530:13, 20531:6, 20531:9, 20533:4, 20537:10, 20543:8, 20543:21, 20545:12, 20548:1, 20558:2
**2-JOSEPH** [1] - 20515:5
**20001** [2] - 20516:16, 20575:2
**20005** [1] - 20515:24
**202** [3] - 20515:15, 20515:25, 20516:17
**2023** [2] - 20515:6, 20574:24
**203** [1] - 20515:22
**20530** [1] - 20515:14
**20777** [1] - 20516:3

**209** [1] - 20516:6
**20th** [1] - 20515:17
**21-175** [2] - 20517:2, 20541:2
**24.2** [1] - 20549:19
**240** [1] - 20516:3
**24th** [13] - 20564:25, 20565:3, 20565:4, 20565:16, 20566:4, 20566:23, 20566:25, 20567:1, 20568:13, 20569:15, 20569:16, 20569:24
**252-7233** [1] - 20515:15
**253-0514** [1] - 20516:13
**27th** [2] - 20567:8, 20567:9
**2:54** [1] - 20540:25

**3**

**3** [7] - 20517:4, 20517:10, 20517:14, 20531:25, 20537:14, 20558:11
**3-ZACHARY** [1] - 20515:5
**305** [2] - 20516:7, 20516:10
**33012** [1] - 20516:9
**33014** [1] - 20516:16
**333** [2] - 20516:16, 20575:2
**354-3111** [1] - 20516:17
**383** [1] - 20515:20
**393-3017** [1] - 20515:22
**3:09** [1] - 20550:18
**3:10** [1] - 20551:2
**3:19** [1] - 20556:16
**3:26** [1] - 20562:9
**3:42** [1] - 20574:17

**4**

**4** [8] - 20515:6, 20532:16, 20532:20, 20532:24, 20533:9, 20537:18, 20558:19
**403-7323** [1] - 20516:7
**429-6520** [1] - 20515:25
**472-3391** [1] - 20516:3
**49** [1] - 20516:9
**4r** [1] - 20515:17
**4th** [1] - 20515:14

**5**

**5** [6] - 20517:5, 20517:11, 20517:14, 20533:25, 20537:22, 20558:25
**5-ENRIQUE** [1] - 20515:6
**555** [1] - 20515:14
**5:00** [2] - 20540:20, 20543:11
**5th** [1] - 20574:24

**6**

**6** [8] - 20517:5, 20517:12, 20517:15, 20536:3, 20536:4, 20536:12, 20537:25, 20559:7
**6-DOMINIC** [1] - 20515:6
**6175** [1] - 20516:5
**646** [1] - 20516:13
**6722** [2] - 20516:15, 20575:1
**6th** [1] - 20516:12

**7**

**7** [8] - 20515:17, 20520:5, 20520:9, 20534:16, 20538:3, 20543:7, 20545:12, 20559:14
**7166** [1] - 20516:2
**78** [1] - 20515:8
**793** [1] - 20541:8
**7th** [1] - 20568:20

**8**

**8** [10] - 20520:5, 20520:9, 20538:7, 20543:8, 20543:22, 20545:13, 20548:1, 20559:20, 20559:21
**822-2901** [1] - 20516:10

**9**

**9** [3] - 20534:20, 20538:11, 20560:4
**902-3869** [1] - 20515:18
**917** [1] - 20515:18
**99** [1] - 20516:12
**9:00** [1] - 20516:5

**A**

**a.m** [4] - 20515:6, 20529:10, 20540:15, 20540:24
**ability** [3] - 20522:24, 20550:4, 20574:24
**able** [6] - 20548:4, 20551:25, 20562:4, 20563:25, 20566:16
**absolutely** [3] - 20545:25, 20556:1, 20574:4
**accept** [1] - 20520:13
**acceptable** [1] - 20563:4
**accepts** [1] - 20527:16
**accordingly** [1] - 20566:2
**accurate** [3] - 20523:3, 20523:6, 20574:21
**accurately** [1] - 20573:17
**acknowledgement** [1] - 20545:24
**active** [1] - 20546:22
**actual** [1] - 20554:24
**add** [1] - 20546:21
**additional** [6] - 20518:24, 20529:1, 20541:16, 20542:20, 20547:10, 20570:6
**address** [6] - 20550:11, 20555:2, 20555:25, 20565:21, 20573:12, 20574:2
**addressed** [1] - 20572:18
**addressing** [1] - 20546:23
**adjourned** [2] - 20540:21, 20574:16
**admonition** [1] - 20552:4
**advise** [1] - 20566:20
**advised** [1] - 20572:7
**advisement** [4] - 20549:14, 20551:24, 20552:5, 20553:15
**affect** [3] - 20520:24, 20522:22, 20567:24
**affirmatively** [2] - 20546:9, 20546:14
**afternoon** [1] - 20541:4
**agree** [36] - 20518:14, 20520:8, 20521:9, 20521:15, 20526:10, 20527:14, 20537:6,

20577

20537:11, 20537:15, 20537:19, 20537:22, 20537:25, 20538:3, 20538:8, 20538:11, 20538:14, 20538:20, 20539:1, 20541:20, 20545:9, 20546:25, 20557:23, 20558:6, 20558:14, 20558:21, 20559:2, 20559:10, 20559:16, 20559:24, 20560:7, 20560:13, 20560:21, 20561:4, 20561:10, 20562:17, 20563:13
**agreed** [1] - 20529:16
**agreement** [2] - 20520:7, 20528:24
**agrees** [1] - 20527:4
**ahead** [3] - 20547:15, 20568:4, 20569:19
**Aid** [1] - 20553:3
**aided** [1] - 20516:17
**al** [1] - 20541:3
**allow** [1] - 20548:13
**allowed** [2] - 20548:11, 20561:18
**allows** [1] - 20561:18
**alternative** [1] - 20552:16
**alternatively** [1] - 20543:18
**America** [2] - 20517:3, 20541:2
**AMERICA** [1] - 20515:2
**announced** [25] - 20519:9, 20537:7, 20537:12, 20537:15, 20537:19, 20537:23, 20538:1, 20538:4, 20538:9, 20538:12, 20538:15, 20538:21, 20539:2, 20557:24, 20558:7, 20558:15, 20558:22, 20559:3, 20559:11, 20559:17, 20559:25, 20560:8, 20560:14, 20560:22, 20561:5
**anti** [1] - 20546:19
**anti-deadlock** [1] - 20546:19
**anticipated** [1] - 20570:9
**anticipating** [1] - 20567:22
**anyway** [1] - 20566:13
**apparent** [1] - 20543:12

**APPEARANCES** [2] - 20515:10, 20516:1
**appellate** [1] - 20542:16
**application** [2] - 20547:24, 20548:4
**applies** [2] - 20543:22, 20566:1
**apply** [3] - 20565:6, 20566:2
**applying** [1] - 20543:8
**approach** [1] - 20519:16
**appropriate** [2] - 20545:14, 20551:7
**approved** [1] - 20572:10
**areas** [1] - 20529:2
**argument** [1] - 20566:16
**articulated** [2] - 20544:5, 20546:3
**assaulting** [1] - 20534:20
**assigned** [1] - 20572:11
**assume** [3] - 20526:15, 20547:10, 20573:4
**attention** [1] - 20545:7
**attorney** [1] - 20551:13
**Attorney's** [1] - 20572:12
**ATTORNEY'S** [1] - 20515:13
**August** [3] - 20567:18, 20568:20, 20568:21
**author** [1] - 20570:14
**authority** [2] - 20530:10, 20555:10
**authorizes** [2] - 20548:12, 20548:14
**available** [8] - 20565:16, 20566:4, 20567:10, 20567:13, 20567:16, 20567:19, 20569:22, 20570:4
**Avenue** [3] - 20516:12, 20516:16, 20575:2
**avoid** [2] - 20525:22, 20545:19
**aware** [1] - 20548:22

## B

**B.A** [1] - 20515:11
**backtracking** [1] - 20536:11

**balances** [1] - 20564:2
**Ballantine** [3] - 20572:10, 20572:15, 20573:19
**Band** [1] - 20553:3
**Band-Aid** [1] - 20553:3
**based** [3] - 20535:25, 20542:6, 20542:9
**basis** [4] - 20541:12, 20546:4, 20547:7, 20548:4
**beat** [1] - 20549:23
**BEFORE** [1] - 20515:9
**beforehand** [1] - 20566:17
**behalf** [1] - 20527:11
**behind** [1] - 20520:25
**bench** [5] - 20526:6, 20536:10, 20540:11, 20556:11, 20574:6
**Bench** [2] - 20535:23, 20539:12, 20553:22, 20572:6
**best** [1] - 20574:23
**better** [1] - 20524:8
**between** [1] - 20573:18
**beyond** [4] - 20529:1, 20530:3, 20531:8, 20532:19
**Biggs** [19] - 20517:4, 20517:14, 20526:18, 20527:10, 20530:23, 20531:17, 20532:5, 20533:13, 20534:5, 20534:25, 20536:6, 20536:17, 20539:18, 20539:19, 20542:12, 20545:12, 20546:15, 20549:5, 20554:17
**BIGGS** [1] - 20515:5
**box** [3] - 20529:10, 20550:18, 20556:16
**boy** [1] - 20549:20
**breakdown** [1] - 20527:14
**bridge** [1] - 20552:7
**brief** [7] - 20525:18, 20536:7, 20549:4, 20549:15, 20549:22, 20557:11, 20564:24
**Brief** [11] - 20526:9, 20528:18, 20529:8, 20529:20, 20529:25, 20542:11, 20544:3, 20544:17, 20550:13, 20556:14, 20557:8
**briefing** [2] - 20563:17, 20563:23

**briefly** [2] - 20535:21, 20545:16
**bring** [7] - 20517:19, 20527:19, 20541:16, 20547:9, 20549:1, 20550:23, 20556:13
**brought** [1] - 20551:3
**Brown** [1] - 20572:9
**build** [7] - 20568:2, 20568:6, 20568:13, 20568:14, 20568:15, 20568:16
**building** [1] - 20567:23
**Bureau** [1] - 20555:11
**burn** [1] - 20548:16

## C

**calendar** [2] - 20545:4, 20571:6
**cannot** [8] - 20518:14, 20518:17, 20520:12, 20521:9, 20523:11, 20546:6, 20554:4, 20562:17
**capacity** [1] - 20538:25
**captures** [1] - 20528:9
**care** [2] - 20554:21, 20555:3
**carefully** [1] - 20545:7
**Carmen** [2] - 20516:2, 20517:11
**case** [6] - 20519:15, 20524:8, 20528:25, 20554:8, 20555:9, 20561:15
**cases** [2] - 20565:8, 20565:11
**caveat** [2] - 20556:13, 20566:23
**CCR** [3] - 20516:14, 20574:20, 20574:25
**certain** [1] - 20534:21
**CERTIFICATE** [1] - 20574:19
**certify** [1] - 20574:20
**chance** [1] - 20564:15
**charged** [5] - 20530:4, 20530:8, 20531:9, 20532:20, 20532:23
**checkmarks** [1] - 20529:1
**choice** [1] - 20562:6
**choose** [5] - 20548:9, 20548:10, 20562:1, 20562:5, 20562:6
**circle** [1] - 20521:5
**civil** [1] - 20534:1,

20561:21
**claims** [1] - 20545:23
**clarification** [1] - 20569:13
**clear** [6] - 20522:8, 20523:22, 20542:21, 20549:6, 20553:10, 20569:19
**CLERK** [17] - 20517:2, 20529:9, 20540:22, 20541:1, 20550:17, 20556:15, 20556:24, 20564:10, 20564:22, 20564:25, 20570:3, 20570:6, 20571:21, 20571:23, 20572:2, 20572:4, 20574:15
**client** [2] - 20544:16, 20547:12
**closed** [1] - 20520:25
**closer** [1] - 20543:13
**co** [1] - 20525:20
**co-counsel** [1] - 20525:20
**COLUMBIA** [1] - 20515:1
**combined** [1] - 20545:8
**coming** [1] - 20554:14
**comment** [1] - 20518:12
**comments** [1] - 20542:10
**commitments** [1] - 20567:6
**common** [14] - 20565:5, 20565:11, 20565:12, 20565:21, 20565:22, 20566:9, 20566:17, 20567:10, 20567:11, 20568:4, 20568:5, 20568:16, 20569:4
**commotion** [1] - 20572:25
**communicated** [1] - 20554:6
**complete** [2] - 20562:4, 20574:23
**compromise** [1] - 20521:1
**computer** [1] - 20516:18
**computer-aided** [1] - 20516:18
**concern** [3] - 20520:23, 20556:2, 20556:6
**concerns** [1] - 20525:1

20578

**concluded** [1] - 20574:17
**conclusion** [1] - 20520:11
**conditions** [1] - 20551:6
**confer** [7] - 20547:20, 20562:13, 20562:16, 20562:20, 20563:1, 20568:23, 20569:9
**conference** [8] - 20535:23, 20536:10, 20539:12, 20540:11, 20553:22, 20556:11, 20572:6, 20574:6
**confirm** [2] - 20528:22, 20571:24
**Congress** [5] - 20532:17, 20532:25, 20533:1, 20533:4, 20533:6
**Conor** [2] - 20515:13, 20517:8
**conscientious** [1] - 20561:18
**consent** [1] - 20525:22
**consider** [4] - 20525:18, 20548:15, 20548:16, 20571:12
**consideration** [1] - 20518:25
**considering** [1] - 20567:21
**consistent** [1] - 20548:22
**conspiracy** [8] - 20530:2, 20530:4, 20530:8, 20531:6, 20531:9, 20532:16, 20532:20, 20532:23
**constitutes** [1] - 20574:21
**Constitution** [2] - 20516:16, 20575:2
**consultation** [1] - 20542:12
**contemplates** [1] - 20550:5
**continue** [5] - 20518:6, 20524:23, 20528:16, 20539:7, 20540:13
**continued** [1] - 20540:20
**CONTINUED** [1] - 20516:1
**continuing** [1] - 20542:23
**controls** [1] - 20525:8

**conundrum** [1] - 20525:23
**conversation** [1] - 20573:18
**copy** [1] - 20539:6
**correct** [25] - 20536:8, 20536:9, 20543:22, 20546:7, 20556:21, 20557:2, 20557:5, 20557:6, 20557:21, 20558:4, 20558:12, 20558:19, 20558:25, 20559:8, 20559:14, 20559:22, 20559:23, 20560:5, 20560:11, 20560:12, 20560:19, 20560:20, 20561:2, 20561:3, 20570:3
**correctly** [1] - 20557:13
**counsel** [14] - 20525:20, 20526:8, 20539:10, 20545:10, 20548:13, 20550:11, 20552:21, 20565:9, 20565:16, 20566:4, 20567:9, 20567:19
**Count** [29] - 20520:5, 20530:1, 20530:4, 20530:8, 20531:6, 20531:9, 20531:25, 20532:16, 20532:20, 20532:24, 20533:9, 20533:25, 20534:16, 20534:20, 20535:11, 20535:12, 20536:3, 20536:4, 20536:12, 20541:9, 20543:21, 20543:22, 20545:12, 20545:13, 20547:4, 20548:1, 20557:13, 20557:14
**count** [6] - 20524:1, 20527:23, 20528:4, 20540:7, 20541:10, 20546:9
**Counts** [3] - 20543:7, 20543:8, 20548:1
**counts** [17] - 20518:18, 20521:13, 20528:23, 20539:8, 20540:14, 20541:22, 20542:6, 20543:14, 20543:17, 20545:11, 20546:5, 20547:2, 20547:4, 20547:8, 20547:25, 20548:2, 20561:12
**couple** [1] - 20564:12
**course** [1] - 20542:1

**Court** [9] - 20516:14, 20516:15, 20525:18, 20540:22, 20548:12, 20548:13, 20566:24, 20574:15, 20574:25
**court** [45] - 20518:19, 20518:20, 20519:1, 20519:2, 20521:19, 20523:7, 20525:7, 20525:12, 20526:24, 20527:4, 20527:16, 20528:12, 20536:2, 20536:5, 20539:19, 20542:5, 20542:22, 20544:10, 20545:5, 20545:6, 20545:21, 20548:23, 20551:8, 20551:9, 20551:14, 20551:15, 20552:4, 20552:5, 20552:6, 20552:7, 20552:8, 20552:14, 20553:20, 20553:23, 20554:13, 20555:17, 20562:24, 20563:16, 20566:21, 20567:17, 20567:20, 20567:22, 20569:14, 20569:15
**COURT** [223] - 20515:1, 20517:16, 20518:22, 20519:5, 20519:19, 20519:22, 20520:14, 20521:4, 20521:16, 20521:18, 20521:19, 20522:3, 20522:8, 20522:13, 20522:16, 20522:18, 20522:20, 20522:24, 20523:17, 20523:20, 20523:22, 20524:3, 20524:5, 20524:7, 20524:17, 20524:19, 20525:15, 20525:17, 20525:25, 20526:5, 20526:11, 20526:14, 20526:21, 20527:1, 20527:7, 20527:18, 20527:24, 20528:5, 20528:14, 20529:3, 20529:11, 20529:15, 20529:18, 20530:7, 20530:13, 20530:17, 20530:22, 20530:25, 20531:3, 20531:6, 20531:12, 20531:16, 20531:19, 20531:22, 20531:25, 20532:4, 20532:7, 20532:10, 20532:13, 20532:16, 20532:23, 20533:4, 20533:9, 20533:13,

20533:16, 20533:19, 20533:22, 20533:25, 20534:4, 20534:7, 20534:10, 20534:13, 20534:16, 20534:20, 20534:24, 20535:2, 20535:5, 20535:8, 20535:11, 20535:16, 20535:20, 20535:22, 20536:8, 20536:11, 20536:16, 20536:19, 20536:22, 20536:25, 20537:3, 20537:9, 20537:14, 20537:18, 20537:22, 20537:25, 20538:3, 20538:6, 20538:11, 20538:14, 20538:18, 20538:23, 20539:4, 20539:13, 20539:16, 20539:22, 20540:2, 20540:5, 20540:8, 20540:12, 20540:16, 20541:4, 20542:8, 20542:17, 20543:1, 20543:6, 20543:15, 20543:19, 20543:24, 20544:14, 20544:20, 20545:15, 20545:25, 20546:13, 20546:16, 20547:15, 20548:5, 20548:7, 20548:15, 20548:19, 20548:21, 20549:9, 20549:11, 20549:13, 20549:21, 20550:3, 20550:7, 20550:10, 20550:19, 20551:3, 20552:10, 20552:25, 20553:9, 20553:18, 20553:24, 20554:1, 20554:4, 20554:16, 20554:18, 20555:2, 20555:8, 20555:16, 20555:21, 20555:23, 20556:7, 20556:12, 20556:17, 20556:23, 20556:25, 20557:4, 20557:7, 20557:17, 20557:23, 20558:1, 20558:6, 20558:9, 20558:14, 20558:17, 20558:21, 20558:24, 20559:2, 20559:5, 20559:10, 20559:13, 20559:16, 20559:19, 20559:24, 20560:2, 20560:7, 20560:10, 20560:13, 20560:16, 20560:21, 20560:24, 20561:4, 20561:7, 20562:10, 20563:2,

20563:8, 20563:10, 20563:20, 20563:23, 20564:13, 20564:15, 20564:20, 20564:23, 20565:1, 20566:8, 20566:19, 20567:3, 20568:1, 20569:2, 20569:8, 20569:17, 20569:19, 20570:5, 20570:8, 20570:17, 20570:19, 20570:22, 20571:17, 20571:20, 20571:22, 20572:1, 20572:3, 20572:5, 20572:20, 20573:2, 20573:11, 20573:15, 20573:25, 20574:5, 20574:7, 20574:13, 20574:19
**court's** [5] - 20518:25, 20528:9, 20536:1, 20542:1, 20567:22
**Courthouse** [2] - 20516:15, 20575:1
**courthouse** [1] - 20562:2
**courtroom** [2] - 20529:19, 20552:23
**courts** [2] - 20542:16, 20561:18
**CR** [1] - 20515:2
**criminal** [1] - 20561:20
**Criminal** [3] - 20517:2, 20541:2, 20549:19
**cross** [1] - 20552:6
**CRR** [3] - 20516:14, 20574:20, 20574:25
**CT** [1] - 20515:21
**cured** [1] - 20573:13
**current** [1] - 20545:8
**cut** [1] - 20519:25

# D

**D.C** [1] - 20515:5
**Dan** [1] - 20549:5
**date** [20] - 20547:18, 20563:18, 20564:7, 20564:21, 20565:3, 20565:4, 20565:15, 20566:3, 20566:9, 20566:10, 20567:7, 20567:16, 20568:5, 20568:15, 20568:16, 20569:20, 20569:22, 20569:23, 20569:24
**dated** [1] - 20574:24
**dates** [6] - 20547:18, 20563:1, 20563:17,

20563:18, 20569:10
**DAVID** [1] - 20515:16
**DAY** [1] - 20515:8
**days** [3] - 20545:4,
20570:6
**DC** [4] - 20515:14,
20515:24, 20516:16,
20575:2
**dead** [1] - 20549:23
**deadline** [1] -
20570:16
**deadlines** [1] -
20570:13
**deadlock** [1] -
20546:19
**deal** [1] - 20553:16
**deals** [1] - 20549:20
**debrief** [1] - 20549:12
**decide** [1] - 20566:16
**decision** [9] -
20541:21, 20543:13,
20547:1, 20548:3,
20553:5, 20561:11,
20565:8, 20565:23,
20566:2
**decisions** [2] -
20521:1, 20565:13
**declare** [3] - 20544:15,
20547:3, 20547:7
**declares** [1] -
20545:21
**declaring** [1] -
20546:4
**decline** [1] - 20562:1
**deems** [1] - 20551:6
**defendant** [22] -
20518:10, 20521:22,
20522:4, 20522:21,
20523:25, 20524:11,
20526:21, 20527:1,
20527:23, 20528:4,
20531:12, 20535:13,
20539:17, 20541:11,
20541:24, 20542:17,
20543:24, 20546:8,
20552:10, 20557:14,
20565:24, 20574:13
**Defendant** [51] -
20517:3, 20517:4,
20517:5, 20517:9,
20517:10, 20517:11,
20517:12, 20517:13,
20517:14, 20517:15,
20530:19, 20530:22,
20530:25, 20531:3,
20531:13, 20531:16,
20531:19, 20531:22,
20532:1, 20532:4,
20532:7, 20532:10,
20532:13, 20533:10,

20533:13, 20533:16,
20533:19, 20533:22,
20534:1, 20534:4,
20534:7, 20534:10,
20534:14, 20534:18,
20534:22, 20534:24,
20535:2, 20535:5,
20535:9, 20535:13,
20536:14, 20536:16,
20536:19, 20536:22,
20536:25, 20547:5
**defendant's** [1] -
20571:13
**Defendants** [3] -
20515:7, 20515:16,
20516:2
**defendants** [20] -
20520:9, 20521:13,
20525:1, 20526:16,
20530:18, 20539:8,
20540:14, 20542:5,
20542:9, 20543:21,
20544:24, 20545:1,
20545:13, 20554:8,
20555:5, 20555:11,
20566:13, 20568:18,
20571:9, 20571:10
**defense** [3] -
20548:13, 20563:4,
20565:9
**delay** [1] - 20530:14
**deliberate** [6] -
20518:7, 20522:6,
20528:16, 20542:23,
20547:6, 20561:13
**deliberating** [5] -
20518:12, 20541:19,
20545:3, 20545:7,
20546:20
**deliberation** [1] -
20544:8
**deliberations** [19] -
20518:3, 20520:4,
20520:19, 20520:24,
20521:10, 20521:13,
20521:24, 20523:24,
20524:24, 20539:7,
20540:13, 20540:20,
20541:21, 20542:3,
20545:2, 20547:1,
20550:24, 20561:10,
20561:11
**deliver** [1] - 20547:6
**demeanor** [1] -
20545:5
**deny** [1] - 20541:12
**Department** [1] -
20534:10
**deputy** [1] - 20529:19
**DEPUTY** [17] -

20517:2, 20529:9,
20540:22, 20541:1,
20550:17, 20556:15,
20556:24, 20564:10,
20564:22, 20564:25,
20570:3, 20570:6,
20571:21, 20571:23,
20572:2, 20572:4,
20574:15
**Deputy** [1] - 20572:8
**destruction** [2] -
20534:16, 20536:12
**detail** [1] - 20545:8
**different** [6] - 20545:4,
20547:25, 20548:2,
20555:9, 20556:5,
20562:15
**digest** [1] - 20563:14
**diligent** [1] - 20561:16
**dimensions** [1] -
20521:2
**directions** [2] -
20520:4, 20562:15
**discharge** [2] -
20521:3, 20551:14
**discharged** [1] -
20549:25
**discharging** [2] -
20532:17, 20533:1
**discuss** [5] -
20517:20, 20550:22,
20567:11, 20571:14,
20571:17
**discussing** [1] -
20571:18
**discussion** [2] -
20526:7, 20549:6
**discussions** [2] -
20541:20, 20546:25
**dismiss** [1] - 20562:7
**dismissed** [3] -
20543:14, 20543:16,
20574:14
**disorder** [1] - 20534:1
**dispute** [1] - 20574:2
**disputes** [1] -
20561:20
**DISTRICT** [3] -
20515:1, 20515:1,
20515:9
**docket** [1] - 20541:8
**docketed** [1] -
20541:8
**Dominic** [9] - 20517:5,
20532:14, 20533:22,
20534:14, 20534:18,
20535:9, 20535:14,
20537:1, 20557:14
**done** [6] - 20540:9,
20548:7, 20552:18,

20567:25, 20568:7,
20569:21
**doors** [1] - 20520:25
**double** [1] - 20545:22
**doubt** [3] - 20530:3,
20531:8, 20532:20
**down** [5] - 20522:1,
20525:13, 20559:20,
20560:17, 20562:12
**due** [2] - 20569:14,
20571:25
**during** [3] - 20523:24,
20524:7, 20533:25
**duties** [2] - 20532:18,
20533:6
**duty** [1] - 20533:1

**E**

**earliest** [1] - 20563:6
**East** [1] - 20515:17
**efficiently** [1] -
20561:19
**either** [2] - 20518:2,
20552:23
**email** [1] - 20572:9
**encountered** [1] -
20521:24
**end** [4] - 20526:1,
20564:9, 20566:25,
20567:8
**ends** [1] - 20574:1
**Enrique** [8] - 20517:5,
20531:4, 20531:23,
20532:11, 20533:19,
20534:11, 20535:6,
20536:23
**ensure** [1] - 20528:25
**enter** [1] - 20563:15
**entire** [1] - 20542:10
**entirely** [1] - 20561:25
**entitled** [4] -
20521:22, 20523:10,
20523:12, 20525:4
**envision** [1] -
20568:9, 20569:11
**Erik** [2] - 20515:12,
20517:8
**Esq** [11] - 20515:11,
20515:12, 20515:12,
20515:13, 20515:16,
20515:19, 20515:23,
20516:2, 20516:4,
20516:8, 20516:11
**essentially** [1] -
20553:2
**et** [1] - 20541:3
**eternal** [1] - 20526:12
**Ethan** [10] - 20517:3,
20530:19, 20531:13,

20532:1, 20533:10,
20534:2, 20534:22,
20536:14, 20547:1:2
**event** [1] - 20523:18
**exact** [2] - 20569:22,
20569:23
**examined** [1] -
20551:8
**excuse** [4] - 20540:13,
20547:16, 20547:17,
20549:3
**execution** [1] -
20530:14
**existence** [3] -
20530:4, 20531:9,
20532:20
**expected** [1] -
20561:17
**expedite** [1] -
20555:17
**expeditious** [1] -
20567:7
**experience** [1] -
20552:13
**explicitly** [1] -
20517:25
**express** [1] - 20561:14
**extent** [5] - 20528:21,
20546:8, 20554:23,
20554:24, 20565:2
**extremely** [1] -
20561:16

**F**

**facilities** [1] - 20556:5
**facility** [1] - 20556:3
**fact** [2] - 20522:21,
20565:11
**fact-specific** [1] -
20565:11
**factor** [1] - 20518:25
**facts** [1] - 20570:13
**failure** [2] - 20520:3,
20545:20
**fair** [1] - 20568:1
**fairly** [1] - 20561:19
**fan** [1] - 20520:6
**far** [3] - 20542:13,
20564:6, 20564:11
**federal** [5] - 20532:17,
20532:25, 20533:1,
20533:5, 20533:6
**fellow** [2] - 20525:20,
20550:11
**few** [1] - 20562:4
**fifth** [2] - 20566:14,
20571:11
**figure** [1] - 20564:1
**file** [3] - 20563:11,

20568:3, 20571:4
**filed** [1] - 20541:7
**filings** [3] - 20567:22, 20568:14
**final** [4] - 20526:19, 20568:7, 20569:15, 20570:20
**finally** [1] - 20561:1
**firmly** [3] - 20541:20, 20546:25, 20561:10
**first** [19] - 20518:9, 20519:23, 20528:22, 20530:2, 20531:7, 20532:18, 20541:7, 20541:23, 20542:3, 20554:20, 20557:20, 20558:3, 20562:22, 20565:2, 20565:17, 20565:24, 20567:13, 20569:3, 20570:23
**FL** [2] - 20516:6, 20516:9
**flexible** [1] - 20563:24
**Floor** [2] - 20515:21, 20516:12
**folks** [1] - 20564:15
**follow** [3] - 20553:11, 20564:18, 20573:24
**following** [3] - 20530:9, 20532:24, 20568:17
**follows** [1] - 20540:25
**FOR** [1] - 20515:1
**force** [2] - 20530:10, 20530:13
**foregoing** [1] - 20574:21
**foreman** [1] - 20557:10
**foreperson** [29] - 20519:9, 20529:13, 20529:24, 20537:7, 20537:12, 20537:16, 20537:20, 20537:23, 20538:1, 20538:4, 20538:9, 20538:12, 20538:16, 20538:21, 20538:24, 20538:25, 20556:21, 20557:24, 20558:7, 20558:15, 20558:22, 20559:3, 20559:11, 20559:17, 20559:25, 20560:8, 20560:14, 20560:22, 20560:25
**FOREPERSON** [51] - 20529:14, 20529:17, 20530:6, 20530:12, 20530:16, 20530:21, 20530:24, 20531:2,

20531:5, 20531:11, 20531:15, 20531:18, 20531:21, 20531:24, 20532:3, 20532:6, 20532:9, 20532:12, 20532:15, 20532:22, 20533:3, 20533:8, 20533:12, 20533:15, 20533:18, 20533:21, 20533:24, 20534:3, 20534:6, 20534:9, 20534:12, 20534:15, 20534:19, 20534:23, 20535:1, 20535:4, 20535:7, 20535:10, 20535:15, 20536:15, 20536:18, 20536:21, 20536:24, 20537:2, 20539:3, 20556:22, 20557:3, 20557:6, 20557:16, 20561:3, 20561:6
**form** [12] - 20520:2, 20528:12, 20528:22, 20528:23, 20529:1, 20529:5, 20529:19, 20536:1, 20539:6, 20540:18, 20557:10
**former** [1] - 20519:16
**forward** [2] - 20555:24, 20569:9
**frankly** [1] - 20564:5
**free** [2] - 20548:8
**Friday** [1] - 20569:5
**front** [1] - 20569:6
**fruitful** [1] - 20545:2
**full** [4] - 20527:9, 20546:21, 20567:17, 20574:22
**function** [1] - 20561:22
**future** [1] - 20547:17

## G

**gained** [1] - 20542:23
**general** [2] - 20520:6, 20525:9
**generally** [1] - 20566:12
**gentleman** [1] - 20560:17
**gentlemen** [4] - 20529:12, 20540:12, 20556:18, 20561:8
**given** [13] - 20545:8, 20546:18, 20547:2, 20548:6, 20551:16, 20551:22, 20561:8, 20562:13, 20568:12,

20569:20, 20570:13, 20571:8
**goal** [3] - 20530:9, 20532:24, 20533:4
**Goal** [1] - 20530:13
**goals** [2] - 20530:9, 20532:24
**government** [21] - 20517:7, 20518:9, 20521:12, 20525:21, 20525:24, 20530:3, 20530:10, 20531:8, 20532:19, 20534:17, 20536:12, 20539:14, 20541:23, 20546:2, 20554:7, 20554:18, 20562:23, 20567:14, 20567:17, 20572:21, 20574:11
**Government** [3] - 20519:17, 20546:2, 20573:9
**Government's** [1] - 20528:7
**government's** [9] - 20518:16, 20525:22, 20528:5, 20544:20, 20544:22, 20552:1, 20552:4, 20567:15, 20567:18
**grant** [2] - 20551:6, 20552:6
**guess** [7] - 20521:25, 20542:3, 20542:24, 20547:4, 20551:4, 20552:17, 20564:8
**guidelines** [2] - 20565:6, 20566:17
**guilty** [100] - 20523:25, 20530:20, 20530:21, 20530:23, 20530:24, 20531:1, 20531:2, 20531:4, 20531:5, 20531:13, 20531:14, 20531:15, 20531:17, 20531:18, 20531:20, 20531:21, 20531:23, 20531:24, 20532:2, 20532:3, 20532:5, 20532:6, 20532:8, 20532:9, 20532:11, 20532:12, 20532:14, 20532:15, 20533:11, 20533:12, 20533:14, 20533:15, 20533:17, 20533:18, 20533:20, 20533:21, 20533:23, 20533:24, 20534:2, 20534:3, 20534:5, 20534:6, 20534:8,

20534:9, 20534:11, 20534:12, 20534:14, 20534:15, 20534:18, 20534:19, 20534:22, 20534:23, 20534:25, 20535:1, 20535:3, 20535:4, 20535:6, 20535:7, 20535:9, 20535:10, 20535:14, 20535:15, 20536:18, 20536:21, 20536:24, 20537:2, 20557:15, 20557:16
**Guilty** [1] - 20536:15

## H

**half** [1] - 20545:4
**half-days** [1] - 20545:4
**hand** [4] - 20519:22, 20529:18, 20546:19, 20569:3
**handle** [1] - 20519:3
**happy** [2] - 20542:3, 20573:6
**Harris** [18] - 20526:14, 20527:19, 20529:22, 20539:5, 20540:17, 20549:1, 20550:15, 20550:20, 20556:12, 20556:25, 20557:9, 20564:6, 20564:20, 20565:1, 20568:12, 20569:20, 20570:2
**Hassan** [10] - 20516:4, 20517:11, 20527:11, 20555:24, 20566:19, 20572:20, 20573:3, 20573:17, 20573:23, 20574:3
**HASSAN** [24] - 20516:5, 20527:11, 20553:17, 20553:19, 20553:23, 20553:25, 20554:2, 20554:6, 20555:4, 20555:13, 20555:17, 20555:22, 20556:1, 20556:10, 20566:7, 20566:18, 20566:20, 20571:16, 20571:19, 20572:7, 20572:25, 20573:8, 20573:12, 20574:4
**Haven** [1] - 20515:21
**hear** [22] - 20518:9, 20521:20, 20524:22, 20535:24, 20536:4, 20541:23, 20541:24, 20546:12, 20553:23,

20534:9, 20534:11, 20534:12, 20534:14, 20534:15, 20534:18, 20534:19, 20534:22, 20534:23, 20534:25, 20535:1, 20535:3, 20535:4, 20535:6, 20535:7, 20535:9, 20535:10, 20535:15, 20536:18, 20536:21, 20536:24, 20537:2, 20557:15, 20557:16
**Guilty** [1] - 20536:15

20553:25, 20554:2, 20554:4, 20556:9, 20562:22, 20565:2, 20565:7, 20565:9, 20565:25, 20568:16, 20569:14
**heard** [6] - 20518:10, 20539:25, 20545:16, 20562:23, 20570:11, 20572:25
**hearing** [2] - 20565:13, 20565:22
**HELD** [1] - 20515:9
**held** [1] - 20544:13
**hereby** [1] - 20574:20
**HERNANDEZ** [38] - 20519:21, 20521:17, 20521:21, 20522:4, 20522:12, 20522:15, 20522:17, 20522:19, 20522:23, 20523:1, 20523:3, 20523:5, 20523:18, 20523:21, 20524:2, 20524:4, 20524:6, 20524:16, 20524:18, 20525:7, 20526:24, 20527:21, 20528:3, 20528:11, 20540:4, 20540:6, 20542:21, 20543:4, 20544:6, 20544:19, 20546:11, 20548:6, 20548:11, 20550:8, 20552:12, 20564:19, 20568:25, 20569:4
**Hernandez** [12] - 20516:2, 20517:11, 20521:16, 20521:20, 20524:5, 20527:4, 20527:15, 20527:18, 20541:7, 20549:18, 20550:10, 20569:2
**hesitancy** [1] - 20539:19
**heterodoxical** [1] - 20520:1
**hi** [1] - 20552:19
**Hialeah** [1] - 20516:9
**Highland** [1] - 20516:3
**himself** [1] - 20573:18
**hinder** [1] - 20530:14
**hold** [2] - 20521:19, 20552:8
**Hollow** [1] - 20516:2
**homes** [1] - 20552:17
**Honor** [32] - 20518:15, 20518:23, 20519:15, 20522:25, 20524:18, 20527:3, 20527:21, 20528:11, 20528:19,

20529:17, 20535:19, 20539:15, 20540:4, 20541:25, 20542:21, 20543:7, 20543:23, 20544:6, 20546:7, 20547:14, 20547:23, 20548:20, 20549:5, 20549:16, 20549:24, 20555:5, 20562:24, 20563:5, 20564:11, 20564:22, 20569:4, 20574:12

**HONORABLE** [1] - 20515:9

**Honorable** [2] - 20540:22, 20574:15

**hope** [3] - 20526:11, 20540:1, 20563:2

**hopefully** [1] - 20571:1

**hopes** [1] - 20542:15

**horse** [3] - 20520:11, 20525:1, 20549:23

**horse-trading** [2] - 20520:11, 20525:1

**hours** [1] - 20546:21

**housed** [1] - 20556:4

**Hull** [3] - 20515:23, 20517:10, 20549:5

**HULL** [8] - 20515:23, 20549:5, 20549:10, 20549:12, 20549:23, 20550:6, 20554:17, 20555:5

**hung** [4] - 20543:18, 20544:16, 20546:4, 20547:7

**hybrid** [1] - 20525:11

## I

**i.e** [1] - 20551:18

**II** [1] - 20516:11

**impeding** [1] - 20534:21

**implication** [1] - 20518:1

**implicit** [2] - 20545:17, 20545:23

**implied** [2] - 20545:10, 20555:7

**impliedly** [1] - 20545:17

**important** [2] - 20548:25, 20561:22

**impossible** [1] - 20553:7

**impression** [1] - 20555:6

**IN** [1] - 20515:1

**inclined** [4] - 20518:20, 20519:1, 20521:11, 20546:16

**include** [2] - 20530:9, 20532:24

**including** [2] - 20551:7, 20562:15

**indicate** [2] - 20518:13, 20529:5

**indicated** [5] - 20520:8, 20530:18, 20536:3, 20542:20, 20561:9

**indicates** [1] - 20521:9

**indicating** [13] - 20517:18, 20518:19, 20519:21, 20521:8, 20521:18, 20525:16, 20529:14, 20535:18, 20553:17, 20556:24, 20566:18, 20568:25, 20569:1

**indication** [1] - 20517:24

**individual** [5] - 20528:2, 20528:9, 20539:1, 20554:8, 20571:12

**individuals** [1] - 20556:2

**induce** [1] - 20533:4

**inevitable** [1] - 20525:19

**inform** [4] - 20551:10, 20551:15, 20551:16, 20553:12

**initial** [3] - 20518:3, 20518:13, 20521:8

**initiated** [2] - 20572:21, 20573:3

**inspect** [1] - 20529:19

**instead** [1] - 20550:11

**instructed** [1] - 20522:9

**instruction** [9] - 20518:4, 20518:13, 20518:19, 20519:18, 20521:8, 20524:23, 20525:11, 20529:5, 20546:19

**instructions** [6] - 20522:10, 20523:23, 20524:2, 20524:6, 20524:12, 20541:9

**intend** [1] - 20519:3

**interested** [2] - 20517:22, 20552:21

**interim** [3] - 20526:19, 20526:22

**intrinsic** [2] - 20545:19, 20545:20

**intruding** [1] - 20528:25

**intrusive** [5] - 20521:25, 20522:7, 20523:14, 20552:19, 20552:20

**invasive** [2] - 20520:19, 20521:3

**issue** [12] - 20520:18, 20521:5, 20521:17, 20527:2, 20545:18, 20550:21, 20554:7, 20554:8, 20561:24, 20567:1, 20571:8, 20572:13

**issues** [6] - 20565:5, 20565:21, 20565:22, 20566:9, 20567:11, 20568:16

**itself** [1] - 20556:8

**IV** [1] - 20515:23

## J

**Jason** [3] - 20515:11, 20517:7, 20528:20

**Jauregui** [2] - 20516:8, 20517:12

**JAUREGUI** [2] - 20516:8, 20526:17

**jeopardy** [1] - 20545:23

**John** [2] - 20515:23, 20517:10

**join** [5] - 20523:19, 20542:24, 20543:4, 20548:6, 20553:1

**joining** [1] - 20527:10

**joins** [2] - 20536:6, 20554:17

**joint** [5] - 20563:12, 20570:15, 20571:1, 20571:24

**jointly** [1] - 20562:17

**Joseph** [8] - 20517:4, 20530:23, 20531:16, 20532:4, 20533:13, 20534:5, 20534:25, 20536:17

**JUDGE** [1] - 20515:9

**judge** [8] - 20527:11, 20539:18, 20545:16, 20553:19, 20554:6, 20566:20, 20572:7, 20573:8

**Judge** [25] - 20519:24, 20521:15, 20526:10, 20527:13, 20527:14,

20527:16, 20542:13, 20546:10, 20553:21, 20554:13, 20555:13, 20555:15, 20555:22, 20556:1, 20556:6, 20556:10, 20566:24, 20569:6, 20571:16, 20571:19, 20571:21, 20572:11, 20572:13, 20574:4

**judges** [1] - 20562:2

**judgment** [1] - 20528:8

**July** [13] - 20564:9, 20564:25, 20565:3, 20565:16, 20566:21, 20566:22, 20566:23, 20567:9, 20568:13, 20569:6, 20570:4, 20570:5

**JUROR** [33] - 20537:8, 20537:13, 20537:17, 20537:21, 20537:24, 20538:2, 20538:5, 20538:10, 20538:13, 20538:17, 20538:22, 20557:22, 20557:25, 20558:5, 20558:8, 20558:13, 20558:16, 20558:20, 20558:23, 20559:1, 20559:4, 20559:9, 20559:12, 20559:15, 20559:18, 20559:23, 20560:1, 20560:6, 20560:9, 20560:12, 20560:15, 20560:20, 20560:23

**juror** [27] - 20528:9, 20535:17, 20535:20, 20537:4, 20537:10, 20537:14, 20537:22, 20537:25, 20538:3, 20538:7, 20538:11, 20538:14, 20538:19, 20539:1, 20540:6, 20551:8, 20551:11, 20551:19, 20551:20, 20556:20, 20557:1, 20557:18, 20558:2, 20559:7, 20559:20

**Juror** [16] - 20537:18, 20539:20, 20557:5, 20557:21, 20558:3, 20558:11, 20558:19, 20558:25, 20559:7, 20559:14, 20559:21, 20560:4, 20560:11, 20560:19, 20561:2

**juror's** [3] - 20528:2, 20551:10, 20551:18

**jurors** [9] - 20541:20, 20542:2, 20544:12, 20546:25, 20548:4, 20549:12, 20552:13, 20555:18, 20562:3

**JURY** [1] - 20515:8

**jury** [85] - 20518:25, 20520:10, 20521:3, 20521:9, 20521:23, 20521:24, 20522:5, 20527:17, 20527:19, 20527:22, 20528:12, 20529:9, 20529:10, 20529:12, 20529:15, 20530:5, 20530:11, 20530:15, 20530:19, 20530:22, 20531:10, 20533:2, 20533:7, 20533:10, 20533:14, 20533:17, 20533:20, 20533:23, 20534:1, 20534:4, 20534:7, 20534:10, 20534:13, 20534:17, 20534:21, 20534:24, 20535:2, 20535:5, 20535:8, 20535:13, 20536:13, 20536:16, 20536:19, 20536:22, 20536:25, 20540:15, 20540:20, 20541:9, 20541:10, 20542:19, 20542:22, 20544:1, 20544:13, 20546:4, 20546:5, 20546:24, 20547:9, 20547:16, 20548:2, 20548:7, 20548:23, 20549:2, 20549:3, 20549:10, 20549:17, 20550:17, 20550:18, 20550:21, 20551:2, 20551:10, 20551:13, 20551:15, 20552:8, 20552:23, 20553:14, 20554:21, 20555:3, 20556:13, 20556:15, 20556:16, 20557:12, 20557:14, 20561:25, 20562:9

**Jury** [6] - 20529:10, 20540:15, 20550:18, 20551:2, 20556:16, 20562:9

**jury's** [1] - 20543:9

**Justice** [1] - 20554:10

**justice** [1] - 20542:14

## K

**Kelly** [1] - 20571:21

**KELLY** [1] - 20515:9
**KENERSON** [20] -
20518:15, 20528:7,
20535:19, 20535:21,
20535:24, 20539:15,
20541:25, 20544:22,
20546:7, 20549:16,
20552:3, 20554:20,
20562:24, 20563:16,
20563:22, 20567:15,
20569:13, 20569:18,
20573:17, 20574:12
**Kenerson** [7] -
20515:12, 20517:8,
20546:12, 20550:9,
20551:4, 20562:22,
20572:11
**kind** [5] - 20518:18,
20542:7, 20562:20,
20569:11, 20571:2
**knows** [1] - 20520:10

## L

**ladies** [4] - 20529:12,
20540:12, 20556:18,
20561:8
**laid** [2] - 20569:10,
20570:20
**Lakes** [1] - 20516:6
**language** [1] -
20553:12
**last** [5] - 20517:23,
20518:4, 20541:19,
20543:9, 20546:11
**LAW** [2] - 20516:5,
20516:8
**law** [1] - 20530:14
**lawful** [1] - 20540:9
**lawyer** [1] - 20565:25
**lawyers** [1] - 20563:25
**lead** [3] - 20541:21,
20547:1, 20561:11
**least** [7] - 20535:25,
20536:3, 20545:1,
20562:11, 20563:1,
20565:19, 20566:15
**leave** [4] - 20521:14,
20533:5, 20548:24,
20551:14
**legal** [1] - 20567:11
**legally** [1] - 20540:10
**lengthy** [3] -
20541:20, 20546:25,
20561:9
**Leotis** [1] - 20572:9
**less** [1] - 20552:20
**lift** [1] - 20573:22
**lifted** [4] - 20554:13,
20572:18, 20573:3,

20573:4
**lifting** [1] - 20573:10
**light** [3] - 20527:13,
20541:18, 20543:9
**likely** [1] - 20567:19
**limited** [1] - 20551:7
**lines** [1] - 20529:4
**list** [1] - 20541:22
**literally** [1] - 20522:10
**lives** [1] - 20564:5
**LLC** [1] - 20515:20
**local** [2] - 20548:12,
20549:17, 20551:4,
20551:16
**Local** [1] - 20549:19
**locked** [1] - 20520:24
**lodge** [1] - 20525:13
**look** [11] - 20524:24,
20547:22, 20555:23,
20563:10, 20564:1,
20567:4, 20571:3,
20571:5, 20573:20,
20573:25, 20574:7
**looking** [4] -
20539:21, 20539:22,
20550:14, 20555:14

## M

**ma'am** [7] - 20537:6,
20537:11, 20557:20,
20558:3, 20558:24,
20559:10, 20560:10
**machine** [1] -
20516:18
**manifest** [2] -
20542:14, 20545:21
**manner** [1] - 20552:20
**marker** [1] - 20569:24
**Marshal** [1] - 20572:9
**Marshal's** [1] -
20572:19
**marshals** [4] -
20554:12, 20555:13,
20572:8, 20573:13
**Matter** [2] - 20517:2,
20541:2
**matter** [3] - 20544:11,
20553:19, 20553:21
**matters** [1] - 20528:16
**maximum** [1] -
20568:18
**McCullough** [3] -
20515:11, 20517:7,
20528:20
**MCCULLOUGH** [3] -
20528:19, 20529:7,
20535:18
**MCGUIRE** [1] -
20515:23

**MD** [1] - 20516:3
**mean** [8] - 20526:2,
20526:6, 20546:17,
20548:8, 20565:10,
20566:12, 20567:4,
20568:1
**meaningless** [1] -
20553:7
**means** [1] - 20521:25
**meet** [1] - 20562:3
**meeting** [1] - 20562:5
**Mehta** [1] - 20569:7
**member** [4] -
20532:25, 20533:1,
20533:4, 20533:5
**members** [1] -
20532:17
**memo** [2] - 20563:18,
20567:21
**memoranda** [1] -
20570:7
**memory** [1] -
20573:19
**Metcalf** [7] - 20516:11,
20517:13, 20523:6,
20523:18, 20524:9,
20525:11, 20547:11
**METCALF** [14] -
20516:11, 20522:25,
20523:2, 20523:4,
20527:8, 20543:7,
20543:17, 20543:23,
20547:14, 20547:23,
20548:18, 20548:20,
20553:1
**Metcalf's** [1] -
20544:23
**Miami** [1] - 20516:6
**microphone** [13] -
20537:4, 20537:9,
20538:7, 20557:1,
20557:18, 20558:2,
20558:10, 20558:18,
20559:5, 20559:20,
20560:3, 20560:17,
20560:25
**mid** [2] - 20520:18,
20521:2
**middle** [2] - 20521:24,
20566:5
**midstream** [1] -
20520:22
**might** [11] - 20518:24,
20520:23, 20520:24,
20525:21, 20526:3,
20542:4, 20542:5,
20546:21, 20564:4,
20567:19, 20567:24
**MILLER** [1] - 20574:20
**Miller** [2] - 20516:14,

20574:25
**millionth** [1] - 20524:7
**minds** [1] - 20520:21
**minimalist** [1] -
20521:11
**minimum** [1] -
20551:12
**Mink** [1] - 20516:2
**minutes** [1] - 20562:4
**mis** [1] - 20543:20
**miscarriage** [1] -
20542:14
**mistrial** [8] - 20541:8,
20543:2, 20543:16,
20543:21, 20544:16,
20545:22, 20546:4,
20547:7
**mistrial's** [1] -
20545:14
**moment** [5] - 20521:5,
20539:11, 20550:16,
20551:1, 20564:22
**Monday** [1] - 20564:25
**month** [1] - 20564:12
**mood** [1] - 20550:1
**Moore** [2] - 20515:12,
20517:8
**morning** [1] -
20517:16
**most** [2] - 20517:22,
20568:5
**mostly** [1] - 20571:7
**motion** [10] - 20541:7,
20541:12, 20542:14,
20542:18, 20542:25,
20543:2, 20544:19,
20544:23, 20544:25
**motions** [9] - 20542:6,
20542:9, 20543:3,
20544:4, 20547:20,
20562:18, 20563:6,
20570:25
**move** [6] - 20543:9,
20543:13, 20543:15,
20543:16, 20543:25,
20546:9, 20546:13,
20571:7
**moved** [1] - 20546:9
**moving** [2] -
20543:20, 20544:15
**MR** [93] - 20518:15,
20518:23, 20519:15,
20519:24, 20520:18,
20521:15, 20522:25,
20523:2, 20523:4,
20525:16, 20525:18,
20526:3, 20526:10,
20526:13, 20526:17,
20526:18, 20527:3,
20527:8, 20527:11,

20528:7, 20528:19,
20529:7, 20535:18,
20535:19, 20535:21,
20535:24, 20536:6,
20539:15, 20539:18,
20539:24, 20541:25,
20542:12, 20543:7,
20543:17, 20543:23,
20544:22, 20545:16,
20546:7, 20546:10,
20546:15, 20547:14,
20547:23, 20548:18,
20548:20, 20549:9,
20549:10, 20549:12,
20549:16, 20549:23,
20550:6, 20552:3,
20553:1, 20553:17,
20553:19, 20553:23,
20553:25, 20554:2,
20554:6, 20554:17,
20554:20, 20555:4,
20555:5, 20555:13,
20555:17, 20555:22,
20556:1, 20556:10,
20562:24, 20563:5,
20563:9, 20563:16,
20563:22, 20564:11,
20564:14, 20566:7,
20566:18, 20566:20,
20567:15, 20569:1,
20569:13, 20569:18,
20570:12, 20570:18,
20570:21, 20571:16,
20571:19, 20572:7,
20572:25, 20573:8,
20573:12, 20573:17,
20574:4, 20574:12
**MS** [38] - 20519:21,
20521:17, 20521:21,
20522:4, 20522:12,
20522:15, 20522:17,
20522:19, 20522:23,
20523:1, 20523:3,
20523:5, 20523:18,
20523:21, 20524:2,
20524:4, 20524:6,
20524:16, 20524:18,
20525:7, 20526:24,
20527:21, 20528:3,
20528:11, 20540:4,
20540:6, 20542:21,
20543:4, 20544:6,
20544:19, 20546:11,
20548:6, 20548:11,
20550:8, 20552:12,
20564:19, 20568:25,
20569:4
**Mulroe** [2] - 20515:13,
20517:8
**multitude** [1] -
20562:13

**mundane** [2] - 20517:20, 20517:21
**must** [2] - 20528:8, 20561:14

## N

**Nadia** [2] - 20515:12, 20517:8
**nail** [1] - 20562:12
**Nayib** [3] - 20516:4, 20517:11, 20527:11
**NAYIB** [1] - 20516:5
**necessarily** [2] - 20550:4, 20551:5
**necessary** [2] - 20518:21, 20519:18
**necessity** [1] - 20545:21
**need** [10] - 20518:18, 20541:5, 20552:8, 20552:21, 20555:24, 20562:15, 20564:2, 20568:9, 20570:10, 20574:2
**needs** [1] - 20573:23
**never** [7] - 20520:9, 20520:22, 20521:24, 20552:18, 20553:1, 20572:22, 20573:7
**New** [3] - 20515:18, 20515:21, 20516:13
**next** [1] - 20566:10
**Nicholas** [2] - 20515:16, 20517:9
**ninety** [1] - 20564:19
**NJ** [3] - 20516:14, 20574:20, 20574:25
**NJ-CCR** [3] - 20516:14, 20574:20, 20574:25
**NO** [33] - 20537:8, 20537:13, 20537:17, 20537:21, 20537:24, 20538:2, 20538:5, 20538:10, 20538:13, 20538:17, 20538:22, 20557:22, 20557:25, 20558:5, 20558:8, 20558:13, 20558:16, 20558:20, 20558:23, 20559:1, 20559:4, 20559:9, 20559:12, 20559:15, 20559:18, 20559:23, 20560:1, 20560:6, 20560:9, 20560:12, 20560:15, 20560:20, 20560:23
**Nordean** [13] - 20517:3, 20517:13,

20527:3, 20530:20, 20531:13, 20532:1, 20533:10, 20534:2, 20534:22, 20536:14, 20541:3, 20545:12
**NORDEAN** [1] - 20515:4
**Nordean's** [1] - 20563:7
**normal** [1] - 20564:18
**Norman** [2] - 20515:19, 20517:10
**Nos** [1] - 20515:2
**note** [15] - 20517:17, 20523:8, 20525:7, 20525:10, 20535:25, 20536:3, 20541:14, 20541:19, 20542:22, 20543:9, 20544:9, 20545:3, 20545:9, 20546:24, 20561:9
**noted** [2] - 20541:25, 20542:1
**notes** [6] - 20528:23, 20529:1, 20542:2, 20545:5, 20546:23, 20574:22
**nothing** [1] - 20542:23, 20544:10
**notice** [3] - 20554:15, 20555:15, 20555:20
**noting** [1] - 20520:15
**number** [7] - 20521:17, 20521:21, 20541:13, 20541:14, 20546:21, 20568:14
**NW** [5] - 20515:14, 20515:24, 20516:5, 20516:16, 20575:2
**NY** [2] - 20515:18, 20516:13

## O

**o'clock** [2] - 20540:21, 20543:11
**object** [5] - 20518:20, 20523:2, 20523:10, 20526:25, 20546:10
**objected** [3] - 20522:13, 20523:18, 20525:12
**objection** [7] - 20520:15, 20524:9, 20524:11, 20524:12, 20525:13, 20540:9
**objections** [2] - 20570:13, 20570:16
**objects** [1] - 20546:15
**obligation** [1] -

20561:13
**obligations** [1] - 20562:14
**observe** [1] - 20539:19
**obstruct** [1] - 20531:6
**obstructing** [1] - 20533:25
**obstruction** [1] - 20531:25
**obviously** [7] - 20517:17, 20518:1, 20536:1, 20541:14, 20541:16, 20556:7, 20571:6
**occasions** [1] - 20570:12
**OF** [5] - 20515:1, 20515:2, 20515:8, 20516:5, 20574:19
**Office** [2] - 20572:12, 20572:19
**OFFICE** [1] - 20515:13
**officer** [3] - 20532:25, 20533:2, 20533:5
**officer's** [1] - 20533:6
**officers** [3] - 20532:17, 20533:25, 20534:21
**OFFICES** [1] - 20516:5
**official** [2] - 20531:7, 20531:25
**Official** [2] - 20516:15, 20574:25
**OFFICIAL** [1] - 20574:19
**once** [8] - 20525:2, 20542:19, 20544:1, 20548:7, 20556:3, 20556:19, 20565:19, 20568:6
**one** [33] - 20519:17, 20520:7, 20520:9, 20521:21, 20522:21, 20526:16, 20529:23, 20530:9, 20532:24, 20536:5, 20539:10, 20541:13, 20544:12, 20546:21, 20547:23, 20551:1, 20551:21, 20553:19, 20555:7, 20562:25, 20563:11, 20564:22, 20566:14, 20566:23, 20567:1, 20567:20, 20567:23, 20568:14, 20569:13, 20571:9, 20571:10, 20572:1, 20574:8
**opportunity** [2] -

20526:7, 20549:7
**oppose** [4] - 20526:18, 20526:19, 20530:10, 20544:24
**opposed** [1] - 20523:7
**opposing** [1] - 20522:1
**opposite** [1] - 20553:3
**opposition** [3] - 20546:3, 20546:8, 20572:15
**Orange** [1] - 20515:20
**order** [16] - 20554:9, 20554:10, 20554:11, 20554:12, 20555:1, 20555:6, 20555:8, 20555:10, 20555:11, 20556:4, 20571:24, 20572:10, 20572:14, 20572:16, 20572:17, 20572:18
**ordered** [3] - 20555:12, 20572:22, 20573:7
**orders** [1] - 20555:7
**original** [3] - 20523:22, 20528:15, 20540:19
**ourselves** [1] - 20567:16
**outside** [1] - 20573:1
**overruling** [1] - 20540:8

## P

**P.A** [2] - 20516:5, 20516:8
**P.C** [1] - 20516:11
**p.m** [6] - 20540:25, 20550:18, 20551:2, 20556:16, 20562:9, 20574:17
**page** [1] - 20549:19
**panel** [3] - 20529:9, 20550:17, 20556:15
**paper** [1] - 20522:10
**paperwork** [1] - 20570:10
**parameters** [4] - 20568:19, 20568:22, 20569:10
**Park** [1] - 20516:12
**Part** [1] - 20530:7
**part** [6] - 20522:10, 20524:12, 20541:19, 20543:9, 20546:24, 20563:7
**partial** [57] - 20517:18, 20519:8, 20520:6,

20520:23, 20522:1, 20522:18, 20522:20, 20523:4, 20523:7, 20523:8, 20523:9, 20523:11, 20523:12, 20523:15, 20524:20, 20525:6, 20525:8, 20525:9, 20525:14, 20526:2, 20526:23, 20526:25, 20527:5, 20527:15, 20527:16, 20527:20, 20529:16, 20530:7, 20537:6, 20537:11, 20537:15, 20537:19, 20537:23, 20538:1, 20538:4, 20538:8, 20538:12, 20538:15, 20538:20, 20539:9, 20540:18, 20541:16, 20542:19, 20542:20, 20544:2, 20557:24, 20558:6, 20558:14, 20558:21, 20559:2, 20559:11, 20559:16, 20559:24, 20560:7, 20560:13, 20560:22, 20561:5
**particular** [2] - 20546:9, 20566:1
**parties** [15] - 20522:11, 20527:13, 20541:17, 20547:3, 20547:19, 20548:22, 20561:19, 20562:13, 20563:11, 20565:20, 20571:1, 20571:4, 20571:8, 20574:8, 20574:14
**party** [4] - 20519:11, 20522:13, 20553:13, 20553:14
**pass** [14] - 20537:4, 20537:9, 20538:6, 20538:18, 20538:23, 20557:18, 20558:1, 20558:9, 20558:17, 20559:5, 20559:19, 20560:2, 20560:16, 20560:24
**patient** [1] - 20561:16
**Pattis** [10] - 20515:19, 20517:10, 20519:22, 20521:23, 20525:17, 20539:19, 20543:1, 20543:5, 20569:2, 20570:11
**PATTIS** [21] - 20515:20, 20519:24, 20520:18, 20521:15, 20525:16, 20525:18,

20584

20526:3, 20526:10, 20526:13, 20526:18, 20536:6, 20539:18, 20539:24, 20542:12, 20545:16, 20546:10, 20546:15, 20569:1, 20570:12, 20570:18, 20570:21

**Pattis's** [1] - 20542:24
**pause** [17] - 20526:9, 20528:18, 20529:8, 20529:20, 20529:25, 20536:7, 20542:11, 20544:3, 20544:17, 20549:4, 20549:15, 20549:22, 20550:13, 20556:14, 20557:8, 20557:11, 20564:24
**PC** [1] - 20515:23
**people** [2] - 20520:23, 20548:8
**per** [1] - 20568:18
**perfect** [1] - 20560:17
**performed** [1] - 20533:7
**perhaps** [3] - 20517:21, 20562:15, 20562:17
**permission** [2] - 20551:6, 20551:25
**personal** [1] - 20535:12
**Pezzola** [16] - 20517:6, 20517:15, 20527:8, 20532:14, 20533:22, 20534:14, 20534:18, 20535:9, 20535:14, 20537:1, 20543:8, 20543:20, 20545:12, 20547:5, 20547:25, 20557:14
**PEZZOLA** [1] - 20515:6
**Pezzola's** [1] - 20545:9
**ph** [1] - 20572:9
**phones** [3] - 20535:21, 20553:20, 20571:18
**place** [6] - 20533:5, 20542:15, 20554:11, 20572:12, 20572:14
**placing** [1] - 20554:14
**plan** [2] - 20547:9, 20551:23
**play** [3] - 20556:8, 20568:11
**PLLC** [1] - 20515:16
**point** [17] - 20517:20, 20518:8, 20518:10,

20518:21, 20521:6, 20521:23, 20546:5, 20546:17, 20551:16, 20553:6, 20553:15, 20554:13, 20556:2, 20556:6, 20564:8, 20572:17, 20573:13
**poll** [15] - 20519:5, 20519:7, 20519:10, 20519:11, 20522:5, 20524:24, 20525:4, 20525:5, 20526:15, 20526:22, 20526:23, 20527:17, 20527:20, 20547:13
**polled** [1] - 20540:7
**polling** [21] - 20519:1, 20519:3, 20520:18, 20520:21, 20520:22, 20521:2, 20521:5, 20521:22, 20521:23, 20523:12, 20526:18, 20526:20, 20526:25, 20527:2, 20527:5, 20527:9, 20527:22, 20540:9
**port** [1] - 20530:7
**portion** [1] - 20563:13
**position** [21] - 20518:16, 20520:2, 20520:15, 20520:16, 20521:6, 20521:7, 20527:2, 20527:8, 20542:4, 20543:25, 20544:5, 20544:6, 20544:9, 20544:21, 20544:23, 20545:10, 20545:18, 20546:1, 20547:2, 20551:20, 20554:25
**positions** [3] - 20520:24, 20527:13, 20547:3
**possible** [4] - 20536:2, 20563:6, 20565:2, 20565:17
**possibly** [1] - 20554:8
**post** [7] - 20528:14, 20540:17, 20547:20, 20562:18, 20563:6, 20563:17, 20570:25
**post-trial** [5] - 20547:20, 20562:18, 20563:6, 20563:17, 20570:25
**potential** [1] - 20545:22
**potentially** [3] - 20520:19, 20521:3,

20526:3
**practice** [2] - 20548:22, 20562:2
**practices** [1] - 20549:8
**pre** [3] - 20518:18, 20519:18, 20525:11
**pre-Thomas** [3] - 20518:18, 20519:18, 20525:11
**prefer** [1] - 20519:16
**preliminary** [1] - 20565:19
**prepare** [1] - 20564:16
**presence** [1] - 20551:8
**present** [7] - 20517:7, 20517:8, 20517:9, 20517:10, 20517:11, 20517:12, 20517:13
**presentence** [5] - 20564:16, 20565:20, 20567:25, 20568:7, 20568:10
**preserve** [1] - 20545:18
**pretty** [1] - 20573:12
**prevent** [3] - 20530:13, 20532:16, 20532:25
**Prisons** [1] - 20555:11
**problem** [1] - 20554:3
**proceed** [8] - 20536:12, 20542:19, 20552:2, 20568:6, 20568:10, 20568:24, 20570:10, 20571:3
**proceeding** [2] - 20531:7, 20532:1
**proceedings** [4] - 20526:4, 20540:24, 20574:17, 20574:23
**Proceedings** [1] - 20516:18
**process** [6] - 20542:15, 20545:20, 20564:18, 20568:10, 20568:11, 20570:22
**produced** [1] - 20516:18
**product** [1] - 20521:1
**productive** [1] - 20568:5
**prolonging** [1] - 20525:19
**property** [3] - 20534:17, 20535:12, 20536:13
**proposal** [1] - 20570:25

**proposals** [2] - 20547:21, 20571:2
**propose** [6] - 20562:17, 20562:20, 20563:17, 20569:11, 20570:14, 20571:10
**proposed** [2] - 20571:24, 20574:8
**proved** [3] - 20530:3, 20531:8, 20532:19
**provide** [1] - 20540:19
**provided** [1] - 20561:22
**province** [1] - 20520:20
**provision** [1] - 20566:1
**PSR** [6] - 20569:14, 20569:15, 20569:20, 20570:3, 20570:14, 20570:20
**public** [2] - 20548:25, 20561:23
**pulling** [1] - 20562:14
**purposes** [1] - 20527:21
**put** [14] - 20526:1, 20527:2, 20541:13, 20542:3, 20549:13, 20552:10, 20554:10, 20554:25, 20555:15, 20555:19, 20565:18, 20566:24, 20573:9, 20573:15
**puts** [1] - 20566:22
**putting** [1] - 20554:14

**Q**

**quavering** [1] - 20539:25
**quick** [4] - 20526:7, 20553:21, 20568:17
**quickly** [4] - 20528:19, 20564:2, 20568:17, 20570:9

**R**

**raised** [1] - 20551:4
**raises** [1] - 20521:23
**reach** [8] - 20518:17, 20520:3, 20520:12, 20520:25, 20523:8, 20525:9, 20544:11, 20546:6
**reached** [10] - 20517:18, 20518:8, 20520:7, 20520:11, 20528:17, 20528:24,

20529:2, 20529:6, 20530:18, 20536:4
**reaching** [1] - 20552:17
**read** [3] - 20528:1, 20544:8, 20544:9
**reading** [1] - 20550:8
**reality** [2] - 20524:25, 20525:2
**realize** [1] - 20525:19
**really** [2] - 20553:21, 20565:12
**reason** [4] - 20520:5, 20525:5, 20545:17, 20573:21
**reasonable** [4] - 20519:20, 20530:3, 20531:8, 20532:19
**reasons** [1] - 20541:13
**receive** [2] - 20565:19, 20571:4
**received** [5] - 20517:17, 20522:11, 20540:19, 20550:21, 20551:12
**receiving** [3] - 20551:9, 20551:14, 20553:10
**recess** [3] - 20525:19, 20540:23, 20540:24
**record** [15] - 20520:15, 20527:2, 20541:1, 20541:13, 20542:4, 20542:10, 20546:3, 20546:17, 20552:11, 20556:19, 20557:4, 20558:4, 20571:24, 20573:9, 20573:16
**recorded** [2] - 20516:18, 20542:13
**referenced** [1] - 20549:18
**regard** [3] - 20541:10, 20543:25, 20544:1
**regarding** [1] - 20554:7
**regardless** [2] - 20524:1, 20524:9
**regards** [3] - 20542:13, 20543:7, 20547:24
**Rehl** [10] - 20517:4, 20517:14, 20531:1, 20531:20, 20532:8, 20533:16, 20534:8, 20535:3, 20536:20, 20545:13
**REHL** [1] - 20515:5

**related** [1] - 20574:2
**relatively** [2] -
20518:6, 20568:17
**released** [2] -
20548:23, 20556:3
**relief** [1] - 20573:6
**relieve** [1] - 20561:12
**remain** [2] - 20526:6,
20572:12
**remaining** [8] -
20521:13, 20539:8,
20540:14, 20545:11,
20546:5, 20547:4,
20547:8, 20549:2
**remember** [1] -
20552:19
**removal** [1] -
20555:18
**removing** [1] -
20572:16
**render** [1] - 20519:6
**reply** [1] - 20567:23
**report** [6] - 20520:2,
20564:16, 20564:17,
20567:25, 20568:7,
20568:10
**Reporter** [3] -
20516:14, 20516:15,
20574:25
**REPORTER** [2] -
20521:18, 20574:19
**reporter** [1] -
20521:19
**reports** [1] - 20565:20
**represent** [1] -
20519:9
**represented** [1] -
20573:18
**request** [27] - 20519:7,
20522:21, 20526:15,
20526:16, 20527:22,
20540:6, 20545:24,
20547:12, 20548:3,
20549:11, 20549:14,
20551:9, 20551:13,
20551:15, 20551:24,
20552:6, 20553:11,
20553:15, 20554:23,
20564:11, 20564:12,
20567:15, 20567:18,
20573:20, 20573:21
**requesting** [1] -
20528:3
**requests** [1] -
20548:17
**require** [3] - 20525:22,
20561:20, 20561:21
**required** [5] - 20528:6,
20528:8, 20533:6,
20551:10, 20551:19

**requirement** [1] -
20551:7
**requirements** [1] -
20549:19
**reserved** [1] - 20553:5
**resisting** [1] -
20534:20
**resolution** [1] -
20561:21
**respect** [2] -
20523:25, 20544:23
**respects** [1] - 20564:3
**respond** [2] - 20542:7,
20554:18
**response** [1] -
20554:20
**rest** [2] - 20525:1,
20564:4
**result** [1] - 20526:1
**resume** [6] - 20518:2,
20518:11, 20519:13,
20520:4, 20521:10,
20521:12
**resumed** [1] -
20540:25
**retrial** [1] - 20545:23
**retrieved** [1] -
20550:21
**Return** [4] - 20536:10,
20540:11, 20556:11,
20574:6
**return** [7] - 20522:16,
20523:24, 20528:13,
20529:23, 20539:6,
20541:10, 20557:9
**returned** [8] - 20525:2,
20529:10, 20539:9,
20540:15, 20550:18,
20551:2, 20556:16,
20562:9
**returning** [1] -
20524:25
**rip** [1] - 20553:2
**rise** [2] - 20540:22,
20574:15
**Road** [1] - 20516:2
**robbery** [1] - 20535:11
**room** [9] - 20520:10,
20540:15, 20543:10,
20544:13, 20549:25,
20550:24, 20551:2,
20552:23, 20562:9
**Room** [2] - 20516:15,
20575:1
**RPR** [3] - 20516:14,
20574:20, 20574:25
**rule** [9] - 20523:19,
20549:17, 20550:4,
20550:9, 20550:14,
20551:4, 20551:16,

20551:21, 20553:12
**Rule** [1] - 20549:19
**rules** [2] - 20548:12,
20549:8

**S**

**Sabino** [2] - 20516:8,
20517:12
**sailed** [1] - 20522:9
**satisfaction** [1] -
20520:12
**saw** [2] - 20519:22,
20541:7
**schedule** [14] -
20547:20, 20562:18,
20562:21, 20563:6,
20563:12, 20563:15,
20567:21, 20568:14,
20568:21, 20569:5,
20569:25, 20570:25,
20571:9
**scheduled** [2] -
20564:17, 20566:21
**schedules** [6] -
20547:22, 20563:14,
20564:1, 20567:5,
20574:8
**scheduling** [2] -
20571:2, 20571:24
**Seat** [27] - 20535:20,
20537:5, 20537:10,
20537:14, 20537:18,
20537:22, 20537:25,
20538:3, 20538:7,
20538:11, 20538:14,
20538:19, 20556:20,
20557:19, 20557:21,
20558:2, 20558:11,
20558:19, 20558:25,
20559:7, 20559:14,
20559:20, 20559:21,
20560:4, 20560:11,
20560:17, 20561:1
**seated** [6] - 20529:11,
20540:16, 20550:19,
20556:17, 20557:19,
20562:10
**second** [1] - 20530:8
**seditious** [1] -
20530:1
**see** [4] - 20523:13,
20524:22, 20541:5,
20542:15
**seem** [1] - 20521:25
**send** [8] - 20519:13,
20522:6, 20523:8,
20523:13, 20525:9,
20529:4, 20540:2,
20550:16

**sending** [1] -
20526:20
**sense** [14] - 20543:10,
20549:24, 20562:20,
20565:6, 20565:9,
20565:12, 20565:23,
20568:3, 20568:8,
20568:13, 20568:22,
20568:23, 20569:12
**sent** [8] - 20520:4,
20525:7, 20536:1,
20545:5, 20545:9,
20546:22, 20572:9,
20572:18
**sentence** [3] -
20566:10, 20566:13,
20568:18
**sentenced** [1] -
20565:24
**sentences** [1] -
20567:12
**sentencing** [11] -
20547:18, 20556:8,
20563:7, 20563:18,
20564:6, 20564:8,
20567:21, 20569:25,
20570:7, 20571:3
**separate** [2] -
20563:13, 20571:1
**separation** [10] -
20554:9, 20554:10,
20554:11, 20554:12,
20554:16, 20555:1,
20556:4, 20572:11,
20572:14, 20572:16
**seriatim** [2] - 20565:7
**service** [14] - 20548:7,
20548:9, 20548:24,
20548:25, 20553:14,
20555:19, 20561:15,
20561:18, 20561:23,
20561:25, 20562:3,
20562:7, 20562:8
**session** [2] - 20570:15
**set** [13] - 20563:20,
20563:21, 20564:8,
20565:4, 20565:15,
20565:19, 20566:3,
20566:8, 20566:11,
20566:12, 20566:13
**sets** [1] - 20567:17
**seven** [1] - 20545:4
**shall** [2] - 20551:9,
20551:15
**sheet** [1] - 20557:10
**ship** [1] - 20522:9
**shorten** [1] - 20526:4
**shorthand** [1] -
20516:18
**shows** [1] - 20545:6

**sic** [1] - 20572:11
**side** [1] - 20567:23
**sidebar** [1] - 20539:10
**simply** [8] - 20518:2,
20518:11, 20519:6,
20519:7, 20521:10,
20527:24, 20543:25,
20566:20
**simultaneous** [1] -
20567:22
**sit** [1] - 20525:12
**sitting** [3] - 20537:10,
20538:7, 20538:19
**situations** [1] -
20571:13
**skipped** [1] - 20536:3
**Smith** [6] - 20515:16,
20517:9, 20518:22,
20519:25, 20521:7,
20527:15
**SMITH** [9] - 20515:16,
20515:20, 20518:23,
20519:15, 20527:3,
20563:5, 20563:9,
20564:11, 20564:14
**sometime** [1] -
20569:16
**soon** [1] - 20564:16
**sooner** [2] - 20540:21,
20564:12
**sorry** [7] - 20519:25,
20523:5, 20546:11,
20550:25, 20556:12,
20564:20
**sort** [5] - 20521:11,
20564:1, 20564:3,
20566:9, 20567:11
**sorts** [1] - 20561:20
**sounds** [1] - 20544:24
**space** [1] - 20550:20
**speaks** [2] - 20529:13,
20556:20
**specific** [2] - 20525:8,
20565:11
**specifically** [1] -
20541:9
**specified** [1] -
20520:9
**spent** [1] - 20548:24
**springs** [1] - 20526:11
**stands** [1] - 20540:23
**starting** [2] -
20566:21, 20566:22
**state** [1] - 20544:25
**statement** [1] -
20543:5
**STATES** [3] - 20515:1,
20515:2, 20515:9
**States** [9] - 20515:11,
20517:3, 20528:20,

20530:11, 20530:15,
20535:12, 20541:2,
20572:8, 20575:1
**stay** [4] - 20552:15,
20552:22, 20572:10,
20572:16
**stay-away** [2] -
20572:10, 20572:16
**stenographic** [1] -
20574:22
**Steven** [2] - 20516:11,
20517:12
**still** [4] - 20523:5,
20523:10, 20525:13,
20549:25
**stop** [1] - 20567:17
**strange** [1] - 20524:13
**Street** [6] - 20515:14,
20515:17, 20515:20,
20515:24, 20516:5,
20516:9
**strongly** [1] -
20525:12
**submits** [1] -
20572:13
**submitted** [1] -
20536:2
**submitting** [1] -
20570:16
**subsection** [1] -
20549:20
**sudden** [1] - 20524:15
**sufficient** [1] -
20540:10
**suggest** [7] - 20542:4,
20547:19, 20562:12,
20563:1, 20565:3,
20565:4, 20565:15
**suggested** [2] -
20519:17, 20562:25
**suggests** [2] -
20551:17, 20551:21
**Suite** [2] - 20515:17,
20516:6
**summary** [1] -
20518:6
**summer** [1] - 20566:5
**Supervisory** [1] -
20572:8
**suppose** [1] - 20529:4
**system** [1] - 20561:21

# T

**tail** [1] - 20566:25
**Tarrio** [11] - 20517:5,
20517:15, 20527:12,
20531:4, 20531:23,
20532:11, 20533:19,
20534:11, 20535:6,

20536:23, 20545:13
**TARRIO** [1] - 20515:6
**terms** [1] - 20519:3,
20544:10, 20547:18
**thanking** [1] -
20555:18
**THE** [292] - 20515:1,
20515:1, 20515:9,
20517:2, 20517:16,
20518:22, 20519:5,
20519:19, 20519:22,
20520:14, 20521:4,
20521:16, 20521:18,
20521:19, 20522:3,
20522:8, 20522:13,
20522:16, 20522:18,
20522:20, 20522:24,
20523:17, 20523:20,
20523:22, 20524:3,
20524:5, 20524:7,
20524:17, 20524:19,
20525:15, 20525:17,
20525:25, 20526:5,
20526:11, 20526:14,
20526:21, 20527:1,
20527:7, 20527:18,
20527:24, 20528:5,
20528:14, 20529:3,
20529:9, 20529:11,
20529:14, 20529:15,
20529:17, 20529:18,
20530:6, 20530:7,
20530:12, 20530:13,
20530:16, 20530:17,
20530:21, 20530:22,
20530:24, 20530:25,
20531:2, 20531:3,
20531:5, 20531:6,
20531:11, 20531:12,
20531:15, 20531:16,
20531:18, 20531:19,
20531:21, 20531:22,
20531:24, 20531:25,
20532:3, 20532:4,
20532:6, 20532:7,
20532:9, 20532:10,
20532:12, 20532:13,
20532:15, 20532:16,
20532:22, 20532:23,
20533:3, 20533:4,
20533:8, 20533:9,
20533:12, 20533:13,
20533:15, 20533:16,
20533:18, 20533:19,
20533:21, 20533:22,
20533:24, 20533:25,
20534:3, 20534:4,
20534:6, 20534:7,
20534:9, 20534:10,
20534:12, 20534:13,
20534:15, 20534:16,

20534:19, 20534:20,
20534:23, 20534:24,
20535:1, 20535:2,
20535:4, 20535:5,
20535:7, 20535:8,
20535:10, 20535:11,
20535:15, 20535:16,
20535:20, 20535:22,
20536:8, 20536:11,
20536:15, 20536:16,
20536:18, 20536:19,
20536:21, 20536:22,
20536:24, 20536:25,
20537:2, 20537:3,
20537:9, 20537:14,
20537:18, 20537:22,
20537:25, 20538:3,
20538:6, 20538:11,
20538:14, 20538:18,
20538:23, 20539:3,
20539:4, 20539:13,
20539:16, 20539:22,
20540:2, 20540:6,
20540:8, 20540:12,
20540:16, 20540:22,
20541:1, 20541:4,
20542:8, 20542:17,
20543:1, 20543:6,
20543:15, 20543:19,
20543:24, 20544:14,
20544:20, 20545:15,
20545:25, 20546:13,
20546:16, 20547:15,
20548:5, 20548:7,
20548:15, 20548:19,
20548:21, 20549:9,
20549:11, 20549:13,
20549:21, 20550:3,
20550:7, 20550:10,
20550:17, 20550:19,
20551:3, 20552:10,
20552:25, 20553:9,
20553:18, 20553:24,
20554:1, 20554:4,
20554:16, 20554:18,
20555:2, 20555:8,
20555:16, 20555:21,
20555:23, 20556:7,
20556:12, 20556:15,
20556:17, 20556:22,
20556:23, 20556:24,
20556:25, 20557:3,
20557:4, 20557:6,
20557:7, 20557:16,
20557:17, 20557:23,
20558:1, 20558:6,
20558:9, 20558:14,
20558:17, 20558:21,
20558:24, 20559:2,
20559:5, 20559:10,
20559:13, 20559:16,

20559:19, 20559:24,
20560:2, 20560:7,
20560:10, 20560:13,
20560:16, 20560:21,
20560:24, 20561:3,
20561:4, 20561:6,
20561:7, 20562:10,
20563:2, 20563:8,
20563:10, 20563:20,
20563:23, 20564:10,
20564:13, 20564:15,
20564:20, 20564:22,
20564:23, 20564:25,
20565:1, 20566:8,
20566:19, 20567:3,
20568:1, 20569:2,
20569:8, 20569:17,
20569:19, 20570:3,
20570:5, 20570:6,
20570:8, 20570:17,
20570:19, 20570:22,
20571:17, 20571:20,
20571:21, 20571:22,
20571:23, 20572:1,
20572:2, 20572:3,
20572:4, 20572:5,
20572:20, 20573:2,
20573:11, 20573:15,
20573:25, 20574:5,
20574:7, 20574:13,
20574:15
**themselves** [1] -
20555:14
**they've** [10] -
20517:18, 20520:8,
20520:11, 20525:2,
20541:18, 20545:3,
20546:19, 20546:22,
20548:24
**thinking** [2] -
20563:23, 20568:2
**thinks** [1] - 20519:11
**third** [3] - 20546:24,
20566:15, 20571:11
**Thomas** [4] -
20518:18, 20519:17,
20519:18, 20525:11
**three** [1] - 20548:2
**throughout** [1] -
20567:1
**throw** [1] - 20567:7
**Thursday** [2] -
20515:6, 20567:9
**tick** [1] - 20541:5
**ties** [1] - 20570:6
**Timothy** [1] -
20516:14
**TIMOTHY** [2] -
20515:9, 20574:20
**today** [5] - 20550:1,

20555:14, 20563:12,
20572:1, 20574:10
**token** [1] - 20567:6
**took** [2] - 20544:6,
20544:9
**touch** [1] - 20573:22
**toward** [2] - 20564:9,
20567:8
**trading** [2] - 20520:11,
20525:1
**TRANSCRIPT** [1] -
20515:8
**transcript** [3] -
20516:18, 20574:22,
20574:23
**transcription** [1] -
20516:18
**treats** [1] - 20555:11
**TRIAL** [1] - 20515:8
**trial** [11] - 20518:6,
20545:20, 20547:20,
20549:20, 20561:17,
20562:18, 20563:6,
20563:17, 20566:22,
20569:6, 20570:25
**troubling** [1] -
20520:19
**true** [2] - 20574:21,
20574:22
**trust** [1] - 20539:24
**try** [2] - 20564:1,
20565:19
**turns** [1] - 20555:9
**twists** [1] - 20555:9
**two** [16] - 20541:14,
20546:22, 20562:11,
20566:12, 20566:13,
20566:14, 20566:22,
20568:18, 20569:21,
20571:6, 20571:9,
20571:10, 20571:11
**two-week** [1] -
20566:22
**typical** [1] - 20564:7
**typically** [1] -
20569:25

# U

**U.S** [4] - 20515:13,
20516:15, 20572:12,
20572:19
**unanimity** [1] -
20544:11
**unanimous** [12] -
20517:18, 20517:24,
20518:8, 20519:10,
20520:2, 20527:9,
20529:2, 20529:6,
20541:21, 20547:1,

20587

20548:3, 20561:11
**unanimously** [1] - 20529:16
**unavailable** [1] - 20571:7
**uncertain** [1] - 20544:10
**uncertainty** [1] - 20547:25
**under** [6] - 20549:7, 20549:14, 20551:24, 20552:5, 20553:15, 20555:6
**unit** [1] - 20554:12
**UNITED** [3] - 20515:1, 20515:2, 20515:9
**United** [9] - 20515:11, 20517:3, 20528:20, 20530:11, 20530:14, 20535:12, 20541:2, 20572:8, 20575:1
**unless** [3] - 20519:11, 20548:12, 20548:13
**unsatisfied** [1] - 20573:5
**unusual** [2] - 20518:7, 20546:18
**up** [14] - 20519:22, 20539:21, 20545:11, 20546:21, 20550:22, 20551:3, 20552:5, 20553:13, 20553:20, 20556:9, 20561:25, 20569:3, 20573:24, 20574:1
**update** [1] - 20572:13

## V

**value** [2] - 20534:17, 20536:13
**various** [3] - 20521:2, 20547:25, 20574:8
**vehement** [1] - 20525:12
**vehemently** [1] - 20523:6
**verdict** [100] - 20517:18, 20517:19, 20518:8, 20518:17, 20519:6, 20519:8, 20519:10, 20519:12, 20520:2, 20520:3, 20520:12, 20520:13, 20520:23, 20521:22, 20522:1, 20522:5, 20522:20, 20523:4, 20523:7, 20523:8, 20523:9, 20523:11, 20523:12, 20523:16,

20523:24, 20524:20, 20524:25, 20525:3, 20525:6, 20525:8, 20525:9, 20525:14, 20526:2, 20526:19, 20526:23, 20526:24, 20526:25, 20527:5, 20527:10, 20527:16, 20527:20, 20527:25, 20528:1, 20528:2, 20528:8, 20528:12, 20528:13, 20528:17, 20528:22, 20528:23, 20529:2, 20529:6, 20529:16, 20529:19, 20530:17, 20530:19, 20533:9, 20536:1, 20536:4, 20537:7, 20537:11, 20537:15, 20537:19, 20537:23, 20538:1, 20538:4, 20538:8, 20538:12, 20538:15, 20538:20, 20539:1, 20539:6, 20539:9, 20540:17, 20540:18, 20541:10, 20541:17, 20542:13, 20542:19, 20542:20, 20544:2, 20546:6, 20547:10, 20549:2, 20557:10, 20557:24, 20558:7, 20558:15, 20558:22, 20559:2, 20559:11, 20559:17, 20559:25, 20560:8, 20560:14, 20560:22, 20561:5
**verdicts** [2] - 20519:2, 20520:6
**version** [3] - 20518:3, 20518:13, 20521:8
**versus** [1] - 20567:23
**view** [7] - 20520:1, 20521:2, 20525:6, 20528:5, 20528:7, 20552:1, 20552:4
**virtually** [1] - 20553:6
**virtue** [1] - 20565:24
**voice** [2] - 20539:20, 20540:1

## W

**waiting** [1] - 20549:17
**waive** [1] - 20545:22
**waiver** [1] - 20545:19
**wants** [4] - 20518:10, 20522:21, 20563:16, 20566:24
**Washington** [5] -

20515:5, 20515:14, 20515:24, 20516:16, 20575:2
**waste** [1] - 20543:11
**week** [26] - 20546:20, 20546:21, 20547:21, 20562:25, 20563:1, 20563:3, 20563:11, 20565:4, 20565:15, 20565:16, 20565:17, 20566:3, 20566:10, 20566:22, 20566:23, 20567:2, 20567:8, 20568:20, 20569:12, 20569:16, 20569:21, 20571:4, 20572:1, 20574:8
**weeks** [1] - 20571:6
**welcome** [1] - 20556:18
**West** [1] - 20516:9
**whole** [3] - 20546:17, 20567:1, 20573:8
**willing** [4] - 20542:5, 20552:15, 20573:9, 20573:10
**wishes** [2] - 20551:11, 20551:20
**wonderful** [1] - 20563:13
**words** [3] - 20544:12, 20570:19, 20572:22
**worth** [1] - 20542:5
**written** [1] - 20524:12

## Y

**York** [2] - 20515:18, 20516:13

## Z

**Zachary** [8] - 20517:4, 20531:1, 20531:20, 20532:8, 20533:16, 20534:8, 20535:3, 20536:20