UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CASE NO: 21-CR-175-TJK

v.

ENRIQUE TARRIO,

      Defendant.

_____/

### ENRIQUE TARRIO'S MOTION TO DIRECT THE BUREAU OF PRISONS TO HOUSE TARRIO IN THE ALEXANDRIA DETENTION CENTER DURING PENDENCY OF HIS SENTENCE

Enrrique Tarrio, by his undersigned counsel, hereby respectfully moves this Honorable Court to enter an Order directing that the United States Marshall's house and allow Mr. Tarrio to remain in Alexandria Facility throughout his remaining sentence. Mr. Tarrio states the following forthwith as a basis for his request:

1. Mr. Tarrio was detained in March 2022 and this Honorable Court imposed sentence on Mr. Tarrio on September 5, 2023, to a period of twenty-two (22) years in the Bureau of Prisons ("BOP"). As part of the sentence, the Court made certain recommendations including, but not limited to, that the BOP confine Mr. Tarrio to the facility closest to the Southern District of Florida as possible.

2. Nonetheless, Mr. Tarrio has NOT been housed nowhere remotely close to the Southern District of Florida. Additionally, Mr. Tarrio has not remained in any one facility for any extended time not by his own making but the creation of the BOP.[1]

3. Furthermore, Mr. Tarrio has been relocated over twenty-three times since the commencement of this case. During this relocation process, the families and friends'

---

[1] The only exception would be from October 2023 to September 2024 in Manchester Federal Correctional Institute in Kentucky.

ability to provide commissary is null and void. As part of the relocation process, Mr. Tarrio has been subjected to two-week periods or more in the Special Housing Unit ("SHU") as part of the transfer process. While in the SHU, an inmate is precluded from many of the privileges that other inmates are given including yard time. In fact, an inmate is routinely housed in solidarity for blocks of twenty-three (22) hours in isolation in a cell with one hour of outside time also held in seclusion. Sometimes even full days in seclusion. The SHU is normally reserved for individuals that are committing wrongdoing while in a correctional facility. The inmate is also limited to opportunities to speak with family, appellate counsel and other allotments of time given to other inmates.

4. The SHU also imposes certain mental health concerns at risk. It is routinely stated that individuals need contact with other individuals so that their well-being is not impacted.[2] Those concerns are not addressed in this case.

5. Yet, Mr. Tarrio is subjected to the SHU just because of his relocation process. As part of this motion, this Honorable Court will see attached a list of all the locations Mr. Tarrio has been transferred to, the time periods of relocations, and the time periods associated with his SHU where he is given limited exposure with others.

6. By entering this Order, this Honorable Court can ensure that Mr. Tarrio has adequate communication with his appellate counsel, his mental health is not impacted, and he is not held in seclusion from other inmates or from family members,

7. It is well understood that the Court does not normally direct the United States Marshalls Office and/or Bureau of Prisons on how an inmate is supposed to be housed and where to be housed. Yet, this Honorable Court directed the United States Marshalls to transport

---

[2] https://pmc.ncbi.nlm.nih.gov/articles/PMC6987940/#:~:text=Many%20studies%20document%20psychological%20harms,that%20psychological%20impacts%20are%20limited. "Many studies document psychological harms of segregation, including associations between solitary confinement and self-harm, anxiety, depression, paranoia, and aggression, among other symptoms,[7–9] ….."

Mr. Tarrio to Federal Detention Cetner ("FDC") Miami on May 27, 2022.[3] Mr. Tarrio is requesting that this Honorable Court take the same direction and impose an order like that previously imposed.

WHEREFORE, Mr. Tarrio requests that this Honorable Court enter an Order directing that the Bureau of Prisons allows him to remain housed in Alexandria Detention Center during the pendency of his sentence hereby terminating all issues with relocation process.

                                            **Respectfully submitted,**

                                            */s/ Nayib Hassan*

                                            _____
                                            **Nayib Hassan, Esq., Fla Bar No. 20949
Attorney for Defendant
LAW OFFICES OF NAYIB HASSAN, P.A.
6175 NW 153 St., Suite 209
Miami Lakes, Florida 33014
Tel. No.: 305.403.7323
Fax No.: 305.403.1522**

---

[3] D.E 372 ("At the request of Defendtant Tarrio and the Government, it is hereby ORDERED that the United States Marshals Service transport Tarrio forthwith to Federal Detention Center ("FDC") Miami in the Southern District of Florida."

## CERTICICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the US Attorney's Office on this 4th day of December 2024 to the following:

Jason McCollough

        **Respectfully submitted,**

        */s/ Nayib Hassan*

        _____
        **Nayib Hassan, Esq., Fla Bar No. 20949**
        **Attorney for Defendant**
        **LAW OFFICES OF NAYIB HASSAN, P.A.**
        **6175 NW 153 St., Suite 209**
        **Miami Lakes, Florida 33014**
        **Tel. No.: 305.403.7323**
        **Fax No.: 305.403.1522**