# TARRIO LOCATIONS
# FROM 3/8//22- PRESENT

| MTH/YEAR | FACILITY | | LOCATION | NOTES |
|---|---|---|---|---|
| 03/2022 | FDC | BOP | MIAMI | 23/1 |
| 03/2022 | FCI | BOP | COLEMAN | TRANSIT |
| 03/2022 | FCI | BOP | TALLAHASSEE | 23/1 |
| 03/2022 | USP ATLANTA | BOP | GEORGIA | LOCKDOWN -15 MINS -SHOWER EVERY 3 DAYS |
| APRIL 2022 | FTC | BOP | OKLAHOMA | 23/1 |
| APRIL 2022 | GRADY | JAIL | OKLAHOMA | |
| APRIL 2022 | DC | JAIL | WASHINGTON | 23/1 |
| MAY 2022 | RAPPAHANNOCK | JAIL | VIRGINA | LOCKDOWN-15 MINS-SHOWER EVERY 3 DAYS |
| JULY 2022 | DC | JAIL | WASHINGTON | 23/1 |
| JULY 2022 | FDC | BOP | MIAMI | |
| NOV 2022 | DC | JAIL | WASHINGTON | 23/1 |
| NOV 2022 | ALEXANDRIA | JAIL | VIRGINA | 23/1 |
| NOV 2022 | RAPPAHANNOCK | JAIL | VIRGINA | 23/1 |
| DEC 2022 | ALEXANDRIA | JAIL | VIRGINIA | 23/1 |
| MAY 2023 | DC | JAIL | WASHINGTON | 23/1 |
| JUNE 2023 | USP LEWISBURG | BOP | VIRGINA | |
| JULY 2023 | DC | JAIL | WASHINGTON | 23/1 |
| SEPT 2023 | FDC | BOP | PHILADELPHIA | |
| OCT 2023 | FTC | BOP | OKLAHOMA | 23/1 |
| OCT 2023 | USP ATLANTA | BOP | GEORGIA | 23/1 |
| OCT 2023 | FCI MANCHESTER | BOP | KENTUCKY | 23/1 - PART OF THE TIME |
| OCT 2024 | USP ATLANTA | BOP | GEORGIA | 23/1 |
| SEPT 2024 | FCI BUTNER | BOP | N.CAROLINA | TRANSIT |
| SEPT 2024 | FCI PETERSBURG MED | BOP | VIRGINIA | 24/7 |
| OCT 2024 | USP ATLANTA | BOP | GEORGIA 23/1 | |
| OCT 2024 | FTC | BOP | OKLAHOMA | 23/1 |
| OCT 2024 | GRADY | JAIL | OKLAHOMA | |
| OCT 2024 | FTC | BOP | OKLAHOMA | 23/1 |
| OCT 2024 | FCI | BOP | TENNESSEE | TRANSIT |
| OCT 2024 | TALLHATCHIE | JAIL | MISSISSIPPI | CURRENT LOCATION |
| NOV 2024 | GRAYSON COUNTY | JAIL | KENTUCKY | 23/1 |
| | | | | +/- 10 ADDTL MOVES EXPECTED BEFORE YEARS END |